UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, | : <br> : <br> : <br> : CIVIL ACTION <br> : <br> : NO. 04-CV-325 (ERIE) <br> : <br> : Judge Sean J. McLaughlin <br> : <br> : **JURY TRIAL DEMANDED** <br> : |
| v. | |
| VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff's Motion to Compel Production of Documents and Opposition to Defendant's Motion for Protective Order, and Defendant's Motion for Protective Order, it is hereby ORDERED and DECREED that:

1. Defendant's Motion for Protective Order is DENIED in its entirety;
2. Plaintiff's Motion to Compel is GRANTED;
3. Defendant shall provide full, complete and verified answers to Interrogatory Nos. 3 through 8 of Plaintiff's First Set of Discovery Requests within fourteen (14) days;
4. Defendant shall produce all documents that are responsive to Request Nos. 1, 3 - 13, and 15 - 22 of Plaintiff's First Set of Discovery Requests within fourteen (14) days; and
5. All objections previously asserted by Defendant to the above-identified interrogatories and document requests are STRICKEN, except objections as to attorney-client privilege.

BY THE COURT:

_____