UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, | : :  : : : CIVIL ACTION |
| Plaintiff, | : : |
| v. | : NO. 04-CV-325 (ERIE) : : Judge Sean J. McLaughlin |
| VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, | : : **JURY TRIAL DEMANDED** : : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I do hereby certify that the foregoing **Plaintiff's Motion to Compel Production of Documents and Opposition to Defendant's Motion for Protective Order** was served on the following parties by electronic mail and First Class Mail, Postage Prepaid, this 1st day of July, 2005:

Christopher T. Sheean, Esquire
Kelley Drye & Warren LLP
333 West Wacker Drive, 26th Floor
Chicago IL  60606
Facsimile: 312-857-7095

G. Jay Habas, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1001 State Street, Renaissance Center, Suite 1400
Erie PA  16501
Facsimile: 814-461-7818

/s/
Robert J. Williams