```
2:21PM            However, with respect to that particular aspect,
     2     I'm granting the protective order without prejudice to
     3     Indeck to -- based upon the potential development of further
     4     information, to renew its request if and when it feels it's
2:21PM     appropriate during the course of discovery.
     6            So to clear this motion, the motion for protective
     7     order in limine discovery is granted in part and denied in
     8     part for the reasons set forth on the record.  And the
     9     Plaintiff's motion to compel production of documents is
2:21PM     granted in part and denied in part for the reasons set forth
    11     in the record.  Is that all clear?
    12            MR. GISLESON:  Yes, Your Honor.
    13            MR. SHEEAN:  Yes, Your Honor.
    14            THE COURT:  Let's go off the record.
2:23PM            (Discussion held off the record.)
    16            THE COURT:  Let's go back on the record for a
    17     second.  Incidentally -- there wasn't a request for
    18     attorneys' fees, was there?
    19            MR. SHEEAN:  Not on my end.
2:24PM            THE COURT:  I didn't think so.  You can't it get
    21     produced in 14 days, is that it?
    22            MR. SHEEAN:  That's it, Your Honor.  In fact, I'm
    23     going to be out the last week of this month.
    24            THE COURT:  Well, discovery is going to be
2:24PM     extended here anyway, it looks like.  How much time do you
```

| | | |
|---|---|---|
| 2:24PM | 1 | need? |
| | 2 | MR. SHEEAN: Can I get 28 days. I know that |
| | 3 | sounds like a lot of time but we're talking about a fair |
| | 4 | number of job files. |
| 2:24PM | 5 | THE COURT: Yes. You've got four weeks. And I -- |
| | 6 | then am I going to get a motion -- a joint motion to extend |
| | 7 | discovery? |
| | 8 | MR. GISLESON: Yes, sir. |
| | 9 | MR. SHEEAN: Yes, sir. |
| 2:24PM | 10 | THE COURT: How much more time do you think you're |
| | 11 | going to need to wrap it up? |
| | 12 | MR. GISLESON: The only problem is I'm out in |
| | 13 | September, I was thinking sometime in October. |
| | 14 | MR. SHEEAN: I think that's reasonable. |
| 12:55PM | 15 | THE COURT: We'll make it October 15th and then |
| | 16 | the other days will fall into place after that. Is that it? |
| | 17 | MR. GISLESON: Yes, Your Honor. |
| | 18 | MR. SHEEAN: Yes, Your Honor. |
| | 19 | |
| 1:04PM | 20 | (Hearing concluded at 2:24 p.m.) |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

52