A REGIONAL DEFENSE LITIGATION LAW FIRM

# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A PROFESSIONAL CORPORATION    www.marshalldennehey.com

**1001 State Street, Suite 1400 · Erie, PA 16501**
**(814) 461-7800 · Fax (814) 461-7818**

Direct Dial: 814-461-7802
Email: jhabas@mdwcg.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

August 25, 2005



Clerk of Courts
United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, PA  16501

> **Re:    Indeck Keystone Energy v. Victory Energy Operations**
> **USDC; No. 04-325E**
> **Our File No. 08013.00109**

Dear Sir/Madam:

Please allow this letter to serve as notice of a change of address for co-defense counsel Christopher T. Sheean, Esq., relative to the above-captioned matter.  Attorney Sheean's new address is now:

Christopher T. Sheean, Esq.
Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive, Suite 3000
Chicago, IL  60606
sheean@wildmanharrold.com

Thank you for your attention to this matter.

Very truly yours,

G. Jay Habas

GJH/bam
cc:    Christopher T. Sheean, Esq.
\16_A\LIAB\GJH\STAT\51367\BXS\08013\00109