UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-325 Erie |
| | ) |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin |
| | ) |
| Defendant | ) |
| | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |

**DEFENDANT'S MOTION TO EXTEND CASE MANAGEMENT ORDER**

Defendant, Victory Energy Operations LLC, by its respective undersigned counsel, requests this Court to extend the Case Management Order in this case, and in support states the following:

1. The Court adopted the parties' Joint Discovery Plan on April 11, 2005. (Docket Entry No. 13) Pursuant to that Joint Discovery Plan, fact discovery was to be completed on or before July 29, 2005.

2. As a result of various discovery disputes that have arisen, the Parties were unable to complete discovery by July 29, 2005.

3. During the hearing on July 15, 2005, the Parties advised the Court of the need for an extension of the discovery and other deadlines in the Joint Discovery Plan. The Court advised that discovery would be extended until October 15, 2005, with the other deadlines to trail that date.

4. Since the hearing, Defendant has produced its documents consistent with the Court's ruling.

5. However, counsel for Defendant has encountered various scheduling problems that will impede the taking of depositions in the near term and necessitate a request for additional time to complete discovery in this action.

6. Specifically, Christopher T. Sheean, lead counsel for Victory Energy Operations LLC, changed firms effective August 8, 2005.

7. Moreover, Mr. Sheean is currently scheduled for trial in the cause of Victory Energy Operations LLC v. Graves in the U.S. District Court for the Northern District of Oklahoma beginning September 19, 2005 and continuing for a period of 10 trial days.

8. In addition, Mr. Sheean is scheduled to begin trial in the case of Liesse v. AGA AB in the Circuit Court of Cook County, Illinois on November 17, 2005, a trial that is anticipated to last 3 weeks.

9. In light of the above issues, Defendant hereby requests that the pretrial schedule be amended to the following:

- Fact discovery shall be completed on or before January 13, 2006;
- Expert reports on affirmative claims shall be served on or before January 27, 2006;
- Expert rebuttal reports shall be served on or before February 17, 2006;
- Expert discovery shall be completed on or before March 10, 2006;
- Motions for summary judgment shall be due on or before March 24, 2006;
- Responses to Motions for Summary Judgment shall be due twenty (20) days thereafter;

- Replies in further support of Motions for Summary Judgment shall be due seven (7) days after the response is served;

- If a Motion for Summary Judgment is not filed, Plaintiff's Pre-Trial Statement shall be due on April 7, 2006; and

- If a Motion for Summary Judgment is filed, Defendant's Pre-Trial Statement shall be due on or before April 17, 2006;

- Trial shall occur on _____, 2006.

10. A draft order setting forth the proposed amended dates is attached hereto as Exhibit A.

11. Defendant's counsel sought the concurrence of Plaintiff's counsel before bringing this motion, but Plaintiff's counsel has refused to agree to the proposed extension.

WHEREFORE, Defendant, requests that this Court Modify the Case Management Order in this case as set forth above.

Dated: September 1, 2005                    Respectfully submitted,

/s/ Christopher T. Sheean
Christopher T. Sheean
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Suite 3000
Chicago, Illinois 60606-1229
Attorneys for Defendant,
Victory Energy Operations, LLC
Telephone: 312-201-2997
Facsimile: 312-201-2555

## CERTIFICATE OF SERVICE

      Christopher T. Sheean, an attorney, certifies that on the 1st day of September, he caused a copy of the foregoing ***Defendant's Motion to Extend Case Management Order*** to be filed electronically, and that the CM/ECF system for the court will e-mail a copy of the foregoing to the following counsel of record:

                John K. Gisleson
                Schnader Harrison Segal & Lewis LLP
                Fifth Avenue Place, Suite 2700
                120 Fifth Avenue
                Pittsburgh, PA 15222-3001
                Email: JGisleson@Schnader.com
                ATTORNEYS FOR PLAINTIFF INDECK KEYSTONE ENERGY LLC

                /s/ Christopher T. Sheean
                Christopher T. Sheean