UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-325 Erie |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin |
| Defendant | ) JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of September, 2005, the Defendant's Motion to Extend Case Management Order is GRANTED, and the following Pre-Trial Dates are Amended, as Follows:

Fact discovery shall be completed on or before January 13, 2006;

Expert reports on affirmative claims shall be served on or before January 27, 2006;

Expert rebuttal reports shall be served on or before February 17, 2006;

Expert discovery shall be completed on or before March 10, 2006;

Motions for summary judgment shall be due on or before March 24, 2006;

Responses to Motions for Summary Judgment shall be due twenty (20) days thereafter;

Replies in further support of Motions for Summary Judgment shall be due seven (7) days after the response is served;

If a Motion for Summary Judgment is not filed, Plaintiff s Pre-Trial Statement shall be due on April 7, 2006; and

If a Motion for Summary Judgment is filed, Defendant's Pre-Trial Statement shall be due on or before April 17, 2006;

Trial shall occur on _____, 2006.

_____
Sean J. McLaughlin
United States District Judge