IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>　　　　Defendant | ) <br> ) <br> ) CIVIL ACTION<br> ) <br> ) NO. 04-325E<br> ) <br> ) <br> ) <br> ) JUDGE SEAN J. MCLAUGHLIN<br> ) <br> ) <br> ) JURY TRIAL DEMANDED<br> ) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

TO:   PROTHONOTARY

　　Please withdraw the appearance of Kenn Brotman, Esquire, and the law firm of Kelley Drye & Warren, LLP, as co-defense counsel in the above-captioned matter.

Respectfully submitted,

By _____
Kenn Brotman, Esq.
Kelley Drye & Warren
333 W. Wacker Dr., 36th Floor
Chicago, IL 60606
(312) 857-7076

\16_A\LIAB\GJH\LLPG\51386\BXS\08013\00109

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>Defendant | CIVIL ACTION<br><br>NO. 04-325E<br><br>JUDGE SEAN J. MCLAUGHLIN<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, G. Jay Habas, Esquire, hereby certify on the _____ day of _____, 2005, I mailed by U. S. Mail, first class, to the parties listed below, a copy of the Motion for Withdrawal of Appearance:

John K. Gisleson, Esq.
Schnader Harrison Segal & Lewis
120 Fifth Avenue Place
120 Fifth Avenue, Suite 2700
Pittsburgh, PA 15222-3001

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By_____
G. Jay Habas, Esquire