IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, )<br>      Plaintiff, )<br> )<br>V )<br> )<br>VICTORY ENERGY OPERATIONS )<br>LLC, )<br>      Defendant. ) | Civil Action No. 04-325 Erie |

## ORDER

AND NOW, this  21st  day of October, 2005, upon consideration of the Motion to Enforce, or in the Alternative, to Clarify Order Limiting Discovery, and for Sanctions, filed by the Defendant

IT IS HEREBY ORDERED that the Plaintiff file a Response to this Motion on or before November 4, 2005

IT IS FURTHER ORDERED that a Hearing on this Motion will be held on Wednesday, November 9, 2005 at 1:30 p.m. before the Honorable Sean J. McLaughlin, in Courtroom C, U.S. Post Office and Courthouse, Erie, PA

                                                                  s/Sean J. McLaughlin
                                                                  Sean J. McLaughlin
                                                                  United States District Judge

cc:: All counsel of record.  nk