UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 04-CV-325 (ERIE)<br><br>Judge Sean J. McLaughlin<br><br>**JURY TRIAL DEMANDED** |

CERTIFICATE OF SERVICE

I do hereby certify that the foregoing **Plaintiff's Memorandum in Oposition to Defendant's Motion to Enforce, or in the Alternative to Clarify Order Limiting Discovery, and For Sanctions**, was served on the following parties by First Class Mail, Postage Prepaid, this 3rd day of November, 2005:

Christopher T. Sheean, Esquire
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago IL  60606-1229

G. Jay Habas, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1001 State Street, Renaissance Center, Suite 1400
Erie PA  16501

_____/s/ Robert J. Williams_____
Robert J. Williams