UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-325 Erie |
| | ) | |
| VICTORY ENERGY OPERATIONS LLC, | ) | Judge Sean J. McLaughlin |
| | ) | |
| | ) | |
| Defendant | ) | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of November, 2005, the Defendant/Counter-Plaintiff's Motion for Leave to File Second Amended Counterclaim is GRANTED, and leave is granted to file Defendant/Counter-Plaintiff's Second Amended Counterclaim, *Instanter*.

_____
Sean J. McLaughlin
United States District Judge