IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, )<br>　　　Plaintiff, )<br> )<br>Vs. )<br> )<br>VICTORY ENERGY OPERATIONS LLC, )<br>　　　Defendant. ) | Civil Action No. 04-325 Erie<br><br>Judge Sean J. McLaughlin<br>Jury Trial Demanded |

## **ORDER**

　　　AND NOW, this　　　22nd day of November, 2005, the Motion for Leave to File Second Amended Counterclaim by the Defendant is GRANTED

　　　IT IS FURTHER ORDER that the following Pre-Trial Dates are extended as follows:

　　　Fact Discovery shall be completed on or before **February 13, 2006**
　　　Expert reports on affirmative claims shall be served on or before **February 27, 2006**
　　　Expert rebuttal reports shall be served on or before **March 29, 2006**
　　　Expert discovery shall be completed on or before **April 17, 2006**
　　　Motions for Summary Judgment shall be due on or before **April 28, 2006**
　　　Responses to Motions for Summary Judgment shall be due **May 17, 2006**
　　　Replies in further support of Motions for Summary Judgement shall be due seven (7) days after the response is served.
　　　If a Motion for Summary Judgment is not filed, Plaintiff's Pre-trial Statement shall be due on **May 15, 2006**, and
　　　If a Motion for Summary Judgement is not filed, Defendant's Pre-trial Statements shall be due on or before **May 25, 2006**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: all counsel of record.nmk