MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

Indeck Keystone Energy LLC
───────────────────────────
*Plaintiff*

vs.   No. CA 04-325 Erie

Victory Energy Operations LLC
───────────────────────────
*Defendant*

HEARING ON Telephonic Status Conference

Before Judge McLaughlin

John K. Gisleson                    Christopher T. Sheean
───────────────────────    ───────────────────────
*Appear for Plaintiff*                *Appear for Defendant*

Hearing begun 9:30 am on 12-16-05    Hearing adjourned to 9:33 am

Hearing concluded C. A. V. ─────    Stenographer Ron Bench

Clerk: N/A

WITNESSES:

*For Plaintiff*                       *For Defendant*