UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-325 Erie |
| | ) | |
| VICTORY ENERGY OPERATIONS LLC, | ) | Judge Sean J. McLaughlin |
| | ) | |
| | ) | |
| Defendant | ) | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of January, 2006, the Defendant's Motion for Leave to Serve Additional Interrogatories and Compel Expedited Reponses is granted, and Plaintiff is ordered to respond to Defendants' Third Set of Discovery Requests on or before January 20, 2006.

_____
Sean J. McLaughlin
United States District Judge