UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | CIVIL ACTION<br><br>NO. 04-CV-325 (ERIE)<br><br>Judge Sean J. McLaughlin<br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this ___ day of January 2006, upon consideration of Plaintiff's Motion to Compel Answer to Interrogatory and Production of Documents, it is hereby ORDERED that the Motion is GRANTED. Defendant shall answer Interrogatory No. 2 and fully produce photographs of industrial watertube package boilers sold during the term of the License Agreement with ten (10) days of the entry of this ORDER. It is further ORDERED that Defendant's Motion for Leave to Serve Additional Interrogatories and to Compel Expedited Responses is DENIED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judge Sean J. McLaughlin