EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, | : |
| Plaintiff, | : CIVIL ACTION |
| | : NO. 04-CV-325 (ERIE) |
| v. | : |
| | : Judge Sean J. McLaughlin |
| VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, | : **JURY TRIAL DEMANDED** |
| Defendant. | : |

## DISPUTE CERTIFICATE

I, John K. Gisleson, counsel for Plaintiff Indeck Keystone Energy LLC ("IKE"), submit this certificate in support of IKE's Motion for Extension of Time to Respond to Defendant's Motion for Partial Summary Judgment. I attest that the following is true and correct:

1. On January 20, 2006, Defendant filed a Motion for Partial Summary Judgment, for which Plaintiff received electronic notice after the close of business on that date.

2. On January 24, 2006, the Court entered an Order providing that a response to the Motion shall be due on or before February 13, 2006.

3. Counsel for Plaintiff requested a three-week extension from Defendant based on the fact that discovery was ongoing and counsel's schedule.

PTDATA 293666_1

4. Defendant refused to consent to an extension.

Dated: February 7, 2006

Respectfully submitted,

/s/ John K. Gisleson
John K. Gisleson (Pa. ID. No. 62511)
SCHNADER HARRISON SEGAL & LEWIS LLP
Fifth Avenue Place
120 Fifth Avenue, Suite 2700
Pittsburgh, PA  15222-3001
Telephone: 412-577-5200
Facsimile: 412-765-3858


Gerry DeNotto, Esquire
600 North Buffalo Grove Road, Suite 300
Buffalo Grove, IL 60089
Telephone: 847-520-3212
Facsimile: 847-520-3235

Attorneys for Plaintiff and Counterclaim Defendant,
Indeck Keystone Energy, LLC