UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, | : <br> : <br> : <br> : CIVIL ACTION <br> : <br> : NO. 04-CV-325 (ERIE) <br> : <br> : Judge Sean J. McLaughlin |
| Plaintiff, | |
| v. | |
| VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, | |
| Defendant. | |

ORDER

AND NOW, this ____ day of February, 2006, upon consideration of Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Partial Summary Judgment, it is hereby ORDERED that the Motion is GRANTED. Plaintiff shall file its response to the Motion, along with its own dispositive motion, on or before March 6, 2006.

_____
J.