UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | CIVIL ACTION<br><br>NO. 04-CV-325 (ERIE)<br><br>Judge Sean J. McLaughlin |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff's Motion for Partial Summary Judgment on Defendant's Counterclaims, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. Judgment hereby is entered for Indeck Keystone Energy, LLC and against Victory Energy Operations, LLC on Counts II through V, inclusive, of the Second Amended Counterclaim.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　, J.