

**Latest News**

**Voyager Series becomes new Watertube Boiler Product Line for Victory Energy**
Victory Energy announces the new Watertube Boiler Product Line "Voyager". Capacities will range from 20,000PPH to 250,000PPH.



**Recent Awards:**

**City of Perham**
VEO has received an order to supply one (1) Keystone watertube package boiler for delivery to The City of Perham Resource Recovery Facility. The Keystone will provide 70,000 pph of saturated steam at 150 psig.

**Orchids Paper**
VEO has received an order to supply one (1) Keystone watertube package boiler for delivery to Orchids Paper Products Company. The Keystone will provide 40,000 pph of saturated steam at 250 psig.

Home | Products | Services | Representatives | Spare Parts | Contact us

Copyright © Victory Energy Operations, LLC. All rights reserved.