UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>      Plaintiff,<br><br>   v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>      Defendant. | CIVIL ACTION<br><br>NO. 04-CV-325 (ERIE)<br><br>Judge Sean J. McLaughlin |

## O R D E R

AND NOW, this _____ day of _____, 2006, upon consideration of Defendant's Motion for Partial Summary Judgment, and the opposition thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____, J.

PTDATA 294616_1