UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>       Plaintiff,<br><br>v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>       Defendant. | CIVIL ACTION<br><br>NO. 04-CV-325 (ERIE)<br><br>Judge Sean J. McLaughlin |

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I, IV, V, AND VI OF THE COMPLAINT

Plaintiff Indeck Keystone Energy, LLC ("IKE"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56, hereby moves for partial summary judgment on Counts I, IV, V, and VI of its Complaint.

For the reasons set forth in the accompanying Memorandum of Law, which is incorporated by reference and is being filed contemporaneously herewith, there is no dispute of material fact, and IKE is entitled to a judgment of liability against VEO as a matter of law on its claims for trademark infringement (Count I), misappropriation of trade secrets (Count IV), unfair competition (Count V), and unjust enrichment (Count VI). There will remain the factual issue of damages to be decided on those counts.

WHEREFORE, Plaintiff Indeck Keystone Energy, LLC respectfully requests that this Honorable Court grant this Motion and enter judgment in its favor and against Victory Energy Operations, LLC on Counts I, IV, V, and VI of the Complaint.

    Respectfully submitted,

    /s/ John K. Gisleson
    John K. Gisleson (Pa. ID. No. 62511)
    Robert J. Williams (Pa. ID. No. 76139)
    SCHNADER HARRISON SEGAL & LEWIS LLP
    Fifth Avenue Place
    120 Fifth Avenue, Suite 2700
    Pittsburgh, PA  15222-3001
    Telephone: 412-577-5200
    Facsimile: 412-765-3858

    Gerald F. DeNotto
    600 North Buffalo Grove Road, Suite 300
    Buffalo Grove, IL 60089
    Telephone: 847-520-3212
    Facsimile: 847-520-3235

    Attorneys for Plaintiff and Counterclaim Defendant,
    Indeck Keystone Energy, LLC

Dated: March 6, 2006