UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>      Plaintiff,<br><br>v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>      Defendant. | CIVIL ACTION<br><br>NO. 04-CV-325 (ERIE)<br><br>Judge Sean J. McLaughlin |

## **O R D E R**

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff's Motion for Partial Summary Judgment on Counts I, IV, V, and VI of the Complaint, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. Judgment on the issue of liability is hereby entered for Indeck Keystone Energy, LLC and against Victory Energy Operations, LLC on Counts I, IV, V, and VI. The only remaining issue for trial on those Counts is damages.

BY THE COURT:

_____
, J.