UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VICTORY ENERGY OPERATIONS )<br>LLC, )<br>)<br>Defendant )<br>)<br>)<br>) | Civil Action No. 04-325 Erie<br><br>Judge Sean J. McLaughlin<br><br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

      Robert J. Williams, an attorney, certifies that on the 6th day of March, 2006, he caused a copy of the foregoing *Indeck Keystone Energy's Motion for Partial Summary Judgment on Counts I, IV, V, and VI of the Complaint, Indeck Keystone Energy's Brief in Opposition Regarding Motion for Partial Summary Judgment on Plaintiff's Complaint and Count I of Victory Energy's Second Amended Counterclaim* and *Statement of Facts Motion for Partial Summary Judgment* to be filed electronically, and that the CM/ECF system for the court will e-mail a copy of the foregoing to the following counsel of record:

| | |
|---|---|
| Christopher T. Sheean, Esquire<br>Wildman, Harrold, Allen & Dixon LLP<br>225 West Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>Email: sheean@wildmanharrold.com | G. Jay Habas, Esquire<br>Marshall Dennehey Warner Coleman & Goggin<br>1001 State Street<br>Renaissance Center, Suite 1400<br>Erie, PA 16501<br>Email: jhabas@mdwcg.com |

                                          /s/ Robert J. Williams
                                          Robert J. Williams