UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-00325 Erie |
| ) | |
| VICTORY ENERGY OPERATIONS ) | Judge Sean J. McLaughlin |
| LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion For an Order Directing Defendant to Re-File Annex I Under Seal filed by Plaintiff Indeck Keystone Energy, LLC, and any opposition thereto, it is hereby ORDERED that the Motion is GRANTED. Defendant shall, within seven (7) days of the entry of this Order, withdraw Annex I from the following documents or have Annex I sealed: Exhibit A to its Answer and Counterclaim (Document # 8, filed January 10, 2005); Exhibit A to its Amended Counterclaim (Document # 14, filed April 28, 2005) (including Amended Counterclaim filed as an Attachment to Document # 12, Motion for Leave to file Amended Counterclaim, filed March 25, 2005); Exhibit A to its Second Amended Counterclaim (Document # 42, filed December 9, 2005) (including Second Amended Counterclaim filed as an Attachment to Document # 37, Motion for Leave to file Second Amended Counterclaim, filed November 4, 2005) and; Exhibit F to its Motion for Partial Summary Judgment (Document # 48, filed January 20, 2006).

BY THE COURT:

_____
The Honorable Sean J. McLaughlin

PTDATA 295021_3