UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-00325 Erie |
| | ) | |
| VICTORY ENERGY OPERATIONS LLC, | ) | Judge Sean J. McLaughlin |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

Robert J. Williams, an attorney, certifies that on the 27th day of March, 2006, he caused a copy of the foregoing *Motion to Compel Defendant to Seal Confidential Trade Secrets Filed in Contravention of Protective Order* to be filed electronically, and that the CM/ECF system for the court will e-mail a copy of the foregoing to the following counsel of record:

Christopher T. Sheean, Esquire
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606
Email: sheean@wildmanharrold.com

G. Jay Habas, Esquire
Marshall Dennehey Warner Coleman & Goggin
1001 State Street
Renaissance Center, Suite 1400
Erie, PA 16501
Email: jhabas@mdwcg.com

/s/ Robert J. Williams