UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-325 Erie |
| | ) |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin |
| | ) |
| Defendant | ) JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of April, 2006, the Defendant/Counter-Plaintiff's Motion for Leave to File Brief In Excess of 25 Pages is GRANTED, and leave is granted to file VEO'S RESPONSE BRIEF IN OPPOSITION TO IKE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND REPLY BRIEF IN SUPPORT OF VEO'S MOTION FOR PARTIAL SUMMARY JUDGMENT, *Instanter*.

_____
Sean J. McLaughlin
United States District Judge