## CERTIFICATE OF SERVICE

Christopher T. Sheean, an attorney, certifies that on the 10th day of April, 2006, he caused a copy of:

- *Defendant/Counter-Plaintiff's Motion for Leave to File Brief In Excess Of Twenty-Five Pages;*
- *Draft Order;*
- *VEO'S Response Brief In Opposition To IKE's Motion For Partial Summary Judgment And Reply Brief In Support Of VEO's Motion For Partial Summary Judgment;*
- *VEO's Response To IKE's Statement Of Facts Filed By IKE In Opposition To VEO's Motion For Partial Summary Judgment And In Support Of IKE's Motion For Partial Summary Judgment;*
- *VEO's Memorandum Of Law In Opposition To IKE's Motion For Partial Summary Judgment On VEO's Counterclaims*
- *Defendant's Response To Plaintiff's Statement Of Facts Filed In Support Of Plaintiff's Motion For Partial Summary Judgment On Defendant's Counterclaims*

to be filed electronically, and that the CM/ECF system for the court will e-mail a copy of the foregoing to the following counsel of record:

John K. Gisleson
Robert J. Williams
Schnader Harrison Segal & Lewis LLP
Fifth Avenue Place, Suite 2700
120 Fifth Avenue
Pittsburgh, PA 15222-3001
Email: JGisleson@Schnader.com
ATTORNEYS FOR PLAINTIFF INDECK KEYSTONE ENERGY LLC


 /s/ Christopher T. Sheean
Christopher T. Sheean