UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, | : : : : : CIVIL ACTION : : NO. 04-CV-325 (ERIE) : : Judge Sean J. McLaughlin : : : : : |
| Plaintiff, | |
| v. | |
| VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, | |
| Defendant. | |

AND NOW, this _____ day of April 2006, upon consideration of Plaintiff Indeck Keystone Energy, LLC's Unopposed Motion for an Extension of Time to File Reply Briefs to Motions for Partial Summary Judgment, it is hereby ORDERED that that Motion is GRANTED. Plaintiff shall file its reply briefs on or before May 2, 2006.

_____
J.

PTDATA 296122_1