# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

INDECK KEYSTONE
ENERGY, LLC, a Delaware limited liability
company,

        Plaintiff,

    v.

VICTORY ENERGY
OPERATIONS, LLC, a Delaware limited
liability company,

        Defendant.

:   CIVIL ACTION

:   NO. 04-CV-325 (ERIE)

:   Judge Sean J. McLaughlin
:

:

:

## ORDER

     AND NOW, this _____ day of May 2006, upon consideration of Plaintiff Indeck

Keystone Energy, LLC's Motion to File Exhibits Under Seal in Connection with Summary

Judgment Briefing, and any response thereto, it is hereby ORDERED that that Motion is

GRANTED.  Plaintiff may file Exhibits 9, 11, 13, 20, 21, and 23 under seal.

                                           J.