CONFIDENTIAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

INDECK KEYSTONE ENERGY LLC,

                    Plaintiff,        Civil Action

vs.                                   No. 04-325 Erie

VICTORY ENERGY OPERATIONS,
LLC.

                    Defendant.


                    DEPOSITION OF JAY McCONAUGHY
                 TUESDAY, FEBRUARY 16, 2006

        Deposition of JAY McCONAUGHY, taken pursuant to

Notice and the Federal Rules of Civil Procedure, by and

before Cathy R. Mull, Notary Public in and for the

Commonwealth of Pennsylvania, at the offices of Schnader

Harrison Segal & Lewis LLP, Fifth Avenue Place, Suite

2700, 120 Fifth Avenue, Pittsburgh, Pennsylvania

15222-3001 commencing at 8:30 o'clock a.m., on the day and

date above set forth.

ORIGINAL

EXHIBIT
5

CONFIDENTIAL

49

1   reviewing?

2   A    Oh, I just went over them to make sure it is what

3   we can supply and the design pressures and whatnot are

4   okay.

5   Q    What were the sizes of the boilers?

6   A    Don't remember.

7   Q    Were the two sales proposals that you reviewed, was

8   the steam flow of the boilers in excess of 150,000 pounds

9   per hour?

10  A    No.

11  Q    It was less than 150,000 pounds per hour?

12  A    Yes.

13  Q    Were there any name plates that were put on the

14  boilers once the manufacturing process was complete?

15          MR. SHEEAN:  Objection.  Foundation.

16  A    Yes.

17  Q    What was the information on the name plates?

18  A    You had ASME data sheet information on it and who

19  they were manufactured by.  That's required by ASME Code.

20  Q    And what was the name?

21  A    It was Victory.

22  Q    Were there any other name plates or face plates on

23  the boiler to identify it as a Keystone boiler?

MULL REPORTING   (412) 921-9202

CONFIDENTIAL

50

1            MR. SHEEAN:  Objection.  Foundation.

2            MR. GISLESON:  Strike the question.

3    BY MR. GISLESON:

4    Q       Did you ever see a Keystone boiler at the

5    conclusion of the manufacturing process?

6    A       I saw the boiler at the end, yes.

7    Q       Was that true for all of the projects for which you

8    were the Project Engineer?

9    A       That I saw -- no.

10   Q       For the boilers that had been completed while you

11   still worked there?

12   A       No.

13   Q       For which boilers did you see the finished product?

14   A       I can't remember which ones I did or did not.

15   Q       Approximately how many finished boilers did you

16   see, Keystone boilers?

17   A       I'd say at least five.

18   Q       Was the Keystone name located on the exterior of

19   any of the finished boilers that you saw on site at VEO?

20   A       No.

21           MR. GISLESON:  Mark this, please.

22           (Thereupon, JM Exhibit No. 1 was marked for

23   identification).

CONFIDENTIAL

51

BY MR. GISLESON:

Q      I would like to show you what has been marked as Exhibit JM 1.  Its a document stamped VEO 893 to 894.

Have you ever seen that document before?

A      This drawing?

Q      Yes.

A      No.

Q      Do you see how on the first page this is called Keystone Name Plate?

A      Oh.  Okay.  Yeah.

Q      Did you ever see any boiler at VEO that had a Keystone name plate with that appearance?

A      No.

Q      Did you ever have any discussions with anyone at VEO about whether a Keystone name plate should be included on any of the O type boilers that were being sold?

A      No.

Q      Was there anyway to tell from looking at the boiler that it was a Keystone boiler?

MR. SHEEAN:  Objection.  Vague.

A      I'd have to say no.

Q      On how many places on the finished boiler did the Victory name appear?

CONFIDENTIAL

52

1          MR. SHEEAN:  Same objection.

2    A      I'd say twice.

3    Q      Where?

4    A      The side of the unit.

5    Q      Was it in the same location?

6          MR. SHEEAN:  Objection.  Vague.

7    A      Roughly.

8    Q      What information was in the first location where

9    the Victory name appeared?

10   A      That's it.

11   Q      Just Victory?

12   A      That's it.

13   Q      Was it Victory Energy Operations, Victory; what was

14   it?

15   A      I think just Victory.

16   Q      Was it a name plate, something like what's been

17   marked as Exhibit 1?

18   A      No.  Not a name plate.

19   Q      What was it?

20   A      Just painted.

21   Q      So its not actually a plate, its just a name

22   painted onto the boiler?

