**White, Mark**

From: White, Mark
Sent: Tuesday, January 21, 2003 1:37 PM
To: Gdaniec, Bob
Cc: Levstek, Dan; Kassas, Simon; Kang, Stephen; Briggs, Dave; Fuhrman, Ted
Subject: Victory License - Possible New Order 50,000 pph

Bob,

It would appear that Victory may sell a M12 or 13 to Atofina in La Porte TX this week. They originally quoted a "D" type and changed to the "O" after the License agreement was signed. I know that you are quite busy with the Siemens project but I would like to be somewhat prepared should they secure the order. Regarding the execution, my thoughts were as follows:

*Boiler Thermal Performance* - EPTI will work jointly with Victory Engineers to complete all necessary thermal performance required for the project incorporating all ancillary equipment.

*Drawing & Engineering* - The boiler selected is a standard M-Series Keystone. Therefore, drawing changes should be minimal. Victory Energy will modify those drawings requiring changes under the guidance of EPTI. EPTI will review such changes for approval.

*Procurement* - EPTI will assist Victory in the procurement of components. EPTI will provide acceptable material and design standards to Victory to ensure the components and design is suitable for the application.

*Assembly* - EPTI will assist Victory as needed with the various methods of assembly. EPTI and Victory will jointly establish check and hold points to verify compliance with EPTI mechanical and quality standards. I may suggest that Victory employ Earl Warner to assist in the assembly / fabrication process.

*Project Management / Engineering* - I would suggest that we assign a PM/E to the project to assist the Victory M/E with the various aspects of the boiler system. Dan would be required to approve.

Please let me know your thoughts. If needed I could discuss with other under your direction to get us prepared. Please let me know how I may assist you while you are in Korea.

Regards,
Mark White



EXHIBIT 18

IKE 000341
Confidential