# Briggs, Dave

**From:** White, Mark
**Sent:** Thursday, January 30, 2003 4:15 PM
**To:** Briggs, Dave
**Subject:** RE: Annex of License Agreement

Thanks

>   -----Original Message-----
>   **From:** Briggs, Dave
>   **Sent:** Thursday, January 30, 2003 4:10 PM
>   **To:** White, Mark
>   **Cc:** Gdaniec, Bob; Levstek, Dan
>   **Subject:** RE: Annex of License Agreement

Mark,
   I have looked at the annex as well and the following are my comments as to what should be added:

1. There is no mention of the following:
     a. Tangent furnace wall tubes
     b. Tangent outer side wall tubes
     c. The units are only saturated ( no superheater ).
     d. The feed water connection is in the lower drum.
     e. Is the outer side casing flat or ribbed?
     f. That the front and rear wall construction is that of refractory, ( no front wall tubes at all ).

   2. Design Pressure stated on pages 2 and 3 states 200 psig. The KD performance sheets were based on only 200 psig but the M series is suppose to be for units up to and including 399 psig. Do we need to make whatever changes are required to whatever KD performance sheets for design pressures up to and including 399 psig?

   3. Tom Markewicz was up and he showed me a tube arrangement he is doing for the 14M. I told him that he was actually showing a #14 boiler tube arrangement not a 14M. A #14 boiler had different rear wall tubes. Besides you should be using KDB 7.0 for the tube arrangement. I thought we would provide this to them and they would make their own drawings. If I am putting together a package for you what is he doing this for - isn't this a duplication of effort? Especially when he is possibly not showing the correct information. I showed him what the differences were between the #14 and the 14M but...

Thanks,
Dave Briggs

>   -----Original Message-----
>   **From:** White, Mark
>   **Sent:** Thursday, January 30, 2003 3:16 PM
>   **To:** Gdaniec, Bob; Fiske, Marie
>   **Cc:** Fuhrman, Ted; Briggs, Dave; Bernatowicz, Steve; Bradwell, Neil
>   **Subject:** Annex of License Agreement

Bob,
Please review and provide your comments. The document is complete with all Annex data.

Marie,
Pelase ensure the document is written to agree with the main document.

Thanks,
Mark
<< File: ANNEX. I.doc >>



EXHIBIT 22

1

IKE 004240
Confidential