

VICTORY ENERGY OPERATIONS, LLC · 302 E. 5ᵗʰ AVE., OWASSO, OKLAHOMA 74055
918/274-0023 · FAX 918/274-0059

June 6, 2003

Mr. Mark White
**Erie Power Technologies, Inc.**
5300 Knowledge Parkway, Suite 200
Erie, PA 16510-4660

RE:     License Agreement – Unit Sale Notification

Dear Mr. White:

In accordance with our license agreement, please find below the information on the Keystone boiler that has been sold by Victory Energy Operations, LLC.  Information as follows:

Owner:          Iowa Ethanol, LLC
                Hanlontown, Iowa

Representative: None

P.O. Date:      02/04/03

Equipment Sold: Keystone Model 15 M (100% Full Membrane Watercooled)
                Boiler Trim
                Economizer
                Stub Stack
                Low NOx Peabody burner (Controls – BMS & Combustion Controls by others)
                Burner Mounting
                Start-up
                Freight

Total Sale Price:   $ 345,000.00

Erie Royalty (4%):  $ 13,800.00

Schedule:           Unit to ship by 07/15/03

Should you have any questions regarding the above information, please feel free to contact me direct.


Sincerely,
**Victory Energy Operations, LLC**


Visit our website:  www.victoryenergyinc.com

Owasso, Oklahoma          St. Paul, Minnesota          Chicago, Illinois

EXHIBIT
tabbies
26

IKE 004568
Confidential



John C. Viskup, Jr.

IKE 004569
Confidential



VICTORY ENERGY OPERATIONS, LLC · 302 E. 5ᵗʰ AVE., OWASSO, OKLAHOMA 74055
918/274-0023 · FAX 918/274-0059

June 6, 2003

Mr. Mark White
**Erie Power Technologies, Inc.**
5300 Knowledge Parkway, Suite 200
Erie, PA 16510-4660

RE:    License Agreement – Unit Sale Notification

Dear Mr. White:

In accordance with our license agreement, please find below the information on the Keystone boiler that has been sold by Victory Energy Operations, LLC.  Information as follows:

Owner:        Otter Creek Ethanol
                    Ashton, Iowa

Representative: None

P.O. Date:        02/04/03

Equipment Sold:        Keystone Model 15 M (100% Full Membrane Watercooled)
                                Boiler Trim
                                Economizer
                                Stub Stack
                                Low NOx Peabody burner (Controls – BMS & Combustion Controls by others)
                                Burner Mounting
                                Start-up
                                Freight

Total Sale Price:        $ 345,000.00

Erie Royalty (4%):        $ 13,800.00

Schedule:        Unit to ship by 09/15/03

Should you have any questions regarding the above information, please feel free to contact me direct.

Sincerely,
**Victory Energy Operations, LLC**

*Visit our website:  www.victoryenergyinc.com*

*Owasso, Oklahoma*        *St. Paul, Minnesota*        *Chicago, Illinois*

**IKE 004570**
**Confidential**



John C. Viskup, Jr.

IKE 004571
Confidential

VICTORY ENERGY OPERATIONS, LLC · 302 E. 5ᵗʰ AVE., OWASSO, OKLAHOMA 74055
918/274-0023 · FAX 918/274-0059



June 6, 2003

Mr. Mark White
**Erie Power Technologies, Inc.**
5300 Knowledge Parkway, Suite 200
Erie, PA 16510-4660

RE:     License Agreement – Unit Sale Notification

Dear Mr. White:

In accordance with our license agreement, please find below the information on the Keystone boiler that has been sold by Victory Energy Operations, LLC. Information as follows:

| | |
|---|---|
| Owner: | Sioux River Ethanol<br>Hudson, South Dakota |
| Representative: | None |
| P.O. Date: | 03/14/03 |
| Equipment Sold: | Keystone Model 15 M (100% Full Membrane Watercooled)<br>Boiler Trim<br>Economizer<br>Stub Stack<br>Low NOx Peabody burner (Controls – BMS & Combustion Controls by others)<br>Burner Mounting<br>Start-up<br>Freight |
| Total Sale Price: | $ 345,000.00 |
| Erie Royalty (4%): | $ 13,800.00 |
| Schedule: | Unit to ship by 09/15/03 |

Should you have any questions regarding the above information, please feel free to contact me direct.

