

VICTORY ENERGY OPERATIONS, LLC • 302 E. 5th AVE., OWASSO, OKLAHOMA 74055
918/274-0023 • FAX 918/274-0059

September 25, 2003

Mr. Ted Furman
**Erie Power Technologies, Inc.**
5300 Knowledge Parkway, Suite 200
Erie, PA 16510-4660

RE:  License Agreement – Semi Annual Statement (Clause 7, 7.b)
     Time Period Ending 9/25/03

Dear Mr. Furman:

In accordance section 7.7.b of the license agreement, please find below our semi-annual report for the Keystone boilers that have been sold by Victory Energy Operations, LLC.

Please review the attached information and should you have any questions, please feel free to contact me.

Sincerely,
Victory Energy Operations, LLC

John C. Viskup, Jr.
President

c:    Mark White
      Shawn Brewer

EXHIBIT
27
tabbies

Visit our website: www.victoryenergyinc.com

*Owasso, Oklahoma*          *St. Paul, Minnesota*          *Chicago, Illinois*

IKE 005202
Confidential

**VICTORY ENERGY**

Mr. Ted Furman
September 25, 2003
Page Two

## Keystone Boiler Projects

1.  **Owner:** Atofina Chemicals, Inc - Houston, TX

    **Rep:** Tejas Boiler Services, Inc. - Houston, TX

    **P.O. Date:** 06/05/03

    **Equipment:**
    One (1) Keystone model 14M (100% Full Membrane Watercooled)
    Boiler Trim
    Economizer
    Stub Stack
    Burner Mounting (Todd Burner and controls provided by rep)
    5 Days Startup Service (No Commission toward Royalty – Amount $ 7,000.00)
    Freight to the jobsite (No Commission towards Royalty - $ 8,000.00)

    Total Sale Price:   $275,000.00
    Erie Royalty (4%):  $10,400.00

    **Schedule:**
    Unit to Ship:   November 17, 2003

2.  **Owner:** Iowa Ethanol, LLC - Hanlontown, Iowa

    **Representative:** None

    **P.O. Date:** 02/04/03

    **Equipment Sold:** One (1) Keystone Model 15 M (100% Full Membrane Watercooled)
    Boiler Trim
    Economizer
    Stub Stack
    Low NOx Peabody burner (Controls – BMS & Combustion Controls by others)
    Burner Mounting
    Start-up
    Freight

    **Total Sale Price:** $ 345,000.00

    **Erie Royalty (4%):** $ 13,800.00

    **Schedule:** Unit shipped 8/26/03

IKE 005203
Confidential

**VICTORY ENERGY**

Mr. Ted Furman
September 25, 2003
Page Three

3.     **Owner:**     Otter Creek Ethanol
                               Ashton, Iowa

       **Representative:**     None

       **P.O. Date:**     02/04/03

       **Equipment Sold:**     One (1) Keystone Model 15 M (100% Full Membrane Watercooled)
Boiler Trim
Economizer
Stub Stack
Low NOx Peabody burner (Controls – BMS & Combustion Controls by others)
Burner Mounting
Start-up
Freight

       **Total Sale Price:**     $ 345,000.00

       **Erie Royalty (4%):**     $ 13,800.00

       **Schedule:**     Unit shipped 9/03/03

4.     **Owner:**     Roswell Park Cancer Center - Buffalo, NY

       **Rep:**     Trojan Energy - Troy, NY

       **P.O. Date:**     05/12/03

**Equipment:**
One (1) Keystone model 12M (100% Full Membrane Watercooled)
Boiler Trim
Economizer
Todd Burner
Freight to the jobsite (No Commission towards Royalty - $8,000.00)

Total Sale Price:     $355,375.00
Erie Royalty (4%) :     $13,895.00

**Schedule:**
Unit to Ship:     11/03/03

IKE 005204
Confidential

**VICTORY ENERGY**

Mr. Ted Furman
September 25, 2003
Page Four

| | | |
|---|---|---|
| 5. | **Owner:** | Sioux River Ethanol<br>Hudson, South Dakota |
| | **Representative:** | None |
| | **P.O. Date:** | 03/14/03 |
| | **Equipment Sold:** | One (1) Keystone Model 15 M (100% Full Membrane Watercooled)<br>Boiler Trim<br>Economizer<br>Stub Stack<br>Low NOx Peabody burner (Controls – BMS & Combustion Controls by others)<br>Burner Mounting<br>Start-up<br>Freight |
| | **Total Sale Price:** | $ 345,000.00 |
| | **Erie Royalty (4%):** | $ 13,800.00 |
| | **Schedule:** | Unit to ship by 09/30/03 |

IKE 005205
Confidential