

September 2, 2005

Mr. Chris Petcos
Indeck Keystone Energy, LLC
5300 Knowledge Parkway, Suite 200
Erie, PA 16510-4660

Subject: License Agreement – Unit Sale Notification, Rev.1
City of Perham, MN

Mr. Petcos,

In accordance with the License Agreement, please find below the information on the Keystone boiler order received and accepted by Victory Energy Operations, LLC. Information is as follows:

| | |
|---|---|
| Purchaser: | City of Perham, MN |
| Owner: | City of Perham, MN |
| P.O. Date: | 8/13/05 |
| Equipment Sold: | One (1) Keystone Boiler |
| Boiler Model: | Keystone 15M |
| Boiler Performance: | Refer to the enclosed predicted performance data. |
| Total Net Sale Price: | $ 439,924 |
| Erie Royalty (4%): | $17,596.96 |
| Schedule: | Shipment 2/11/06 Rev.1 |

Should you have any questions regarding the above information, please feel free to contact me.

Sincerely,
Victory Energy Operations, LLC

Mark J. White
General Manager
Ph. 918/274-0023
Mobile: 918/808-2846

Enclosure: Predicted Operating Performance Data

EXHIBIT
30



September 2, 2005

Mr. Chris Petcos
Indeck Keystone Energy, LLC
5300 Knowledge Parkway, Suite 200
Erie, PA 16510-4660

Subject: License Agreement – Unit Sale Notification
PSEG

Mr. Petcos,

In accordance with the License Agreement, please find below the information on the Keystone boiler order received and accepted by Victory Energy Operations, LLC. Information is as follows:

| | |
|---|---|
| Purchaser: | Frank Lill & Son Inc. |
| Owner: | PSEG |
| P.O. Date: | 8/8/05 |
| Equipment Sold: | Two (2) Keystone Boilers |
| Boiler Model: | Keystone 15M |
| Boiler Performance: | Refer to the enclosed predicted performance data. |
| Total Net Sale Price: | $ 1,241,099 |
| Erie Royalty (4%): | $ 49,643.96 |
| Schedule: | Shipment 11/4/05 |

Should you have any questions regarding the above information, please feel free to contact me.

Sincerely,
**Victory Energy Operations, LLC**

Mark J. White
General Manager
Ph. 918/274-0023
Mobile: 918/808-2846

Enclosure: Predicted Operating Performance Data