VICTORY ENERGY OPERATIONS, LLC · 302 E. 5th AVE., OWASSO, OKLAHOMA 74055
918/274-0023 · FAX 918/274-0059



February 20, 2004

Mr. Ted Fuhrman
**Erie Power Technologies, Inc.**
5300 Knowledge Parkway, Suite 200
Erie, PA 16510-4660

RE: License Agreement – Unit Sale Notification, *Rev.1*
Logan Aluminum

Dear Mr. Fuhrman:

In accordance with our license agreement, please find below the *revised* information on the Keystone boiler that has been sold by Victory Energy Operations, LLC. Information as follows:

Owner: Alcan Aluminum Corporation – Logan Aluminum
Russellville, KY

Representative: Curran Asscoiates, Inc.

P.O. Date: 11/25/04

Equipment Sold: Keystone Model 15M w/SH (100% Full Membrane Watercooled)
Boiler Trim
Economizer
Stub Stack
Burner

*Total Net Sale Price:* *$ 454,440.00*

Erie Royalty (4%): $ 18,177.60

Schedule: Unit to ship by 05/1/04

Should you have any questions regarding the above information, please feel free to contact me direct.

Sincerely,
Victory Energy Operations, LLC


Mark J. White
General Manager
Ph. 918/274-0023
Mobile: 918/808-2846

EXHIBIT 31

*Visit our website: www.victoryenergyinc.com*

IKE 005172
Confidential

*Owasso, Oklahoma*　　　*St. Paul, Minnesota*　　　*Chicago, Illinois*

VICTORY ENERGY OPERATIONS, LLC · 302 E. 5th AVE., OWASSO, OKLAHOMA 74055
918/274-0023 · FAX 918/274-0059



April 23, 2004

Mr. Bob Gdaniec
Erie Power Technologies, Inc.
5300 Knowledge Parkway, Suite 200
Erie, PA 16510-4660

RE: License Agreement – Unit Sale Notification
Ware Inc.

Dear Mr. Gdaniec:

In accordance with the License Agreement, please find below the information on the Keystone boiler order received and accepted by Victory Energy Operations, LLC. Information is as follows:

Purchaser: Ware, Inc., Louisville, KY

Owner: Ware Inc., Louisville, KY

Representative: N/A

P.O. Date: 4/1/04

Equipment Sold: Two (2) Keystone Model 15M (100% Full Membrane Watercooled) Trim

Total Net Sale Price: $516,666

Erie Royalty (4%): $ 20,666.64

Schedule: Unit to ship by 09/17/04

Should you have any questions regarding the above information, please feel free to contact me.

Sincerely,
Victory Energy Operations, LLC

Mark J. White
General Manager
Ph. 918/274-0023
Mobile: 918/808-2846

cc: T. Furhman

IKE 005126
Confidential

Visit our website: www.victoryenergyinc.com

Owasso, Oklahoma        St. Paul, Minnesota        Chicago, Illinois

VICTORY ENERGY OPERATIONS, LLC · 302 E. 5ᵗʰ AVE., OWASSO, OKLAHOMA 74055
918/274-0023 · FAX 918/274-0059



April 23, 2004

Mr. Bob Gdaniec
Erie Power Technologies, Inc.
5300 Knowledge Parkway, Suite 200
Erie, PA 16510-4660

RE:   License Agreement – Unit Sale Notification
      Oxy Vinyl's

Dear Mr. Gdaniec:

In accordance with the License Agreement, please find below the information on the Keystone boiler order received and accepted by Victory Energy Operations, LLC. Information is as follows:

Purchaser:         Tejas Boiler Services Inc.

Owner:             Oxy Vinyl's
                   Deer Park, TX

Representative:    N/A

P.O. Date:         3/29/04

Equipment Sold:    Two (2) Keystone Model 15M w/SH (100% Full Membrane Watercooled)
                   Boiler Trim
                   Economizer w/support steel
                   Stub Stack

Total Net Sale Price:   $ 801,408

Erie Royalty (7%):      $ 56,098.56

Schedule:          Unit to ship by 08/2/04

Should you have any questions regarding the above information, please feel free to contact me.

