FW: Licensee Agreement Response                                                                 Page 1 of 2

**John Viskup**

**From:** Shawn E. Brewer [sbrewer@victoryenergyinc.com]
**Sent:** Monday, February 03, 2003 2:08 PM
**To:** John Viskup
**Subject:** FW: Licensee Agreement Response

John,

Hopefully this sounds scarier than it actually is !!

-SB

-----Original Message-----
**From:** White, Mark [mailto:mwhite@eriepower.com]
**Sent:** Monday, February 03, 2003 1:56 PM
**To:** Shawn Brewer (E-mail); Trent Miller (E-mail)
**Subject:** FW: Licensee Agreement Response

Gentlemen,
Please refer to the following in regard to M Series Keystone changes.
Mark

-----Original Message-----
**From:** Briggs, Dave
**Sent:** Monday, February 03, 2003 2:55 PM
**To:** White, Mark
**Cc:** Levstek, Dan; Gdaniec, Bob
**Subject:** Licensee Agreement Response

Mark,
   The agreement is for the saturated standard 8M thru 22M refractory wall design Keystone package boilers.
   You asked what drawings would be affected if the order in question would be a welded wall design for the furnace and outer side wall. The following is what I think an approximate list would be.

   1. Drum details as far as the casing attachments welded to them.
   2. Drum drilling pattern would change.
   3. Boiler Tube details would change. This drawing would only show the details of the free standing tubes.
   4. The Vertical Sootblower tube details would change due to the fact they would just be a section of the tubes where the sootblower lances pass thru them at the top of the outer welded side wall.

   5. RTI drawing would change due to the make-up of the outer sidewall construction.
   6. The Tube Arrangement drawing would change to show the welded furnace and outer sidewall tubes and membrane.
   7. There would be new drawings titled "Welded Furnace Tube Details", "Welded Furnace Wall Assembly", Welded Outer Side Wall Tube Details" and Welded Outer Side Wall Assembly".

   8. This brings up the question of whether these two walls are going to be welded wall panels or individually barred tubes?

6/7/2005

CONFIDENTIAL                                                                                   VEO0784


EXHIBIT 35