**White, Mark**

| | |
|---|---|
| **pm:** | Shawn E. Brewer [sbrewer@victoryenergyinc.com] |
| **Sent:** | Thursday, February 06, 2003 6:27 PM |
| **To:** | Trent Miller; Lee West; John Viskup; White, Mark |
| **Subject:** | Tele-con |



Tele Con Agenda
2-6-03 Outcome...

Recap of today's tele-con.

-Shawn

EXHIBIT

37

IKE 000289
Confidential



February 6, 2003

# **Tele-Con Agenda**

1.      Status of "Exchange of Information"

*Outcome:*    *Continuous stream of info focusing on actual projects. Info will be sent via structured and organized schedule.*

2.      Schedule of Training

*Outcome:*    *Technical Training (per project)*
*Sales Training (2-3 days whenever convenient)*

3.      Status of Electric Power Show and any other upcoming shows.

*Outcome:*    *No show*

4.      Modifications of Standard Unit:

   a.    What needs done to update?

*Outcome:*    *Highlighted by Erie, changed by VEO, double checked by Erie (per job)*

   b.    Quality Standards

*Outcome:*    *Flexible within scope of code requirements*

   c.    Schedule of modifications

*Outcome:*    *To be discussed and determined by Erie engineering dept and relayed thru Trent*

   d.    Responsibility of modifications

*Outcome:*    *VEO's responsibility under guidance of Erie*

   e.    Access to existing modifications.

*Outcome:*    *Provided as needed.*

   f.    Outsourcing of engineering

*Outcome:*    *In house or possibly ex-Erie Power employees*

**IKE 000290**
**Confidential**



**February 6, 2003**
**Tele-Con**
**Page 2**

5.      Status of Database Link

*Outcome:*      *Being investigated by Erie, possibly providing VEO with Erie workstations.*

6.      Literature

*Outcome:*      *Erie will provide all available literature and will review any produced or modified by VEO.*

7.      Handling of sales leads outside of the scope of the licensing agreement.

*Outcome:*      *Discussed and evaluated on job-to-job basis by Erie and VEO.*

8.      Zurn Burner:

      a.   Literature
      b.   Technical Information/Support
      c.   Limitations
      d.   Costs
      e.   Location of Fab Shop/Victory Fabrication

*Outcome:*      *Above being investigated by Erie Power. Jerry Neuminski will be main contact. Currently fabricated in Erie, PA. Tulsa fabrication may be explored.*

IKE 000291

Confidential

# Tele-Con Agenda

1. Status of "Exchange of Information"

2. Schedule of Training

3. Status of Electric Power Show and any other upcoming shows.

4. Modifications of Standard Unit:

   a. What needs done to update?
   b. Quality Standards
   c. Schedule of modifications
   d. Responsibility of modifications
   e. Access to existing modifications.
   f. Outsourcing of engineering

5. Status of Database Link

6. Literature

7. Handling of sales leads outside of the scope of the licensing agreement.

8. Zurn Burner:  *1 Page Flyer*

   a. Literature
   b. Technical Information/Support
   c. Limitations
   d. Costs
   e. Location of Fab Shop/Victory Fabrication

*EMAIL - Non PDF*
*GO 2023  OGA G100  GA*
*200  Fusati.*

*Std. Windbox*
*- 30 - 4el/*

*> Auto Cad*

IKE 000292
Confidential