## White, Mark

**From:** White, Mark
**Sent:** Monday, February 10, 2003 1:29 PM
**To:** Shawn Brewer (E-mail)
**Cc:** Bernatowicz, Steve; John Viskup (E-mail)
**Subject:** Atofina - Utilization of the Heinz Boiler

Shawn,
As you are aware, at present, the Atofina boiler is sized as a 14M Special (w/watercooled walls). A 15M is identical except in boiler length. The 15M is slightly longer than that of the 14M. Therefore, I recommend that we use a 15M Special (Heinz boiler) for the project and reduce the length as needed. This approach would save on drawing time and possibly shop fabrication time. Let me know if you agree.
Regards,
Mark White



EXHIBIT 38

IKE 001274
Confidential