**White, Mark**

| | |
|---|---|
| From: | White, Mark |
| Sent: | Monday, February 10, 2003 2:14 PM |
| To: | 'Shawn E. Brewer' |
| Subject: | RE: D Type Boilers |

Shawn,
Let's discuss in a few months.  It that same time we can include small HRSGs.
Mark

-----Original Message-----
From: Shawn E. Brewer [mailto:sbrewer@victoryenergyinc.com]
Sent: Tuesday, February 04, 2003 11:36 AM
To: White, Mark
Subject: D Type Boilers

Mark,

See attached. Can we have access to this line of products too?

Let me know.

Thanks,

Shawn

EXHIBIT 39

1

IKE 000295
Confidential