**Briggs, Dave**

| | |
|---|---|
| **From:** | Levstek, Dan |
| **Sent:** | Wednesday, February 19, 2003 4:28 PM |
| **To:** | Briggs, Dave; White, Mark |
| **Cc:** | Gdaniec, Bob; Pawlowski, Terry; Bernatowicz, Steve |
| **Subject:** | RE: List of Remaining Marked-up Drawings for Victory Energy Licensee Agreement |

Mark,

As these drawings are outside of the basic license agreement, we should put a disclaimer in the transmittal to Victory that they are for use on this specific project only. Otherwise we will be exyending the license agreement if we allow them to use these drawings for other projects without some compensation.

Dan Levstek

-----Original Message-----
| | |
|---|---|
| **From:** | Briggs, Dave |
| **Sent:** | Wednesday, February 19, 2003 4:02 PM |
| **To:** | White, Mark |
| **Cc:** | Levstek, Dan; Gdaniec, Bob; Pawlowski, Terry; Bernatowicz, Steve |
| **Subject:** | List of Remaining Marked-up Drawings for Victory Energy Licensee Agreement |

Mark,

The following is a list of the remaining marked-up drawings that are to support the Licensee Agreement with Victory Energy. I have made you two (2) prints each for your distribution. The Structural Base Drawing, S200, has the details of the Guide and Hold-Down Clips.

Shipping Clearance Diagram - G110
Burner Box - S100
Warning Plates - S113
Sub Girt Clip - S101
Foundation Load Diagram - G200
Roof and Side Casing - S209
Rear Wall Lagging - S121
General Arrangement - G100
Upper Drum Casing - S105
Roof Stiffeners and Side Supports - S205
Gas Outlet - S103
Front Wall Seals and Supports - S202
Rear Wall Seals and Supports - S206
Welded Outer Side Wall Assembly - L700
Welded Furnace Wall Assembly - L800
Welded Rear Wall Assembly - L600
Welded Front Wall Assembly - L500
VSB Wallbox Detail/Installation - S104
Structural Base - S200
Front Wall Lagging - S117
Observation Port Detail/Installation - S107
Furnace Access Door ( 12" x 16" ) - S108
System Schematic - G120
Standard RTI Views - G400
RTI & Tube Arrangement Sht.1 of 2 - G401
RTI & Tube Arrangement Sht.2 of 2 - G402
Furnace Gas Seals - S115
Boiler Tube Layout - A101
Rear Wall Tube Layout - A103
Front Wall Tube Layout - A104
Side Wall Seals Assembly - S208
Side Wall Seals Detail - S120

1


EXHIBIT 40

IKE 004306
Confidential