## Briggs, Dave

**From:** Briggs, Dave
**Sent:** Friday, February 21, 2003 12:57 PM
**To:** Levstek, Dan
**Cc:** Gdaniec, Bob
**Subject:** Licensee Agreement

Dan,

Mark White had asked over the phone for the following list of drawings that would be required if the agreement were to include superheated units. I am unsure if I should be supporting this request of his. This would clearly be beyond the agreement as was the all welded wall design we just provided him. Please advise on whether I should give him the following list of drawings. I am sure he will want more than just the drawing numbers and descriptions even though that is all he asked for at this time.

Thank you,
Dave Briggs

The following is the list of Superheater drawings that would generally be required for package boiler units with a Superheater.

Superheater Assembly - L400
Superheater Header Details - L410
Superheater Element Details - L420
Steam Sampler Detail - L430
Superheater Supply Piping Details - L440

There would also be drawings for the support of the Superheater Elements.

There would be Superheater Seal Plate Details due to the Superheater Elements penetrating thru the rear wall.


EXHIBIT 41

1

IKE 004315
Confidential