**From:** Briggs, Dave
**Sent:** Thursday, July 10, 2003 3:06 PM
**To:** 'Trent Miller'
**Cc:** Gdaniec, Bob; White, Mark; Levstek, Dan
**Subject:** RE: A couple questions

Trent,

In response to your questions please remember that the licensee agreement was for our standard "M" series Keystone Package Boilers. These boilers are all saturated, refractory rear and front wall with a tangent furnace wall. Our order, G.O.2023 was a "special" Keystone, not a 14M, not a 15M but a "special". This order was an all welded wall design. You cannot compare apples to oranges, they are just not the same. So to answer your question as to what model size was G.O.2023; the answer is that **it is not a "model size"**.

As far as the weight of a boiler goes, you must calculate it, not assume one boiler is like another. Before shipping, one can always have it weighed to verify calculations. I believe there was some history with the weights on G.O.2023 so I would not use the weights of that order as a comparison to other units.

I hope this answers your questions, have a nice day.

Dave Briggs

-----Original Message-----
**From:** Trent Miller [mailto:tmiller@victoryenergyinc.com]
**Sent:** Thursday, July 10, 2003 9:28 AM
**To:** Briggs, Dave
**Subject:** A couple questions

Dave,

We have a new project that we were going to make a 14M, but I've been looking at the boiler that you built for us, your project 2023 and am getting confused. My understanding was that 2023 was a 15M, but the base dimensions are only 1" longer than a 14M.

What model designation is 2023? I don't see it noted on the drawings anywhere.

Since it is very close dimensionally to a 14M, we were going to use it for this new project.

As we're working on the drawings for this new project, I've noticed a discrepancy in weights between your 2023 and the first three 15M Special units that we're building.

|  | Shipping weight (lb) | operating water (gal) | Hydro water (gal) |
|---|---|---|---|
| Drawing 2023-DGA-G100 | 125,800 | 3800 | 4600 |
| 2028 new boilers (from 2028-ESZ-DS01) | 82941 | 2900 | 3800 |

There's a problem, because 2028 has thicker drums and is 28" longer.

If you can take a look at this and let me know, I'd sure appreciate it. The 125,800 lbs sounds heavy for this size and pressure of unit.

Thanks,

EXHIBIT 42

IKE 004962
Confidential