**Fuhrman, Ted**

**From:** Mark White [mwhite1961@msn.com]
**Sent:** Thursday, October 09, 2003 11:35 AM
**To:** Gdaniec, Bob; Fuhrman, Ted
**Cc:** jviskup@victoryenergyinc.com; sbrewer@victoryenergyinc.com
**Subject:** Standard "M" Series Summary - Question

Bob & Ted,
We are in the process of setting up standard design files for all of the Standard "M" series boilers. While entering the data, I noticed that the face area for the 20M & 21M is different from that of the 16M through 19M. This confused me as these units have the same overall height and width dimensions (14'-5 1/4" H x 12'-0" W). Please provide an explanation as I believe the values may be in error.
Thanks,
Mark White

---

Add MSN 8 Internet Software to your existing Internet access and enjoy patented spam protection and more. Sign up now!
http://join.msn.com/?page=dept/byoa

**EXHIBIT 43**

1

IKE 001560
Confidential