## Fuhrman, Ted

**From:** Trent Miller [tmiller@victoryenergyinc.com]
**Sent:** Wednesday, October 22, 2003 5:11 PM
**To:** 'Mark White'; Fuhrman, Ted
**Cc:** Gdaniec, Bob
**Subject:** RE: Keystone M Series Refractory Front and Tube and Tile Rear Wall Details

Mark,

Dave Briggs did, in fact, forward somewhat updated, typical RTI drawings. These drawings were a definite improvement over the hand drawings that we originally received. The drawings, however need to be modified for further updates, such as membrane walls in lieu of tangent walls, adding a furnace access opening, one observation port, etc.

Other drawings that we had to draw from scratch were the boiler base, seals, and casing drawings. The drawings that we received were all outdated hand drawings.

My biggest frustration is when I'm told "That's not a standard 'M' series". It may not be a 'standard' but it is the way that they have been built. The most recent request was for a drawing of the rear wall tubes with an access opening. The initial statement was "the standard 'M' series doesn't have a furnace access opening." Ted did ultimately look back to see if there were any 10M-13M's with rear access doors. He reported that there weren't any.

Trent D. Miller, P.E.

Victory Energy Operations, LLC
Lincoln Nebraska Office
phone/fax: 402-423-6715

-----Original Message-----
**From:** Mark White [mailto:mwhite@victoryenergyinc.com]
**Sent:** Wednesday, October 22, 2003 1:34 PM
**To:** Ted Fuhrman
**Cc:** Bob Gdaniec; Trent Miller
**Subject:** Keystone M Series Refractory Front and Tube and Tile Rear Wall Details

Ted,
In taking with Trent we are in need of the Keystone 12M Series refractory front and tube and tile rear wall drawings to include quantities etc. I believe that Trent and Dave Briggs have had discussions in this regard. We are currently working up these drawings from scratch as we do not have any such drawings.
Regards,
Mark White



EXHIBIT 44

9/10/2004

IKE 001546
Confidential