

### KEYSTONE® WATERTUBE BOILER PURCHASE

In exchange for compensation as stated within this Agreement, Erie Power Technologies, Inc. agrees to provide to Victory Energy Operations, Keystone® "O" and "D" type, industrial watertube boiler technology including associated internal radiant and convective superheater systems. The sell of this information is on an exclusive basis to VEO.

<u>Boiler Performance</u>
*Capacity Range*
Up to 250,000 pph of saturated or superheated steam.

*Pressure*
No limit

*Temperature*
No limit.

<u>Drawings and Information</u>
All associated Keystone® "O" and "D" type drawings and information required for the design, fabrication and assembly to include those of the "M" Series and any other drawings and information developed for projects executed within the capacity range as stated above.

<u>Computer Software & Hardware</u>
All necessary computer software and hardware required to properly size the equipment as well as associated systems.

Victory Energy Operations • 302 E. 5th Ave. Unit "D" • Owasso, OK 74055
• Phone: 918-274-0023 • Fax: 918-274-0059

CONFIDENTIAL

VEO0957

