**Petcos, Chris**

| | |
|---|---|
| **From:** | Mark White [mwhite@victoryenergyinc.com] |
| **Sent:** | Friday, September 24, 2004 6:43 PM |
| **To:** | Petcos, Chris |
| **Subject:** | RE: Indeck Keystone Energy, LLC |

Chris,
Once we receive the section of the agreement that confirms the assignment we will address your concerns.

Best Regards,
Mark J. White
General Manager
Victory Energy Operations, LLC
Ph. 918/274-0023
Mobile: 918/808-2846
Fax: 918/274-0059

This email and any attached files are confidential, and may be copyright protected. If you are not the addressee, any dissemination of this communication is strictly prohibited. If you have received this message in error, please contact the sender immediately and delete/destroy all information received.

**From:** Petcos, Chris [mailto:cpetcos@keystone-energy.com]
**Sent:** Friday, September 24, 2004 5:40 PM
**To:** Mark White
**Subject:** RE: Indeck Keystone Energy, LLC

Mark,

It's nice to hear from you as well. I apologize for taking so long to get back to you. As you probably are aware, we've been extremely busy with this new transition. The assignment of the VEO license agreement is part of the sales agreement between CMI and Indeck which is confidential. I will get the appropriate section sent to you that describes the assignment agreement.

In regard to my previous letter, we are still awaiting a response and confirmation that Victory Energy will comply with all of the terms and conditions of the license agreement by marketing the specific "M" Series product line. Specifically, following the product size, dimensional data for the different size ranges, typical cross-section of the boiler and overall boiler construction which includes refractory front and rear walls, tangent furnace and outer wall tubes and pressure casing design.

We look forward to working with you in the future. Please contact me if you have any questions or concerns.

Sincerely,

Chris

---

**Chris T. Petcos**
General Manager
**Indeck Keystone Energy, LLC**
5300 Knowledge Parkway, Suite 200
Erie PA, 16510-4660

Phone: 814-897-7162

9/27/2004


EXHIBIT 52

IKE 001098
Confidential