

EXHIBIT
54

# KEYSTONE:®
# HARNESSING
# STEAM ENERGY



Man has always strived to harness air, water, fire, and products of the earth to save his own energy and to perform useful work. Ever since the first century, when Hero of Alexandria utilized these elements to build a primitive steam reaction turbine, man has devised numerous ways of harnessing steam for energy. Through the centuries, man, in his quest for more capacity, more power, and more efficiency from the same vessel, improved and revised the use of steam for energy. History too, through the demands of the industrial revolution, forced man to abandon manual labor, the horse and the sail for better energy alternatives.

A company named *Zurn Industries, Inc.,* saw its future in steam power. Throughout the years the Company was to meet demand after demand for its ever-expanding line of energy systems. In fact, the Company was to pioneer many developments in designing and constructing ways to harness steam energy. As demands grew, so did the steam capacity – and the steam generator moved from the factory to the field-erected version where space was not so limiting. But field construction costs and capital expenditures grew, too, and along with them the demand for higher capacity "package" steam generators. The Company responded with the development of the KEYSTONE Steam Generating System, a factory-assembled or modular field-erected energy "package" capable of producing 6,000 to 500,000 pounds-of-steam per-hour and more. The KEYSTONE is symmetrical in design, easy to ship, install, operate, and maintain and is available in design pressures up to 2000 PSIG and total steam temperatures to 1050˚ Fahrenheit. Custom-designed fuel burning systems provide the best method for firing gas and/or oil or for special applications such as utilizing carbon monoxide gases and a wide variety of other waste gases. Energy recovery and pollution control equipment complement the KEYSTONE for industrial, power, utility, and processing applications. *Victory Energy* has acquired the license to manufacture KEYSTONE Steam Generating Systems.



*above*
The KEYSTONE Steam Generator, a large capacity "package" unit, was developed to fill a critical void between large field-erected steam generators – which were time-consuming to assemble and costly to construct – and small factory-assembled steam generators which were limited in capacity.

*right*
The KEYSTONE – named after the key block needed to build an arch – ushered in a new generation of "package" energy systems.

*right hand page*
KEYSTONE construction begins with the drums symmetrically supported on a longitudinal centerline. Tube rolling begins with the center furnace tubes and ends with the outer side wall and rear wall tubes. This unique furnace tube configuration provides for faster steam generating capabilities with lower furnace heat absorption rates. Once all tubes are in final position the unit is ready for hydrostatic testing at 1 1/2 times the PSIG design pressure.



©Victory Energy Operations, LLC Reg. T.M. U.S. Pat. & T.M. Off.

ND 277





# KEYSTONE: ENGINEERED AS A PACKAGE

All basic components of the KEYSTONE are the same – only the physical dimensions vary to meet the required operating conditions.

**Single Responsibility**
*Victory Energy* designs,manufactures, and services every basic component in the steam generator – burner, superheater, and heat recovery systems to assure complete customer satisfaction.

**Minimum Space**
The uniquely-designed KEYSTONE is very compact and has minimal space requirements. Foundation area and installation costs are minimized by mounting the stack on the KEYSTONE'S top front gas outlet.

**Minimum Maintenance**
The KEYSTONE has no refractory baffles, headers or handhole plates to maintain. All tubes are 2" O.D. throughout permitting the use of a standard tube cleaner. Rapid water circulation keeps sludge and scale deposits to a minimum. Manholes in both ends of each drum allow easy access to the drum internals.

**Pre-Engineered Piping Arrangement**
Because each KEYSTONE is furnished as a total package, the piping module is perfectly matched to the steam generator. The steam generator is designed for easy hookup to fuel, water, and electrical connections.

**Economical Operation**
Pressurized firing insures accurate control of excess air. There is no infiltration of outside air to upset the preset fuel-air ratio and provides better burner performance and thermal efficiency. The engineered system of modulating controls proportions fuel and air as the load requirement changes.



