# Indeck Keystone Energy/Victory Energy
## 3007253-0001
## Company Subpoenaed Table

EXHIBIT 55

| Sales Agent | Proposed Customer | Proposal Date | Proposal Number | Size | Membrane Wall | Did Victory imply ownership of design or delete reference to Keystone to proposal text? | Did Victory remove Keystone's name from drawings in proposal? | Proposed drum contain Vortexes or Chevron? | Bates Number |
|---|---|---|---|---|---|---|---|---|---|
| Boiler & Heat Exchange Systems | Ware, Inc. | N/A | VE-2102 | 40,000 PPH | N/A | Yes (Implied Ownership) | N/A (No drawing provided) | N/A | BHES 000091 |
| Boiler & Heat Exchange Systems | N/A | N/A | N/A | 150,000 PPH | N/A | Yes (Implied Ownership) | N/A (No drawings provided) | N/A | BHES 000111 - 000116 |
| Boiler & Heat Exchange Systems | Ware, Inc | 4/16/2003 | VE-1635 | 75,000 PPH | Yes | No | N/A (No drawings provided) | No | BHES 000200 – 000201 & 000688 - 000700 |
| Boiler & Heat Exchange Systems | Ware, Inc. | N/A | VE-2128 | 90,000 PPH | N/A | Yes (Implied Ownership) | N/A (No drawings provided) | N/A | BHES 000175 |
| Boiler & Heat Exchange Systems | Ware, Inc. | 1/18/2005 | VE-2027 | 40,000 PPH | Yes | Yes (Implied Ownership) | N/A (No drawings provided) | No | BHES 000293 - 000304 |
| Boiler & Heat Exchange Systems | Ware, Inc. | 3/29/2005 | VE-2078.R.1 | 60,000 PPH | Yes | Yes (Implied Ownership) | N/A (No drawings | No | BHES 000250 - |

| Sales Agent | Customer | Date | Number | Size | Membrane | Imply Ownership? | Remove Name from drawing? | Drum or Vortex? | Bates Number |
|---|---|---|---|---|---|---|---|---|---|
| Boiler & Heat Exchange Systems | Ware, Inc. | 3/28/2005 | VE-2083 | 150,000 PPH | Yes | | provided) | | 000259 |
| Boiler & Heat Exchange Systems | Ware, Inc. | 4/28/2005 | VE-2108 | 75,000 PPH | Yes | Yes (Implied Ownership) | N/A (No drawings provided) | No | BHES 167, 168, 675 – 676, 732 – 739' |
| Boiler & Heat Exchange Systems | Ware, Inc. | 4/22/2005 | VE-2102 | 40,000 PPH | Yes | Yes (Implied Ownership) | Yes (Implied Ownership) | No | BHES 000110 & 000504 - 000510 |
| Boiler & Heat Exchange Systems | Ware, Inc. | 8/23/2004 | VE-1809 | 24,000 PPH | Yes | Yes (Implied Ownership) | No | No | BHES 000133 - 00134 & 00408 - 000416 |
| Boiler & Heat Exchange Systems | Ware, Inc. | 5/5/2003 | VE-1645 | 130,000 PPH | Yes | No | No | No | BHES 000135 – 000136 & 000419 - 000428 |
| Boiler & Heat Exchange Systems | Ware, Inc. | 11/8/2004 | VE-1809 R-2 | 22,000 PPH | Yes | Yes (Removed Keystone name) | No | No | BHES 000178 – 000199 |
| Boiler & Heat Exchange Systems | Ware, Inc. | 07/13/05 | VE-2078 | 57,000 PPH | Yes | Yes (Implied Ownership) | Yes (Implied Ownership - One Picture) | No | BHES 000061 - 000080 |
| Boiler & Heat Exchange Systems | AHM Associated | 12/23/2004 | VE-2014 | 60,000 PPH | Yes | Yes (Implied Ownership) | Yes (Removed) | No | CPE 000001 – 000023 |
| Christian Power Equipment | ConocoPhillip | 3/31/2004 | VE-1734 | 120,000 PPH | Yes | No | No | No | CPE 000427- 000500 |
| Christian Power Equipment | CYR Engineering | 2/18/2004 | VE-1814.r1 | N/A (Various sizes 20,000 PPH – | N/A (wall not mentioned) | No | Yes (Removed) | N/A (Drums not mentioned) | CPE 000365- 000385 |

