

CONFIDENTIAL

VEO0893

