```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA

INDECK KEYSTONE ENERGY, LLC,       :
        Plaintiff                  :
                                   :
        v.                         :   Case No. 04-325 Erie
                                   :
VICTORY ENERGY OPERATIONS, LLC,    :
        Defendant                  :
```

Deposition of THEODORE CHARLES FUHRMAN, JR., taken before and by Sondra A. Black, Notary Public in and for the Commonwealth of Pennsylvania, on Monday, November 7, 2005, commencing at 2:09 p.m., at the offices of Marshall Dennehey Warner Coleman & Goggin, 1001 State Street, Erie, Pennsylvania 16501.

For the Plaintiff:

　　John K. Gisleson, Esquire
　　Schnader Harrison Segal & Lewis, LLP
　　Fifth Avenue Place
　　120 Fifth Avenue, Suite 2700
　　Pittsburgh, PA 15222

For the Defendant:

　　Christopher T. Sheean, Esquire
　　Wildman Harrold Allen & Dixon, LLP
　　225 West Wacker Drive
　　Chicago, IL 60606

                Reported by Sondra A. Black
             Ferguson & Holdnack Reporting, Inc.

EXHIBIT 61

1

```
 1              times.
 2         A.   Yes.
 3         Q.   You were asked about the drawings that are in the
 4    draft VEO sales manual, and you said that you didn't know the
 5    basis for those drawings; is that right?
 6         A.   Correct.
 7         Q.   You said that certain of those drawings, though,
 8    were in EPTI's brochure; is that right?
 9         A.   Correct.
10         Q.   Can you describe for me what was in this EPTI
11    brochure.
12         A.   It was a brochure for our package boiler line.
13         Q.   Was that the entire package boiler line from the
14    small boilers all the way up to the large boilers well above
15    150,000 pounds per hour?
16         A.   Yes.
17         Q.   So that it included the O style boilers that were
18    different from the M series boilers?
19         A.   It included -- it was for the O style boiler, which
20    included the M series.
21         Q.   Is Mark White an engineer?  Professional engineer?
22         A.   I don't know.
23         Q.   You were asked questions about the Keystone design
24    manual.  Was it your belief, based on conversations you had
25    with Jay McConaughy or others at VEO, that VEO was in
```