USPTO Assignments on the Web

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 10**
**Serial #:** 71607074    **Filing Dt:** 11/29/1950    **Reg #:** 0554723    **Reg. Dt:** 02/12/1952
**Registrant:** ERIE CITY IRON WORKS
**Mark:** KEYSTONE
**Assignment: 1**
    **Reel/Frame:** 0214/0891    **Received:**    **Recorded:** 01/25/1972    **Pages:** 1
    **Conveyance:** ASSIGNS THE ENTIRE INTEREST, AND THE GOOD WILL, AS OF JAN. 1, 1966.
    **Assignor:** ERIE CITY IRON WORKS    **Exec Dt:** 01/20/1972
        **Entity Type:** UNKNOWN
        **Citizenship:** NONE

    **Assignee:** ZURN INDUSTRIES, INC.    **Entity Type:** CORPORATION
        1801 PITTSBURGH AVE.    **Citizenship:** PENNSYLVANIA
        ERIE, PENNSYLVANIA
  **Correspondent:** RALPH HAMMAR
        501 G. DANIEL BALDWIN BLDG.
        ERIE, PA 16501

**Assignment: 2**
    **Reel/Frame:** 1555/0945    **Received:** 02/20/1997    **Recorded:** 02/12/1997    **Pages:** 8
    **Conveyance:** SECURITY AGREEMENT
    **Assignor:** ZURN INDUSTRIES, INC.    **Exec Dt:** 01/21/1997
        **Entity Type:** CORPORATION
        **Citizenship:** PENNSYLVANIA

    **Assignee:** BANKERS TRUST COMPANY    **Entity Type:** BANKING CORPORATION
        130 LIBERTY STREET
        NEW YORK, NEW YORK 10006    **Citizenship:** NONE
  **Correspondent:** WHITE & CASE
        ADAM GAHTAN, ESQ.
        1155 AVENUE OF THE AMERICAS
        NEW YORK, NY 10036-2787

**Assignment: 3**
    **Reel/Frame:** 1645/0960    **Received:** 10/27/1997    **Recorded:** 10/14/1997    **Pages:** 3
    **Conveyance:** ASSIGNMENT OF AN UNDIVIDED PART OF ASSIGNORS INTEREST
    **Assignor:** ZURN INDUSTRIES, INC.    **Exec Dt:** 06/30/1997
        **Entity Type:** CORPORATION
        **Citizenship:** PENNSYLVANIA

    **Assignee:** AALBORG KEYSTONE, INC.    **Entity Type:** CORPORATION
        1422 EAST AVENUE    **Citizenship:** OHIO
        ERIE, PENNSYLVANIA 16503
        LOVERCHECK AND LOVERCHECK

**EXHIBIT**

tabbies

64

USPTO Assignments on the Web

**Correspondent:** WAYNE L. LOVERCHECK
931 STATE STREET
ERIE, PA 16501

**Assignment: 4**
    **Reel/Frame:** 1672/0248    **Received:** 01/13/1998    **Recorded:** 01/05/1998    **Pages:** 3
    **Conveyance:** ASSIGNS THE ENTIRE INTEREST
    **Assignor:** ZURN INDUSTRIES, INC.        **Exec Dt:** 06/30/1997
            **Entity Type:** CORPORATION
            **Citizenship:** PENNSYLVANIA
    **Assignee:** AALBORG KEYSTONE, INC.    **Entity Type:** CORPORATION
        1422 EAST AVENUE        **Citizenship:** OHIO
        ERIE, PENNSYLVANIA 16503
    **Correspondent:** CALFEE HALTER & GRISWOLD LLP
        TARA A. KASTELIC
        800 SUPERIOR AVENUE
        SUITE 1400
        CLEVELAND, OH 44114-2688

**Assignment: 5**
    **Reel/Frame:** 1675/0716    **Received:** 01/13/1998    **Recorded:** 01/05/1998    **Pages:** 6
    **Conveyance:** RELEASE BY SECURED PARTY
    **Assignor:** BANKERS TRUST COMPANY        **Exec Dt:** 06/30/1997
            **Entity Type:** UNKNOWN
            **Citizenship:** NONE
    **Assignee:** ZURN INDUSTRIES, INC.    **Entity Type:** CORPORATION
        ONE ZURN PLACE, BOX 2000    **Citizenship:** PENNSYLVANIA
        ERIE, PENNSYLVANIA 16514
    **Correspondent:** CALFEE HALTER & GRISWOLD LLP
        TARA A. KASTELIC
        800 SUPERIOR AVENUE, SUITE 1400
        CLEVELAND, OH 44114-2688

