UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>Defendant. | :<br>:<br>:<br>:<br>: CIVIL ACTION<br>:<br>: NO. 04-CV-325 (ERIE)<br>:<br>: Judge Sean J. McLaughlin<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

    I do hereby certify that the foregoing **Plaintiff's Reply Memorandum of Law in Support of Motion for Partial Summary Judgment on Defendant's Counterclaims** was served on the following parties by ECF, this 2nd day of May, 2006:

Christopher T. Sheean, Esquire
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606-1229
sheean@wildmanharrold.com


G. Jay Habas, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1001 State Street, Renaissance Center, Suite 1400
Erie PA 16501
jhabas@mdwcg.com


            /s/ Robert J. Williams