UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-325 Erie |
| | ) | |
| VICTORY ENERGY OPERATIONS LLC, | ) | Judge Sean J. McLaughlin |
| | ) | |
| Defendant | ) | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of May, 2006, Victory Energy Operations' Motion To Strike Indeck Keystone Energy's Supplemented Statement of Facts (Court Docket # 81) is granted, and Plaintiff's Supplemented Statement of Undisputed Facts In Opposition To Defendant's Motion for Partial Summary Judgment And In Support of Plaintiff's Motion for Partial Summary Judgment (Docket # 81) is hereby stricken.

_____
Sean J. McLaughlin
United States District Judge