# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Indeck Keystone Energy LLC )
_____ )
Plaintiff )
)
vs.   ) No. CA04-325E
)
Victory Energy Operations LLC )
_____ )
Defendant )

HEARING ON Mtn to Strike [Doc No 91]

Held on 5-5-06

Before Judge Sean J. McLaughlin

John Susleson                    Christopher Sheenan
_____   _____
Appear for Plaintiff              Appear for Defendant

Hearing begun 8:55 am           Hearing adjourned to 9:09 am

Hearing concluded C.A.V. _____   Stenographer Ron Bench

                                 Clerk Nicole Kierzyk

### WITNESSES:

For Plaintiff                    For Defendant

Mtn to Strike is DENIED for reasons set forth on the record.

Argument will continue as scheduled on May 10, 2006 @ 1:30 pm