# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Indeck Keystone Energy LLC  
_____  
Plaintiff

vs.  No. Civil Action 04-325 Erie

Victory Energy Operations LLC  
_____  
Defendant

HEARING ON Summary Judgment

Held on Wed. May 10, 2006

Before Judge Sean J. McLaughlin

John Gialesox                     Christopher Sheean
_____       _____
Appear for Plaintiff              Appear for Defendant

Hearing begun 9:20 - 11:55 am      Hearing adjourned to 12:56 pm

Hearing concluded C.A.V. 2:23 pm   Stenographer Ron Bench

                                   Clerk n/a

### WITNESSES:

For Plaintiff                      For Defendant

Mtn. for Partial SJ [Doc 48] is DENIED; Mtn for Partial SJ [53] is GRANTED IN PART; DENIED IN PART w/ Respect to Δ's Counter Claim; Mtn for Partial SJ [Doc 56] is DENIED. Expert Discovery to close on September 8, 2006; П's PTS due September 27, 2006; Δ's PTS October 17, 2006.