UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-325 Erie |
| | ) | |
| VICTORY ENERGY OPERATIONS LLC, | ) | Judge Sean J. McLaughlin |
| | ) | |
| | ) | |
| Defendant | ) | JURY TRIAL DEMANDED |

**STIPULATED EXPERT DISCOVERY SCHEDULING ORDER**

AND NOW, this _____ day of _____, 2006, the parties' Stipulated Expert Discovery Scheduling Order is entered as follows:

1. The parties shall identify and produce Rule 26(a)(2) reports for experts testifying regarding their respective claims on or before September 12, 2006;

2. The parties shall identify and produce Rule 26(a)(2) reports for any experts designated in rebuttal to the opposing party's experts on or before September 26, 2006;

3. The parties shall complete depositions of experts on or before October 13, 2006;

4. Plaintiff shall submit its proposed pretrial statement on or before November 1, 2006;

5. Defendant shall submit its proposed pretrial statement on or before November 20, 2006; and

6. Trial of this cause shall commence on _____ at _____.

_____
Sean J. McLaughlin
United States District Judge
