UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VICTORY ENERGY OPERATIONS )<br>LLC, )<br>)<br>Defendant ) | Civil Action No. 04-325 Erie<br><br>Judge Sean J. McLaughlin<br><br>JURY TRIAL DEMANDED |

### STIPULATED EXPERT DISCOVERY SCHEDULING ORDER

AND NOW, this _____ day of _____, 2006, the parties' Stipulated Expert Discovery Scheduling Order is entered as follows:

1. The parties shall identify and produce Rule 26(a)(2) reports for experts testifying regarding their respective claims on or before September 12, 2006;

2. The parties shall identify and produce Rule 26(a)(2) reports for any experts designated in rebuttal to the opposing party's experts on or before September 26, 2006;

3. The parties shall complete depositions of experts on or before October 13, 2006;

4. Plaintiff shall submit its proposed pretrial statement on or before November 1, 2006;

5. Defendant shall submit its proposed pretrial statement on or before November 20, 2006; and

_____
Sean J. McLaughlin
United States District Judge