UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-325 Erie |
| | ) | |
| VICTORY ENERGY OPERATIONS LLC, | ) | Judge Sean J. McLaughlin |
| | ) | |
| Defendant | ) | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of October, 2006, the Defendant's Motion to Compel is granted, and this court rules as follows:

1. Plaintiff is ordered to produce, on or before October 6, 1) all documents in its possession from Christian Power Equipment, without any redaction or alteration, 2) all documents in its possession responsive to VEO's original Document Request No. 12; and 3) all documents demonstrating or relating to any profits IKE earned as a result of sales made to or through the efforts of either Christian Power Equipment or Power Systems, Inc.

2. The deadline for VEO to identify its damages expert for its claim for tortious interference claim is extended up to and including 14 days from the date IKE makes full production as outlined in paragraph 1, above.

_____
Sean J. McLaughlin
United States District Judge