UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, | : : : : : CIVIL ACTION |
| Plaintiff, | : : NO. 04-CV-325 (ERIE) |
| v. | : : Judge Sean J. McLaughlin |
| VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, | : : : : |
| Defendant. | : |

## PROPOSED ORDER

This ____ day of _____, 2006, upon consideration of the Motion of Plaintiff Indeck Keystone Energy, LLC to compel and for a protective order, and any response thereto,

IT IS HEREBY ORDERED that said Motion is GRANTED. Defendant is ORDERED to produce all information outlined in Exhibit A to Plaintiff's Motion.

IT IS FURTHER ORDERED that Defendant is not permitted discovery into the products sold through Christian Power Equipment and Power Systems, Inc.

BY THE COURT:

_____
J.