William F. Liebel
317 Stuart Way
Erie, PA 16509

**EDUCATION**

Bachelor of Science  Mechanical Engineering     Gannon University    1959.
Master of Business Administration               Gannon University    1975

**WORK HISTORY**

1959-1961 U.S. Army 1st Lt. Ordnance Corps

1961-1995 Zurn Energy Div.  (Formally Erie City Iron Works)
Designers, Manufacturers and Erectors of Package, Solid Fuel Field Erected, and HRSG Steam Generators, Superheaters, Economizers, Burners, Controls and other auxiliaries.

    10 years Project Manager Keystone Steam Generators (1961-1970)
        Responsible for the supervision of the production of all necessary drawings, selection and sizing of auxiliary equipment, purchase all materials required for the fabrication and installation of the unit and responsible to maintain the costs within the sales budget.

    12 years Manager of Field Service Dept. (1971-1983)
        Responsible for the supervision and scheduling of the 10 to 17 field servicemen stationed throughout the US for the start up and servicing of the products furnished by the Company; and to be the liaison with the customer. This also included invoicing the customer for the services provided, and to resolve any disputes involving backcharges.

    4 years Asst. Mgr. Field Construction Dept.(1983-1986)
        Assisting the Manager of Field construction for providing and supervising the Zurn Energy field construction superintendent and the crews that erected the large field erected steam generators furnished by the Company. This included scheduling the shipment of the various pressure parts and other materials to arrive at the site in a timely manner. It also required maintaining the necessary records for field labor and material costs to maintain the profitability of the project.

    5 years Manager Field Construction Dept.(1986-1991)
        Same as above, except that I had the overall responsibility.


    3 years Senior Product Manager for Solid Fuel Steam Generators(1992-1994)

Responsible for the supervision of the production of all necessary drawings, selection and sizing of auxiliary equipment, purchase all materials required for the fabrication and installation of the unit, and responsible to maintain the costs within the sales budget. These were large field erected units burning fuels such as coal, wood waste, etc.

1995 Early Retirement

1995-2000 Copes Vulcan/Holman Boiler Works, Dallas, Texas
    4 ½  years  Project Manager
Responsible for the production of necessary material and purchasing the required material and auxiliary equipment primarily in the rebuild of various manufactures
Package boilers. This also included  the repair or rebuilding of various boilers in the field. I was also  responsible for maintaining the profitability of the projects.

**Professional Registrations**

Registered Professional Engineer   State of Pennsylvania