## CERTIFICATE OF SERVICE

Christopher T. Sheean, an attorney, certifies that on the 18th day of October, 2006, he caused a copy of the foregoing *Victory Energy's Memorandum Of Law In Opposition To Plaintiff's Motion To Compel And For Protective Order* to be filed electronically, and that the CM/ECF system for the court will e-mail a copy of the foregoing to the following counsel of record:

> John K. Gisleson
> Robert J. Williams
> Schnader Harrison Segal & Lewis LLP
> Fifth Avenue Place, Suite 2700
> 120 Fifth Avenue
> Pittsburgh, PA 15222-3001
> Email: JGisleson@Schnader.com
> ATTORNEYS FOR PLAINTIFF INDECK KEYSTONE
> ENERGY LLC

> /s/ Christopher T. Sheean
> Christopher T. Sheean