UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-325 Erie |
| | ) | |
| VICTORY ENERGY OPERATIONS LLC, | ) | Judge Sean J. McLaughlin |
| | ) | |
| Defendant | ) | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of November, 2006, the Defendant's Motion to Reconsider is granted, and this court rules as follows:

1. This Court's Order dated October 26, 2006 is vacated to the extent it denied Defendant's Motion to Compel and granted Plaintiff's Motion for Protective Order;

2. Plaintiff is ordered to produce, within 14 days, 1) all documents in its possession from Christian Power Equipment, without any redaction or alteration, 2) all documents in its possession responsive to Defendant's original Document Request No. 12; and 3) all documents demonstrating or relating to any profits Plaintiff earned as a result of sales made to or through the efforts of either Christian Power Equipment or Power Systems, Inc.

_____
Sean J. McLaughlin
United States District Judge