## **CERTIFICATE OF SERVICE**

  Christopher T. Sheean, an attorney, certifies that on the 2nd day of November, 2006, he caused a copy of the foregoing ***Defendant's Motion to Reconsider*** and ***Defendant's Memorandum Of Law In Support Of Its Motion to Reconsider*** to be filed electronically, and that the CM/ECF system for the court will e-mail a copy of the foregoing to the following counsel of record:

    John K. Gisleson
    Robert J. Williams
    Schnader Harrison Segal & Lewis LLP
    Fifth Avenue Place, Suite 2700
    120 Fifth Avenue
    Pittsburgh, PA 15222-3001
    Email: JGisleson@Schnader.com
    ATTORNEYS FOR PLAINTIFF INDECK KEYSTONE ENERGY LLC


    /s/ Christopher T. Sheean
    Christopher T. Sheean