IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC., )<br>      Plaintiff, )<br> )<br>  vs. )<br> )<br>VICTORY ENERGY OPERATIONS, LLC., )<br>      Defendant )<br> ) | Civil Action No. 04-325 ERIE |

## **ORDER**

AND NOW, this  29th  day of November, 2006, after consideration of the Defendant's Motion to Reconsider (Doc. No. 103 ) this Courts, October 26, 2006 Discovery Order as well as the Plaintiff's response thereto

IT IS HEREBY ORDERED that the motion be and hereby is DENIED

                                      S/Sean J. McLaughlin
                                        Sean J. McLaughlin
                                        United States District Judge

cc: counsel/parties of record  NK