IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC., <br>     Plaintiff, <br><br>   vs. <br><br> VICTORY ENERGY OPERATIONS, LLC., <br>     Defendant | ) <br> ) <br> ) <br> )   Civil Action No. 04-325 ERIE <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

AND NOW, this 29th day of November, 2006, after consideration of the Defendant's Motion to Reconsider (Doc. No. 103 ) this Courts, October 26, 2006 Discovery Order as well as the Plaintiff's response thereto

IT IS HEREBY ORDERED that the motion be and hereby is DENIED

                                                                            S/Sean J. McLaughlin
                                                                            Sean J. McLaughlin
                                                                            United States District Judge

cc: counsel/parties of record   NK