**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 1 | 1/17/2003 | EPTI / VEO | License Agreement | VEO1170-1190 | | |
| 1A | 1/17/2003 | EPTI / VEO | License Agreement between EPTI and VEO | IKE001064-1092 | | |
| 2 | 2/3/2003 | Mark White | Letter to Viskup Transmitting Annexes | VEO1191-1201 | | |
| 3 | 2/27/2003 | John Viskup | Addendum re: Superheat | IKE001093-1095 | | |
| 4A | 7/3/2003 | | License Agreement Addendum | IKE 09641 | | |
| 4B | 9/23/2003 | Ted Fuhrman | Email attaching Addendum (Fuhrman/Viskup) | IKE001534-1535 | | |
| 5 | 2/12/1952 | | Trademark Assignment Abstract of Title | IKE 9642-9645 | | |
| 6 | 5/18/2005 | | VEO Trademark/ Service Mark Application for Erie City | IKE 9754-9781 | | |
| 7 | 4/1/2004 | VEO | Trademark / Service Mark Application. Principle Register Erie City Iron Works Boiler Works | IKE 9646-9675 | | |
| 8 | | VEO | VEO's Chart re: Profits on jobs Sold Since September 8, 2004 | VEO 9248-9281 | | |
| 9 | | Zurn | Zurn Sales Brochure | ND 276-ND 299 | | |
| 10 | | VEO | VEO Keystone Brochures | VEO 00485- | | |
| 11 | 5/00/2003 | VEO | VEO Keystone Sales Brochure | PTC 00500 | | |
| 12 | | | Keystone Design Drawing list &4409 | IKE004400-4406 | | |
| 13 | 5/17/1972 | | Keystone Boiler Drawings | VEO 3358-3634 | | |
| 14A | | | Marked up Heinz Drawing re: Rear Wall Tube Detail | VEO3503 | | |
| 14B | | | Marked up Heinz Drawing re: Boiler Tube Detail | VEO3504 | | |

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---------|------|--------|---------|---------------|--------------|---------------|
| 14C | | | Marked up Heinz Drawing re: Drum Attachment | VEO3505 | | |
| 14D | | | Marked up Heinz Drawing re: Internal Piping and Detail Assembly | VEO3506 | | |
| 14E | | | Marked up Heinz Drawing re: Upper Drum Baffle Detail and Assembly | VEO3507 | | |
| 14F | | | Marked up Heinz Drawing re: Lower Drum Detail | VEO3508 | | |
| 14G | | | Marked up Heinz Drawing re: Upper Drum Detail | VEO3509 | | |
| 14H | | | Marked up Heinz Drawing re: Drum Drilling Pattern | VEO3510 | | |
| 14I | | | Marked up Heinz Drawing re: Furnace Wall Tube Detail | VEO3511 | | |
| 14J | | | Marked up Heinz Drawing re: Outer Sidewall Tube Detail | VEO3512 | | |
| 14K | | | Marked up Heinz Drawing re: Front Wall Tube Detail | VEO3513 | | |
| 14L | | | Marked up Heinz Drawing re: Boiler Tube Layout | VEO3514 | | |
| 14M | | | Marked up Heinz Drawing re: Rear Wall Layout | VEO3515 | | |
| 14N | | | Marked up Heinz Drawing re: Front Wall Layout | VEO3515.01 | | |
| 14O | | | Marked up Heinz Drawing re: General Arrangement | VEO3516 | | |
| 14P | | | Marked up Heinz Drawing re: System Schematic | VEO3517 | | |
| 15 | | | Keystone Name Plate | VEO0893-894 | | |

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---------|------|--------|---------|---------------|--------------|---------------|
| 16 | 1/11/2006 | | VEO CS Boiler Series Table | VEO8086-8121 then VEO8184-8204 | | |
| 17 | 1/12/2006 | | VEO-Voyager Series-VOYAGER Model Description | VEO8183 | | |
| 18 | 9/13/2006 | Mark White | Voyager Boiler Drawings | VEO14896-14955 | | |
| 19 | 9/15/2006 | VEO | Additional Voyager drawings and Related Correspondence | VEO14438-14647 | | |
| 20 | 10/18/2006 | VEO | Additional Voyager drawings | VEO15387-15467 | | |
| 21 | 10/18/2006 | VEO | Additional Voyager drawings 3 | Seibel Depo Ex. 3 | | |
| 22 | 2/00/1979 | | Zurn Steam Purity Components- Baffled Drum with Vortex Steam Separators and Chevron Purifiers | ETCHSub_0000 26 | | |
| 23 | 5/30/1992 | | Keystone Engineering Design Guide | VEO1574-1702 | | |
| 24 | 3/31/1996 | Zurn and Rosetti | Rosetti License Agreement | IKE 9676-9714 | | |
| 25 | 6/26/1997 | Mark White | Inventions and Confidentiality Agreement | IKE 9633-9635 | | |
| 26 | 6/25/1997 | Jay McConaughy | Inventions and Confidentiality Agreement | IKE 9636-9638 | | |
| 27 | 6/25/1997 | Marty Swabb | Inventions and Confidentiality Agreement | IKE 9630-9632 | | |
| 28 | 4/17/2005 | Marty Swabb | Confidentiality Agreements with IKE and Martin Swabb | IKE 9623-9629 | | |
| 29 | 4/16/2001 | John Viskup | Viskup Letter re: Heinz Boilers | IKE 9639-9640 | | |

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 30 | 5/21/2001 | Aalborg Industries | Heinz Drawing re: General Arrangement of RTI and Tube Arrangement Sheets VE PO# 3343 Re: Aalborg Ind. Keystone Saturated Boilers | McConaughy 16 | | |
| 31 | 6/6/2001 | John Viskup | Design Performance Report | McConaughy 15 | | |
| 32 | 8/14/2001 | | Email from Mark White to Shawn Brewer re: Draft of License Agreement | McConaughy 17 & Viskup 26 | | |
| 33 | 12/20/2002 | Mark White | White Memo to Brewer re: License Agreement | VEO 663-682 | | |
| 34 | 12/20/2002 | Mark White | Data table with Capacity Range | IKE000201-204 | | |
| 35 | 12/23/2002 | Mark White | Forwarded email to John Viskup of email message from Mark White to Shawn Brewer regarding data table capacity range and models | VEO0683-VEO0685 | | |
| 36 | 12/23/2002 | Shawn Brewer | Email to Viskup re: Draft License Agreement | VEO0663-685 | | |
| 37 | 00/00/2003 | | 2003 Coverage re: Technical Questions | IKE001552-1586 | | |
| 38 | 1/7/2003 | John Viskup | Viskup Email to White re: License Agreement (8:26 am) | VEO0686-709 | | |
| 39 | 1/7/2003 | John Viskup | Email from John Viskup to Mark White attaching revised Licensed Agreement (2:41 pm) | VEO0710-VEO730 | | |
| 40 | 1/7/2003 | John Viskup | Viskup Email to White re: review of LA (changes) (9:26am) | IKE000324-325 | | |

## Indeck v. Victory
## Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 41 | 1/8/2003 | Mark White | White Email to Levytek,Gdaniec,Briggs,Fuhrman re: License Agreement Support (9:21am) | IKE004230 | | |
| 42 | 1/8/2003 | Mark White | White Memo to/from Gdaniec re: Support for LA (12:07pm) | IKE000336-337 | | |
| 43 | 1/8/2003 | Marie Fiske (Mark White) | Email from Fiske to John Viskup Conformed License Agreement (3:16pm) | VEO0731-750 | | |
| 44 | 1/8/2003 | Mark White | White Email to Viskup with Conformed LA for signature & Conformed License Agreement (4:16pm) | IKE004410-4429 | | |
| 45 | 1/9/2003 | Mark White | White Email to Brewer re: Typical Representative Agreement | IKE000205-216 | | |
| 46 | 1/9/2003 | Shawn Brewer | Brewer Memo to Viskup re: Representative Agreement | VEO0751-762 | | |
| 47 | 1/14/2003 | Bob Gdaniec | Gdaniec Memo to White re: License Agreement | IKE 000340 | | |
| 48 | 1/21/2003 | Mark White | White Email to Gdaniec re: EPTI Approval of Drawing Changes | IKE004232; IKE000341 | | |
| 49 | 1/21/2003 | Mark White | Letter to representative re: License Announcement- VEO LLC. | IKE 9715-9718 | | |
| 50 | 1/22/2003 | Shawn Brewer | Brewer Email to Viskup re: QA Statement and Announcement of Sale | VEO0770-773 | | |
| 51 | 1/22/2003 | Mark White | White Email to Gdaniec re: Victory License - Possible New Order 50,000pph | IKE000342-343 | | |

**Indeck v. Victory**
**Plaintiff's Trial Exhibit List**

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 52 | 1/23/2003 | Dave Briggs | Briggs Email to Gdaniec re: Mark White Confusion | IKE005017 | | |
| 53 | 1/24/2003 | Shawn Brewer | Brewer Email to Viskup re: Sale Announcement | VEO0774-0775 | | |
| 54 | 1/29/2003 | Marty Swabb | Swabb Email to White re: Origin of Keystone M Series | IKE004239 & IKE005417 | | |
| 55 | 1/29/2003 | Mark White | White Email to Gdaniec re: License Product Description | IKE004876-4879 & IKE005271-5274 | | |
| 56A | 1/30/2003 | Mark White | White Email to Gdaniec/Fuhrman/Briggs re: Annex of License Agreement | IKE005003-5009 | | |
| 56B | 1/30/2003 | Dave Briggs | Email from Briggs to White Re Annex of License Agreement | IKE 4830-4832 | | |
| 57 | 1/30/2003 | Dave Briggs | Briggs Comments to LA | IKE004435-4437 | | |
| 58 | 1/30/2003 | Dave Briggs | Briggs Email to White re: Annex 1; & Annex of License Agreement | IKE000354-355 | | |
| 59 | 1/30/2003 | Mark White | White Email to Briggs re: Annex 1 changes | IKE004240 | | |
| 60 | 1/31/2003 | Shawn Brewer | Brewer Email to Miller re: Design Modification | VEO0783 | | |
| 61 | 1/31/2003 | | Drawings sent to S. Brewer | IKE000254-272 | | |
| 62 | 2/00/2003 | Bob Gdaniec | Handwritten Annotations for Annexes to LA | IKE00344-353 | | |
| 63 | 2/00/2003 | Mark White | Email to distribution from M. White regarding VEO-Iowa Ethanol Project (Broin) | IKE004458-4459 | | |

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 64 | 2/3/2003 | Mark White | White FW: to Brewer & Miller License Agreement Response (1:56pm) | IKE000273 | | |
| 65 | 2/3/2003 | Shawn Brewer | Brewer Email to Viskup re: License Agreement Response (2:08pm) | VEO0784-785 | | |
| 66 | 2/3/2003 | Dave Briggs | Email to M. White Re: License Agreement Response (2:55pm) | IKE005012 | | |
| 67 | 2/3/2003 | Shawn Brewer | Email from Shawn Brewer to John Viskup re:FW: Annex I revised (4:57pm) | VEO0786- VEO0796 | | |
| 68 | 2/3/2003 | Mark White | White Email to Brewer with Revised Annex 1 (5:10pm) | IKE000275-285 | | |
| 69 | 2/5/2003 | J. Nieminski | Email to Mark White Regarding EPTI MEMO. Doc. | IKE006257-6258 | | |
| 70 | 2/6/2003 | Shawn Brewer | Brewer Email to White/Miller/Viskup re: Recap of Telecom (6:27pm) | IKE000289-292 | | |
| 71 | 2/6/2003 | Mark White | White Email to Kang re: LA | IKE356-357 & IKE000978-979 | | |
| 72 | 2/6/2003 | Mark White | White Email to Viskup Re: 2023 Drawings | IKE 9717 | | |
| 73 | 2/7/2003 | Shawn Brewer | Email to Mark White re: Chile Quote | IKE 3942 | | |
| 74 | 2/10/2003 | Mark White | White Email to Brewer re: 14M Special | IKE001274 | | |
| 75 | 2/10/2003 | Mark White | White Email to Brewer re: D Type Boilers | IKE000295 | | |
| 76 | 2/11/2003 | Dave Briggs | Briggs Email to White re: Drawing List of Marked-up Drawings | IKE004259 & IKE006236 | | |

**Indeck v. Victory**
**Plaintiff's Trial Exhibit List**

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---------|------|--------|---------|---------------|--------------|---------------|
| 77 | 2/11/2003 | Dave Briggs | Email to T. Pawlowski re: VEO (Tube Lengths and Quantities) | IKE004258 | | |
| 78 | 2/12/2003 | Mark White | White Email to Viskup and Miller re: Drawings for Broin | IKE004260 | | |
| 79 | 2/12/2003 | Mark White | Email to White regarding Victory Sales | IKE003925 | | |
| 80 | 2/12/2003 | Stephen Kang | Inquiry Entry Form with post-it Re: Develop a Thermal Design for Keystone. | IKE000394 | | |
| 81 | 2/18/2003 | Victory Energy | Representative Agreement between Victory Energy and Christian Power Equip | Exhibit B in VEO's Amended Counterclaim | | |
| 82 | 2/18/2003 | Victory Energy | Representative Agreement between Victory Energy and Power Systems Inc. | Exhibit C in VEO's Amended Counterclaim | | |
| 83 | 2/19/2003 | Dan Levstek | Levstek Email to White/Briggs re: Remaining Marked-up Drawings | IKE006233-6234 | | |
| 84 | 2/19/2003 | Dan Levstek | Levstek Email to White re: Marked-up Drawings | IKE004306-4307 | | |
| 85 | 2/19/2003 | Dave Briggs | Email to White re: Remaining Marked-up Drawings for LA Briggs Email to Levstek/ | IKE004305 & IKE 4952 | | |
| 86 | 2/21/2003 | Dave Briggs | Gdaniec re: Superheater Drawings | IKE004315 | | |
| 87 | 2/26/2003 | John Sohl | Email to Swanseger/White re: Support for Project 2028 | IKE 9720-9721 | | |
| 88 | 2/26/2003 | Shawn Brewer | Brewer Email to White re: Data Sheets/ Tube Arrangement Drawing | IKE 9722-9728 | | |

**Indeck v. Victory**
**Plaintiff's Trial Exhibit List**

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 89 | 2/26/2003 | Mark White | White Email to Brewer/Viskup/Miller re: Superheater Detailed Drawings | IKE00296-299 | | |
| 90 | 2/28/2003 | Mark White | White Email to Bernatowicz re: Bulldog Superheater Units Drawings | IKE004433 | | |
| 91 | 3/6/2003 | Dave Briggs | Briggs Email to White re: Dry Pan Drawing | IKE 9729 | | |
| 92 | 3/8/2003 | Bob Gdaniec | Email to Jay McConaughy re: Questions on Drum Internal-Victory 60"drum | IKE005490-5491 | | |
| 93 | 3/11/2003 | Shawn Brewer | Email From S. Brewer to Mark White Re: Wish List | VEO0823 | | |
| 94 | 3/12/2003 | Mark White | White Email to Brewer re: Various Boiler Drawing/ SH Lay-out Drawings | IKE 9730 | | |
| 95 | 3/12/2003 | Bob Gdaniec | Email to White/Levstek re: Staffing Broin Project | IKE 9731 | | |
| 96 | 3/12/2003 | Mark White | Email to Brewer, Viskup and Miller Re: ABMA Dates | VEO0824-826 | | |
| 97 | 3/12/2003 | Mark White | Email to B. Gdaniec Re: Victory License Support-Graphics. Fabrication. Thermal Design, Operation | IKE000358 | | |
| 98 | 4/23/2003 | Dave Briggs | Briggs Email to White re: Complete Submittal List | IKE004330-4331 | | |
| 99 | 5/00/2003 | VEO | VEO Sales Manual | VEO01490-1573 | | |
| 100 | 5/8/2003 | Bob Snyder | Snyder Email to Briggs re: Assembly Sequence for Trent Miller | IKE004332-4349 | | |
| 101 | 5/12/2003 | Shawn Brewer | Brewer Email to Ware re: Development of Updates to Keystone | IKE 9732-9735 | | |

Page 9 of 30

12/1/2006

## Indeck v. Victory
### Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---------|------|--------|---------|---------------|--------------|---------------|
| 102 | 5/12/2003 | VEO | Proposal to Mitsubishi Power System, Inc., VE-1648 | IKE003523-IKE003546 | | |
| 103 | 5/17/2003 | Steve Bernatowicz | Bernatowicz Email to Brewer/cc to White re: Premium Energy RFQ | IKE 9736-9739 | | |
| 104 | 5/21/2003 | Dave Briggs | Briggs Memo to Miller re: Boiler Sequence Guide cc to White | IKE004350-4351 | | |
| 105 | 6/6/2003 | VEO | Unit Sale Notifications to EPTI | IKE004568-4577 | | |
| 106 | 6/13/2003 | John Viskup | Email to Mark White re: 15M Special | IKE 3325-3327 | | |
| 107 | 6/24/2003 | Shawn Brewer | Email cc to White and Viskup re: Victory Energy Sales Meeting | IKE 9836 | | |
| 108 | 6/25/2003 | Mark White | Brewer Email to White/Bernatowicz/Gdaniec re: Maimonides Medical Center | IKE003586 | | |
| 109 | 7/1/2003 | Dave Briggs | Briggs Email to White re: Various Drawings | IKE004363 | | |
| 110 | 7/10/2003 | Dave Briggs | Dave Briggs sent email to Trent Miller re: A Couple Question | IKE004962 | | |
| 111 | 7/11/2003 | Trent Miller | Miller Email to White re: EPTI Issues | IKE 9740 | | |
| 112 | 7/11/2003 | Mark White | White Email to Viskup re: Engineering Training | IKE 9741 | | |
| 113 | 7/15/2003 | Simon Kassas (EPTI) | EPTI Email to Viskup re: Elimination of White position effective 7/31/03 | VEO0921; V00033 | | |
| 114 | 7/16/2003 | Mark White | White Email to Brewer re: 2201 Drawings | IKE000142-144 | | |

## Indeck v. Victory
### Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 115 | 7/16/2003 | Mark White | Email to John Viskup Re: ABMA Data 2002 & 2003 | VEO0922-933 | | |
| 116 | 7/18/2003 | Dave Briggs | Briggs Email to Fuhrman re: "Complete list of what was given to Trent and Mark" | IKE004944 | | |
| 117 | 7/18/2003 | Ted Fuhrman | Fuhrman Email to Briggs/Gdaniec re: List of tech. documents to VEO | IKE004364 | | |
| 118 | 7/18/2003 | Trent Miller | Miller Email to Briggs re: Drawings | IKE004366 | | |
| 119 | 7/18/2003 | Dave Briggs | Briggs Email to Miller re: KSD 06, 33 Drawings | IKE001511-1513 | | |
| 120 | 7/18/2003 | Ted Fuhrman | Email to Mark White Re: Listing of design information | IKE005262 | | |
| 121 | 7/28/2003 | Trent Miller | Miller Email to Briggs requesting Drum Drawings | IKE004367 | | |
| 122 | 7/29/2003 | EPTI | Notes of PC w/ Viskup | IKE004564-4565 | | |
| 123 | 7/29/2003 | Steve Bernatowicz | Fax to Viskup Re: SP 15M Keystone Performance | IKE 4216-4228 | | |
| 124 | 8/8/2003 | Ted Fuhrman | Fuhrman Email to Miller re: Boiler Slide Plate Arrangements | IKE001514-1516 | | |
| 125 | 8/8/2003 | Shawn Brewer | Email to Alan Christian Re: Keystone Boiler Serial Number 1 | VEO0936 | | |
| 126 | 9/9/2003 | Ted Fuhrman | Fuhrman Email to Gdaniec re: Trailer Design Outside Scope | IKE004368 | | |
| 127 | 9/16/2003 | Dave Briggs | Email to Miller re: Drum Lifting Lug Radius Confirmation | IKE 4865 | | |

## Indeck v. Victory
### Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 128 | 9/20/2003 | Dave Briggs | Briggs  Email to Miller enclosing Refractory Drawings. | IKE004373 | | |
| 129 | 9/25/2003 | John Viskup | Fuhrman Email to Viskup re: Late Semi-annual Statement and Bill of Lading | IKE001537-1543 | | |
| 130 | 9/25/2003 | John Viskup | VEO Semi-annual Statements | IKE005202-5205 | | |
| 131 | 9/25/2003 | Ted Fuhrman | Keystone Boiler Projects | VEO1268-1270 | | |
| 132 | 9/29/2003 | Dave Briggs | Briggs  Email to Miller re: Refractory Drawings | IKE001517-1521 | | |
| 133 | 9/29/2003 | Dave Briggs | 9/18/03 – 9/29/03 Drawings to Trent Miller | IKE005229-5261 | | |
| 134 | 10/9/2003 | Mark White | M. White sent email to B. Gdaniec & T. Fuhrman re: Standard "M" Series | IKE001560 | | |
| 135 | 10/10/2003 | Ted Fuhrman | Summary- Question Fuhrman Email to all Personnel re: Information to VEO | IKE005322 & IKE004374 | | |
| 136 | 10/16/2003 | Shawn Brewer | Letter to John Wiesham of Protherm re: Standard and Special 13M | Protherm Documents | | |
| 137 | 10/22/2003 | Trent Miller | Email to and from Mark White and Ted Fuhrman re: Need for Refractory Drawings | IKE001546 | | |
| 138 | 10/22/2003 | Trent Miller | Email to White and Fuhrman re: Keystone M-Series Refractory Front and Tube and Tile Rear Wall Details | IKE005319 | | |

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 139 | 10/27/2003 | Shawn Brewer | Brewer Email to Ware Inc. re: newness of manufacturing process | IKE 9742-9744 | | |
| 140 | 12/1/2003 | Trent Miller | Fuhrman/Briggs re: Rear Wall Tubes | IKE004377 | | |
| 141 | 12/1/2003 | Dave Briggs | Briggs Email to Miller re: Rear Wall Tubes | IKE004378 | | |
| 142 | 12/2/2003 | Mark White | White/Brewer/Viskup Email Exchange with Gdaniec re: EPTI Support for Drum Intervals for Oxyvinyl | V00036-37 | | |
| 143 | 12/2/2003 | Trent Miller | Miller Email to Briggs re: Rear Wall Tubes | IKE004383-4385 | | |
| 144 | 12/2/2003 | Dave Briggs | Briggs Email to Miller re: Rear Wall Tubes | IKE004381-4382 | | |
| 145 | 12/2/2003 | Bob Gdaniec | Gdaniec Email to White re: Cost of Engineering Support | V00133-134 | | |
| 146 | 12/3/2003 | Trent Miller | Miller Email to Briggs re: Burner Question | IKE004388-4389 | | |
| 147 | 12/5/2003 | Mark White | White Email to Fuhrman/Gdaniec re: from White re: Projects outside of the License-Permission To pursue, Keystone, "D" Boiler Possible Purchase of Technology | VEO0347 | | |
| 148 | 12/9/2003 | Ted Fuhrman | Response Email to Gdaniec FW from White re: Projects outside of the License-Permission To pursue, Keystone, "D" Boiler Possible Purchase of Technology | IKE005419 | | |

12/1/2006

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 149 | 12/11/2003 | Bob Gdaniec | Email to Kang re: Amendment to Victory License Agreement | IKE005311 | | |
| 150 | 12/13/2003 | Trent Miller | Miller Email to Fuhrman/Briggs re: Foundation Load Diagrams | IKE004390 | | |
| 151 | 12/16/2003 | Ted Fuhrman | Fuhrman Email to Briggs re: KDB Standard Drawings – base loading Diagrams | IKE004391 | | |
| 152 | 12/16/2003 | Trent Miller | Fuhrman/Briggs re: Boiler Water Levels | IKE004392 | | |
| 153 | 12/22/2003 | Steve Bernatowicz | Email to M. White Re: Dallas Fortworth Airport-Boiler Redesign | V00105 | | |
| 154 | 1/00/2004 | VEO | VEO Assembly Sequence Keystone | VEO01445-1489 | | |
| 155 | 1/12/2004 | Ted Fuhrman | Email to White and Gdaniec re: Dallas Fort Worth Airport Keystone Watertube Boiler Purchase | V00108-109 | | |
| 156 | 2/00/04 | | Confidentiality Agreements between EPTI and Cust-O-bend | VEO0957-959 | | |
| 157A | 2/4/2004 | Philip Meehan | Confidentiality Agreements between EPTI and Cust-O-bend | IKE 9597-9599 | | |
| 157B | 2/10/2004 | Philip Meehan | Confidentiality Agreements between EPTI and ABT, Inc. | IKE 9615-9618 | | |
| 158 | 2/5/2004 | Bob Gdaniec | Email to S. Bernatowicz FW from M. White Re: Keystone "D" Boiler Opportunity | IKE003043 | | |

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 159 | 2/12/2004 | Dave Briggs | Briggs Email to Gdaniec re: Typical Keystone Drawing List for Superheated Unit | IKE004394 | | |
| 160 | 2/12/2004 | Bob Gdaniec | Email to M. White Re: Keystone "D" Boiler Opportunity | VEO1049 | | |
| 161 | 2/13/2004 | | Draft License Agreement and Option to Purchase between EPTI and VEO | VEO0962-969 | | |
| 162 | 2/17/2004 | Shawn Brewer | Email to Sierra Pine attaching Boiler Proposal | IKE 9837-9857 | | |
| 163 | 2/23/2004 | Mark White | White Email to Fuhrman/Gdaniec re: Semi-annual Report (2 / 6 Months) | IKE 9745-9747 | | |
| 164 | 2/24/2004 | Mark White | White Email re: Draft of Sale Agreement | VEO0961-975 | | |
| 165 | 2/24/2004 | Stephen Kang | Email to Mark White regarding Keystone Sale Agreement. | VEO0505 | | |
| 166 | 2/25/2004 | Mark White | White Email to Kang re: Draft of Sale Agreement | VEO0514-526 | | |
| 167 | 2/27/2004 | Ted Fuhrman | Fuhrman/Gdaniec Email exchange re: VEO Questions | IKE005308-5309 | | |
| 168 | 2/27/2004 | Bob Gdaniec | Email to Jay McConaughy Re: VEO Package Boiler Questions | IKE001633 | | |
| 169 | 3/3/2004 | Mark White | White Email to Sheean re: Draft of Sale Agreement | VEO0506-513 | | |
| 170 | 3/3/2004 | Mark White | Email from M. White to Stephen Kang & D. Levstek re: FW: Completed Annex | VEO0976-VEO0978 | | |

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 171 | 3/5/2004 | Bob Gdaniec | Draft Amendment to License Agreement and Option to Purchase | VEO0532-544 | | |
| 172 | 3/9/2004 | Gdaniec/Furhman | Gdaniec/Furhman Email re: retention of trademarks if sale to VEO | IKE005306 | | |
| 173 | 3/18/2004 | Bob Gdaniec | Email to Mark White re: VEO Dallas Forth Worth Airport-Request for Proposal | | | |
| 174 | 3/23/2004 | Bob Gdaniec | Gdaniec Email to White re: Steam Separation Agreement | VEO4288 | | |
| 175 | 3/23/2004 | Bob Gdaniec | Email to Jay McConaughy from B. Gdaniec re: Dallas Ft. Worth Additional Analysis (VEO) | VEO0559 | | |
| 176 | 3/24/2004 | Ted Fuhrman | Email to Gdaniec re: VEO Performance Review | V 00116-V00117 | | |
| 177 | 3/24/2004 | Dan Levstek | Levstek Email to White re: Completed Annex | IKE005296-5305 | | |
| 178 | 3/24/2004 | Mark White | White Email to Levstek re: Sale Agreement | VEO0981-996 | | |
| 179 | 3/24/2004 | Bob Gdaniec | Gdaniec Email to White re: Steam Separation Equipment | VEO0499-504 | | |
| 180 | 3/25/2004 | Jay McConaughy | McConaughy Email to Miller/Viskup/Brewer re: Standard Purchasing Specifications | IKE005294-5295 | | |
| 181 | 3/25/2004 | Bob Gdaniec | Email to Jay McConaughy re: Some info on VEO289 | VEO0997-999 | | |
| 182 | 3/26/2004 | Bob Gdaniec | Gdaniec letter to White re: Extension of LA | V00118-119 | | |
| | | | | VEO0515-531 | | |

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---------|------|--------|---------|---------------|--------------|---------------|
| 183 | 3/26/2004 | Ted Fuhrman | EPTI Concerns Regarding Performance (annotated) | IKE001096-1097 | | |
| 184 | 3/26/2004 | Mark White | Letter to Gdaniec re: EPTI License Concerns (Annotated) | VEO01202-1204 | | |
| 185 | 3/26/2004 | Mark White | Email to Viskup re: Response to EPTI License Concerns Letter | VEO1013-1016 | | |
| 186 | 3/26/2004 | Bob Gdaniec | Gdaniec Email to White re: 'Disappointment" over Draft | VEO1009-1012 | | |
| 187 | 3/26/2004 | Mark White | White Email to Viskup attaching the Purchase Agreement Draft | VEO1000-1007 | | |
| 188 | 3/26/2004 | Bob Gdaniec | Letter to Mark White regarding restructure of Agreement. | IKE07432-7436 | | |
| 189 | 3/27/2004 | Mark White | Email From M. White to J. Viskup re: Letter to EPTI | VEO01017-VEO01020 | | |
| 190 | 3/29/2004 | Mark White | White Email to Viskup re: Non-standard Units being built | VEO1021-1022 | | |
| 191 | 3/30/2004 | Mark White | White Email/Letter to Gdaniec re: EPTI License Concerns | V00120-124 | | |
| 192 | 3/30/2004 | Shawn Brewer | Email to Christian Power Equipment Re: Boiler Specifications For Escalon Gdaniec/White/McConaughy | IKE 9858-9887 | | |
| 193 | 4/2/2004 | Bob Gdaniec | Emails re: Drum Internals Drawing to Oxyvinyl | V00125-134 | | |
| 194 | 4/19/2004 | Alan Christian | Email to Rita Peppin Re: Burner/ Boiler Quote | IKE 9888-9900 | | |
| 195A | 4/23/2004 | Mark White | Unit Sale Notification to EPTI | IKE 1455-1457 | | |

## Indeck v. Victory
### Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 195B | 4/23/2004 | Mark White | Unit Sale Notification Ware Inc., | IKE 5126 | | |
| 195C | 4/23/2004 | Mark White | Unit Sale Notification Protherm for Nestle Purina | IKE 1461 | | |
| 195D | 4/23/2004 | Mark White | Unit Sale Notification- Oxy Vinyl's | IKE 1449 | | |
| 195E | 4/23/2004 | Mark White | Unit Sale Notification WBC- Dallas Fort Worth Airport | IKE 1735 | | |
| 196 | 4/27/2004 | Mark White | White Email to Gdaniec re: VEO Claim of Exclusivity | VEO0446-447 | | |
| 197 | 5/3/2004 | Mark White | White Email to Gdaniec re: Breach | IKE003388 | | |
| 198 | 5/13/2004 | Bob Gdaniec | Email to M. White & J. McConaughy re Drum internals in the Keystone boiler | VEO0553 | | |
| 199 | 5/15/2004 | VEO and EPTI | EPTI – VEO Notre Dame Contract | V 00212-219 | | |
| 200 | 5/19/2004 | EPTI | EPTI Email to Viskup/Brewer re: GE Rail Assembly Package | VEO1127-1128 | | |
| 201 | 5/27/2004 | Shawn Brewer | Email to J. Terranova cc: Alan Christian re: RFQ: 0645- B060 Aux Boiler | IKE 9901-9931 | | |
| 202 | 6/10/2004 | Jay McConaughy | McConaughy Email to Miller/Viskup re: Superheater Design Change | VEO1132-1141 | | |
| 203 | 6/22/2004 | VEO | VEO Membrane Wall Detail | VEO001244-1246 | | |
| 204 | 7/1/2004 | Mark White | White Email to Gdaniec requesting SEAC Detail | IKE 9748 | | |
| 205 | 7/6/2004 | VEO and EPTI | EPTI-VEO Mass Project | V 00220-227 | | |

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 206 | 7/22/2004 | Mark White | White Email to Gdaniec re: 250,000 ppb boiler | IKE 003429 | | |
| 207 | 7/29/2004 | | Email to Furhman re: Weld Stud Size | IKE 1586 | | |
| 208 | 7/29/2004 | Mark White | VEO- Keystone (General Design Question ) | IKE005354 | | |
| 209 | 8/2/2004 | Ted Fuhrman | Furhman Email to Gdaniec/Briggs re: Training for VEO | IKE005287-5288 | | |
| 210 | 8/3/2004 | Stephen Kang | APA between CMI and EPTI | IKE 9785-9835 | | |
| 211 | 8/12/2004 | Steve Bernatowicz | Email to John Viskup re: ADM Peoria | IKE006415-6416 | | |
| 212 | 8/24/2004 | Ted Fuhrman | 2/4/03 – 3/26/04 VEO Royalty Payments | IKE004549 | | |
| 213 | 8/31/2004 | Keith Whitson | Whitson letter to VEO Counsel | VEO1159-1160 | | |
| 214 | 9/00/2004 | EPTI | EPTI Product Descriptions | IKE 9932-9943 | | |
| 215 | 9/2/2004 | Chris Sheean | Letter to Whitson re: License Agreement and Confidentiality Clause | VEO 1255-1256 | | |
| 216 | 9/4/2004 | VEO | Objection and Reservation of Rights of VEO to Expedite Motions to Assume and Assign Executory Contracts Pursuant to 11 USC §365 | Bankruptcy filing | | |
| 217 | 9/8/2004 | Chris Petcos | Email to M. Fournier re VEO Agreements and Correspondence | IKE001029 | | |
| 218 | 9/8/2004 | | APA between Indeck and CMI EPTI | IKE07397-7430 | | |
| 219 | 9/9/2004 | Keith Whitson | Whitson Letter to VEO Counsel re: Breach Concerns | VEO1161-1162 | | |

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---------|------|--------|---------|---------------|--------------|---------------|
| 220 | 9/10/2004 | Chris Petcos | Petcos Email/Letter to White re: Compliance with Agreement | IKE1101-1102 | | |
| 221 | 9/10/2004 | Chris Petcos | Petcos Letter to White re: Compliance with Agreement | VEO1247 | | |
| 222 | 9/17/2004 | Protherm | Proposal from Protherm, 24192202 | PTC 0000431 – 0000432 | | |
| 223 | 9/24/2004 | Chris Petcos | Petcos Email to White Re: Compliance with Scope LA | IKE001098(Missing two Pages) & VEO586-587 | | |
| 224 | 9/29/2004 | Chris Petcos | Petcos Email to White re: Assignment to VEO | VEO0640-645 | | |
| 225A | 10/18/2004 | Philip Meehan | Confidentiality Agreements between IKE and Aker Kavaerner Industries | IKE 9612-9614 | | |
| 225B | 11/12/2004 | Philip Meehan | Confidentiality Agreements between IKE and Metro Boiler Tube Company | IKE 9600-9602 | | |
| 225C | 1/13/2005 | Philip Meehan | Confidentiality Agreements between IKE and Zeyon, Inc. | IKE 9603-9605 | | |
| 225D | 1/17/2005 | Philip Meehan | Confidentiality Agreements between IKE and Fintube Technologies, Inc. | IKE 9609-9611 | | |
| 225E | 1/17/2005 | Philip Meehan | Confidentiality Agreements between IKE and Cust-O-Bend Inc. | IKE 9594-9596 | | |
| 225F | 3/24/2006 | Philip Meehan | Confidentiality Agreements between IKE and Helmick Corporation | IKE 9606-9608 | | |
| 225G | 9/6/2005 | Philip Meehan | Confidentiality Agreements between IKE and Industrial engineering S.A. | IKE 9619-9622 | | |

Page 20 of 30

12/1/2006

## Indeck v. Victory
### Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 226 | 10/26/2004 | Ted Fuhrman | Fuhrman Email to Petcos re: VEO Performance Review | IKE005277-5286 | | |
| 227 | 10/28/2004 | Alan Waskin | Letter to Chris Sheean Re: VEO/ University of Notre Dame Bid | V00228 | | |
| 228 | 10/29/2004 | Chris Petcos | Petcos Letter to White re: Unit Sale Notification | V00229-230 | | |
| 229 | 10/29/2004 | Chris Petcos | Petcos correspondence to White re: Breach | VEO0591-593 | | |
| 230 | 11/11/2004 | Mark White | Email to Petcos Re: Unix Program Access | VEO0588-589 | | |
| 231 | 2/10/2005 | John Viskup | Viskup Email re: Ability to Design Boiler | IKE 9749 | | |
| 232 | 2/20/2004 | VEO | Unit Sale Notification, Rev. 1 (VEO to EPTI) 2/20/04-10/23/04 | IKE005172, IKE005126-IKE0051398.IKE005695 | | |
| 233 | 5/6/2005 | Mark White | Unit Sale Notification with Ware Inc., | IKE 09944 | | |
| 234 | 5/18/2005 | Mark White | VEO Company Overview | IKE 9783-9784 | | |
| 235 | 7/11/2005 | Mark White | VEO Royalty Payments | IKE 9782 | | |
| 236A | 9/2/2005 | VEO | VEO Unit Sale Notifications to IKE | IKE 9945-9951 | | |
| 236B | 9/2/2005 | VEO | Unit Sale Notification, Rev .1 (VEO to IKE) | IKE 9952-9953 | | |
| 236C | 9/2/2005 | VEO | VEO Unit Sale Notifications to IKE ( Orchids Paper) | IKE 9954-9956 | | |
| 237 | 9/9/2005 | VEO | Defendant's Supplemental Answers to Plaintiff's First set of Discovery Requests | | | |

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 238 | 9/15/2005 | Mark White | Email from Mark White to Jamie Tighe attaching Redlined Draft- Software Purchase Agreement Between VEO and E-tech | VEO8141-8150 | | |
| 239 | 9/29/2005 | VEO & E-Tech | VEO/ E-TECH Software Development Agrmt. and Purchase Agrmt. | VEO8124-8139 | | |
| 240 | 10/28/2005 | Chris Petcos | Letter re: tremination of License Agreement | IKE 9957 | | |
| 241 | 12/20/2005 | Trent Miller | Miller Email cc to Viskup re: Fabrication Drawings | VEO7426-7427 | | |
| 242 | 12/21/2005 | Mark White | Letter to Petcos Re: Request for Records Audit | IKE 9962-9963 | | |
| 243 | 12/21/2005 | Mark White | Letter to Petcos Re: Expiration of License Agreement | IKE 9960-9961 | | |
| 244 | 12/29/2005 | Mark White | Email to Trent Miller re: Boiler Base Fame- Width Restrictions | VEO8178-8179 | | |
| 245 | 12/30/2005 | Mark White | Email to Trent Miller re: Boiler Base Fame- Width Restrictions | VEO8175-8176 | | |
| 246 | 1/28/2006 | VEO | Introduction of the Voyager on the VEO web site. | IKE 9750-9753 | | |
| 247 | 2/00/2006 | | Screenshots for Data Input VEO/ E-TECH Software: | VEO8122-8123 | | |
| 248 | | | Excerpt from VEO Website re: Keystone Watertube Boilers | | | |
| 249 | | | Excerpt from VEO Website re: Voyager Watertube Boilers | | | |

Page 22 of 30

## Indeck v. Victory
## Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 250 | | Mark White | EPTI | IKE 9591-9593 | | |
| 251 | | | VEO Boiler Contracts for Boilers sold while IKE was Licensor | | | |
| 252 | | | VEO Boiler contracts for the Voyager Boiler | | | |
| 253 | | | Ad in ethanol industry magazine Re: Voyager | IKE 9964-9965 | | |
| 254 | 5/00/02- 8/00/04 | | Mark White had on his computer while Employed at 3 CD's with information that | | | |
| 255 | 7/00/03- 11/00/03 | VEO | J-VE-301 Drawings (Ware Energy Rental Boiler) | VEO6284-6424 | | |
| 256 | 7/00/03- 12/00/03 | VEO | J-VE-254 Drawings (Atofina- Petrechemicals) | VEO5973-6060 | | |
| 257 | 7/00/03- 4/00/04 | VEO | J-VE-251 Drawings (Trojan Energy- Rosewell Park) | VEO5850-5971 | | |
| 258 | 9/00/03- 5/00/05 | VEO | J-VE-289 Drawings (Tejas- Oxy Vinyl's) | VEO6426-6555 | | |
| 259 | 11/00/03- 9/00/04 | VEO | J-VE-282 Drawings (Logan Aluminum) | VEO6609-5741 | | |
| 260 | 12/00/03- 3/00/04 | VEO | J-VE-262 Drawings (Dallas Fort Worth Airport) | VEO5742-5848 | | |
| 261 | 10/00/04- 2/00/05 | VEO | J-VE-285 Drawings (Protherm-Nestle Purina) | VEO6062-6142 | | |
| 262 | 2/00/05 | VEO | J-VE-313 Drawings (WPTI) | VEO6144-6282 | | |
| 263 | 11/00/04 | VEO | J-VE-303 Drawings (Idaho State University) | VEO2709-2712 | | |
| 264 | 2/00/05- 5/00/05 | VEO | J-VE-344 Drawings (Ware- Toyo ) | VEO3278-3346 | | |
| 265 | 4/00/05 | VEO | J-VE-356 Drawings (Ware Rental Boilers) | VEO3112-3187 | | |
| | 7/00/05 | VEO | J-VE-347 Drawings (Broin- Michigan Ethanol ) | VEO2564-2573 | | |

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---------|------|--------|---------|---------------|--------------|---------------|
| 266 | 3/00/06 | VEO | J-VE-444 Drawings (Broin-Sioux River Ethanol) | VEO9460-9505 | | |
| 267 | 02/00/06-3/00/06 | VEO | J-VE-445 Drawings (Broin-Iowa Ethanol) | VEO9605-9624 | | |
| 268 | 5/17/2001 | | Proposal to Aalborg Industries, VE-2000-0371 R.1 | IKE001189-IKE001210 | | |
| 269 | 5/17/2001 | | Proposal to Aalborg Industries, VE-2000-0371 R.1 | IKE001189-IKE001210 | | |
| 270 | 1/16/2003 | | Proposal to Tejas Boiler Services VE-1661 R.3 | VEO3743-VEO3756 | | |
| 271 | 1/21/2003 | | Proposal to Tejas Boiler Services VE-1401 R.5 | VEO3793-VEO3807 | | |
| 272 | 1/25/2003 | | Proposal to Broin Associates, | VEO3783-VEO3791 | | |
| 273 | 1/25/2003 | | Proposal to Broin Associates, Broin 1548.r.1 | IKE004241-IKE004252, IKE004460-04460-IKE004470 & IKE000403-IKE000409 | | |
| 274 | 2/21/2003 | VEO | Proposal to Trojan Energy Systems, Inc., VE-1592 | VEO3809-VEO3826 | | |
| 275 | 3/24/2003 | VEO | Proposal to Protherm; VE-1615 | PTC 0000235 -0002242 | | |
| 276 | 4/16/2003 | Boiler Heat and Exchange | Proposal from BHES to Ware Inc. VE-1635 | BHES00200-BHES00201 & 00688-00700 | | |
| 277 | 5/5/2003 | Boiler Heat and Exchange | Proposal from BHES to Ware Inc., VE-1645 | BHES 000061 -000080 | | |
| 278 | 5/28/2003 | VEO | Proposal to Tejas Boiler Services VE-1661 | VEO4811-VEO4887 | | |
| 279 | 9/21/2003 | VEO | VEO Proposal to Logan Aluminum VE-1721 | VEO03758-3781 | | |

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 280 | 10/17/2003 | | Proposal from Tejas Boiler Service to Walker Building Corp. VE-1683 R. 1 | VEO3683-VEO3708 | | |
| 281 | 10/28/2003 | Tejas Boiler Service | Proposal to Tejas Boiler Services VE-1661 R.2 | VEO4796-VEO4810 | | |
| 282 | 10/28/2003 | | Proposal to Fore Runner Corp. VE-1673 R. 2 | DS000038-DS000052 | | |
| 283 | 11/26/2003 | | Proposal to Protherm Corporation VE-1675 | VEO3732-VEO3741 | | |
| 284 | 12/4/2003 | | Proposal to Protherm, VE-1784 | PTC 0000118-0000128 | | |
| 285 | 12/17/2003 | | Proposal to Protherm, VE-1615 R.2 | PTC 0000315 -0000331 | | |
| 286 | 1/5/2004 | | Proposal to Protherm, VE-1789 | PTC 0000067 -0000116 | | |
| 287 | 1/9/2004 | | Proposal to Fore Runner Corp. VE-1673 R. 3 | DS000002-DS000021 | | |
| 288 | 1/21/2004 | | Proposal to Ware Inc., VE-1798 | VEO3672-VEO3682 & VEO1890-VEO1901 | | |
| 289 | 2/6/2004 | Christian Power and Equipment | Proposal from CPE to CYR Engineering, VE-1814 | CPE 000392-000426 | | |
| 290 | 2/9/2004 | PowerTech | Proposal from PowerTech VE-1820 | N/A | | |
| 291 | 2/16/2004 | Christian Power and Equipment | Proposal from CPE to Sierra Pine, VE-1823 | CPE 00037-000364 | | |
| 292 | 2/18/2004 | Christian Power and Equipment | Proposal from CPE to CYR Engineering, VE-1814, R.1 | CPE 000365-000385 | | |
| 293 | 3/31/2004 | Christian Power and Equipment | Proposal from CPE to ConocoPhillip, VE-1734 | CPE 000427-000500 | | |
| 294 | 4/6/2004 | Christian Power and Equipment | Proposal from CPE to Ray Burner, VE-1861 | CPE 000309-000321 | | |
| 295 | 4/12/2004 | Protherm | Proposal from Protherm, 34150201 | PTC 00000001 - 0000022 | | |

Page 25 of 30

12/1/2006

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 296 | 5/5/2004 | Logue Engineering | Proposal to University of Notre Dame VE-1881 | VEO1068-VEO1085 | | |
| 297 | 5/12/2004 | | Proposal from Logue Engineering to J.C. Higgins Corp., VE-1766.R.4 | VEO3710-VEO3730 | | |
| 298 | 5/18/2004 | Christian Power and Equipment | Proposal from CPE to SNC-Lavalin, VE-1897 | CPE 000182-000234 | | |
| 299 | 7/28/2004 | Protherm | Proposal from Protherm, 34150202 | PTC 0000175 – 0000192 | | |
| 300 | 8/9/2004 | Protherm | Proposal from Protherm, 34240203A | PTC 0000427 – 0000428 | | |
| 301 | 8/20/2004 | Protherm | Proposal from Protherm, 34150203 | PTC 0000157 – 0000174 | | |
| 302 | 8/23/2004 | Boiler Heat and Exchange | Proposal from BHES to Ware Inc., VE-1809 | BHES 000133 – 000134 & 000408 - 000416 | | |
| 303 | 8/23/2004 | | Proposal to Idaho State University (Division of Purchase) 1627R.3 | VEO1902-VEO1927 | | |
| 304 | 8/27/2004 | | Proposal to Broin Associates, VE-2010 | VEO2417-2435 & VEO1871-VEO1889 | | |
| 305 | 11/8/2004 | Boiler Heat and Exchange | Proposal from BHES to Ware Inc., VE-1809.R.2 | BHES 000135 – 000136 & 000419 - 000428 | | |
| 306 | 11/24/2004 | VEO | VEO Proposal to SNC-Lavolin Re: 200,000 PP (Christian Power) | | | |
| 307 | 11/24/2004 | Christian Power and Equipment | Proposal from CPE to SNC-Lavalin, VE-1995 | CPE 000031-000098 | | |
| 308 | 12/23/2004 | VEO (J. Viskup) | VEO proposal to ACCO(Christian Power) | | | |

## Indeck v. Victory
### Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 309 | 12/23/2004 | Christian Power and Associated, Equipment | Proposal from CPE to AHM, VE-2014 | CPE 000001 – 000023 | | |
| 310 | 1/18/2005 | Boiler Heat and Exchange | Proposal from BHES to Ware Inc., VE-2027 | BHES00293-00304 | | |
| 311 | 3/15/2005 | Protherm | Proposal from Protherm, 24192203 | PTC 0000429 - 0000430 | | |
| 312 | 3/28/2005 | Boiler Heat and Exchange | Proposal from BHES to Ware Inc., VE-2083 | BHES00261-00272 | | |
| 313 | 3/29/2005 | Boiler Heat and Exchange | Proposal from BHES to Ware Inc., VE-2078,R.1 | BHES00250-00259 | | |
| 314 | 4/18/2005 | Protherm | Proposal from Protherm, 505108201 | PTC 0000197 - 0000217 | | |
| 315 | 4/22/2005 | Boiler Heat and Exchange | Proposal from BHES to Ware Inc., VE-2102 | BHES 000110 & BHES 000504 - 000510 | | |
| 316 | 4/28/2005 | Boiler Heat and Exchange | Proposal from BHES to Ware Inc., VE-2108 | BHES 167, 168, 675 – 676, 732 – 739 | | |
| 317 | 6/1/2005 | | Proposal to Dick Engineering, VE-2115 | | | |
| 318 | 6/6/2005 | | Proposal to Dick Engineering, VE-2120 | | | |
| 319 | 6/10/2005 | | Proposal to Cogentrix/Indiantown, VE-2127 | VEO8665-VEO8696 | | |
| 320 | 6/10/2005 | | Proposal from Pagano Associates to Cogentrix/Indiantown VE-2115 R.1 | Indiantown 62 - 97 | | |
| 321 | 6/10/2005 | Pagano & Associates | Proposal from Pagano Associates to Cogentrix/Indiantown VE-2127-102k (Option #3) | Indiantown 98-134 | | |
| 322 | 6/10/2005 | Pagano & Associates | Proposal from Pagano Associates to Cogentrix/Indiantown VE-2127-102k (Option #1) | | | |

12/1/2006

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 323 | 6/13/2005 | | Proposal to Protherm, VE-2121 R.1 | PTC 000364 –<br>PTC 0000377 | | |
| 324 | 6/16/2005 | | Hope Creek As Sold | | | |
| 325 | 6/16/2005 | | Proposal to PSEG Services Corporation VE-2082 R.1 | VEO7571 –<br>VEO7593 | | |
| 326 | 6/21/2005 | | Proposal to Dick Engineering, VE-2120 R. 1 | VEO7571-7593 | | |
| 327 | 6/24/2005 | | Proposal to Dick Engineering, VE-2115 R.2 | | | |
| 328 | 6/27/2005 | | Proposal to Dick Engineering, VE-2115 R. 3 | | | |
| 329 | 7/5/2005 | | Proposal to Dick Engineering, VE-2115 R. 4 | | | |
| 330 | 7/7/2005 | | Proposal to Dick Engineering, VE-2115 R.5 | | | |
| 331 | 7/8/2005 | | Proposal to Dick Engineering, VE-2115 R. 6 | | | |
| 332 | 7/8/2005 | | Proposal to Dick Engineering, Inc., VE-2215 R. 6 | VEO6887 –<br>VEO6899 &<br>VEO6900-<br>VEO6928 | | |
| 333 | 7/13/2005 | VEO (J. Viskup) | VEO Proposal presented to Ware Inc. | | | |
| 334 | 7/13/2005 | VEO (J. Viskup) | Ware Proposal re: Victory Boiler | BHES 000178 –<br>BHES 000199 | | |
| 335 | 7/13/2005 | Boiler Heat and Exchange | Proposal from BHES to Ware Inc., VE-2078 | | | |
| 336 | 7/22/2005 | Pagano & Associates | Proposal from Pagano Associates to Cogentrix/Indiantown VE-2127-136k R.1 (Option #1) | Indiantown 135-168 | | |

Page 28 of 30

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 337 | 7/27/2005 | Pagano & Associates | Proposal from Pagano Associates to Cogentrix/ Indiantown VE-2127-136k R.3 (Option #1) | Indiantown 169-203 | | |
| 338 | 8/17/2005 | | Proposal to Holman Boiler (NASA), VE 1836 | VE07128-VE07145 | | |
| 339 | 8/29/2005 | | Proposal from Pagano Associates to Cogentrix/ Indiantown VE-2127-136k R.6 | Indiantown 204-233 | | |
| 340 | 9/12/2005 | Pagano & Associates | Proposal to Vamco Sheet Metal, VE -2090 R.5 | VE07861-VE07891 & VE07249 - 7278 | | |
| 341 | 12/5/2005 | | Proposal to Protherm, VE-1925 | PTC 0000042-0000065 | | |
| 342 | 12/5/2005 | Pagano & Associates | Proposal from Pagano Associates to Cogentrix/ Indiantown VE-2127-136k R.7 | Indiantown 23-55,294-326,327-359,360-391,426-458, 459-491, 492-523 | | |
| 343 | | | Proposal from BHES to Ware Inc., VE-2102 | BHES000091 | | |
| 344 | | Boiler Heat and Exchange | Proposal from BHES | BHES00175 | | |
| 345 | | Boiler Heat and Exchange | Proposal from BHES to Ware Inc., VE-2128 | PTC 0000129 - 0000153 | | |
| 346 | | | Proposal to Protherm, VE-1925 R.1 | PTC 0000023-00000039 | | |
| 347 | | Protherm | Proposal from Protherm VE-1858 R.1 | PTC 0000261 – PTC 0000271 | | |
| 348 | | Protherm | Proposal from Protherm, 33271201 | PTC 0000405 – 0000424 | | |
| 349 | | Protherm | Proposal from Protherm, 54155201 | | | |

Page 29 of 30

12/1/2006

**Indeck v. Victory**
Plaintiff's Trial Exhibit List

| Exhibit | Date | Author | Subject | Bates Numbers | Authenticity | Admissibility |
|---|---|---|---|---|---|---|
| 350 | | Protherm | Proposal from Protherm, 24185203 | PTC 0000433 - 0000451 | | |
| 351 | | Robert Seibel | Expert Report of Robert Seibel | | | |
| 352 | | Robert Seibel | Supplemental Expert Report of Robert Seibel | | | |
| 353 | | | Seibel Backup Documents | | | |