<u>**Victory Energy Drawings**</u>
<u>**Produced As Seibel Ex. 3**</u>

| Drawing Name | Drawing Number from Seibel Ex. 3 | Bates Label No. |
| --- | --- | --- |
| Boiler General Arrangement | 00-444-00 | VEO9459 |
| WTB General Arrangement Plan View (1 of 3) | 00-444-01 | VEO9460 |
| WTB General Arrangement (2 of 3) | 00-444-02 | VEO9461 |
| Boiler End View General Arrangement (3 of 3) | 00-444-03 | VEO9462 |
| Drum and Head Details | 11-444-00 | VE09463 |
| Steam Drum Details | 11-444-01 | VEO13771 |
| Water Drum Detail | 11-444-02 | VE09464 |
| Steam & Water Drum Drilling Pattern | 11-444-04 | VE09465 |
| Boiler Tube Layout | 12-444-A | VE09467 |
| Boiler Membrane Tube Layout | 12-444-B | VE09468 |
| Boiler Convection Tube Layout | 12-444-C | VE09469 |
| Front Wall Tube Layout | 12-444-D | VE013772<br><br>VE09472 |
| Rear Wall Tube Layout | 12-444-E | VE013773<br><br>VE09473 |
| Front Wall Seal Plate Layout | 12-444-F | VE014929 |
| Rear Wall Assembly | 12-444-G | VEO14642 |
| Welded Outer Side Wall & Seal Plate Layout | 12-444-H | VE014930 |
| Misc. Details | 12-444-J | VE014931 |
| Sootblower Bearing Location & Installation | 12-444-K | VE014643 |
| Detail Tube #1 | 12-444-1 | VE09474 |

**EXHIBIT B**

| | | |
|---|---|---|
| Detail Tube #2 | 12-444-2 | VE09475 |
| Detail Tube #3 | 12-444-3 | VE09476 |
| Detail Tube #4 | 12-444-4 | VE09477 |
| Detail Tube #5 | 12-444-5 | VE013774<br><br>VE09478 |
| Detail Tube #6 | 12-444-5 | VE09479 |
| Tube 7 L & R | 12-444-7LR | VE013775 |
| Tube 8 L & R | 12-444-8LR | VE013776 |
| Tube 9 L & R | 12-444-9LR | VE013777 |
| Tube 10 L & R | 12-444-10LR | VE013778 |
| Tube 11 L & R | 12-444-11LR | VE013779 |
| Tube 12 L & R | 12-444-12LR | VE013780 |
| Tube 13 L & R | 12-444-13LR | VE013781 |
| Tube 14 L & R | 12-444-14LR | VE013782 |
| Tube 15 L & R | 12-444-15LR | VE013783 |
| Tube 16 L & R | 12-444-16LR | VE013784 |
| Tube 17 L & R | 12-444-17LR | VE013785 |
| Tube 18 L & R | 12-444-18LR | VE013786 |
| Tube 19 L & R | 12-444-19LR | VE013787 |
| Detail Tube #20RL | 12-444-20RL | VE013788 |
| Detail Tube #21RL | 12-444-21RL | VE013789 |
| Detail Tube #22RL | 12-444-22RL | VE013790 |
| Detail Tube #23 | 12-444-23RL | VE013791 |
| Detail Tube #24 | 12-444-24RL | VE013792 |

| Detail Tube #25L | 12-444-25L | VE013793 |
|---|---|---|
| Detail Tube #25R | 12-444-25R | VE013794 |
| Detail Tube #26L | 12-444-26L | VE013795 |
| Detail Tube #26R | 12-444-25R | VE013796 |
| Detail Tube #27L | 12-444-27L | VE013797 |
| Detail Tube #27R | 12-444-27R | VE013798 |
| Detail Tube #28R | 12-444-28R | VE013799 |
| Detail Tube #28L | 12-444-28L | VE013800 |
| Detail Tube #29R | 12-444-29R | VE013801 |
| Detail Tube #29L | 12-444-29L | VE013802 |
| Detail Tube #30R | 12-444-30R | VE013803 |
| Detail Tube #30L | 12-444-30L | VE013804 |
| Detail Tube #31R | 12-444-31R | VE013805 |
| Detail Tube #31L | 12-444-31L | VE013806 |
| Detail Tube #32L | 12-444-32L | VE013807 |
| Detail Tube #32R | 12-444-32R | VE013808 |
| Detail Tube #33R | 12-444-33R | VE013810 |
| Detail Tube #34R+L | 12-444-34R+L | VE013811 |
| Detail Tube #35R+L | 12-444-35R+L | VE013812 |
| Base Frame Ass'y & Details | 13-444-00 | VE013813 |
| Misc Base Frame Ass'y & Details | 13-444-01 | VE013814 |
| Front Wall Seals Plate Details & Ass'y | 13-444-02 | VE014932 |
| Rear Wall Seals and Support Details | 13-444-03 | VE014933 |
| Side Wall Framing & Sub-Girt Ass'y | 13-444-04 | VE014922 |

| Furnace Gas Seals | 13-444-05 | VEO14943 |
| --- | --- | --- |
| Windbox Assembly & Details | 13-444-06 | VE014926 |
| Transition & Seals Assembly | 14-444-00 | VE014925 |
| Upper Drum Casing | 14-444-03 | VE014923 |
| Roof & Side Casing Assembly | 14-444-04 | VE014916 |
| Front Wall Lagging | 14-444-05 | VE014908 |
| Rear Wall Lagging | 14-444-05 | VE014909 |
| Upper & Lower Drum and Cover | 14-444-7 | VEO15260 |
| Drum Internals & Piping Ass'y | 15-444-00 | VE014917 |
| Drum Internals & Piping Ass'y | 15-444-01 | VE014918 |
| Drum Internals & Piping Ass'y | 15-444-02 | VE014919 |