UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 04-325 Erie ) |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin ) ) |
| Defendant | ) |

## ORDER

AND NOW, this _____ day of December, 2006, the Defendant's Motion To Strike And Exclude Supplemental Report Of Robert V. Seibel is granted, the Supplemental Report of Robert V. Siebel is hereby stricken, and Plaintiff is barred from introducing at trial any of the opinions set forth in the Supplemental Report of Robert V. Seibel, unless otherwise timely disclosed by Plaintiff.

_____
Sean J. McLaughlin
United States District Judge