UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>: CIVIL ACTION<br>:<br>: NO. 04-CV-325 (ERIE)<br>:<br>: Judge Sean J. McLaughlin<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

　　Kindly enter the appearance of Jennifer A. Callery (Pa. ID. No. 91421), Schnader Harrison Segal & Lewis LLP, 120 Fifth Avenue, Suite 2700, Pittsburgh, PA 15222 on behalf of Plaintiff Indeck Keystone Energy, LLC.

Respectfully submitted,

___/s/___John K. Gisleson_____
John K. Gisleson (Pa. ID. No. 62511)
Robert J. Williams (Pa. ID. No. 76139)
SCHNADER HARRISON SEGAL & LEWIS LLP
Fifth Avenue Place
120 Fifth Avenue, Suite 2700
Pittsburgh, PA  15222-3001
Telephone: 412-577-5200
Facsimile: 412-765-3858

Gerald F. DeNotto
600 North Buffalo Grove Road, Suite 300
Buffalo Grove, IL 60089
Telephone: 847-520-3212
Facsimile: 847-520-3235

*Attorneys for Plaintiff and Counterclaim Defendant, Indeck Keystone Energy, LLC*

Dated:  December 21, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Entry of Appearance** was served upon the following counsel of record by the CM/ECF electronic filing system on the 21st day of December, 2006:

    Christopher T. Sheean, Esq.
    Wildman, Harrold, Allen & Dixon LLP
    225 West Wacker Drive
    Suite 2800
    Chicago, IL 60606

                                      /s/   John K. Gisleson