**Witnesses by Live Appearance or Videotape Trial Deposition**

| Name | Address | Telephone | Purpose |
|---|---|---|---|
| John Viskup | 10701 E. 126th St. N. Collinsville, OK 74021 | (918) 274-0023 | Liability and Damages |
| Mark White | 10701 E. 126th St. N. Collinsville, OK 74021 | (918) 274-0023 | Liability and Damages |
| Trent Miller | 10701 E. 126th St. N. Collinsville, OK 74021 | (918) 274-0023 | Liability |
| Carl Logan | 10701 E. 126th St. N. Collinsville, OK 74021 | (918) 274-0023 | Liability |
| Shawn Brewer | 1237 Fundi Road Venice, FL 34293 | | Liability |
| Christos Petcos | 5451 Merwin Lane Suite 100 Erie, PA 16510 | (814) 464-1201 | Liability and Damages |
| Martin R. Swabb | 5451 Merwin Lane Suite 100 Erie, PA 16510 | (814) 464-1213 | Liability |
| Robert Seibel | 5650 Gardner Drive Erie, PA 16509 | (814) 864-0892 | Liability |
| Terry Pawlowski | 5451 Merwin Lane Suite 100 Erie, PA 16510 | (814) 464-1200 | Liability |
| Jay McConaughy | 5300 Knowledge Parkway, Suite 200 Erie, PA 16510 | (877) 225-2674 | Liability |
| Robert Gdaniec | 5300 Knowledge Parkway, Suite 200 Erie, PA 16510 | (877) 225-2674 | Liability |
| Steve Bernatowicz | 5875 Lunger Road Erie, PA 16510 | | Liability |
| Theodore C. Fuhrman, Jr. | 5300 Knowledge Parkway, Suite 200 Erie, PA 16510 | (877) 225-2674 | Liability |
| Michael Brecker | 271 Green St. Westminster, MD 21157 | (410) 259-4894 | Liability |
| Ian Milligan | 895 Don Mills Rd, Suite 210, Tower 2 Toronto Ontario, m3c1w3 | (416) 970-7215 | Liability |
| Paul F. Miller | 12 Gem Drive Ellington, CT 06029 | (860) 614-2897 | Liability Expert Testimony |

**Witnesses by Discovery Deposition**

| Name | Deposition Date | Page/Line Designation |
|---|---|---|
| Alan Christian | December 5, 2005 | 5:13 – 24; 13:14-14:13; 15:23 – 17:12; 20:21 – 21:17; 25:11 – 19; 29:21 – 31:16; 32:11 – 33:15; 34:8 – 38:12; 39:13 – 40:8; 40:18 – 44:12; 46: 12 – 24; 48:2 – 49:23; 55:20 – 56:04; 64:23 – 65:9; 71:4 – 72:5; 75:2 – 75:13; 76:25 – 79:15; 84:3 – 86:15; 92:1 – 94:3; 108:24 – 109:15; 125:10 – 126:11; 126:17 – 126:24; 127:12 – 128:3 129:18 – 20; 129:22 – 130:4; 137:16 – 138:16; 140:21 – 141:3; 141:8 – 143:5 144:18 – 145:9; 162:20 – 163:8; 164:6 – 164:21; 167:6 – 9; 172:9 – 25; 175:14 – 176:16; 177:24 – 178:6 |
| Stephen Kang | December 13, 2005 | 15:16 – 17:23; 18:1 – 6; 18:18 – 20:15; 20:20 – 23:6; 24:1 – 27:3; 28:3 – 30:12; 31:16 – 33:16; 36:4 – 37:4; 38:9 – 16; 39:4 – 9; 42: 15 – 47:3; 50:12 – 53:23; 54:1 – 9 57:19 – 58:24; 59:25 – 60:24; 67:13 – 68:6; 71:24 – 73:16; 73:20 – 74:2; 76:22 – 77:25; 78:15 – 78:19; 87:4 – 87:10; 99:7 – 101:2; 126:25 – 129:24 |
| James Hunter Tighe, II | August 10, 2006 | 12:13 – 14:8; 15:4 – 17:1; 18:13 – 15; 19:13 – 20:17; 22:12 – 23:22; 24:20 – 25:15; 25:23 – 25; 26:3 – 27:12; 27:18 – 21; 31:7 – 9; 38:5 – 12; 38:25 – 40:18; 41: 3 – 11; 42:2 – 44:13; 45:8 – 46:21; 48:13 – 21; 50:21 – 52:3; 52:9 – 19; 53:8 – 55:2; 55:11 – 23; 58:3 – 59:23; 67:13 – 68:24; 69:5 - 9 |
| Darren Brent Stephenson | August 10, 2006 | 10:19 – 11:22; 12:6 – 14:1; 14:22 – 15:1; 15:7; 15:10; 15:13 – 16:14; 17:2 – 6; 17:19 – 18:13; 20:19 – 22:17; 22:23 – 23:6; 26:22 – 27:22; 28:7 - 15 |
| Jeffrey Coale | November 2, 2005 | 32:6 – 33:7; 33:11 – 34:6; 34:9 – 34:19; 34:22 – 35:6; 36:6 – 14; 38:7 – 13; 41:12 – 42:1; 71:12 – 76:7; 77:8 – 84:18; 86:6 – 87:17; 107:14 – 111:20 |

| Name | Deposition Date | Page/Line Designation |
|---|---|---|
| Paul A. Kempf, P.E. | November 1, 2005 | 7:11 – 13; 13:9 – 25; 16:13 – 18:23; 19:2 – 20:3; 21:17 – 29:4; 31:3 – 6; 31:24 – 32:14; 33:4 – 25; 37:23 – 39:14; 40:3 – 11; 46:22 – 47:8; 48:8 – 49:19; 51:15 – 52:7; 54:16 – 55:13; 56:11 – 58:10; 61:5 – 67:21; 71:21 – 73:22; 97:20 – 98:16 |