| Exhibit # | Date | Author | Subject | Beginning Number | Ending Number | Authenticity | Admisibility |
|---|---|---|---|---|---|---|---|
| 1 | 01/01/78 | | Zurn Keystone Brochure | VEO9248 | VEO9268 | | |
| 2 | 01/01/79 | | Zurn Steam Purity Brochure | VEO9277 | VEO9277 | | |
| 3 | 04/14/93 | | Zurn Drawing for Codelco -Chile for (2) 19M Keystones with Welded Walls | VEO9334 | VEO9334 | | |
| 4 | 11/01/96 | | Zurn Energy Keystone Brochure | VEO9269 | VEO9276 | | |
| 5 | 05/30/97 | | Keystone Engineering Design Guide | VEO1574 | VEO1702 | | |
| 6 | 01/01/99 | | Rentech Boiler Services Brochure on Membrane Water Walls | VEO9154 | VEO9178 | | |
| 7 | 01/19/01 | Sands, Vince | Fax and drawings -  Heinz | VEO15344 | VEO15348 | | |
| 8 | 01/22/01 | Sands, Vince | Fax sending performance for Heinz boilers | VEO15353 | VEO15357 | | |
| 9 | 02/20/01 | Sands, Vince | Fax sending perfomance info for Heinz boiler | VEO15358 | VEO15363 | | |
| 10 | 02/21/01 | Sands, Vince | Fax sending additional performans runs for Heinze boilers | VEO15364 | VEO15373 | | |
| 11 | 05/17/01 | Sands, Vince | Faxes & Draft Proposal for Heinz | VEO15304 | VEO15329 | | |
| 12 | 05/21/01 | Sands, Vince | Fax attaching economizer design data | VEO15378 | VEO15379 | | |
| 13 | 05/25/01 | Sands, Vince | Fax and drawings for Heinz | VEO15349 | VEO15351 | | |
| 14 | 05/25/01 | Sands, Vince | Fax re: Natcom info on burner throat size | VEO15382 | VEO15384 | | |
| 15 | 05/31/01 | Viskup, John | Fax re economizer outlet dimensions | VEO15385 | VEO15386 | | |
| 16 | 06/01/01 | | Heinz Boiler Proposal | VEO15279 | VEO15301 | | |
| 17 | 06/01/01 | West, Lee | Fax re: Aalborg Purchase Order | VEO15387 | VEO15391 | | |
| 18 | 06/01/01 | Meehan, Phil | Fax re: VEO PO for Heinz | VEO15392 | VEO15393 | | |
| 19 | 06/29/01 | Pohl, Peter | Email re: Heinz Boiler | VEO15303 | VEO15303 | | |
| 20 | 07/19/01 | Viskup, John | Fax attaching Heinz Front Wall Layout Drawing | VEO15374 | VEO15377 | | |
| 21 | 08/17/01 | Jacqueline Toy | Letters showing drawings transmitted | VEO15330 | VEO15333 | | |
| 22 | 09/12/01 | | 2023 Boiler Tube Layout | VEO9338 | VEO9395 | | |
| 23 | 10/04/01 | Toy, Jacqueline | Letters showing drawings sent to VEO | VEO15342 | VEO15343 | | |
| 24 | 10/05/01 | Pohl, Peter | Email re: Heinz Boiler | VEO15334 | VEO15341 | | |
| 25 | 12/05/02 | | John Zink Co., Todd Low NOx Packaged Burner proposal submitted to Tejas Boiler Services for Atofina | IKE001289 | IKE001299 | | |
| 26 | 12/23/02 | Brewer, Shawn | Email fowarding draft licensee agreement | VEO0663 | VEO0663 | | |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| # | Date | Author | Description | | |
|---|---|---|---|---|---|
| 27 | 12/23/02 | Brewer, Shawn | Email regarding data table of license agreement whih provides detail of the capacity range in response to email dated 12/23/2002 from White, Mark to Brewer, Shawn forwarding same | VEO0683 | VEO0683 |
| 28 | 01/05/03 | Nieminski, Jer | Email re: Proposal: Iowa Ethanol #20030016 | IKE006257 | IKE006258 |
| 29 | 01/07/03 | | License Agreement | IKE004411 | IKE004429 |
| 30 | 01/07/03 | Viskup, John | Email regarding Licensee Agreement and request to review | VEO0686 | VEO0686 |
| 31 | 01/07/03 | | Revised Draft of License Agreement between Erie Power Technologies and Victory Energy Operations | VEO0687 | VEO0709 |
| 32 | 01/07/03 | Viskup | Email chain attaching proposed changes to license agreement in response to email dated 01/07/2003 from Viskup | VEO0710 | VEO0710 |
| 33 | 01/07/03 | White, Mark | Email fowarding revised license agreement | VEO0711 | VEO0711 |
| 34 | 01/07/03 | | Revised Draft of License Agreement between Erie Power Technologies and Victory Energy Operations | VEO0712 | VEO0730 |
| 35 | 01/07/03 | | License Agreement between EPTI and VEO, signed by Mark White and John Viskup | VEO1172 | VEO1190 |
| 36 | 01/08/03 | White, Mark | Email re: VEO license agreement and discussion re changes to M Series boilers | IKE004230 | IKE004230 |
| 37 | 01/08/03 | White, Mark | E-mail re licensing the technology in response to 01/08/2003 email from Gdaniec to White | IKE000336 | IKE000337 |
| 38 | 01/08/03 | White, Mark | Email re: M series Keystone License Agreement - Support | IKE000338 | IKE000338 |
| 39 | 01/08/03 | White, Mark | Email re: M series Keystone License Agreement - support | IKE000958 | IKE000959 |
| 40 | 01/08/03 | Gdaniec, Bob | Response to M. White's 1/8 email re: VEO License Agreement | IKE004983 | IKE004983 |

| 41 | 01/08/03 | Fiske, Marie | Email enclosing the conformed license agreement for signature | VEO0731 | VEO0731 | | |
|----|----------|--------------|--------------------------------------------------------------|---------|---------|---|---|
| 42 | 01/09/03 | Brewer, Shawn | Email chain regarding representative agreement | VEO0751 | VEO0751 | | |
| 43 | 01/09/03 | Viskup, John | Letter enclosing two copies of executed License Agreement | VEO1171 | VEO1171 | | |
| 44 | 01/10/03 | | Quailty Assurance Statement | VEO0772 | VEO0773 | | |
| 45 | 01/10/03 | Brewer, Shawn | Email enclosing burner proposal for Atofina | IKE001288 | IKE001288 | | |
| 46 | 01/14/03 | | Revised Annex.I concerning Erie Power "M" Series Keystone water tube boilers | VEO0787 | VEO0792 | | |
| 47 | 01/14/03 | Gdaniec, Bob | Email hours and scope for Keystone Product Line License Agreement | IKE000340 | IKE000340 | | |
| 48 | 01/14/03 | Brewer, Shawn | Email Request for updated performance calculation | IKE004026 | IKE004026 | | |
| 49 | 01/20/03 | White, Mark | Letter regarding Tejas & Victory Energy - 50,000 pph Watertube Boiler Offering and Victory Energy has entered into a license agreement with Erie Power Technologies | VEO0767 | VEO0768 | | |
| 50 | 01/21/03 | White, Mark | Re: Victory License - possible new order 50,000 pph from Atofina | IKE001590 | IKE001590 | | |
| 51 | 01/21/03 | White, Mark | E-mail in response to 01/21/2003 email from West to White | IKE000253 | IKE000253 | | |
| 52 | 01/21/03 | Jackson, Terri | Email to EPTI reps re: License Agreement | IKE000361 | IKE000361 | | |
| 53 | 01/21/03 | White, Mark | Announcement to EPTI Reps | IKE000362 | IKE000362 | | |
| 54 | 01/21/03 | White, Mark | Internal EPTI announcement re: License Agreement | IKE000364 | IKE000364 | | |
| 55 | 01/21/03 | | Victory License - Possible New Order 50,000 pph | IKE008583 | IKE008583 | | |
| 56 | 01/21/03 | | Victory Energy Proposal : Atofina Petrochemicals Inc. 50,000 pph Watertube Steam Boiler | VEO3792 | VEO3807 | | |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| No. | Date | Name | Description | | |
|---|---|---|---|---|---|
| 57 | 02/26/00 | White, Mark | Email re:l Victory License - possible new order 50,000 pph in response to 01/22/2003 email from Gdaniec to White | IKE000342 | IKE000343 |
| 58 | 01/22/03 | Brewer, Shawn | Email forwarding Eire Power & Victory announcement and Quality Assurance Statement | VEO0770 | VEO0770 |
| 59 | 01/23/03 | Briggs, Dave | E-mail re: License Agreement | IKE005017 | IKE005017 |
| 60 | 01/23/03 | Briggs, Dave | Email to R. Gdaniec re: Licensee Agreement | IKE008587 | IKE008587 |
| 61 | 01/24/03 | Brewer, Shawn | Email regarding Victory Announcement documet | VEO0774 | VEO0774 |
| 62 | 01/24/03 | | Press Release - Victory Energy Operations signs Exclusive Manufacturing Agreement with Erie Power Technologies, Inc. (Formerly Aalborg) | VEO0775 | VEO0775 |
| 63 | 01/25/03 | | Keystone "O" Type Watertube Package Boiler Proposal for Broin & Associates, (1) 85,000 PPH Boiler | IKE000401 | IKE000409 |
| 64 | 01/25/03 | | Victory Energy Proposal : Keystone O Type Watertube Package Boiler Proposal for Broin & Associates | VEO3782 | VEO3791 |
| 65 | 01/25/03 | | Proposal for 15M boiler for Sioux Falls plant for Broin | IKE004244 | IKE004252 |
| 66 | 01/27/03 | White, Mark | Email forwarding a select list of EPTI Representative | VEO0776 | VEO0776 |
| 67 | 01/28/03 | White, Mark | Atofina Package Boiler Project - Response to Questions | IKE001259 | IKE001259 |
| 68 | 01/29/03 | Swabb, Marty | Regarding M Series Keystone. Clarification of "standard Keystones" | IKE005417 | IKE005417 |
| 69 | 01/29/03 | White, Mark | Email chain regarding Sun Refining project, Tulsa, Oklahoma in response to email dated 01/29/2003 from Viskup, John to White, Mark regarding same | VEO0781 | VEO0782 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 70 | 01/30/03 | Briggs, Dave | E-mail re: review and comments to Annex of License Agreement | IKE000354 | IKE000354 |
| 71 | 01/30/03 | Briggs, Dave | D. Briggs Comments on Annex | IKE004435 | IKE004437 |
| 72 | 01/30/03 | White, Mark | Email forearding Draft Annex of License Agreement. | IKE005003 | IKE005003 |
| 73 | 01/31/03 | Brewer, Shawn | Email regarding design modification | VEO0783 | VEO0783 |
| 74 | 02/03/03 | Briggs, Dave | License Agreement response. E-mail identifies what changes would be affected if the order for the saturated standard 8M thru 22M included a welded wall | IKE005012 | IKE005012 |
| 75 | 02/03/03 | Brewer, Shawn | Email chain regarding license agreement | VEO0784 | VEO0785 |
| 76 | 02/03/03 | Brewer, Shawn | Email fowrding Annex.I revised doc | VEO0786 | VEO0786 |
| 77 | 02/03/03 | White, Mark | Letter enclosing two sets of originals initialed by Mark White of Annex I, II and III of the EPTI License Agreement | VEO1191 | VEO1191 |
| 78 | 02/03/03 | White, Mark | Email re:  M Series Keystone changes in response to 02/03/2003 email from Briggs to White | IKE000273 | IKE000273 |
| 79 | 02/03/03 | Briggs, Dave | List of design changes to M series boilers for welded wall design | IKE004943 | IKE004943 |
| 80 | 02/04/03 | Viskup, John | Enclosing scope of supply sold, 85,000 PPH boilers | IKE000400 | IKE000400 |
| 81 | 02/04/03 | White, Mark | Email chain re:  Iowa Ethanol project and the Ethanol UAS project (85,000 PPH boilers) | VEO0797 | VEO0797 |
| 82 | 02/05/03 | Briggs, Dave | D. Briggs Comments re:  changes to standard drawings for welded walls | IKE000355 | IKE000355 |
| 83 | 02/06/03 | Brewer, Shawn | Summary of 2/6/03 T/C between VEO and EPTI | IKE000290 | IKE000292 |
| 84 | 02/06/03 | White, Mark | Email forwarding Heinz drawings | IKE000286 | IKE000286 |
| 85 | 02/06/03 | Brewer, Shawn | Notes re: Recap of todays tele-com | IKE000289 | IKE000289 |
| 86 | 02/06/03 | White, Mark | Re: FW Keystone licensee venture | IKE000978 | IKE000979 |
| 87 | 02/06/03 | | Victory Energy Tele-Con Agenda | VEO0798 | VEO0799 |
| 88 | 02/06/03 | White, Mark | Email re: Broin and Associates.  Scope of work documents attached. | IKE006243 | IKE006243 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| No. | Date | Person | Description | Beg Bates | End Bates |
|---|---|---|---|---|---|
| 89 | 02/07/03 | | Proposal No. 030016 by Aalborg Industries for Special 15M Keystone "O" Boiler | VEO4999 | VEO5000 |
| 90 | 02/10/03 | White, Mark | Email re D type boilers in response to 02/04/2003 email from Brewer to White | IKE000295 | IKE000295 |
| 91 | 02/10/03 | White, Mark | Email re: Atofina - Utilization of the Heinz Boiler | IKE001274 | IKE001274 |
| 92 | 02/10/03 | White, Mark | Email to all Erie Personnel re VEO's first order | IKE004256 | IKE004256 |
| 93 | 02/10/03 | White, Mark | Announcement of VEO's first order | IKE004257 | IKE004257 |
| 94 | 02/11/03 | Briggs, Dave | Email re: VEO Licensee Agreement (Tube Lengths and Quantities) | IKE004258 | IKE004258 |
| 95 | 02/11/03 | White, Mark | Email chain re: Iowa Ethanol - Keystone 15M Special | VEO4961 | VEO4962 |
| 96 | 02/11/03 | | Proposal No. 030016 by Eire Power Technologies for Special 15M Keystone "O" Boiler | VEO5001 | VEO5001 |
| 97 | 02/12/03 | Kang, Stephen | Email re authorize sales of Victory boilers under license agreement | IKE000394 | IKE000394 |
| 98 | 02/12/03 | White, Mark | Regarding electronic transfer of drawings - Broin & Assoc. | IKE000447 | IKE000447 |
| 99 | 02/12/03 | Gdaniec, Bob | Design Engineering report for Broin & Associates | VEO4973 | VEO4983 |
| 100 | 02/12/03 | Gdaniec, Bob | Design Engineering report for Broin & Associates | VEO4990 | VEO4992 |
| 101 | 02/12/03 | Gdaniec, Bob | Design Engineering report for Broin & Associates | VEO5002 | VEO5004 |
| 102 | 02/12/03 | White, Mark | Handwritten note to Steve requesting design for 40K PPH Keystone w/ tangent tube and does not require watercooled front/rear | IKE003925 | IKE003925 |
| 103 | 02/18/03 | | Design Engineering report for Broin & Associates, Iowa | VEO5005 | VEO5017 |
| 104 | 02/19/03 | Gdaniec, Bob | Regarding VEO 2028 Broin Assoc. Economizer in response to 02/19/03 email from White to Briggs in response to 02/18/03 email from Miller to White | IKE000522 | IKE000522 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 105 | 02/19/03 | Briggs, Dave | Email with list of remaining marked up drawings to support License Agreement | IKE004952 | IKE004952 |
| 106 | 02/19/03 | White, Mark | Emails re: Broin & Assoc, Iowa Ethanol (EPTI GO 2028) | IKE000449 | IKE000449 |
| 107 | 02/19/03 | Briggs, Dave | Re: List of remaining Marked-up Drawings for Victory ENergy Licensee Agreement | IKE004305 | IKE004305 |
| 108 | 02/19/03 | Levstek, Dan | Email re list of remaining marked up drawings for Victory License Agreement. | IKE006233 | IKE006234 |
| 109 | 02/25/03 | White, Mark | Regarding Broin & Associates - Keystone 15M Special -use of Heinz boiler for the following modifications | IKE000421 | IKE000421 |
| 110 | 02/27/03 | | License Agreement Addendum | VEO0660 | VEO0661 |
| 111 | 02/27/03 | White, Mark | Email enclosing license agreement addendum | IKE000300 | IKE000300 |
| 112 | 02/27/03 | | Feb. 27, 2003 License Addendum | IKE000302 | IKE000303 |
| 113 | 02/28/03 | M. White | Email on Bulldog superheat units for Power Systems | IKE003824 | IKE003824 |
| 114 | 03/03/03 | Gdaniec, Bob | Re: Broin & Assoc, Iowa, Ethanol - foundation load design | IKE000688 | IKE000688 |
| 115 | 03/03/03 | | Design Engineering report for Broin & Associates | VEO5018 | VEO5029 |
| 116 | 03/11/03 | Brewer, Shawn | Email forwarding wish list of realistic expectations | VEO0823 | VEO0823 |
| 117 | 03/12/03 | Gdaniec, Bob | Email regarding Victory license support, | IKE000358 | IKE000358 |
| 118 | 03/17/03 | White, Mark | Forwarding Keystone M-Series Sales Manual information | IKE000002 | IKE000002 |
| 119 | 03/17/03 | White, Mark | Forwarding Keystone M-Series Sales Manual Front Cover | IKE000003 | IKE000003 |
| 120 | 03/17/03 | White, Mark | Victory Energy Manual | IKE000004 | IKE000071 |
| 121 | 03/17/03 | | Keystone Water Tube Boilers - Victory Energy | IKE000072 | IKE000140 |
| 122 | 03/17/03 | White, Mark | Email forwarding draft copy of Sales Manual for Keystone M-Series | VEO0830 | VEO0830 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 123 | 03/17/03 | | Draft copy of Sales Manual for Keystone M-Series for review | VEO0831 | VEO0851 |
| 124 | 03/17/03 | White, Mark | Email forwarding a draft copy of Keystone M-series Sale Manual | VEO0285 | VEO0285 |
| 125 | 04/11/03 | Brewer, Shawn | Re: FW Package Boiler - Budget Estimate for Kerr-McGee (Mustang Tampa Project No. T03048) | IKE003216 | IKE003217 |
| 126 | 04/23/03 | | Design Engineering report No. 2028-ELZ/DA21 Lower Drum Coil Design for Broin & Associates, Iowa by Robert Gdaniec, VEO | VEO4984 | VEO4989 |
| 127 | 05/14/03 | Bematowicz, S | Regarding revised Premier 14M Keystone boiler design in response to 05/13/2003 email from Brewer to Bematowicz | IKE000315 | IKE000316 |
| 128 | 05/21/03 | Briggs, Dave | Email re: Keystone boiler - sequence | IKE004350 | IKE004351 |
| 129 | 05/21/03 | Levstek, Dan | Email re: Keystone boiler - sequence | IKE004354 | IKE004355 |
| 130 | 05/28/03 | White, Mark | Email rE: EPTI license Victory Energy - New Orders from Roswell Park and Atofina Petrochemicals | IKE001525 | IKE001525 |
| 131 | 06/04/03 | | New Order Notice - Atofina 15M | IKE001283 | IKE001283 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| | | | | |
|---|---|---|---|---|
| 132 | Various | Correspondence, Invoices and Checks for License Payments | IKE155 - 157; IKE370; IKE378; IKE1023; IKE1388; IKE 1391-93; IKE 1395-6; IKE 1477-78; IKE1482-85; IKE1493-95; IKE 1498-99; IKE 1502-03; IKE 1722-23; IKE 1729; IKE 1745; IKE 4549-50; IKE 4552; IKE 5078-79; IKE 5092; IKE 5094; IKE 5111; IKE 15114; IKE 5141-42; IKE 5160-61; IKE 5175; IKE 5185-87; IKE 5209-11; IKE 5785; VEO 0046; VEO 0048; VEO 0049; VEO 0051-72; VEO 0077-89; VEO 0944 | |
| 133 | 07/03/03 | License Agreement Addendum shall apply as an addendum to License Agreement dated 1/8/2003 between Erie Power Technologies and Victory Energy Operations (modify Clause 3 delivery of technical information) | VEO0662 | VEO0662 |
| 134 | 07/10/03 | Briggs, Dave | E-mail to T. Miller re: 15M Special Keystone | IKE005018 | IKE005019 |
| 135 | 07/10/03 | Briggs, Dave | Email re: questions re Keystone Boilers | IKE008639 | IKE008640 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| # | Date | Name | Description | | |
|---|------|------|-------------|---|---|
| 136 | 07/15/03 | Kassas, Simon White | Email regarding EPTI corporate announcement concerning Erie Power forced to downsize and departure of Mark White | VEO0921 | VEO0921 |
| 137 | 07/18/03 | Fuhrman, Ted | Email re: request for list of techinical documents sent to VEO. | IKE005258 | IKE005258 |
| 138 | 07/18/03 | Briggs, Dave | Email attaching complete Keystone M series drawing list | IKE004944 | IKE004944 |
| 139 | 09/02/03 | White, Mark | Email enclosing bankruptcy filing 11 by EPTI | VEO0938 | VEO0938 |
| 140 | 09/02/03 | White, Mark | Letter regarding Chapter 11 Bankruptcy filing by EPTI | VEO0939 | VEO0940 |
| 141 | 09/15/03 | Fuhrman, Ted | Re: EPTI license agreement, Broin, Roswell, Atofina projects | IKE001478 | IKE001478 |
| 142 | 09/25/03 | Viskup, John | Re: License Agreement - Semi Annual Statement, | IKE001540 | IKE001540 |
| 143 | 09/25/03 | Viskup, John | Letter regarding Semi Annual Statement of Keystone boilers sold by Victory Energy | VEO1268 | VEO1270 |
| 144 | 09/26/03 | Fuhrman, Ted | Email re: Victory Energy Agreement | IKE005323 | IKE005323 |
| 145 | 10/10/03 | White, Mark | Re: Request for design information for the Roswell Part Keystone file and Atofina file | IKE001561 | IKE001561 |
| 146 | 10/13/03 | Steinfield, How | Re: KFX Project budget request | IKE001669 | IKE001669 |
| 147 | 10/22/03 | Miller, Trent | Email re: Keystone M series refractory front and tube and tile rear wall details | IKE001546 | IKE001546 |
| 148 | 11/04/03 | Steinfield, How | Letter regarding Keystone Package Boiler License Support | VEO0952 | VEO0952 |
| 149 | 11/05/03 | White, Mark | Email chain regarding License Letter of support | VEO0035 | VEO0035 |
| 150 | 11/06/03 | Miller, Trent | Membrane front wall Modifications | IKE001564 | IKE001564 |
| 151 | 11/14/03 | Gdaniec, Bob | Email chain regarding 15M Keystone height modification | VEO0136 | VEO0136 |
| 152 | 11/14/03 | Bernatowicz, S | Email chain regarding 15M Keystone height modification | VEO0139 | VEO0140 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| No. | Date | Name | Description | | |
|---|---|---|---|---|---|
| 153 | 11/21/03 | White, Mark | Email chain re: phone call concerning Oxy Vinyl project | VEO0135 | VEO0135 |
| 154 | 12/02/03 | | Regarding Estimates for EPTI Engineering Support for VEO for Oxyvinyls | V00133 | V00134 |
| 155 | 12/05/03 | White, Mark | Re: projects outside of the License - permission to pursue Keystone D Boiler possible purchase of Technology | IKE001595 | IKE001595 |
| 156 | 12/22/03 | | Regarding Dallas Fortworth Airport - Boiler Redesign | V00105 | V00106 |
| 157 | 01/06/04 | Bernatowicz, S | Email chain re: Oxy questions | VEO0142 | VEO0142 |
| 158 | 01/07/04 | Fuhrman, Ted | Email chain regarding Oxy questions. | VEO0141 | VEO0141 |
| 159 | 01/08/04 | White, Mark | Email regarding Dallas Fort Worth Airport and need to shorten the boiler and raise overall height to accommodate limitations | VEO0107 | VEO0107 |
| 160 | 01/12/04 | | Regarding Dallas Fort Worth Airport | V00108 | V00109 |
| 161 | 01/12/04 | White, Mark | Email listing questions concerning redesign at Dallas Fort Worth Airport | VEO0110 | VEO0110 |
| 162 | 01/12/04 | White, Mark | Re: license agreement - unit sale notification, Logan Aluminum | IKE001389 | IKE001389 |
| 163 | 01/15/04 | Bernatowicz, S | Proposal for VEO/DFW project | IKE004054 | IKE004054 |
| 164 | 02/05/04 | Gdaniec, Bob | Email re: FW Keystone D Boiler Opportunity | IKE003043 | IKE003043 |
| 165 | 02/12/04 | Briggs, Dave | Email re: Typical Keystone drawing list enclosing drawings | IKE004394 | IKE004394 |
| 166 | 02/13/04 | | Draft License Agreement and Option to Purchase between Erie Power and Victory Energy | VEO0962 | VEO0969 |
| 167 | 02/20/04 | White, Mark | Unit sale notification, Rev. I Logan Aluminum | IKE001398 | IKE001398 |
| 168 | 02/20/04 | White, Mark | Re: license Agreement - unit sale notification, Rev. I Logan Aluminum | IKE001397 | IKE001397 |
| 168 | 02/24/04 | Kang, Stephen | Email chain regarding Keystone Sell Agreement and request to review attached agreement | VEO0505 | VEO0505 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 170 | 02/24/04 | White, Mark | Email chain forwarding email dated 02/24/2004 from Kang, Stephen to White, Mark (cc Levstek, Dan) | VEO0961 | VEO0961 |
| 171 | 02/24/04 | | Keystone Performance Program test results of 15M Keystone SH W/60"SD steam purifier design for Oxy Vinyl project run for Victory Energy | VEO0578 | VEO0578 |
| 172 | 02/25/04 | White, Mark | Email regarding comments after the review of the proposed License Agreement an Option to Purchase | VEO0514 | VEO0514 |
| 173 | 02/25/04 | White, Mark | Email regarding comments after review of proposed License Agreement and Option to Purchase | VEO0970 | VEO0970 |
| 174 | 02/27/04 | Gdaniec, Bob | Victory Package Boiler questions, Clark Reliance E100 float | IKE001633 | IKE001633 |
| 175 | 02/27/04 | Fuhrman, Ted | E-mail chain re: EPTI and Victory new deal which may increase the scope of the Agreement. | IKE005308 | IKE005309 |
| 176 | 03/03/04 | White, Mark | Email chain regarding Completed Annex and failure to incorporate necessary changes enclosing draft of Annex for review and comments | VEO0502 | VEO0502 |
| 177 | 03/03/04 | White, Mark | Email regarding draft of Annex failed to incorporate several comments | VEO0976 | VEO0976 |
| 178 | 03/08/04 | Gdaniec, Bob | Re: Questions on drum internal - Victoy 60" drum | IKE001634 | IKE001634 |
| 179 | 03/09/04 | Gdaniec, Bob | Email re VEO M Series Boiler Sale. Discusses trademark issues. | IKE005307 | IKE005307 |
| 180 | 03/18/04 | Gdaniec, Bob | Email regarding VEO Dallas Fort Worth Airport - request for proposal, responding to email dated 06/16/2004 from White, Mark to Gdaniec, Bob | VEO0112 | VEO0113 |
| 181 | 03/18/04 | Gdaniec, Bob | VEO Dallas Fort Worth Airport - request for proposal | IKE001662 | IKE001663 |
| 182 | 03/18/04 | Gdaniec, Bob | Email chain regarding VEO Dallas Forth Worth Airport Request for Proposal | VEO4288 | VEO4289 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| # | Date | Author | Dallas Ft. Worth Additional Analysis (VEO) | | |
|---|---|---|---|---|---|
| 183 | 03/23/04 | | | V00116 | V00117 |
| 184 | 03/24/04 | White, Mark | Email chain regarding completed annex responding to email dated 03/24/2004 from Levstek, Dan to White, Mark | VEO0499 | VEO0500 |
| 185 | 03/24/04 | Levstek, Dan | Email attaching marked up Agreement (Annex) with comments in response to email datd 03/03/2004 | VEO0981 | VEO0981 |
| 186 | 03/24/04 | White, Mark | Email chain regarding comments on draft Annex in response to email dated 03/24/2004 from Levstek, Dan to White, Mark | VEO0995 | VEO0996 |
| 187 | 03/25/04 | | Email re VEO289 | V00118 | V00119 |
| 188 | 03/25/04 | Gdaniec, Bob | Email regarding info on VEO289 in response to email dated 03/25/2004 from McConaughy, Jay to Gdaniec, Bob regarding same | VEO0579 | VEO0580 |
| 189 | 03/26/04 | White, Mark | Email regarding completed annex & EPTI response in response to email dated 03/26/2004 | VEO1000 | VEO1002 |
| 190 | 03/26/04 | Gdaniec, Bob | Email chain regarding Completed Annex and EPTI Response in response to email dated 03/26/2004 | VEO1009 | VEO1012 |
| 191 | 03/26/04 | Gdaniec, Bob | EPTI Response to email dated 03/26/2004 from White, Mark | VEO1205 | VEO1208 |
| 192 | 03/26/04 | Gdaniec, Bob | Letter in response to email regarding comments to the annex and may need to restructure the overall document, lists EPTI Approach recap | VEO1003 | VEO1005 |
| 193 | 03/26/04 | Gdaniec, Bob | EPTI Concerns regarding VEO performance under existing agreement | VEO1006 | VEO1008 |
| 194 | 03/26/04 | Gdaniec, Bob | Comments to the Annex. | IKE007432 | IKE007434 |
| 195 | 03/29/04 | White, Mark | Email regarding miscelaneous meeting at EPTI and court record on Chapter 11 | VEO1021 | VEO1022 |
| 196 | 03/30/04 | White, Mark | Letter responding to EPTI License Agreement Concerns | VEO1024 | VEO1026 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 197 | 03/30/04 | White, Mark | Email forwarding letter re: EPTI License Concerns | VEO0632 | VEO0632 |
| 198 | 03/30/04 | White, Mark | Letter regarding EPTI License Agreement concerns and EPTI email of 03/26/2004 | VEO0633 | VEO0635 |
| 199 | 04/13/04 | Gdaniec, Bob | Email regarding Dallas-Fort Worth Airport Circulation Study (EPTI 2035) final report for DFW boiler circulation study coming out | VEO0057 | VEO0057 |
| 200 | 04/13/04 | Bernatowicz, S | Keystone O-Boiler Circulation Report, Contract No. 2035 | IKE000740 | IKE000791 |
| 201 | 04/23/04 | White, Mark | Unit sale notification Oxy Vinyl's | IKE001449 | IKE001449 |
| 202 | 04/23/04 | White, Mark | Unit sale notification protherm for Nestle Purina | IKE001461 | IKE001461 |
| 203 | 04/23/04 | White, Mark | Unit Sale Notification WBC - Dallas Fort Worth Airport, information on Keystone boiler orders | IKE001735 | IKE001735 |
| 204 | 04/23/04 | White, Mark | Unit Sale Notification Dallas Fort Worth Airpor | IKE005126 | IKE005126 |
| 205 | 04/27/04 | White, Mark | Email regarding EPTI license and GE Transportation | VEO0446 | VEO0446 |
| 206 | 04/27/04 | White, Mark | Email Regarding License Agreement - GE Transportation, Erie PA | V00147 | V00147 |
| 207 | 04/28/04 | | EPTI Invoice Royalty -Dallas/Ft. Worth Airport project for price of $10,058.57; order date 04/08/2004 | VEO0060 | VEO0060 |
| 208 | 04/29/04 | White, Mark | Email chain regarding GE-Erie in response to email dated 04/28/2004 | VEO0444 | VEO0445 |
| 209 | 05/03/04 | Gdaniec, Bob | Email chain regarding  EPTI & VEO Cooperation | VEO0093 | VEO0094 |
| 210 | 05/05/04 | | VEO proposal for ND | ND209 | ND275 |
| 211 | 05/12/04 | | Erie Power Technologies Steam Purifier Design for Oxy project, application Keystone | VEO0577 | VEO0577 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| No. | Date | Name | Description | | |
|---|---|---|---|---|---|
| 212 | 05/13/04 | Gdaniec, Bob | Email chain regarding drum internals and other issues in response to email dated 05/12/2004 from White, Mark to Gdaniec, Bob regarding drum internals | VEO0571 | VEO0571 |
| 213 | 05/13/04 | Gdaniec, Bob | Email regarding Drum internals in the Keystone Boiler | VEO0553 | VEO0553 |
| 214 | 05/13/04 | Gdaniec, Bob | Email Re: other oppportunities | IKE001055 | IKE001055 |
| 215 | 05/14/04 | | Agreement on Cooperation for Notre Dame project | VEO0212 | VEO0219 |
| 216 | 05/17/04 | | Agreement on Cooperation for Project Outside of License Agreement between VEO and EPT | IKE000801 | IKE000808 |
| 217 | 05/17/04 | Mellish, Thad | Email forwarding GE assembly package for GE Rail and Specification EPTI #20040124 boiler assembly and assembly data sheet and next 3 boiler purchases specs | VEO0151 | VEO0151 |
| 218 | 05/17/04 | EPTI | Request for Quotation for boiler assembly for project GE Transportation, Erie, PA EPTI #20040124 | VEO0152 | VEO0158 |
| 219 | 06/01/04 | VEO | June 2004 Semi-Annual Report | IKE000379 | IKE000380 |
| 220 | 06/02/04 | | VEO Revised Proposal for ND | ND300 | ND356 |
| 221 | 07/06/04 | Gdaniec, Bob | Proposal for EPTI Fee for Engineering - Univ of Mass | IKE001001 | IKE001002 |
| 222 | 07/06/04 | | Agreement on Cooperation for University of Massachusetts project | VEO0220 | VEO0227 |
| 223 | 07/29/04 | Fuhrman, Ted | Re: Weld stud size | IKE001584 | IKE001584 |
| 224 | 07/29/04 | Fuhrman, Ted | Email regarding weld stud size | VEO0408 | VEO0408 |
| 225 | 08/02/04 | Fuhrman, Ted | Regarding Training Class (guidelines) for Keystone Boiler | IKE004999 | IKE005000 |
| 226 | 08/18/04 | | Notes of Telephone Conversation with Jeff Coale of Indeck | Kempf Exhibit 7 | |
| 227 | 09/08/04 | | Specific pages of Marked up version of Asset Purchase Agreement | VEO0643 | VEO0645 |
| 228 | 09/08/04 | | CMI-EPTI/IKE Asset Purchase Agreement | IKE007397 | IKE007430 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 229 | 09/08/04 | | Chart of VEO Profit as of 7/2006 | VEO9247 | VEO9247 |
| 230 | 09/08/04 | Petcos, Chris | Enclosing VEO Agreements and correspondence | IKE001029 | IKE001029 |
| 231 | 09/10/04 | White, Mark | Request for assignment letter | IKE001101 | IKE001101 |
| 232 | 09/10/04 | Petcos, Chris | Re: 9/8/04 transaction | IKE001102 | IKE001102 |
| 233 | 09/10/04 | Petcos, Chris | Letter regarding CMI America, through CMI EPTI LLC consummated a transaction on 09/08/2004 with all assets of former EPTI comprising the Keystone Energy division sold to Indeck Keystone Energy LLC | VEO0585 | VEO0585 |
| 234 | 09/10/04 | Petcos, Chris | Letter regarding CMI America, through its subsidiary CMI EPTI, Inc., consummated a transaction on 09/08/2004 acquiring assets comprising Keystone Energy | VEO1247 | VEO1247 |
| 235 | 09/16/04 | Bartlett, Gary | Email forwarding new release from CNN titled 'Indeck Group Expands Boiler Manufacturing Capabilities by Acquiring Keystone Energy,' Energy Central Professional | VEO0210 | VEO0211 |
| 236 | 09/24/04 | White, Mark | Email re: Assignment of VEO license agreement | IKE001098 | IKE001098 |
| 237 | 09/24/04 | Petcos, Chris | Email re: Assignment of VEO license agreement | IKE001099 | IKE001100 |
| 238 | 09/24/04 | Petcos, Chris | Email chain regarding Indeck Keystone Energy and the assignment of the VEO license Agreement | VEO0586 | VEO0587 |
| 239 | 09/28/04 | Gerber, Alan | Email trans. IKE press release | VEO9422 | VEO9427 |
| 240 | 09/29/04 | Petcos, Chris | Email chain attaching document requested, re: the assignment of the license agreement to IndeckKeystone Energy | VEO0376 | VEO0378 |
| 241 | 09/29/04 | Petcos, Chris | Email attaching document requested that describes assignment of license agreement to Indeck Keystone | VEO0640 | VEO0642 |
| 242 | 10/01/04 | Sheean, Chris | Re: EPTI/VEO license issues | IKE001059 | IKE001060 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| # | Date | Name | Description | | |
|---|---|---|---|---|---|
| 243 | 10/23/04 | White, Mark | Unit sale Notificaiton of J.C. Higgins Corp in accordance with License Agreement. | IKE005695 | IKE005695 |
| 244 | 10/26/04 | Fuhrman, Ted | VEO Performance Review attached to email | IKE005277 | IKE005277 |
| 245 | 10/29/04 | Petcos, Chris | Email attaching response to White, Mark and Sheean's letter | VEO0591 | VEO0591 |
| 246 | 10/29/04 | Petcos, Chris | Indeck Keystone Energy letter in response to Mark White's letters dated 10/23/2004 and 10/25/2004 concerning unit sale notification | VEO0592 | VEO0593 |
| 247 | 12/17/04 | White, Mark | Unit Sale Notification Idaho State University | VEO2552 | VEO2552 |
| 248 | 12/17/04 | White, Mark | Email chain regarding Unit Sale Notification Idaho State University (Revised) | VEO2551 | VEO2551 |
| 249 | 02/04/05 | White, Mark | Letter regarding License Agreement Unit Sale Notification Ware Inc. | VEO2540 | VEO2540 |
| 250 | 02/04/05 | White, Mark | Letter regarding License Agreement Sale Notification Michigan Ethanol | VEO2544 | VEO2544 |
| 251 | 02/10/05 | | IKE KPSC screen shots | IKE008327 | IKE008347 |
| 252 | 05/06/05 | White, Mark | Letter regarding License Agreement Unit Sale Notification Ware Inc. | VEO2548 | VEO2548 |
| 253 | 01/06/06 | | Indiantown Cogen Unit sale notification | VEO8240 | VEO8243 |
| 254 | 02/26/06 | VEO | Chart of documents & data returned to IKE | VEO9282 | VEO9289 |
| 255 | 09/13/06 | | Ganapathy Article | VEO15139 | VEO15140 |
| 256 | 09/13/06 | | Ganapathy Article | VEO15141 | VEO15144 |
| 257 | 12/21/06 | | Aalborg Engineering Webpage showing O boier | VEO15678 | |
| 258 | 00/00/1994 | | ITP - Keystone Package Boiler GO 1994 - Welded Front/Rear | VEO9298 | VEO9308 |
| 259 | 00/00/2000 | | Draft Annex. I | V00040 | V00045 |
| 260 | 00/00/2003 | | Draft License Agreement between Erie Power Technologies and Victory Energy Operations | VEO0664 | VEO0682 |
| 261 | 01/00/2003 | | EPTI Keystone Promotional Materials | IKE000217 | IKE000223 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 262 | 03/00/2004 | | Draft License Agreement and Option to Purchase | VEO0515 | VEO0526 |
| 263 | 03/00/2004 | | Draft License Agreement and Option to Purchase | VEO0532 | VEO0544 |
| 264 | 03/00/2004 | | Draft of Amendment to License Agreement and Option to Purchase | VEO0982 | VEO0994 |
| 265 | 03/00/2004 | | ND Bid Specification | ND033 | ND208 |
| 266 | 04/00/2003 | | Nebraska Boiler Information | VEO14980 | VEO15138 |
| 267 | 07/00/2001 | | Ganapathy Article | VEO15145 | VEO15149 |
| 268 | 10/00/1993 | | Ganapathy Article | VEO15150 | VEO15154 |
| 269 | 10/00/2002 | | Terms and Conditions for the use of Erie Power Technologies, Inc. (EPTI) Software | CMI000006 | CMI000022 |
| 270 | 10/00/2002 | | Sample KPSC screen shots | CMI000049 | CMI000064 |
| 271 | 11/00/2004 | nbrad | Sample KPSC screen shots | CMI000401 | CMI000417 |
| 272 | 00/00/00 | EPTI | Industrial Steam Generator Sample Specification including instructions to bidders | VEO0852 | VEO0882 |
| 273 | 00/00/0000 | | E-mail re Agreement between Erie Power and Victory Energy regarding Keystone "O" and "D" type industrual watertube boiler purchase | VEO0957 | VEO0957 |
| 274 | 00/00/0000 | | Draft Annex to Keystone Watertube Boiler Purchase Agreement | VEO0971 | VEO0972 |
| 275 | 00/00/0000 | | Draft Annex to Keystone Watertube Boiler Purchase Agreement | VEO0974 | VEO0975 |
| 276 | 00/00/0000 | | Draft Annex to Keystone Watertube Boiler Purchase Agreement | VEO0977 | VEO0978 |
| 277 | 00/00/0000 | | Steam Purifier Assembly | IKE001635 | IKE001635 |
| 278 | 00/00/0000 | Viskup, John | Email re Heiz Boiler | VEO15302 | VEO15302 |
| 279 | 00/00/0000 | Viskup, John | Email requesting furnace dimensions and predicted performance | VEO15352 | VEO15352 |
| 280 | 00/00/0000 | IKE | Indeck Boiler Design and Manufacturing Brochure | IKE007437 | IKE007442 |
| 281 | 00/00/0000 | IKE | IKE 30(b)(6) Documents | IKE008365 | IKE008770 |
| 282 | 00/00/0000 | EPTI | Erie Power Product: Package Boilers - Standard M series Brochure | IKE008735 | IKE008735 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| # | Date | Sponsor | Description | Bates Begin | Bates End |
|---|---|---|---|---|---|
| 283 | 00/00/0000 | IKE | Indeck Power Product Summary | VEO9428 | VEO9428 |
| 284 | 00/00/0000 | | Victory Energy Packaged Boilers - Scheduled References (US Standard Measurements) | VEO1136 | VEO1141 |
| 285 | 00/00/0000 | White, Mark | Email Re: VEO Iowa Ethanol Project | IKE004458 | IKE004459 |
| 286 | 00/00/0000 | White, Mark | Victory Energy Operations Keystone M-series Sales Manual | VEO0286 | VEO0306 |
| 287 | 00/00/0000 | Fuhrman, Ted | T. Fuhrman notes re: license agreement | IKE000158 | IKE000159 |
| 288 | 00/00/0000 | Fuhrman, Ted | VEO Agreement Highlights | IKE004540 | IKE004541 |
| 289 | 00/00/0000 | Gdaniec, R. | EPTI concerns regarding VEO performance under existing agreement | IKE007435 | IKE007436 |
| 290 | 00/00/0000 | | Erie Power, Annex.I | IKE008590 | IKE008592 |
| 291 | 00/00/0000 | White, Mark | Letter in response to email regarding comments to the Annex and recap of EPTI Approach to Existing agreement and new Agreement; attached is listing of EPTI concerns regarding VEO Performance under existing agreement | VEO0527 | VEO0531 |
| 292 | 00/00/0000 | EPTI | Power Point Presentation of Sale training tools regarding Keystone "O" - Victory License and Applications | VEO0646 | VEO0658 |
| 293 | 12/20/02 | | Erie Power Technologies data table of license agreement whih provides detail of the capacity range of steam generators | VEO0684 | VEO0684 |
| 294 | | EPTI | Sample Representative Agreement | VEO0752 | VEO0757 |
| 295 | | EPTI | Sample Commission Schedule | VEO0758 | VEO0762 |
| 296 | | | Newsflash Victory Energy Operations signs Exclusive Manufacturing Agreement with Erie Power Announcement | VEO0771 | VEO0771 |
| 297 | | | List of EPTI sales reps | VEO0777 | VEO0778 |
| 298 | | | Revised Annex.II concerning Erie Power "M" Series Keystone water tube boilers | VEO0793 | VEO0793 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| No. | Date | | Description | | |
|---|---|---|---|---|---|
| 299 | | | Revised Annex.III concerning Erie Power "M" Series Keystone water tube boilers | VEO0794 | VEO0795 |
| 300 | | White, Mark | Page 19 & 20 of Sales & Marketing of US Watertube Boiler Market Analysis with a nine month total for 2002 | VEO0825 | VEO0826 |
| 301 | | White, Mark | Inquiry Data - Package Boiler System for an efective proposal | VEO0883 | VEO0884 |
| 302 | 02/03/03 | | Final Annex.I - Description of Products the Erie Power "M" Series Keystone water tube boilers for the purpose the thermal performance | VEO1192 | VEO1197 |
| 303 | 02/03/03 | | Final Annex. II - Technology Fee & Transfer of Information (page 26) | VEO1198 | VEO1198 |
| 304 | 02/03/03 | | Final Annex. III - Contract Rates for Technical Assistance - Home office Support rates | VEO1199 | VEO1200 |
| 305 | | | VEO Sales Manual Cover | IKE000001 | IKE000001 |
| 306 | 00/00/0000 | White, Mark | Regarding Victory Energy Operations - Iowa Ethanol Project | IKE006244 | IKE006245 |
| 307 | 00/00/0000 | | Erie Power Packaged Boilers - Selected References of customers / project with their steam outpuyt, steam conditions and fuel usage | VEO0307 | VEO0312 |
| 308 | 00/00/0000 | | Industrial Steam Generator Sample Specification | VEO0316 | VEO0345 |
| 309 | 00/00/0000 | EPTI | Victory Energy's Sales Brochure showing construction of Keystone w/ SH | VEO1447 | VEO1489 |
| 310 | 00/00/0000 | | Victory Energy's Sales Brochure regarding Keystone Steam Generating Systems | VEO1490 | VEO1505 |
| 311 | 00/00/0000 | | VEO Sales Manual | VEO1506 | VEO1573 |
| 312 | 00/00/0000 | | Technical Specification for 2 drum natural gas and oil fired boilers | VEO0189 | VEO0206 |
| 313 | 00/00/0000 | | Draft Agreement for Annex - Keystone WaterTube Boiler Purchase | VEO0503 | VEO0504 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| No. | Date | Name | Description | Bates | Bates | Bates | Bates |
|---|---|---|---|---|---|---|---|
| 314 | | Petcos, Chris | E-mail to Ian Mulligan | IKE008142 | IKE008143 | | |
| 315 | | | IKE Summary of a/m parts sold through CPE & PSI | IKE009589 | IKE009590 | | |
| 316 | | White, Mark | Re: VEO Iowa Ethanol Project | IKE004471 | IKE004472 | | |
| 317 | 03/17/03 | White, Mark | Sales manual cover and tracking receipt | IKE000373 | IKE000374 | | |
| 318 | | EPTI | List of Keystone Standard Drawings | IKE004945 | IKE004951 | | |
| 319 | | Fuhrman, Ted | Victory Performance Review. | IKE005297 | IKE005305 | | |
| 320 | 05/19/03 | Sweetland, J. | Email requesting quote for 130K boiler | IKE007844 | IKE007848 | | |
| 321 | 05/28/03 | Brewer, Shawn | Email forwarding proposal for 130K boiler | IKE007849 | IKE007863 | | |
| 322 | 05/19/04 | Viskup, John | Email re: cost to assemble GE boiler | IKE007864 | IKE007864 | | |
| 323 | 07/14/04 | Mellish, Thadd | Email req. quote for VEO to assemble four 198 K boilers | IKE008000 | IKE008000 | | |
| 324 | 07/14/04 | EPTI | EPTI Request for quote for four 198K boilers | IKE008001 | IKE008006 | | |
| 325 | | | Ganapathy Article | VEO15155 | VEO15161 | VEO15161 | VEO15161 |
| 326 | | | Ganapathy Article | VEO15162 | VEO15168 | VEO15168 | VEO15168 |
| 327 | | | Ganapathy Article | VEO15169 | VEO15172 | VEO15172 | VEO15172 |
| 328 | | | Ganapathy Article -Heat Transfer Coefficients | VEO15173 | VEO15176 | VEO15176 | VEO15176 |
| 329 | | | Ganapathy Article | VEO15177 | VEO15180 | VEO15180 | VEO15180 |
| 330 | | | Ganapathy Article | VEO15181 | VEO15184 | VEO15184 | VEO15184 |
| 331 | | | Ganapathy Article | VEO15185 | VEO15189 | VEO15189 | VEO15189 |
| 332 | | | Ganapathy Article | VEO15190 | VEO15194 | VEO15194 | VEO15194 |
| 333 | | | Ganapathy Article | VEO15195 | VEO15200 | VEO15200 | VEO15200 |
| 334 | | | Nebraska Boiler Type A Brochure | VEO8822 | VEO8825 | | |
| 335 | | | Cerrey Brochure | VEO8826 | VEO8829 | | |
| 336 | | | Zurn Pathways to Steam | VEO8830 | VEO8853 | | |
| 337 | | | EPTI Keystone O Brochure | VEO8854 | VEO8854 | | |
| 338 | | | EPTI Keystone O Brochure - Gregory TX | VEO8855 | VEO8855 | VEO8855 | VEO8855 |
| 339 | | | Hanjung Steam Generator | VEO8856 | VEO8879 | | |
| 340 | | | Aalborg Industries Industrial Watertube Brochure | VEO8880 | VEO8883 | | |
| 341 | | | Cerrey Brochure | VEO8884 | VEO8887 | | |
| 342 | | | EPTI Brochure | VEO8888 | VEO8891 | | |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| | | | |
|---|---|---|---|
| 343 | Cerrey Brochure | VEO8892 | VEO8895 |
| 344 | Nebraska Boiler Brochure | VEO8896 | VEO8903 |
| 345 | Nebraska Boiler Bruchure | VEO8904 | VEO8911 |
| 346 | Nebraska Boiler O Type Brochure | VEO8912 | VEO8913 |
| 347 | ERI Max Fire Brochure | VEO8914 | VEO8915 |
| 348 | Babcock & Wilcox FM Package Boilers Brochure | VEO8916 | VEO8931 |
| 349 | Cleaver Brooks Boiler Brochure | VEO8932 | VEO8932 |
| 350 | Cleaver Brooks Boiler Model 4 Brochure | VEO8933 | VEO8961 |
| 351 | Cleaver Brooks Boiler Model 5 Brochure | VEO8962 | VEO8986 |
| 352 | B & W PFI/PFT Boiler Brochure | VEO8987 | VEO9000 |
| 353 | Foster Wheeler New Series 500 Packaged Generator Brochure | VEO9001 | VEO9012 |
| 354 | Babcock & Wilcox Water Tube Package Boiler Brochure | VEO9013 | VEO9024 |
| 355 | English Boiler Website printout | VEO9025 | VEO9028 |
| 356 | Optimus Waste Heat Boiler website printout | VEO9029 | VEO9030 |
| 357 | Nationwide Boiler SH Mobile Boiler Brochure | VEO9031 | VEO9032 |
| 358 | Nebraska Boiler Shop Assembled Watertube Steam Generators Brochure | VEO9033 | VEO9044 |
| 359 | Babcock & Wilcox Watertube Boiler Brochure | VEO9045 | VEO9056 |
| 360 | Nebraska Boiler Specifications for O-Type Boiler | VEO9057 | VEO9079 |
| 361 | Applied Thermal Systems, Inc. HRSG Brochure | VEO9080 | VEO9091 |
| 362 | 4 Fossil-Fired Package Boiler info from UFL.EDU website | VEO9092 | VEO9127 |
| 363 | Tomlinson "O" Type Watertube Boiler Brochure | VEO9128 | VEO9134 |
| 364 | Deltak Specialty Steam Generator System Brochure | VEO9135 | VEO9146 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| No. | Date | Witness | Description | Bates / Exhibit | |
|---|---|---|---|---|---|
| 365 | | | Rentech Boiler Systems info from website | VEO9147 | VEO9149 |
| 366 | | | C.R. McBride Product List from Website | VEO9150 | VEO9153 |
| 367 | | | FM Package Boilers Brochure | VEO9179 | VEO9192 |
| 368 | | | Babcock & Wilcox FM Package Boilers Brochure | VEO9193 | VEO9214 |
| 369 | | | Babcock & Wilcox Brochure | VEO9215 | VEO9244 |
| 370 | | | Zurn VL Watertube Steam Brochure | VEO9278 | VEO9281 |
| 371 | | | Murray Iron Works Drawing | VEO9396 | VEO9405 |
| 372 | | | Photo of O style membrane wall boiler | VEO9406 | VEO9419 |
| 373 | | | Thermoboil website printout | VEO9420 | VEO9421 |
| 374 | | EPTI | Marked Up Heinz Boiler Drawings | VEO3503 | VEO3517 |
| 375 | | | Asset Purchase Agreement between EPTI and CMI/EPTI | Kang Exhibit 11 | |
| 376 | | | Chart of Comparison of Voyager and Keystone | Seibel Exhibit 4 | |
| 377 | 09/13/04 | Tighe, James | Nondisclosure and Confidentiality Agreement | Swabb Exhibit 6;Seibel Exhibit 4 | VEO8163 |
| 378 | 02/16/05 | Stephenson, D | CS Evaluations with attached spreadsheet | VEO8075 | VEO8076 |
| 379 | 06/06/05 | Stephenson, D | Program - Various Performance Runs | VEO8077 | VEO8078 |
| 380 | 08/16/05 | White, Mark | RE: Modified Purchase Agreement | VEO8151 | VEO8160 |
| 381 | 09/29/05 | | Agreement between E-Tech and VEO | VEO14579 | VEO14581 |
| 382 | 06/07/06 | | Email from HRST re: Development of Drum Internals | VEO14582 | VEO14583 |
| 383 | 06/07/06 | | Voyager Series Parameters | VEO15253 | VEO15253 |
| 384 | 08/15/06 | | Voyager Series Parameters | | |
| 385 | 00/00/0000 | Victory Energy | Victory Energy Operations Watertube Boiler Computer Software Program Development | VEO8079 | VEO8121 |
| 386 | 00/00/0000 | | General Arrangement Drawing; Voyager VSM-75 | VEO15394 | VEO15394 |
| 387 | 00/00/0000 | | Re: Boiler | VEO8122 | VEO8123 |
| 388 | 12/00/2004 | White, Mark | VS Series Tube Arrangement | VEO8188 | VEO8188 |
| 389 | | | Voyager Development Documents | VEO8164 | VEO8214 |
| 390 | | | Voyager Development Documents | VEO14438 | VEO14569 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| No. | Date | | Description | | |
|---|---|---|---|---|---|
| 391 | | | Voyager Development Documents | VEO14575 | VEO14575 |
| 392 | | | Voyager Development Documents | VEO15256 | VEO15259 |
| 393 | | | Voyager Development Documents | VEO15468 | VEO15471 |
| 394 | | | Sioux River Ethanol Project | VEO13771 | VEO13814 |
| 395 | | | Sioux River Ethanol Project | VEO14641 | VEO14645 |
| 396 | | | Sioux River Ethanol Project | VEO14896 | VEO14896 |
| 397 | | | Sioux River Ethanol Project | VEO14908 | VEO14910 |
| 398 | | | Sioux River Ethanol Project | VEO14917 | VEO14917 |
| 399 | | | Sioux River Ethanol Project | VEO14918 | VEO14919 |
| 400 | | | Sioux River Ethanol Project | VEO14922 | VEO14926 |
| 401 | | | Sioux River Ethanol Project | VEO14928 | VEO14942 |
| 402 | | | Sioux River Ethanol Project | VEO15260 | VEO15260 |
| 403 | | | Sioux River Ethanol Project | VEO15418 | VEO15418 |
| 404 | | | Sioux River Ethanol Project | VEO15447 | VEO15447 |
| 405 | | | Sioux River Ethanol Project | VEO9459 | VEO9505 |
| 406 | 04/21/99 | | City of Perham Resource Recovery Facility Agreement for Auxiliary Boiler Replacement | VEO15472 | VEO15484 |
| 407 | 09/28/04 | | Idaho State University PO | VEO8815 | VEO8817 |
| 408 | 07/11/05 | | 313 Freight | VEO13956 | VEO13960 |
| 409 | 07/11/05 | | VEO Royalty Payments | VEO6693 | VEO6693 |
| 410 | 08/03/05 | | 344 Freight | VEO13961 | VEO13966 |
| 411 | 08/08/05 | | Frank/Lil/PSE&G P.O. | VEO8818 | VEO8821 |
| 412 | 09/21/05 | | 303 Freight | VEO13951 | VEO13955 |
| 413 | 10/07/05 | | Vamco Sheet Metal Inc. --PO# 4002, replacement of boilers and appurtenances building no. 52 | VEO8219 | VEO8239 |
| 414 | 10/21/05 | VEO | 347 Freight | VEO13967 | VEO13981 |
| 415 | 12/01/05 | VEO | 355 Freight | VEO13982 | VEO14015 |
| 416 | 12/05/05 | VEO | 390 Freight | VEO14025 | VEO14038 |
| 417 | 12/16/05 | VEO | 400/410 Freight | VEO14039 | VEO14052 |
| 418 | 12/31/05 | VEO | VEO 2005 Balance Sheet | VEO14856 | VEO14862 |
| 419 | 12/31/05 | VEO | VEO General Ledger Report 2005 | VEO14863 | VEO14866 |
| 420 | 12/31/05 | VEO | VEO General Ledger Report 2005 | VEO14867 | VEO14876 |
| 421 | 12/31/05 | VEO | VEO Income Statement 2005 | VEO15211 | VEO15215 |
| 422 | 12/31/05 | VEO | VEO Financial Statement 2005 | VEO15216 | VEO15228 |
| 423 | 03/21/06 | VEO | Cost Code Summary | VEO14824 | VEO14834 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| # | Date | Co | Description | Begin No | End No |
|---|---|---|---|---|---|
| 424 | 03/31/06 | VEO | VEO Income statement - Q1 2006 | VEO15201 | VEO15205 |
| 425 | 03/31/06 | VEO | VEO Job Billing Index & supporting documents | VEO15229 | VEO15252 |
| 426 | 05/17/06 | VEO | 380 Freight | VEO14017 | VEO14024 |
| 427 | 06/06/06 | VEO | JVE-282 P.O.s & Invoices | VEO14072 | VEO14437 |
| 428 | 06/30/06 | VEO | Cost Code Summary | VEO14835 | VEO14846 |
| 429 | 06/30/06 | VEO | VEO Income Statement 2006 | VEO14877 | VEO14879 |
| 430 | 06/30/06 | VEO | VEO Income Statement - Q2 2006 | VEO15206 | VEO15210 |
| 431 | 08/16/06 | VEO | 344 Man Hours Report | VEO13881 | VEO13887 |
| 432 | 08/16/06 | VEO | 347 Man Hours Report | VEO13888 | VEO13895 |
| 433 | 08/17/06 | VEO | 303 Man Hours Report | VEO13867 | VEO13875 |
| 434 | 08/17/06 | VEO | 313 Man Hours Report | VEO13876 | VEO13880 |
| 435 | 08/17/06 | VEO | 355 Man Hours Report | VEO13896 | VEO13900 |
| 436 | 08/17/06 | VEO | 380 Man Hours Report | VEO13909 | VEO13917 |
| 437 | 08/17/06 | VEO | 418 Freight | VEO14053 | VEO14071 |
| 438 | 08/25/06 | VEO | 390 Man Hours Report | VEO13918 | VEO13922 |
| 439 | 08/29/06 | VEO | Chart of Royalty under license | VEO14891 | VEO14894 |
| 440 | 08/31/06 | VEO | Cost Code Summary | VEO14880 | VEO14888 |
| 441 | 08/31/06 | VEO | Cost Code Summary | VEO14889 | VEO14890 |
| 442 | 08/31/06 | VEO | Job Cost Report | VEO14956 | VEO14979 |
| 443 | 09/05/06 | VEO | Cost Code Summary | VEO14817 | VEO14818 |
| 444 | 09/05/06 | VEO | Cost Code Summary | VEO14819 | VEO14823 |
| 445 | 09/05/06 | VEO | Cost Code Summary | VEO14847 | VEO14855 |
| 446 | 09/06/06 | VEO | Job Transaction Detail Report | VEO14661 | VEO14676 |
| 447 | 09/06/06 | VEO | Job Transaction Detail Report | VEO14677 | VEO14687 |
| 448 | 09/06/06 | VEO | Job Transaction Detail Report | VEO14688 | VEO14696 |
| 449 | 09/06/06 | VEO | Job Transaction Detail Report | VEO14697 | VEO14710 |
| 450 | 09/06/06 | VEO | Job Transaction Detail Report | VEO14711 | VEO14726 |
| 451 | 09/06/06 | VEO | Job Transaction Detail Report | VEO14727 | VEO14737 |
| 452 | 09/06/06 | VEO | Job Transaction Detail Report | VEO14738 | VEO14750 |
| 453 | 09/06/06 | VEO | Job Transaction Detail Report | VEO14751 | VEO14765 |
| 454 | 09/06/06 | VEO | Job Transaction Detail Report | VEO14766 | VEO14781 |
| 455 | 09/06/06 | VEO | Job Transaction Detail Report | VEO14782 | VEO14799 |
| 456 | 09/06/06 | VEO | Job Transaction Detail Report | VEO14800 | VEO14816 |
| 457 | 09/07/06 | VEO | Generl Ledger Detail Report | VEO14895 | VEO14895 |
| 458 | 09/08/06 | VEO | Job Billing History Reports | VEO14650 | VEO14660 |
| 459 | 00/00/0000 | VEO | 356 Man Hours Report | VEO13901 | VEO13908 |

Indeck v. Victory Energy
Defendant's Trial Exhibit List

| 460 | 00/00/0000 | VEO | 400 Orchids Paper Man Hours Report | VEO13923 | VEO13926 |
|-----|-----------|-----|-----------------------------------|----------|----------|
| 461 | 00/00/0000 | VEO | 410 Indiantown Cogen Man Hours Report | VEO13927 | VEO13934 |
| 462 | 00/00/0000 | VEO | 418 Man Hours Report | VEO13935 | VEO13948 |
| 463 | 00/00/0000 | VEO | Freight Costs Report | VEO13949 | VEO13949 |
| 464 | 00/00/0000 | VEO | 282 Freight | VEO13950 | VEO13950 |
| 465 | 00/00/0000 | VEO | 356 Freight | VEO14016 | VEO14016 |
| 466 | 00/00/0000 | VEO | VEO Job Cost Index | VEO14648 | VEO14649 |
| 467 | 00/00/0000 | VEO | Chart Showing Royalties for jobs sold while IKE licensor | VEO9245 | VEO9246 |