## Witnesses by Live Appearance or Videotape Trial Deposition

| Name | Address | Telephone | Purpose |
|---|---|---|---|
| David Briggs | 5451 Merwin Lane Suite 100 Erie, PA 16510 | (814) 464-1200 | Liability |
| Marie Fiske | 3019 Midland Erie, PA 16506 | (814) 833-3197 | Liability |
| Theodore C. Furhman, Jr. | 5300 Knowledge Parkway, Suite 200 Erie, PA 16510 | (877) 225-2674 | Liability |
| Robert J. Gdaniec | 5300 Knowledge Parkway, Suite 200 Erie, PA 16510 | (877) 225-2674 | Liability |
| Daniel Levstek | 5300 Knowledge Parkway, Suite 200 Erie, PA 16510 | (877) 225-2674 | Liability |
| William F. Liebel | 317 Stuart Way Erie, PA 16509 | (814) 572-6286 | Damages Expert Testimony |
| Jay McConaughy | 5300 Knowledge Parkway, Suite 200 Erie, PA 16510 | (877) 225-2674 | Liability |
| Terrence Pawlowski | 5451 Merwin Lane Suite 100 Erie, PA 16510 | (814) 464-1200 | Liability |
| Christos Petcos | 5451 Merwin Lane Suite 100 Erie, PA 16510 | (814) 464-1201 | Liability and Damages |
| Records Custodian, Victory Energy Operations LLC | 10701 E. 126th St. N. Collinsville, OK 74021 | (918) 274-0023 | Liability and Damages |
| Robert V. Seibel | 5650 Gardner Drive Erie, PA 16509 | (814) 864-0892 | Liability Expert Testimony |
| Martin R. Swabb | 5451 Merwin Lane Suite 100 Erie, PA 16510 | (814) 464-1213 | Liability, Damages, and Rebuttal Expert Testimony |
| John Viskup | 10701 E. 126th St. N. Collinsville, OK 74021 | (918) 274-0023 | Liability and Damages |
| Mark White | 10701 E. 126th St. N. Collinsville, OK 74021 | (918) 274-0023 | Liability and Damages |

**Witnesses by Discovery Deposition**

| Name | Deposition Date | Page/Line Designation |
|---|---|---|
| Stephen Kang | December 13, 2005 | 7: 6-8; 9:9-10:18; 10:25-11:20; 12:3-14:24; 15:16-20:7; 20:20 (Did)-21:22; 24:1-27:3; 28:3-28:7; 28:16-29:17; 30:13-30:24; 31:16(Were)-33:1; 33:7-33:16; 36:9-36:24; 37:5-37:19; 37:23-38:8; 41:13-45:17; 50:12-54:9; 54:12-56:25; 58:25-59:12; 68:8-68:17; 70:3-70:10; 70:21 (when did)-71:17; 71:24-72:19; 80:4-81:3; 81:6-81:17; 81:19-82:19; 82:21-83:2; 83:5-83:25; 84:13-85:19; 88:3-90:1; 90:7-91:3; 91:10; 91:24; 92:5-93:6; 93:11-94:9; 94:12-95:13; 97:11 (You)-97:24; 98:3-98:7; 99:7-100:1; 100:3-100:5; 102:1-105:19; 106:2-106:5; 106:7 (Is it)-108:4; 108:20-111:18; 111:21-114:9; 114:12-118:3; 118:6-119:20; 119:25-122:5; 122:7-122:13; 122:16-124:4; 124:9-126:8; 129:25-130:7 |
| Trent Miller | February 2, 2006 | 4:7-8; 5:2-12; 5:15-17; 5:25-6:19; 7:2-7; 7:15-24; 9:14-15; 9:24-11:10; 11:21-13:8; 16:10-25; 17:3-16; 17:23-18:9; 18:19-19:10; 20:3-15; 20:21; 21:1-7; 21:9-22:9; 22:24-24:7; 25:3-5; 25:11-14; 25:17; 31:1-9; 31:14-15; 35:12-16; 35:19-21; 35:23-36:3; 36:8-11; 36:13-22; 36:25-37:9; 37:23-38:11; 39:22-40:4; 41:22-42:6; 46:23-47:24; 48:11-14; 48:16; 48:24-49:2; 49:5; 49:11-18; 50:3-5; 50:8-21; 51:2-4; 51:6-25; 52:7-19; 52:24-53:5; 53:8-13; 54:4-6; 56:11-14; 57:1-16; |

|  |  |  |
|---|---|---|
|  |  | 62:21-63:6; 69:9-12; 72:16-18; 72:20-23; 73:7-15; 73:18-25; 74:6-9; 74:11-15; 74:18-75:2; 76:11-77:23; 78:10-25; 79:15-23; 79:25-80:3; 80:8; 80:19-23; 82:7-17; 82:25-83:3; 83:8-13; 83:21; 84:12-13; 85:4-16; 86:24-87:2; 87:5; 88:6-8; 88:10-21; 89:24-90:2; 90:6-10; 95:6-8; 95:12-18; 95:25-96:19; 96:25-97:4; 97:12-98:1; 98:14-99:5; 99:14-100:8; 100:13-17; 102:19-20; 102:22-103:5; 104:19-106:6; 106:10-107:1; 107:11-16; 107:18-22; 107:24; 121:5-19; 131:8-11; 131:19; 135:21-23; 141:6-9; 141:14-21; 156:1-2; 156:8-9; 156:11-14; 156:18-21; 156:23; 160:17-162:2; 162:18-23; 163:2-164:2; 167:18-168:13; 173:17-174:9; 174:8-16; 174:18-25; 176:9-19; 176:22-177:21; 178:18-179:2; 179:21-180:4 |
| Alan Christian | December 5, 2005 | 8: 21-25; 9: 2-5, 8-25; 10: 1-3, 10-25; 11: 1-25; 12: 1-23; 13: 1-25; 14: 1-25; 15: 1-3; 18: 4-25; 19: 1-12; 163: 9-23; 164: 2-5 |
| James Hunter Tighe | August 10, 2006 | 14: 18-22; 15: 4-16; 66: 19-25, 67: 1 |
| Paul A. Kempf | November 1, 2005 | 8: 20-23; 9: 2-15, 19-21; 10: 2-5, 12-25; 11: 1-25; 12: 1-25; 13: 12-15; 43: 19-21; 81:18-23 |
| Shawn Brewer | October 13, 2005 | 5:9-12; 7:3-14; 13:2-15:25 19:22-21:15; 23:19-24:19; 24:21-25:1; 25:6-25:22; 29:8-14; 29:24-31:19; 34:16-20; 36:13-37:3; 37:10-19; 40:2-21; 42:6-9; 42:18-23; 45:11-16; 46:14-22; 47:15-21; 48:14-49:15; 50:5-13; 50:21-51:3; 53:1-9; 53:11-15; 55:9-56:10; 62:4-22; 65:7-66:16; |

| | | |
|---|---|---|
| | | 73:3-24; 74:6-75:16; 76:5-78:24; 82:15-19; 85:22-86:11; 87:17-88:15; 89:4-15; 98:24-100:16; 100:21-101:4; 101:7-102:6; 103:4-20; 104:8-16; 105:1-6; 114:6-115:15; 115:18-20; 115:24-116:22; 117:1-20; 117:23-24; 118:5-7; 118:21-120:18; 131:21-134:1; 143:7-17; 143:20-22; 144:1-11; 147:2-5; 147:12-148:15; 148:25-150:4; 150:7-20; 152:11-18; 153:15-154:7; 154:11-155:3; 156:11-157:9; 158:20-23; 160:1-20; 161:5-9; 162:4-12; 162:24-163:5; 164:10-165:10; 165:14-19; 166:10-25; 167:24-168:7; 168:16-169:19; 169:23; 170:1-171:5; 171:8-171:13; 171:19-20; 171:22; 172:1-173:6; 175:1-176:22; 177:10-18; 177:20-178:17; 178:21-22; 179:3-21; 179:25-180:18; 180:21-181:3; 181:7-182:16; 183:7-184:4; 184:6-17; 186:17-25; 193:25-194:4; 194:7-11; 194:16-25; 195:9-12; 195:14-16; 196:19-22; 197:1-4; 197:7-9; 198:21-200:4; 217:5-10; 221:14-21 |
| Caspar F. Kovarick | January 31, 2007 | 7:8-14:25; 15:13-16:16; 17:12-19:21; 20:6-20:13; 20:16-22:10; 23:2-25:7; 25:10-25:14; 25:16-25:17; 26:4-26:22; 28:15-28:22; 29:23-30:1; 30:17-31:24; 35:3-35:18; 35:24-37:21; 38:3-42:8; 43:3-16; 45:4-11; 45:13-17; 45:20-22; 46:20-24; 47:2-48:18; 48:23-51:6; 59:7-60:14; 60:20-61:20; 61:22-25; 62:6-64:14; 65:9-13; 65:19-66:6; 66:13-67:15; 67:19-23; 68:1-6; 68:5-19; 68:21-23; 82:11-83:13; 85:1-16; 88:5-9; |

4

|  |  | 88:12-20 |
|---|---|---|
| Mary Eudy | January 31, 2007 | 7:8-10; 8:22-10:12; 11:24-15:6; 18:14-21:9; 22:15-23:14; 24:7-25:4; 25:13-26:10; 26:14-17; 29:17-21; 30:24-31:25 (ending with "meeting."); 38:9-21; 52:10-21; 52:23-53:20; 74:15-75:1; 75:7-76:2; 77:12-25; 80:7-21; 80:24-81:18; 81:23-83:2; 83:6-8; 84:4-15; 84:23-85:11; 85:14-86:12; 87:13-22 |