# VICTORY ENERGY
## Voyager Contracts (as of 2/13/07)

| Units | Customer / Project | Model | Job No. | Sold Date | Predicted Date | Actual Delivery Date | Steam Output |
|---|---|---|---|---|---|---|---|
| 2 | Abengoa Bio Energy Ravenna, Nebraska | VS-6-92 | 443 | 1/16/06 | | A=8/25/06 B=9/5/06 | 150,000 PPH |
| 1 | Sioux River Ethanol Hudson, SD | VS-4-68 | 444 | 2/24/06 | | 9/25/06 | 85,000 PPH |
| 1 | Iowa Ethanol Hanlontown, Iowa | VS-4-68 | 445 | 3/7/06 | | 9/22/06 | 85,000 PPH |
| 2 | Summit Ethanol Ohio | VS-5-80 | 446 | 3/7/06 | A=3/16/07 B=4/12/07 | | 120,000 PPH |
| 2 | Premier Ethanol Corning, Iowa | VS-5-80 | 490 | 3/7/06 | B=2/26/07 | A=2/2/07 | 120,000 PPH |
| 1 | Yuma Energy, LLC Yuma, Colorado | VS-5-106 | 504 | 4/12/06 | | 1/22/07 | 120,000 PPH |
| 1 | Conestoga Energy, LLC Garden City, KS | VS-6-92 | 502 | 4/13/06 | 4/5/07 | | 150,000 PPH |
| 2 | Conestoga Energy, LLC Liberal, KS | VS-6-92 | 503 | 5/25/06 | A=3/9/07 B=3/21/07 | | 150,000 PPH |
| 2 | White Energy Hereford, Texas | VS-6-92 | 517 | 5/09/06 | A=5/2/07 B=5/16/07 | | 150,000 PPH |
| 2 | Penford Products Co. Cedar Rapids, Iowa | VS-6-92 | 515 | 8/11/06 | | A=10/8/06 B=10/31/06 | 150,000 PPH |
| 3 | Great Plains Ethanol Chancellor, South Dakota | VS-4-68 | 528 | 6/14/06 | A=5/30/07 B=6/14/07 C=6/28/07 | | 85,000 PPH |
| 3 | REO Technical Levelland, Texas | VS-2-45 | 508 | 7/17/06 | A=6/19/07 B=7/03/07 C=7/17/07 | | 40,000 PPH |
| 2 | Hennepin Energy Hennepin, Illinois | VS-7-116 | 541 | 7/19/06 | A=5/7/07 B=5/21/07 | | 205,000 PPH |
| 11 | Cilion, Inc. Goshen, California | VS-4-68 | 540 | 8/13/06 | 5/3/07 To 11/15/07 | | 79,280 PPH |
| 2 | Ultimate Ethanol Indiana | VS-5-80 | 542 | 7/29/06 | A=06/29/07 B=7/13/07 | | 120,000 PPH |
| 2 | Plainview Bio-Energy Plainview, Texas (9 ppm) | VS-6-92 | 558 | 9/14/06 | A=7/02/07 B=7/16/07 | | 150,000 PPH |
| 1 | Kansas Ethanol Lyons, Kansas | VS-6-92 | 559 | 9/20/06 | 7/4/07 | | 150,000 PPH |
| 2 | Northeast Bio Fuels Fulton, New York | VS-5-80 | 562 | 930/06 | A=5/18/07 B=6/4/07 | | 125,000 PPH |
| 3 | Temple University Philadelphia, PA | VS-4-68 | 576 | 1/26/07 | A=9/24/07 B=10/8/07 C=10/15/07 | | 75,000 PPH |

VEO16691