23   A      Yeah.

CONFIDENTIAL

53

1    Q        How big was the Victory name that was painted on

2    the boiler?

3                    MR. SHEEAN:    Objection.   Vague.

4    A        It was visible.

5                    MR. GISLESON:   I'll rephrase the question.

6    BY MR. GISLESON:

7    Q        What was the size of the Victory name on the

8    boiler?

9                    MR. SHEEAN:    Same objection.

10   A        I mean, letters about that big (indicating).

11   Q        So 18 inches?

12   A        I don't know, get a ruler.

13   Q        Approximately?

14   A        Roughly.

15   Q        What was the color that was used to paint the

16   Victory name on the boiler?

17                   MR. SHEEAN:    Same objection.

18   A        I believe white.

19   Q        What was the color of the boiler casing?

20   A        Blue.

21   Q        Was the Victory name in large letters in an area

22   that people could see if they were walking past the

23   boiler?

CONFIDENTIAL

72

1    EPTI or one of its predecessors?

2    A       I'm going to say no.  I'm not sure.  I'm not sure I

3    guess because its got some information I'm not used to

4    seeing.

5    Q       What information are you not used to seeing?

6    A       Efficient radiant gas and efficient convection, I

7    mean the upper section, widths, heights, is typically what

8    I dealt with, but the middle section is a little

9    different.

10   Q       If you turn to the next page -- I'm sorry, if you

11   turn to page 23.  Do you see how this appears to be a

12   drawing of the Keystone M series standard with a plan

13   section?

14   A       Yes.

15   Q       Have you seen that drawing before?

16   A       Yes.

17   Q       Can you describe what this drawing is?

18   A       Its a cross-section of the O type boiler.

19   Q       For the standard M series Keystone boiler?

20            MR. SHEEAN:  Objection.  Mischaracterizes

21   his testimony.  You should answer.

22   A       Yes.

23   Q       When did you see this cross-section?

CONFIDENTIAL

74

1    A        Outer wall as pertaining to?

2    Q        Tube configuration.

3    A        Tube configuration?  It looks like a tangent wall.

4    Q        What is the tube configuration for the furnace

5    walls as shown on this page?

6    A        It looks like a tangent wall.

7    Q        Did the standard M series have tangent tube outer

8    and furnace walls?

9              MR. SHEEAN:  Objection.  Vague.  Foundation.

10             MR. GISLESON:  Pardon me?

11             MR. SHEEAN:  Foundation.

12             MR. GISLESON:  You can answer the question.

13   A        Okay.  Basically, yes.

14   Q        Did the standard M series have a refractory front

15   wall?

16             MR. SHEEAN:  Same objections.

17   A        Yes.

18   Q        Did the standard M series have a tube and tile

19   water cooled wall, rear wall?

20             MR. SHEEAN:  Same objection.

21             MR. GISLESON:  I'll rephrase the question.

22   BY MR. GISLESON:

23   Q        Did the standard M series have a tube and tile

CONFIDENTIAL

75

1    water cooled wall?

2              MR. SHEEAN:    Same objection.

3    A        No, it didn't.

4    Q        What did it have?

5    A        We could -- I mean, if you look at this drawing --

6    I mean, if you look at the front, we haven't used the

7    cones, you know, when I was at EPTI/Zurn/whatever.    This

8    whole front wall configuration has changed.    We don't use

9    this cone throat, we don't use the bull ring any more.

10   That's this section here (indicating).    You don't use

11   insulation or the way we did it it became a monolithic

12   wall.    We changed that design years ago.

13              The rear wall, we essentially started putting

14   membrane walls back in there, we removed the tile or what

15   we did, if we did actually end up with the tile, we used a

16   different type of insulation in the rear wall design.

17              Those are the things that even though you have this

18   like this, it wasn't built this way.

19   Q        Were those all changes that EPTI or its

20   predecessors had developed prior to January, 2003?

21   A        Yeah.

22   Q        Yes?

23   A        Yes.

CONFIDENTIAL

76

1    Q        While you were employed with VEO, did you ever

2    become aware of VEO selling any Keystone boilers that had

3    tangent tube furnace or outer walls?

4    A        I don't believe so.

5    Q        Now, you became aware as to what the design of the

6    standard M series Keystone boiler was based on your having

7    been involved with you said approximately a hundred

8    different Keystone boilers while employed with EPTI or its

9    predecessors?

10   A        Correct.

11   Q        Did any of the hundred or so boilers in which you

12   were involved while you were employed with EPTI or a

13   predecessor have tangent furnace or outer walls?

14   A        Yes.

15   Q        More than one?

16   A        Yes.

17   Q        Did more than one of the Keystone boilers in which

18   you were involved with EPTI or a predecessor have a

19   refractory front wall?

20   A        Yes.

21   Q        Did more than one of the Keystone boilers with

22   which you were involved while working with EPTI or a

23   predecessor have a tube and tile water cooled rear wall?

CONFIDENTIAL

77

1    MR. SHEEAN:  I'm going to object to this

2    line of questioning.  I think its vague as to time.  You

3    can answer.

4    A    No.

5    Q    Did any of them have tube and tile water cooled

6    rear wall?

7    MR. SHEEAN:  Objection.  Asked and answered.

8    Same objections.  You can answer.

9    A    Yeah, but I'm not sure of the question.

10    Q    At any time while you were employed with EPTI or a

11    predecessor company, did the company sell a standard M

12    series boiler that had a tube and tile water cooled rear

13    wall?

14    MR. SHEEAN:  Same objections.

15    A    If I understand correctly, yes.

16    Q    Do you know whether there currently are any O type

17    boilers in use in the United States that have tangent tube

18    furnace or outer walls?

19    A    I'm sure there is.

20    Q    More than one?

21    A    I assume.  There's a lot out there.

22    Q    Was there anything in the cross-section drawing you

23    saw that referred to membrane walls either in the furnace

CONFIDENTIAL

80

1    emission?

2    A       It dropped it.  It didn't allow gas to bypass it.

3    Q       By nox are you referring to nitrogen oxide?

4    A       Yes.

5    Q       N-o-x?

6    A       Yes.

7    Q       Did VEO, while you were employed there, ever seal

8    weld tangent tubes on any boilers that it sold, to the

9    best of your knowledge?

10   A       No.

11   Q       Based on what you observed as a Project Engineer

12   with VEO, did it have the capability to seal weld tangent

13   tube construction?

14   A       If they built it, yes.

15   Q       From looking at the cross-section in Exhibit 3,

16   which is the License Agreement, did you see any reference

17   on page 1023 of Annex 1 to either welded walls or membrane

18   walls?

19   A       No.

20   Q       Did you ever become aware as to what the reputation

21   of the Keystone boiler was in the boiler industry?

22   A       I think we built a very good product.

23   Q       Why was it a good product?

CONFIDENTIAL

110

1    Q      Yes.   That page was not in the copy of the Design

2    Guide you had?

3    A      Yeah, I don't remember seeing it.

4    Q      Was that information you needed in connection with

5    the work you were doing on Keystone boilers?

6    A      Not that I was doing on them, no.   I mean, it might

7    have been there, I just don't recall seeing it.

8           It looks pretty much -- other than the one I saw,

9    without reading each page or going through, it looks like

10   it.

11   Q      Did you make any handwritten comments or notations

12   in your version of the manual?

13   A      I don't think so.   I might have commented on areas

14   of the door or something like that, but I don't think so.

15   Q      While you were with EPTI did it have a separate

16   design manual limited just to the standard M series?

17   A      I don't think so.

18   Q      EPTI just had one Engineering Design Guide that was

19   used for the full range of O type boilers?

20   A      I think so.

21   Q      Yes?

22   A      Yes.

23                 MR. GISLESON:   Mark that, please.

CONFIDENTIAL

111

1          (Thereupon, JM Exhibit No. 4 was marked for

2   identification).

3   BY MR. GISLESON:

4   Q     I would like to show you what has been marked JM

5   Exhibit 4.  Its a document stamped IKE 5308.  Do you see a

6   copy of an E mail at the bottom of the first page from you

7   to Bob Gdaniec, February 26, 2004, Hi Bob, Jay?

8   A     Uh-huh.

9   Q     Yes?

10  A     Yes, I remember.

11  Q     Do you recall sending the E mail?

12  A     Yes.  Let me read it so I -- okay.  This is back on

13  Oxy job again.  That's the one with the superheater.

14  Q     And you're asking questions about the drum

15  internals for the drum internal for Oxy; is that correct?

16  A     No, not drum internals, drum levels.

17  Q     The water levels in the drum?

18  A     Yeah.

19  Q     You write at the end of your E mail to Mr. Gdaniec,

20  There are several references within the Keystone manual to

21  the Engineering Design Guide, any chances to getting a

22  copy of them?  Refer to SHT'r section, item 20 refers to

23  EDG of 1145 Hdr flow Dist?

CONFIDENTIAL

116

1    part of the material that was provided per the current

2    License Agreement.

3            Did you ever get back to him to tell him that you,

4    in fact, had a copy of this, of the manual?

5    A    Of this manual?

6    Q    Yes.

7    A    Yes.

8    Q    What did you tell him?

9    A    That we had what they gave us.  They provided this.

10   Q    You told that to Bob Gdaniec?

11   A    I believe so, yeah.

12   Q    Do you know what his response was?

13   A    No, I -- at that point we got more into design of

14   this thing, moving forth.

15   Q    He then writes, I'm researching here to see if we

16   gave it to Victory officially.  Please keep in mind that

17   Victory has licensed the STANDARD M series Keystone with

18   the addition of superheat and increase in design pressure.

19   EPTI and Victory (Mark/John) are now working on a new deal

20   that may result in increasing the scope of the License

21   Agreement, however, at this point it is not finalized.

22           You read the E mail when you received it; right?

23   A    Yeah.

CONFIDENTIAL

117

1    Q      Prior to receiving that E mail on February 27,

2    2004, had anyone else ever told you that Victory had

3    licensed only the standard M series Keystone with addition

4    of superheat and increase in design pressure?

5    A      No.

6    Q      Was this the first time anyone ever told you that

7    Victory had licensed only the standard M series Keystone?

8    A      I think this is the first time it was brought up,

9    yeah.

10    Q      After you received this E mail from Bob Gdaniec did

11    you then go to Mark White and say, hey, Mark, Bob Gdaniec

12    is telling me that Victory only licensed the standard M

13    series Keystone with the addition of superheat and

14    increase in design pressure?

15    A      Yeah.  I brought it up to him and he said they're

16    working on it.  I proceeded on.

17    Q      When did you bring it up with Mark White?

18    A      Probably around the time when this was sent to me.

19    Q      What did you say to Mark White?

20    A      I think I just went in -- I don't remember.  I just

21    went in and said, is there an issue with this.  He said,

22    no, there shouldn't be and I said fine.

23    Q      What else did Mark White tell you?

120

1    Q        This is an E mail dated October 9, 2003, from Mark

2    White to Bob Gdaniec and Ted Fuhrman on the subject of

3    standard M series summary question and its Bates stamped

4    IKE 1450.  Mr. White wrote, Bob and Ted, we are in the

5    process of setting up standard design files for all of the

6    standard M series boilers.  Do you see that?

7    A        Uh-huh.

8    Q        Yes?

9    A        Yes.

10   Q        Did you ever see any standard design files for all

11   of the standard M series boilers at VEO while you worked

12   there?

13            MR. SHEEAN:  Objection.  Asked and answered.

14   A        No.

15            (Thereupon, JM Exhibit No. 6 was marked for

16   identification).

17   BY MR. GISLESON:

18   Q        I would like show how what has been marked JM

19   Exhibit 6.  Its a document stamped 116 and 117.  Do you

20   recognize this as a copy of an E mail you received from

21   Bob Gdaniec on March 23, 2004, on the subject of Dallas

22   Fort Worth Additional Analysis?

23   A        Yes.

CONFIDENTIAL

121

1    Q    Do you recall receiving this E mail?

2    A    Yes.

3    Q    Mr. Gdaniec writes to you, Jay, this is getting

4    tougher to break out individual costs for these items.

5    This boiler is clearly well beyond the standard M series

6    boiler and should have complete detail design analysis

7    conducted on it.  By no stretch of the imagination can

8    this boiler be considered a standard.

9         Do you see that?

10   A    Yes.

11   Q    Did you have any conversation with Bob Gdaniec

12   after receiving this E mail in which you asked him why he

13   was focusing on the fact that the boiler was not a

14   standard M series boiler?

15   A    Yes.

16   Q    What did you discuss?

17   A    Its a little taller than what is normal.

18   Q    Anything else?

19   A    No.

20   Q    Did you discuss Mr. Gdaniec's response with Mark

21   White?

22   A    I think so.

23              MR. SHEEAN:   Don't guess.

CONFIDENTIAL

143

1      (Thereupon, JM Exhibit No. 11 was marked for

2  identification).

3  BY MR. GISLESON:

4  Q      I would like to show you what has been marked as JM

5  Exhibit 11.   Its a document stamped VEO 1021 to 1022.   Do

6  you recognize the lower E mail on the first page as one

7  that you sent to Mark White on March 29, 2004, on the

8  subject of MISC. meeting Ok at EPTI, Court record on

9  Chapter XI?

10  A      Yes.

11  Q      In the fifth paragraph you write, Talked a little

12  about what you had mentioned about the issue of

13  non-standard units being built and et cetera.   What I

14  found out in the Court records this weekend may be in

15  direct relation to their current attitude, you might

16  already know this but -- and then you have more

17  information.

18      To what were you referring when you identified the

19  issue of non-standard units being built?

20  A      I don't remember.   Let me read this whole thing.

21      MR. SHEEAN:   I remind you not to speculate.

22  A      (Continuing) I don't remember.

23  Q      Did Mark White tell you that he had received a

CONFIDENTIAL

164

1    Q       Were you involved with boilers that EPTI sold to

2    VEO prior to January, 2004, that were to be used for a

3    Heinz project?

4    A       No.

5                   MR. GISLESON:  Off the Record.

6                   (Discussion off the Record).

7                   (Thereupon, JM Exhibit No. 15 was marked for

8    identification).

9    BY MR. GISLESON:

10   Q       I would like to show you what's been marked as JM

11   Exhibit 15.  If you can take a look at that and let me

12   know when you're done.

13   A       Okay.

14   Q       Have you seen this document before?

15   A       It looks familiar.

16   Q       Do you recall seeing it?

17   A       Seeing it?

18   Q       Yes.

19   A       I'm going to say I did.  That's my stamp.

20   Q       On the first page where it says received August 14,

21   2001, J.C. MAC?

22   A       That's me.

23   Q       The first page of this refers to a Design

CONFIDENTIAL

165

Performance Report, as the title of the document.  Do you

see that?

A      Yes.

Q      What's the purpose of the Design Performance

Report?

A      The Design Performance Report is to give the basics

of your design criteria.  MAWP flows, steam and all of

that, and it also provides you the -- should anyhow

provide you the spacing of the tubes, type of tubes,

membrane, whatnot, overall dimension of the boiler,

economizer information, flue gas constituents, what is in

it.

Q      Can you tell who prepared this Design Performance

Report?

A      Yes.  It looks like Steve Bernalwitz, I believe, by

that signature.  Well, sorry Joe Malone did it.  It looks

like Steve approved it.

Q      How can you tell that Joe Malone did it?

A      Down here where it says by, that's Joe Malone and

over here you have approval.  It looks like Bernalwitz.

Q      You received a copy as Project Engineer; is that

right?

A      Yes.

CONFIDENTIAL

166

1    Q       Does that mean you were the Project Engineer for

2    this project?

3    A       I would say yes.

4            MR. SHEEAN:  Don't speculate.  If you

5    recall, fine.  But don't guess.

6    A       (Continuing) I'm going to say yes.

7    Q       Do you recall being Project Engineer for a boiler

8    project for Victory Energy Operations?

9    A       No.

10   Q       Do you recall a project for Armstrong Services/

11   Heinz USA in Muscatine, Iowa?

12   A       I remember a Heinz, but I thought it was Indeck,

13   that's what I remember, but maybe -- I don't remember it

14   being Victory.

15   Q       Do you recall being the Project Engineer for a

16   Heinz project?

17   A       Yes.

18   Q       Looking at that Design Performance Report, does

19   this refresh your recollection that you were, in fact, the

20   Project Engineer for Heinz boiler -- for a Heinz boiler

21   that was sold to VEO?

22   A       Yes.

23   Q       Can you describe the boiler that was sold to VEO?

CONFIDENTIAL

167

1    A        I can if I read this.

2    Q        Can you do it independent of the document?

3    A        No.

4    Q        If you look at page No. 3, it has 1.00, Scope, This

5    report contains the design information relative to General

6    Order 2023.  General Order 2023 is two shop assembled

7    Special Keystone boilers.

8             Do you see that?

9    A        Yes.

10   Q        As of August 14, 2001, which is the date that you

11   received a copy of this Design Performance Report, did you

12   understand what was meant by special Keystone boilers?

13   A        Yes.  It changed the -- they were different from

14   the M series in one manner or another.

15   Q        Different from the standard M series?

16   A        Yes.

17   Q        Do you know whether this Design Performance Report

18   was provided to VEO?

19   A        This?

20   Q        Yes.

21   A        I would say no.

22   Q        As Project Engineer do you have an understanding as

23   to what documentation was provided to VEO concerning the

CONFIDENTIAL

179

1          MR. GISLESON:  Back on.

2    BY MR. GISLESON:

3    Q      Were all of the O type boilers on which you worked

4    while with VEO Keystone boilers?

5    A      What do you mean by Keystone boilers?

6    Q      Were they based on the design of a Keystone boiler?

7    A      Yes.

8    Q      Are you aware of any non-Keystone designs that VEO

9    had in its possession for O type water tube package

10   boilers while you worked for them?

11   A      Non-Keystone -- you mean as in O type boilers?

12   Q      Correct.

13   A      I don't think so.

14   Q      Are you aware of any O type package water tube

15   boilers sold by VEO while you worked there that weren't

16   called either a Keystone boiler or a Victory boiler?

17   A      I'm not sure if they were called Keystone in the

18   beginning, but no.

19   Q      What were these Keystone boilers called while you

20   worked there?

21          MR. SHEEAN:  Objection.  Foundation.

22   A      To me they were Victory boilers and O type boilers.

23   That's -- you know, I didn't -- I don't remember seeing

CONFIDENTIAL

196

BY MR. GISLESON:

Q        I would like to show you what has been marked Exhibit 18, which is document stamped PTC 485 through 500. Its a copy of a Victory Energy Keystone Steam Generating System sales brochure.

Have you seen that before?

A        I might have.

Q        If you turn to page PTC 492, under Keystone wall construction it says, Victory Energy's design, engineering and manufacturing advances offer a complete range of wall construction technology.

While you were employed by VEO did VEO develop engineering and manufacturing advances concerning wall construction in the Keystone?

A        I think with the tube spacing and the membranes that we did in there, yes.

Q        Were those developed by VEO?

A        I believe so.

Q        What basis do you have for that?

A        Well, we didn't do it that way in Erie.

Q        How do you know?

A        Because I was involved with stuff in Erie, saw the fabrications.

CONFIDENTIAL

197

1   Q        What was different about what VEO did than what

2   EPTI did?

3   A        Well, we basically took the spacing from three to

4   four, which saved some tubes and all of that, you know,

5   cost wise and all of that, still gave the same

6   performance.

7   Q        Did you ever tell anyone from EPTI that VEO was

8   making those changes?

9   A        No.

10  Q        Did you ever see the drawings that EPTI provided to

11  VEO concerning membrane walls?

12  A        I don't think so.

13  Q        Were you aware that EPTI provided drawings to VEO

14  concerning the --

15  A        Yes.

16  Q        -- concerning membrane walls?

17  A        Oh, membrane walls?

18  Q        Yes.

19  A        That I don't know.

20  Q        The same page says, for furnace walls, side walls,

21  membrane or tangent tube construction is standard on all

22  Keystones.

23           Did VEO have the capability to manufacture a

CONFIDENTIAL

198

1    tangent tube boiler?

2    A      Yes.

3    Q      That was true throughout the time you worked at

4    VEO?

5    A      Yeah.

6    Q      Were you aware that in its sales brochures VEO

7    offered a tangent tube construction boiler?

8                 MR. SHEEAN:  Objection.  Mischaracterizes

9    this document.  The document speaks for itself.  You can

10   answer.

11   A      I'm just --

12                MR. SHEEAN:  You either were aware or you

13   weren't.

14   A      (Continuing) Yes, I think I was.  Yes.

15                MR. GISLESON:  Could you repeat my question.

16                (Question read).

17   BY MR. GISLESON:

18   Q      At the bottom it says convection side walls,

19   membrane or tangent tube construction is standard on all

20   Keystones.

21          Did VEO have the ability while you worked there to

22   manufacture a boiler that had tangent tube convection side

23   walls?

CONFIDENTIAL

199

1    A    Yes.

2    Q    Were you also aware that VEO was selling or

3    offering for sale boilers that had tangent tube convection

4    side walls?

5         MR. SHEEAN:  Objection.  Asked and answered.

6    The document speaks for itself.

7    A    Yes.

8         MR. GISLESON:  I'll also note, Chris, that

9    this was a document we had to obtain from a third party

10   because it wasn't produced by VEO, which was also the case

11   with all the proposals that I recall that were above

12   150,000 pounds per hour.

13   BY MR. GISLESON:

14   Q    In terms of the drawings that were sent by EPTI to

15   customers, do you know whether there were confidentiality

16   provisions in the agreement with the customer concerning

17   the drawings that the customers received?

18   A    I don't know.

19   Q    And in terms of any tube layout drawings that were

20   provided to customers, you said that those were

21   cross-sections?

22   A    (Witness nods head in the affirmative).

23   Q    Yes?