Sincerely,
**Victory Energy Operations, LLC**

Visit our website: www.victoryenergyinc.com

*Owasso, Oklahoma*          *St. Paul, Minnesota*          *Chicago, Illinois*

IKE 004572
Confidential



John C. Viskup, Jr.

IKE 004573
Confidential



VICTORY ENERGY OPERATIONS, LLC · 302 E. 5ᵗʰ AVE., OWASSO, OKLAHOMA 74055
918/274-0023 · FAX 918/274-0059

June 6, 2003

Mr. Mark White
**Erie Power Technologies, Inc.**
5300 Knowledge Parkway, Suite 200
Erie, PA 16510-4660

RE:      License Agreement – Unit Sale Notification

Dear Mr. White:

In accordance with our license agreement, please find below the information on the Keystone boiler that has been sold by Victory Energy Operations, LLC.  Information as follows:

**Owner:**        Roswell Park Cancer Center - Buffalo, NY

**Rep:**          Trojan Energy - Troy, NY

**P.O. Date:**        05/12/03

**Equipment:**
Keystone model 12M (100% Full Membrane Watercooled)
Boiler Trim
Economizer
Todd Burner
Freight to the jobsite (No Commission towards Royalty - $8,000.00)

Total Sale Price:     $355,375.00
Erie Royalty (4%) :  $13,895.00

**Schedule:**
Submittals:      4-6 weeks
Equipment Delivery:  16-18 weeks after release for fabrication

Should you have any questions regarding the above information, please feel free to contact me direct.


Sincerely,
**Victory Energy Operations, LLC**


*Visit our website:  www.victoryenergyinc.com*

*Owasso, Oklahoma*        *St. Paul, Minnesota*        *Chicago, Illinois*

**IKE 004574**
**Confidential**



John C. Viskup, Jr.

IKE 004575
Confidential

VICTORY ENERGY OPERATIONS, LLC · 302 E. 5ᵗʰ AVE., OWASSO, OKLAHOMA 74055
918/274-0023 · FAX 918/274-0059

 **VICTORY ENERGY**

June 6, 2003

Mr. Mark White
**Erie Power Technologies, Inc.**
5300 Knowledge Parkway, Suite 200
Erie, PA 16510-4660

RE:     License Agreement – Unit Sale Notification

Dear Mr. White:

In accordance with our license agreement, please find below the information on the Keystone boiler that has been sold by Victory Energy Operations, LLC.  Information as follows:

**Owner:**       Atofina Chemicals, Inc - Houston, TX

**Rep:**         Tejas Boiler Services, Inc. - Houston, TX

**P.O. Date:**        06/05/03

**Equipment:**
Keystone model 14M (100% Full Membrane Watercooled)
Boiler Trim
Economizer
Stub Stack
Burner Mounting (Todd Burner and controls provided by rep)
5 Days Startup Service (No Commission toward Royalty – Amount $ 7,000.00)
Freight to the jobsite (No Commission towards Royalty - $ 8,000.00)

Total Sale Price:    $275,000.00
Erie Royalty (4%):   $10,400.00

**Schedule:**
Submittals:      4-6 weeks
Equipment Delivery: 16-18 weeks after release for fabrication

Should you have any questions regarding the above information, please feel free to contact me direct.

Sincerely,
**Victory Energy Operations, LLC**

*Visit our website:  www.victoryenergyinc.com*

*Owasso, Oklahoma*          *St. Paul, Minnesota*          *Chicago, Illinois*

**IKE 004576**
**Confidential**