Sincerely,
Victory Energy Operations, LLC

Mark J. White
General Manager
Ph. 918/274-0023
Mobile: 918/808-2846

cc:   T. Furhman

IKE 005129
Confidential

Visit our website: www.victoryenergyinc.com

Owasso, Oklahoma          St. Paul, Minnesota          Chicago, Illinois

VICTORY ENERGY OPERATIONS, LLC · 302 E. 5ᵗʰ AVE., OWASSO, OKLAHOMA 74055
918/274-0023 · FAX 918/274-0059



April 23, 2004

Mr. Bob Gdaniec
Erie Power Technologies, Inc.
5300 Knowledge Parkway, Suite 200
Erie, PA 16510-4660

RE:   License Agreement – Unit Sale Notification
      WBC – Dallas Forth Worth Airport

Dear Mr. Gdaniec:

In accordance with the License Agreement, please find below the information on the Keystone boiler order received and accepted by Victory Energy Operations, LLC. Information is as follows:

Purchaser:   Walker Building Company

Owner:       Dallas Forth Worth Airport Authority
             Dallas, TX

Representative: Tejas Boiler Company

P.O. Date:          4/08/04

Equipment Sold:     One (1) Keystone Model 15M (100% Full Membrane Watercooled)
                    Trim & Instrumentation
                    Economizer, Ductwork & Structure

Total Net Sale Price:   $ 419,107

Erie Royalty (4%):      $ 16,764.28

Schedule:               Unit to ship by 09/12/04

Should you have any questions regarding the above information, please feel free to contact me.

Sincerely,
Victory Energy Operations, LLC

Mark J. White
General Manager
Ph. 918/274-0023
Mobile: 918/808-2846

cc:   T. Furhman

IKE 005132
Confidential

*Visit our website: www.victoryenergyinc.com*

Owasso, Oklahoma          St. Paul, Minnesota          Chicago, Illinois

VICTORY ENERGY OPERATIONS, LLC • 302 E. 5th AVE., OWASSO, OKLAHOMA 74055
918/274-0023 • FAX 918/274-0059



April 23, 2004

Mr. Bob Gdaniec
Erie Power Technologies, Inc.
5300 Knowledge Parkway, Suite 200
Erie, PA 16510-4660

RE:  License Agreement – Unit Sale Notification
     Protherm for Nestle Purina

Dear Mr. Gdaniec:

In accordance with the License Agreement, please find below the information on the Keystone boiler order received and accepted by Victory Energy Operations, LLC. Information is as follows:

Purchaser:  Pro Therm Process and Industrial Systems

Owner:      Nestle Purina
            Allentown, PA

Representative: Power Tech Solutions (destination)

P.O. Date:        3/26/04

Equipment Sold:   One (1) Keystone Model 15M (100% Full Membrane Watercooled)
                  Trim
                  Transition

Total Net Sale Price:  $ 263,000

Erie Royalty (4%):     $ 10,520

Schedule:         Unit to ship by 08/15/04

Should you have any questions regarding the above information, please feel free to contact me.

Sincerely,
Victory Energy Operations, LLC

Mark J. White
General Manager
Ph. 918/274-0023
Mobile: 918/808-2846

cc:   T. Furhman

*Visit our website: www.victoryenergyinc.com*

*Owasso, Oklahoma*        *St. Paul, Minnesota*        *Chicago, Illinois*

IKE 005135
**Confidential**

VICTORY ENERGY OPERATIONS, LLC · 10701 E. 126ᵗʰ Street N., Collinsville, OK 74021, 918/274-0023 · FAX 918/274-0059



October 23, 2004

Mr. Bob Gdaniec
Erie Power Technologies, Inc.
5300 Knowledge Parkway, Suite 200
Erie, PA 16510-4660

RE:   License Agreement – Unit Sale Notification
      J.C. Higgins Corp.

Dear Mr. Gdaniec:

In accordance with the License Agreement, please find below the information on the Keystone boilers order received and accepted by Victory Energy Operations, LLC. Information is as follows:

Purchaser:  J.C. Higgins Corp., Stoughton, MA

Owner:      Worcester Poly Tech Institute

P.O. Date:         10/21/04

Equipment Sold:    Three (3) Keystone Boilers

Total Net Sale Price:  $ 816,800

Erie Royalty (4%):     $32,672

Schedule:          Unit #2 4/1/05, Unit #1, 4/15/04 & Unit #3 5/1/04

Should you have any questions regarding the above information, please feel free to contact me.

Sincerely,
Victory Energy Operations, LLC

Mark J. White
General Manager
Ph. 918/274-0023
Mobile: 918/808-2846

cc:   T. Furhman

IKE 005695
Confidential