## Standard Dimensions*

| Size No. | A Overall Length | B Overall Width | C Overall Height | D Base Length |
|---|---|---|---|---|
| 3M | 15'-3" | 7'-6" | 12'-8¹/₄" | 9'-9" |
| 4M | 15'-11" | 7'-6" | 12'-8¹/₄" | 10'-5" |
| 5M | 17'-3" | 7'-6" | 12'-8¹/₄" | 11'-9" |
| 6M | 19'-3" | 7'-6" | 12'-8¹/₄" | 13'-9" |
| 7M | 19'-7" | 9'-0" | 12'-8¹/₄" | 13'-1" |
| 8M | 20'-7" | 9'-0" | 12'-8¹/₄" | 14'-1" |
| 9M | 22'-3" | 9'-0" | 12'-8¹/₄" | 15'-9" |
| 10M | 22'-5" | 10'-0" | 13'-3¹/₄" | 16'-1" |
| 11M | 24'-7" | 10'-0" | 13'-3¹/₄" | 18'-1" |
| 12M | 26'-7" | 10'-0" | 13'-3¹/₄" | 19'-1" |
| 13M | 27'-7" | 10'-0" | 13'-3¹/₄" | 20'-1" |
| 14M | 25'-0" | 11'-6" | 14'-0" | 20'-5" |
| 15M | 26'-8" | 11'-6" | 14'-0" | 22'-1" |
| 16M | 28'-8" | 12'-0" | 14'-6" | 24'-1" |
| 17M | 29'-8" | 12'-0" | 14'-6" | 25'-1" |
| 18M | 30'-8" | 12'-0" | 14'-6" | 26'-1" |
| 19M | 32'-8" | 12'-0" | 14'-6" | 28'-1" |
| 20M | 35'-8" | 12'-0" | 14'-6" | 31'-1" |
| 21M | 37'-8" | 12'-0" | 14'-6" | 33'-1" |
| 22M | 39'-0" | 12'-2" | 15'-6" | 34'-5" |
| 23M | 42'-0" | 12'-2" | 15'-6" | 37'-5" |
| 24M | 46'-2" | 12'-11" | 16'-0" | 38'-5" |
| 25M | 49'-0" | 12'-11" | 16'-0" | 41'-3" |
| 26M | 52'-0" | 12'-11" | 16'-0" | 44'-3" |

**\*Dimensions Subject to Change Without Notice**

*right hand page*
Symmetrical design assures easy handli
indoors or out.



# KEYSTONE: DESIGNED FOR EFFICIENT ENERGY PRODUCTION



The unique design of the *Victory Energy* KEYSTONE boiler offers uniform gas distribution, equal expansion and vertical flue gas outlet. The symmetrical arrangement and short furnace tubes offer lower heat absorption and higher circulation ratios than other package steam generator designs.

The KEYSTONE Steam Generator furnace is composed of all 2" tangent or membrane tubes forming a water-cooled wall which directs the flow of gases from the front of the unit through the furnace and around both sides at the rear into the convection zones and toward the front of the unit with a top vertical flue gas discharge. (See Heat Flow Pattern at right.)

**Heat Recovery Options**

For maximum overall steam generator efficiency with low initial cost, *Victory Energy* offers combinations of heat recovery equipment. This equipment and auxiliaries can be mounted on top of the steam generator, saving valuable floor space and eliminating the need for excessive foundations. Finned Tube Economizers utilize often-wasted flue gas heat to increase feedwater temperature, thereby increasing efficiency and reducing fuel consumption. Tube and fin spacing within each Economizer are arranged for the particular fuel or fuels being fired.

*Victory Energy* also offers regenerative-type air preheaters as another heat recovery option. In the regenerative air preheat method, heat from flue gas is transferred to incoming cold air by continuously rotating heat transfer elements. This greatly increases the temperature of incoming combustion air which maximizes fuel economy and operating efficiency. Air preheaters can also be mounted on top or off to the side, of the steam generator, according to plant requirements.



KEYSTONE PLAN VIEW



CROSS SECTION VIEW



HEAT FLOW PATTERN



TYPICAL FIN TUBE ECONOMIZER



TYPICAL REGENERATIVE AIR PREHEATER

ND 281

6

# 1 Two-Drum Symmetrical Arrangement

All tubes terminate in the large drums with no intermediate headers. The generous steam-relieving surface of the full-length drum contributes to stable water level and high steam purity.

# 2 Burners

A full selection of *Victory Energy* fuel burning systems with the ability to burn a large variety of fuels enhances the unit responsibility.

# 3 Membrane Furnace Tube Walls

The furnace side walls are formed by membrane tubes which provide 100% water-cooled surface resulting in an extremely low heat absorption rate.

# 4 Convection Tubes

In-line convection zone tubes insure adequate flow area and flue gas contact with the heating surfaces to maximize heat transfer.

# 5 Water Wall Construction

Membrane outside tubes with a reinforced welded inner seal casing provides a gas-tight envelope. Jacketed insulation is applied for minimum heat loss. An outer ribbed or flat lagging adds final exterior protection.

# 6 Drainable Type Superheater

A separate superheater module is installed in the rear of the furnace. This arrangement is characteristic of a flat, total steam temperature curve throughout the normal operating range of the unit. Superheater headers are located outside of the flue gas area.



The superheater is completely assembled, welded, and stress relieved prior to installation through the KEYSTONE rear wall area. Alloy tubing and one (1) ppm steam purity insure exacting performance and long operating life to this very critical component of the steam generator.



ND 282

# KEYSTONE:
# WALL CONSTRUCTION



*Victory Energy's* design, engineering and manufacturing advances offer a complete range of wall construction technology.

## FURNACE WALLS
### Side Walls
☐ Membrane tube construction (Figure A) is standard on all KEYSTONES.

### Rear Wall
☐ Water-cooled Tube and Tile (Figure B) is standard on smaller capacity units.

☐ Water-cooled and Welded (Figure C) construction for additional heating surface and minimum refractory maintenance on high capacity units.

### Front Wall
☐ Water-cooled and Welded Walls available.
☐ Figure D shows how the burner throat is an integral part of the water-cooled front wall.

## CONVECTION SIDE WALLS
☐ Membrane Construction (Figure A) is standard on all KEYSTONES.



FIG. A) MEMBRANE TUBE CONSTRUCTION



FIG. B) WATER-COOLED TUBE AND TILE



FIG. C) WATER-COOLED AND WELDED WALLS



FIG. D) WATER-COOLED BURNER THROAT

*right hand page*
A *Victory Energy* KEYSTONE being constructed with a water-cooled and welded rear wall. This construction offers the ultimate in shop assembled steam generator design, increasing reliability and decreasing maintenance costs.





# KEYSTONE: DESIGNED AND MANUFACTURED FOR DEPENDABLE SERVICE



Once a KEYSTONE is properly designed and detailed, each component is manufactured under a strict quality control program. Modern, specially-designed tools and equipment in the hands of qualified, experienced craftsmen produce a high quality product. Extensive work has been done in developing our Quality Assurance Manual which details step-by-step quality control at all levels – material procurement, in-process checks at all stages, and final inspection. Mandatory check lists covering all operations check and double-check each operation. In addition to mandatory ASME, American Boiler Manufacturers Association and other code tests for pressure vessels, each unit receives air pressure tests on the inner casing and a complete electrical check-out.

Initial comprehensive and detailed engineering design assures an integrated package from varying components. Preliminary analysis is conducted, utilizing computer technology to properly select and calculate design performance, and specify each component so that every requirement is presented with an integrated system at the best possible economy. All input data is carefully analyzed and designs are altered if necessary.



*above*
Uniform construction is assured with a step-by-step quality control program.

*left*
Detailed engineering design is an important preliminary element for assuring an integrated package from varying components. A Project Manager is assigned to each contract to not only review initial engineering specifications but also to coordinate the many phases of total job responsibility.

*right-hand page*
Overall view of fabrication and assembly area for KEYSTONE Steam Generators.



10



# KEYSTONE:
# DELIVERED AS
# A PACKAGE

The symmetrical design and balance of every KEYSTONE insures easy handling and installation. The KEYSTONE can be skidded, jacked, or rigged without the use of special counterweights or slings. An ordinary concrete slab is all that is required to support the base. After the necessary fuel, water, and electrical connections are made, the KEYSTONE is ready to operate.

The overall physical dimensions of large factory-assembled KEYSTONE steam generators are determined by transportation clearances. Factory-assembled units can be shipped via standard rail car, low-boy truck, ship or barge, or our own specially-designed depressed-bed railroad flat car. Direct access to the Port of Catoosa opens up shipping channels over a vast area.

When it becomes necessary to field-erect a unit, every effort is made to transport pre-fabricated sections that can be "packaged" on-site to minimize field expense.





**top right**
The compact design of the KEYSTONE not only aids in installation, but also in shipping, as demonstrated by this KEYSTONE being tightly "nestled" into the hull of a ship, ocean-bound via the Port of Catoosa.

**bottom right**
Sometimes it is advantageous to ship via long stretches of unobstructed waterways easily accessible through the Port of Catoosa.

**right hand page**
KEYSTONES are often the first system to be installed while new buildings are being constructed. Note the symmetrical balance of this 200,000 pounds-of-steam-per-hour steam generator being hoisted into final position.

ND 287



# KEYSTONE:
# IN WORLD-WIDE
# SERVICE

*Victory Energy* employs a large, experienced service organization which can help you in all your field service requirements. Skilled service engineers can supervise installation, start-up the unit and adjust it for optimum performance. They will instruct your operators on proper operation and maintenance of the unit for a long, trouble-free life. If, due to an emergency, you should ever need service at a moment's notice, necessary manpower and equipment can be rushed to your site to make certain the unit will be back on line with a minimum of downtime.



**right**
A typical interior installation of a "packaged" KEYSTONE provides useful steam energy for heating and process systems at a major distillery. This 70,000 pounds-of-steam per-hour KEYSTONE, rated at 200 PSIG, burns natural gas and No. 2 fuel oil and is equipped with a fin tube economizer.

**lower right**
A battery of four field-erected KEYSTONES, installed over a period of several years to meet increasing demands of phased expansion of a petrochemical complex, provides 1,000,000 pounds-of-steam per-hour (250,000 each) at 650 PSIG.

Such KEYSTONES are field-erected when overall physical dimensions are greater than transportation allowances. Pre-fabricated sections are shipped so that the unit can be "packaged" on-site with a minimum of field-erection time. Economical to install, operate, and maintain, the field-erected KEYSTONE can provide up to 500,000 pounds-of-steam per-hour.

**right hand page**
A field-erected KEYSTONE in a chemical plant, provides 250,000 pounds-of-steam per-hour at 300 PSIG and is equipped with a superheater and a fin tube economizer.







# KEYSTONE COMPREHENSIVE PRODUCT SALES AND SUPPORT

*Victory Energy* maintains a comprehensive network of conveniently-located sales representative and service facilities in major U.S. cities to completely surround you with marketing expertise. Whatever your steam generating requirements – from specification to start-up and beyond – an experienced sales or service engineer is only minutes away to serve your every need. They're experienced in a wide range of industrial, power, utility and process applications and they know the KEYSTONE inside and out. Every effort is made to provide the right integrated package for each specific application. To assure the ultimate in customer satisfaction, *Victory Energy* enables them to offer a wide selection of specification choices – fuel burning systems, economizers, air heaters, super-heaters, heat recovery systems, steam purifying systems, flame safety control systems and pollution control systems – each designed and engineered to assure maximum efficiency, economy and reliability of the overall system.

**Sales and Service Offices**
Atlanta, Georgia
Boston, Massachusetts
Chicago, Illinois
Cincinnati, Ohio
Cleveland, Ohio
Dallas, Texas
Denver, Colorado
Detroit, Michigan
Houston, Texas
Kansas City, Missouri
Little Rock, Arkansas
Los Angeles, California
Lubbock, Texas
Memphis, Tennessee
Minneapolis, Minnesota
New Orleans, Louisiana
New York, New York
Philadelphia, Pennsylvania
Pittsburgh, Pennsylvania
Portland, Oregon
Raleigh, North Carolina
St. Louis, Missouri
Salt Lake City, Utah
San Francisco, California
Shreveport, Louisiana
Tampa, Florida
Tulsa, Oklahoma
Canada (all provinces)
Mexico



# VICTORY ENERGY™

**Corporate Headquarters:**
Victory Energy Operations, LLC
P.O. Box 638
Owasso, OK  74055
918.274.0023 – phone
918.274.0059 – fax
www.victoryenergyinc.com

**Local Representation:**

© 5-03 PP&G



# Packaged Boilers -Selected References

| Units | Customer / Project | Steam Output | Steam Conditions | Fuel |
|---|---|---|---|---|
| **Alaska** | | | | |
| 1 | University of Alaska<br>Fairbanks, AK | 100,000 PPH | 610 psig/ Superheated | # 6 Oil |
| **Arizona** | | | | |
| 3 | Northern Arizona State Univ<br>Flagstaff, AZ | 45,000 PPH | 150 psig/ Saturated | Natural Gas |
| 1 | Northern Arizona State Univ<br>Flagstaff, AZ | 51,500 PPH | 150 psig/ Saturated | Natural Gas |
| **California** | | | | |
| 1 | Chico State College<br>Chico, CA | 22,000 PPH | 100 psig/ Saturated | Natural Gas<br># 2 Oil |
| 2 | University of California<br>San Diego, CA | 50,000 PPH | 260 psig/ Saturated | Natural Gas<br># 2 Oil |
| 1 | University of California<br>San Diego, CA | 80,000 PPH | 260 psig/ Saturated | Natural Gas<br># 2 Oil |
| 1 | C. T. Main<br>U.C.L.A.<br>Westwood, CA | 160,000 PPH | 800 psig / 750°F | Oil<br>Natural Gas |
| **Georgia** | | | | |
| 1 | University of Georgia<br>Athens, GA | 100,000 PPH | 190 psig/ Saturated | Natural Gas<br># 2 Oil |
| **Illinois** | | | | |
| 2 | University of Chicago<br>Chicago, IL | 150,000 PPH | 250 psig/ Superheated | Natural Gas<br># 2 Oil |
| 2 | College of DuPage<br>Glen Ellyn, IL | 40,000 PPH | 150 psig/ Saturated | Natural Gas |
| 3 | University of Illinois<br>Champaign, IL | 175,000 PPH | 325 psig/ Superheated | # 2 Oil |
| 1 | Illinois State University<br>Normal, IL | 83,000 PPH | 250 psig / Saturated | Natural Gas |
| 1 | Loyola University<br>Maywood, IL | 55,000 PPH | 250 psig / Saturated | Natural Gas |

 **VICTORY ENERGY**

# Packaged Boilers -Selected References

| Units | Customer / Project | Steam Output | Steam Conditions | Fuel |
|-------|--------------------|--------------|------------------|------|
| **Massachusetts** | | | | |
| 2 | Smith College<br>Northampton, MA | 60,500 PPH | 150 psig/ Saturated | # 6 Oil |
| 2 | University of Massachusetts<br>Amherst, MA | 60,000 PPH | 205 psig/ Superheated | Natural Gas<br># 2 Oil |
| **Michigan** | | | | |
| 1 | University of Michigan<br>Ann Arbor, MI | 40,000 PPH | 125 psig/ Saturated | Natural Gas<br># 2 Oil |
| 1 | University of Michigan<br>Ann Arbor, MI | 50,000 PPH | 125 psig/ Saturated | Natural Gas<br># 2 Oil |
| 1 | University of Detroit<br>Detroit, MI | 20,000 PPH | 125 psig/ Saturated | Natural Gas |
| 1 | Central Michigan University<br>Mt. Pleasant, MI | 150,000 PPH | 125 psig/ Saturated | Natural Gas<br># 6 Oil |
| 1 | Eastern Michigan University<br>Ypsilanti, MI | 100,000 PPH | 125 psig/ Saturated | Natural Gas<br># 6 Oil |
| **Missouri** | | | | |
| 1 | Washington University<br>St. Louis, MO | 70,000 PPH | 350 psig/ Superheated | Natural Gas<br># 2 Oil |
| 1 | University of Missouri<br>Columbia, MO | 220,000 PPH | 950 psig/ Superheated | Natural Gas<br># 2 Oil |
| **New York** | | | | |
| 2 | Cornell University<br>Ithaca, NY | 115,000 PPH | 205 psig/ Superheated | Natural Gas<br># 6 Oil |
| 4 | State University of New York<br>Stony Brook, NY | 85,000 PPH | 450 psig/ Saturated | Natural Gas<br># 6 Oil |
| **North Carolina** | | | | |
| 2 | Meredith College<br>Raleigh, NC | 12,000 PPH | 125 psig/ Saturated | Natural Gas<br># 6 Oil |
| 1 | University of North Carolina<br>Chapel Hill, NC | 150,000 PPH | 425 psig/ Superheated | Natural Gas<br># 6 Oil |

 **VICTORY ENERGY**

# Packaged Boilers - Selected References

| Units | Customer / Project | Steam Output | Steam Conditions | Fuel |
|---|---|---|---|---|
| **Ohio** | | | | |
| 2 | Youngstown University<br>Youngstown, OH | 70,000 PPH | 165 psig/ Saturated | Natural Gas<br># 2 Oil |
| **Oklahoma** | | | | |
| 1 | Oklahoma State University<br>Stillwater, OK | 100,000 PPH | 280 psig/ Superheated | Natural Gas |
| 2 | N.E. State Teachers College<br>Tahlequah, OK | 30,000 PPH | 100 psig/ Saturated | Natural Gas<br># 2 Oil |
| **Oregon** | | | | |
| 1 | University of Portland<br>Portland, OR | 23,000 PPH | 150 psig/ Saturated | Natural Gas<br># 6 Oil |
| 1 | University of Portland<br>Portland, OR | 35,000 PPH | 150 psig/ Saturated | Natural Gas<br># 6 Oil |
| **Rhode Island** | | | | |
| 3 | Brown University<br>Providence, RI | 80,000 PPH | 300 psig/ Superheated | Natural Gas<br># 6 Oil |
| **Texas** | | | | |
| 1 | West Texas University<br>Canyon, TX | 20,000 PPH | 100 psig/ Superheated | Natural Gas |
| 6 | University of Texas<br>San Antonio, TX | 60,000 PPH | 260 psig/ Superheated | Natural Gas<br># 6 Oil |
| **Vermont** | | | | |
| 1 | University of Vermont<br>Burlington, VT | 40,000 PPH | 225 psig/ Saturated | Natural Gas<br>#6 Oil |
| 1 | Syska & Hennessy Inc.<br>University of Vermont<br>Burlington, VT | 64,000 PPH | 225 psig/ Saturated | Natural Gas<br>#6 Oil |

 VICTORY ENERGY

# Packaged Boilers -Selected References

| Units | Customer / Project | Steam Output | Steam Conditions | Fuel |
|---|---|---|---|---|
| **Washington D.C.** | | | | |
| 2 | American University Washington D.C. | 50,000 PPH | 125 psig/ Saturated | # 6 Oil |
| 2 | Georgetown University Washington D.C. | 100,000 PPH | 270 psig/ Saturated | Natural Gas # 6 Oil |
| 1 | Georgetown University Washington D.C. | 100,000 PPH | 500 psig / Superheated | Natural Gas # 6 Oil |
| **Wisconsin** | | | | |
| 1 | University of Wisconsin Madison, WI | 300,000 PPH | 625 psig/ Superheated | Natural Gas # 2 Oil |



# VICTORY ENERGY™

## *Complete Boiler Systems*

ND 296



## Company Overview

Established in 1999, Victory Energy Operations, has rapidly become a leading supplier of steam generating equipment and services for the various global markets we serve. As a diverse company with full design and manufacturing capabilities, we are very well able to support our customer's needs. Our goal is to offer the competitive products and services, execute well, continually improve and maintain a high level of customer satisfaction.

**VICTORY ENERGY™**





## WaterTube Package
## Keystone® Boilers

With over 3,000 Keystone® watertube package boilers supplied for a variety of steam applications, the Keystone boiler continues to be recognized as the superior choice in watertube boiler technology. With its symmetrical design, the Keystone® provides a rapid ramp rate and is easy to ship, install, operate and maintain. Keystone® boilers are available from 10,000 pph (5 ton/hr) of steam flow and is very well suited for high pressure superheated service.

## Heat Recovery
## Steam Generators (HRSGs)

Victory Energy HRSGs are of natural circulation and incorporate an all welded design to accommodate cyclic operation and extend unit life. Units are available for saturated or superheated applications and can be provided with auxiliary firing as well as fresh air fired capabilities. Victory Energy HRSGs can be provided with integrated abatement systems for Nox and CO reduction.



## *Industrial Boilers*

Victory Energy has a wide variety of
industrial boilers available. Municipal
solid waste heat boilers, high temperature
hot water boilers, firetube boilers as well
as other various types for a variety of
applications.










## *Ancillary Equipment*

In addition to the boiler systems provided,
we offer a wide range of auxiliary equipment
to include: ductwork, main stack assemblies,
heat exchangers, economizers, controls systems,
fuel skids, deaerators, feedwater systems and
water treatment equipment.

## *Aftermarket Service*

Victory Energy maintains a full time service group
available "24 hours per day, seven days a week".
We offer rental boiler equipment to include mobile
deaerator systems, auxiliary boilers and other
reconditioned or secondary market equipment
for planned and unplanned boiler system outages.
An extensive variety of spare parts is warehoused
for immediate shipment.






## Our Purpose Statement...

*Victory Energy Operations ambition is to provide the industry that we serve, the most efficient, well engineered boiler system available today and for years to come. Our business principles are founded on honesty, integrity, trust and confidence. We are striving to improve our products and services each and every day. We keep ahead of our competition by constantly developing cutting edge technology that affords us the opportunity to "set the standard". Our ambition ensures future growth for our business in emerging markets. Our business plan and marketing strategy demands that we develop strong working relationships with the most dynamic and experienced manufacturer's representative force. Trust from our customers and our representatives can not be purchased, it has to be earned! The products we design and manufacture will exceed our customers every expectation! Most importantly, we will strive to be the best we can be and with your help we will accomplish great things together.*

## VICTORY ENERGY™

**Corporate Headquarters:**
Victory Energy Operations
P.O. Box 698
Owasso, OK 74055
918.274.0023 - phone
918.274.0059 - fax
www.victoryenergyinc.com

## Sales & Service Support

Victory Energy maintains a comprehensive network of conveniently located sales representatives within major U.S. Cities to assist our customers. For a current listing, please visit our website at *www.victoryenergyinc.com*

ND 299