| Sales Agent | Customer | Date | Number | Size | Membrane | Imply Ownership? | Remove Name from drawing? | Drum or Vortex? | Bates Number |
|---|---|---|---|---|---|---|---|---|---|
| Christian Power Equipment | CYR Engineering | 2/6/2004 | VE-1814 | 170,000 PPH | Yes | No | | No | CPE 000392-000426 |
| Christian Power Equipment | Ray Burner | 4/6/2004 | VE-1861 | N/A (Various sizes 20,000 – 170,000 PPH) | N/A (wall not mentioned) | No | N/A (drawings not included) | No | CPE 000309-000321 |
| Christian Power Equipment | Sierra Pine | 2/16/2004 | VE-1823 | 100,000 PPH | Yes | No | No | No | CPE 000037-000364 |
| Christian Power Equipment | SNC-Lavalin Constructors | 5/18/2004 | VE-1897 | 40,000 PPH | Yes | No | No | No | CPE 000182-000234 |
| Christian Power Equipment | SNC-Lavalin Constructors | 11/24/2004 | VE-1995 | 66,000 PPH | Yes | Yes (Deleted Keystone name) | No | No | CPE 000031-000098 |
| Logue Engineering Co., Inc. | J.C. Higgins Corp. | 05/12/04 | VE-1766.r4 | 200,000 PPH | Yes | Yes (Implied Ownership) | Yes (Removed) | No | VEO3710-VEO3730 |
| N/A | Aalborg Industries | 05/17/01 | 2000-0371 Rev. 1 | 23,000 & 12,000 PPH | Yes | Yes(Implied Ownership) | No | No | IKE001189-IKE001210 |
| N/A | Broin & Associates | 08/27/04 | VE-2010 | 75,000 PPH | Yes | No | N/A (No drawings provided) | No | VEO2417-2435 & VEO1871-VEO1889 |
| N/A | Broin & Associates, Inc. | 1/25/03 | N/A | 85,000 PPH | Yes | No | Yes(Implied Ownership – One picture) | No | VEO4241-IKE004252, IKE004460-IKE004470 |
| N/A | Broin & Associates, Inc. | 1/25/03 | Broin 1548r.1 | 85,000 PPH Or 75,000 w/peak | Yes | No | N/A (No drawings provided) | No | VEO3783-VEO3791 |
| N/A | Cogentrix/ Indiantown | 06/10/05 | VE-2127 | 136,000 PPH | Yes | Yes (Implied Ownership) | No Drawings in this proposal | No | IKE000403-IKE000409 |
| | | | | | | | Yes(Implied Ownership - | No | VEO8665-VEO8696 |

| Sales Agent | Customer | Date | Number | Size | Membrane | Imply Ownership? | Remove Name from drawing? | Drum or Vortex? | Bates Number |
|---|---|---|---|---|---|---|---|---|---|
| N/A | Cogeneration | 6/27/2005 | VE-2115 Revision 3 | 40,000 PPH | Yes | Yes (Implied Ownership) | One Picture | No | N/A |
| N/A | Dick Engineering | 6/24/2005 | VE-2115 Revision 2 | 40,000 PPH | Yes | Yes (Implied Ownership) | No | No | N/A |
| N/A | Dick Engineering | 6/21/2005 | VE-2120 Revision 1 | 25,000 PPH | Yes | Yes (Implied Ownership) | N/A (No drawings provided) | No | N/A |
| N/A | Dick Engineering | 6/10/2005 | VE-2115 Revision 1 | 40,000 PPH | Yes | Yes (Implied Ownership) | No | No | N/A |
| N/A | Dick Engineering | 7/8/2005 | VE-2115 Revision 6 | 40,000 PPH | Yes | Yes (Implied Ownership) | No | No | N/A |
| N/A | Dick Engineering | 7/7/2005 | VE-2115. Revision 5 | 40,000 PPH | Yes | Yes (Implied Ownership) | No | No | N/A |
| N/A | Dick Engineering | 6/6/2005 | VE-2120 | 25,000 PPH | Yes | Yes (Implied Ownership) | No | No | N/A |
| N/A | Dick Engineering | 7/5/2005 | VE-2115 Revision 4 | 40,000 PPH | Yes | Yes (Implied Ownership) | No | No | N/A |
| N/A | Dick Engineering | 6/1/2005 | VE-2115 | 40,000 PPH | Yes | Yes (Implied Ownership) | No | No | N/A |
| N/A | Dick Engineering Inc. | 07/08/05 | VE-2215.r6 | 40,000 PPH | Yes | Yes (Implied Ownership) | No | No | VEO6887-VEO6899 & VEO6900-VEO6928 |
| N/A | Holman Boiler (NASA) | 08/17/05 | VE-1836 | 60,000 PPH | Yes | Yes (Implied Ownership) | No | No | VEO7128-VEO7145 |
| N/A | Idaho State University(Division of Purchasing) | 08/23/04 | VE-1627.r3 | 60,000 PPH | Yes | No | No | No | VEO1902-VEO1927 |
| N/A | Mitsubishi Power Systems, Inc. | 05/12/03 | VE-1648 | 66,000 PPH | Yes | Yes(Implied Ownership) | No Drawings in this proposal | No | IKE003523-IKE003546 |
| Protherm | Protherm | N/A | VE-1925r.1 | 110,000 PPH | Yes | No | No | No | PTC 0000129-0000153 |
| Protherm | Protherm | 3/24/2003 | VE-1615 | 80,000 PPH | Yes | No | N/A (No drawings provided) | No | PTC 0000235-0000242 |
| N/A | Protherm | 1/5/2004 | VE-1789 | 35,000 PPH | Yes | No | No | No | PTC 0000067-0000116 |

| Sales Agent | Customer | Date | Number | Size | Membrane | Imply Ownership? | Remove Name from drawing? | Drum or Vortex? | Bates Number |
|---|---|---|---|---|---|---|---|---|---|
| N/A | Protherm | 6/13/2005 | VE-2121r.1 | 35,000 PPH | Yes | Yes (Deleted Keystone name) | Yes (Deleted Keystone name – One drawing) | No | PTC 0000364 – PTC 0000377 |
| N/A | Protherm | 12/17/2003 | VE-1615r.2 | 70,000 PPH | Yes | No | N/A (No drawings provided) | Yes (Vortex) | PTC 0000315 - 0000331 |
| N/A | Protherm | 12/5/2005 | VE-1925 | 150,000 PPH | Yes | Yes (Implied Ownership) | Yes (Implied Ownership – One Drawing) | No | PTC 0000042-0000065 |
| N/A | Protherm | 12/5/2005 | VE-1925 | 150,000 PPH | Yes | Yes (Implied Ownership) | Yes (Implied Ownership – One Drawing) | No | PTC 0000042-0000065 |
| N/A | Protherm | 12/4/2003 | VE-1784 | 7,000 PPH | Yes | No | N/A (No drawings provided) | No | PTC 0000118-0000128 |
| N/A | Protherm Corporation | 11/26/03 | VE-1675 | 60,000 PPH | Yes | Yes | No | No | VEO3732-VEO3741 |
| N/A | PSEG Services Corporation | 06/16/05 | VE-2082 revision 1 | 64,725 | Yes | No | No | No | VEO7571 - VEO7593 |
| N/A | Tejas Boiler Services, Inc. | 1/21/03 | VE-1401.r5 | 50,000 PPH | Yes | No | N/A (No drawings provided) | No | VEO3793-VEO3807 |
| N/A | Tejas Boiler Services, Inc. | 01/16/03 | VE-1661.r3 | 75,000 PPH | Yes | No | No Drawings in this proposal | No | VEO3743-VEO3756 |
| N/A | Tejas Boiler Services, Inc. | 05/28/03 | VE-1661 | 75,000 PPH | Yes | No | N/A (No drawings provided) | No | VEO4811-VEO4887 |
| N/A | Tejas Boiler Services, Inc. | 10/28/03 | VE-1661.r2 | 75,000 PPH | Yes | No | N/A (No drawings provided) | No | VEO4796-VEO4810 |
| N/A | Trojan Energy Systems, Inc. | 02/21/03 | VE-1592 | 50,000 PPH | Yes | No | N/A (No drawings provided) | No | VEO3809-VEO3826 |
| N/A | University of Notre Dame | 05/05/04 | VE-1881 | 180,000 PPH | Yes | No | No | No | VEO1068-VEO1085 |
| N/A | Vamco Sheet Metal | 09/12/05 | VE-2090 | 60,000 PPH | Yes | No | No | No | VE07861- |

| Sales Agent | Customer | Date | Number | Size | Membrane | Imply Ownership? | Remove Name from drawing? | Drum or Vortex? | Bates Number |
|---|---|---|---|---|---|---|---|---|---|
| N/A | Ware, Inc. | 01/21/04 | Revision 5 | 75,000 PPH & 20,000 PPH | | | | | VE07891 & VE07249 - 7278 |
| PowrTech | N/A | 2/9/2004 | VE-1798 | 150,000 PPH | Yes | No | | No | N/A |
| Protherm | N/A | N/A | VE-1820 | 200,000 PPH | Yes | Yes (Deleted Keystone Name) | No | No | VEO3672-VEO3682 |
| Protherm | N/A | N/A | VE-1858.r.1 | 200,000 PPH | Yes | Yes (Deleted Keystone Name) | No | No | PTC 0000023-00000039 |
| Protherm | N/A | N/A | VE-1858.r.1 | 200,000 PPH | Yes | Yes (Deleted Keystone Name) | No | No | PTC 00000023-00000039 |
| Protherm | N/A | N/A | 33271201 | 60,000 PPH | Yes | No | No | Yes (Vortex) | PTC 0000261 – PTC 0000271 |
| Protherm | N/A | N/A | 54155201 | 35,000 PPH | Yes | Yes (Implied Ownership) | Yes (Implied Ownership – One drawing) | No | PTC 0000405 – PTC 0000424 |
| Protherm | N/A | N/A | 24185203 | 110,000 PPH | Yes | No | Yes (Deleted Keystone name – One drawing) | No | PTC 0000433 - 0000451 |
| Protherm | N/A | 3/15/2005 | 24192203 | 110,000 PPH | N/A | Yes (Deleted Keystone name) | N/A | N/A | PTC 0000429 - 0000430 |
| Protherm | N/A | 4/18/2005 | 505108201 | 132,000 PPH | Yes | No | Yes (Removed Keystone name – One Drawing) | No | PTC 0000197 - 0000217 |
| Protherm | N/A | 7/28/2004 | 34150202 | 250,000 PPH | Yes | Yes (Deleted Keystone name) | No | No | PTC 0000175 – 0000192 |
| Protherm | N/A | 4/12/2004 | 34150201 | 200,000 PPH | Yes | Yes (Deleted Keystone name) | No | No | |
| Protherm | N/A | 4/12/2004 | 34150201 | 200,000 PPH | Yes | Yes (Deleted) | No | No | PTC 00000001 - 0000022 |

| Sales Agent | Customer | Date | Number | Size | Membrane | Imply Ownership? | Remove Name from drawing? | Drum or Vortex? | Bates Number |
|---|---|---|---|---|---|---|---|---|---|
| Protherm | N/A | 8/20/2004 | 34150203 | 250,000 PPH | Yes | Keystone name) | No | | 00000001 - 00000022 |
| Protherm | N/A | 9/17/2004 | 24192202 | 110,000 PPH | N/A | Yes (Deleted Keystone name) | N/A | No | PTC 0000157 – 0000174 |
| Protherm | N/A | 8/9/2004 | 3424020203A | 110,000 PPH | N/A | Yes (Deleted Keystone name) | N/A | N/A | PTC 0000431 – 0000432 |
| Tejas Boiler Services | Walker Building Corporation | 10/17/03 | VE-1683r.1 | 83,300 PPH | Yes | No | N/A (No drawings provided) | No | PTC 0000427 – 0000428 |
| N/A | Fore Runner Corporation | 1/9/04 | VE-1673r..3 | 175,000 PPH | Yes | No | No | No | VEO3683- VEO3708 |
| N/A | Fore Runner Corporation | 10/28/03 | VE-1673r.2 | 185,000 PPH | | No | N/A (No drawings provided) | No | DS000002- DS000021 DS000038- DS000052 |