**Assignment: 6**
    **Reel/Frame:** 1842/0967    **Received:** 01/25/1999    **Recorded:** 01/13/1999    **Pages:** 3
    **Conveyance:** CHANGE OF NAME
    **Assignor:** AALBORG KEYSTONE, INC.        **Exec Dt:** 07/15/1998
            **Entity Type:** CORPORATION
            **Citizenship:** OHIO
    **Assignee:** AALBORG INDUSTRIES, INC.    **Entity Type:** CORPORATION
        5300 KNOWLEDGE PARKWAY    **Citizenship:** OHIO
        ERIE, PENNSYLVANIA 16510
    **Correspondent:** LOVERCHECK AND LOVERCHECK
        WAYNE L. LOVERCHECK
        931 STATE STREET
        ERIE, PA 16501

**Assignment: 7**
    **Reel/Frame:** 2702/0811    **Received:** 04/01/2003    **Recorded:** 03/21/2003    **Pages:** 3
    **Conveyance:** CHANGE OF NAME

USPTO Assignments on the Web

**Assignor:** AALLBORG INDUSTRIES, INC.

       **Exec Dt:** 09/27/2002
       **Entity Type:** CORPORATION
       **Citizenship:** PENNSYLVANIA

**Assignee:** ERIE POWER TECHNOLOGIES, INC.
       5300 KNOWLEDGE PARKWAY, SUITE 200
       ERIE, PENNSYLVANIA 16510-4660

       **Entity Type:** CORPORATION
       **Citizenship:** PENNSYLVANIA

**Correspondent:** MACDONALD, IIIIG, JONES & BRITTON LLP
       EDWARD W. GOEBEL, JR.
       100 STATE STREET, SUITE 700
       ERIE, PA 16507-1459

**Assignment: 8**
  **Reel/Frame:** 3031/0718    **Received:** 08/24/2004    **Recorded:** 08/20/2004    **Pages:** 3
  **Conveyance:** U.S. CORRECTIVE CHANGE OF NAME DOCUMENT TO CORRECT ASSIGNMENT NAME & ENTITY TYPE & ASSIGNMENT TYPE PREVIOUSLY RECORDED IN REEL 2702, FRAME 0811.

**Assignor:** AALBORG INDUSTRIES, INC.

       **Exec Dt:** 08/18/2004
       **Entity Type:** CORPORATION
       **Citizenship:** OHIO

**Assignee:** ERIE POWER TECHNOLOGIES, INC.
       5300 KNOWLEDGE PARKWAY, SUITE 200
       ERIE, PENNSYLVANIA 16510-4660

       **Entity Type:** CORPORATION
       **Citizenship:** OHIO

**Correspondent:** MACDONALD ILLIG JONES ET AL.
       EDWARD W. GOEBEL, JR.
       100 STATE STREET, SUITE 700
       ERIE, PA 16507-1459

**Assignment: 9**
  **Reel/Frame:** 2968/0863    **Received:** 11/03/2004    **Recorded:** 11/03/2004    **Pages:** 5
  **Conveyance:** NUNC PRO TUNC ASSIGNMENT

**Assignor:** ERIE POWER TECHNOLOGIES, INC.

       **Exec Dt:** 10/25/2004
       **Entity Type:** CORPORATION
       **Citizenship:** PENNSYLVANIA

**Assignee:** CMI-EPTI, LLC
       5300 KNOWLEDGE PARKWAY
       SUITE 200
       ERIE, PENNSYLVANIA 16510-4660

       **Entity Type:** LTD LIAB JT ST CO
       **Citizenship:** DELAWARE

**Correspondent:** ANDREW L. GOLDSTEIN
       311 S. WACKER DR.
       SUITE 3000
       CHICAGO, IL 60606

**Assignment: 10**
  **Reel/Frame:** 2968/0878    **Received:** 11/03/2004    **Recorded:** 11/03/2004    **Pages:** 4
  **Conveyance:** NUNC PRO TUNC ASSIGNMENT

**Assignor:** CMI-EPTI, LLC

       **Exec Dt:** 11/01/2004
       **Entity Type:** LTD LIAB JT ST CO
       **Citizenship:** DELAWARE

**Assignee:** INDECK KEYSTONE ENERGY LLC

       **Entity Type:** LTD LIAB JT ST CO

USPTO Assignments on the Web

5300 KNOWLEDGE PARKWAY                     **Citizenship:** DELAWARE
SUITE 200
ERIE, PENNSYLVANIA 16510-4660

**Correspondent:** ANDREW L. GOLDSTEIN
311 S. WACKER DR.
SUITE 3000
CHICAGO, IL 60606

Search Results as of: 04/27/2006 11:28 AM

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT