

# "O" Type Steam Generators



## Project Reference List

MECS-I-0556

| Units | Customer/Project | Sold Date | Delivery Date | Steam Output | | Steam Conditions | |
|---|---|---|---|---|---|---|---|
| 2 | Heinz, Muscatine, Iowa | 9/25/02 | 10/01 | HP= | 75,000 PPH | 150 psig | Sat. |
| 1 | American Ordinance, Burlington, Iowa | 11/27/02 | 11/03 | HP= | 125,000 PPH | 350 psig | 550 deg. F. Superheated |
| 1 | Iowa Ethanol, LLC, Hanlontown, IA | 2/10/03 | 8/03 | HP = | 83,000 PPH | 225 psig | Sat. |
| 1 | Otter Creek Ethanol, Ashton, IA | 2/10/03 | 9/03 | HP = | 83,000 PPH | 225 psig | Sat. |
| 1 | Sioux River Ethanol, Huron, SD | 3/13/03 | 9/03 | HP = | 83,000 PPH | 225 psig | Sat. |
| 1 | Atofina Petrochemicals, Deer Park, TX | 6/13/03 | 12/03 | HP= | 50,000 PPH | 110 psig | Sat. |
| 1 | Roswell Park Hospital, Albany, NY | 5/16/03 | 01/03 | HP= | 50,000 PPH | 350 psig | Sat. |
| 1 | North Country Ethanol, Rosholt, SD | 2/12/04 | 4/04 | HP = | 85,000 PPH | 125 psig | Sat. |
| 1 | Nestle Purina, Allentown, PA | 1/20/04 | 5/04 | HP = | 60,000 PPH | 125 psig | Sat. |
| 2 | Occidental Chemicals, Deer Park, TX | | 7/04 | HP = | 75,000 PPH | 250 psig | 460 deg. F. Superheated |
| 1 | Logan Aluminum, Russellville, KY | 12/5/03 | 7/04 | HP = | 50,000 PPH | 400 psig | 575 deg F. Superheated |
| 2 | Ware Energy, Louisville, KY | 2/17/04 2/20/04 | 10/04 | HP = | 75,000 PPH | 300 psig | Sat. |
| 2 | Voyager Ethanol, Emmetsburg, IA | 2/17/04 | 9/04 | HP = | 83,000 PPH | 225 psig | Sat. |
| 2 | North Star Ethanol, Lake Crystal, MN | 2/19/04 | 1/05 | HP = | 83,000 PPH | 225 psig | Sat. |
| 1 | Dallas Ft. Worth Airport, Dallas, TX | 8/26/03 | 9/04 | HP = | 83,300 PPH | 125 psig | Sat. |
| 3 | Worcester Poly Tech, Worcester, MA | 4/26/04 | 4/05 | HP= | (2) 23,000 PPH (1) 12,000 PPH | 125 psig | Sat. |
| 1 | Sterling Ethanol, Sterling, Colorado | 4/16/04 | 12/04 | HP= | 150,000 PPH | 450 psig | 650 Deg. F. Superheat |
| 2 | Horizon Ethanol, Jewell, Iowa | 11/22/04 | 6/05 | HP= | 120,000 PPH | 250 psig | Sat. |
| 2 | Frontier Ethanol, Gowrie, Iowa | 11/22/04 | 6/05 | HP= | 120,000 PPH | 250 psig | Sat. |
| 1 | Toyo Tires, Kentucky | 1/28/05 | 4/05 | HP= | 20,000 PPH | 150 psig | Sat. |

MECS-I-0557

| Units | Customer/Project | Sold Date | Delivery Date | Steam Output | | Steam Conditions | |
|---|---|---|---|---|---|---|---|
| 1 | Ware Energy<br>Louisville, KY | 2/3/05 | 08/05 | HP= | 75,000 PPH | 350 psig | Sat. |
| 1 | Michigan Ethanol<br>Caro, Michigan | 1/14/05 | 06/05 | HP= | 85,000 PPH | 250 psig | Sat. |
| 1 | NASA<br>Houston, Texas | 3/7/05 | Sch. 04/06 | HP= | 60,000 PPH | 400 psig | 600 Deg. F. Superheated |
| 1 | Front Range Ethanol<br>Windsor, Colorado | | 10/05 | HP= | 120,000 PPH | 125 psig | Sat. |
| 1 | Idaho State University<br>Boise, Idaho | 2004 | 5/05 | HP= | 60,000 PPH | 250 psig | Sat. |
| 1 | City of Perham<br>Perham Resource Recovery<br>Perham, Minnesota | 6/22/05 | 11/05 | HP= | 70,000 PPH | 260 psig | Sat. |
| 2 | P.S.E & G<br>Hancock Bridge, NJ | 2/3/05 | 10/05 | HP= | 68,885 PPH | 175 psig | Sat. |
| 2 | Missouri Ethanol<br>Laddonia, MO. | 8/2/05 | 01/06 | HP= | 85,000 PPH | 125 psig | Sat. |
| 1 | Orchid Paper<br>Pryor, Oklahoma | 7/19/05 | 02/06 | HP= | 40,000 PPH | 250 psig | Sat. |
| 2 | VEO Stock/ Rental Units<br>Collinsville, OK | 7/19/05 | 06/06 | HP= | 75,000 PPH | 350 psig | Sat. |
| 3 | Sing Sing Correctional Facility<br>Ossining, New York | 10/14/05 | 04/06 | HP= | (2) 60,000 PPH<br>(1) 20,000 PPH | 250 psig | Sat. |
| 2 | Pinnacle Ethanol<br>Corning, Iowa | 10/6/05 | 06/06 | HP= | (2) 120,000 PPH | 250 psig | Sat. |
| 2 | Prairie Ethanol<br>Mitchell, South Dakota | 9/22/05 | 04/06 | HP= | (2) 120,000 PPH | 250 psig | Sat. |
| 2 | Indiantown Cogeneration<br>Indiantown, Florida | 9/20/05 | 05/06 | HP= | (2) 136,000 PPH | 350 psig | Sat. |
| 2 | Abengoa Bio Energy<br>Ravenna, Nebraska | 1/12/05 | 08/06 | HP= | (2) 150,000 PPH | 250 psig | Sat. |
| 1 | Sioux River Ethanol<br>Hudson, SD | 3/8/06 | 09/06 | HP= | (1) 85,000 PPH | 250 psig | Sat. |
| 1 | Iowa Ethanol<br>Hanlontown, Iowa | 3/8/06 | 09/06 | HP= | (1) 85,000 PPH | 250 psig | Sat. |
| 2 | Summit Ethanol<br>Ohio | 3/9/06 | Sch. 10/06 | HP= | (2) 120,000 PPH | 250 psig | Sat. |
| 2 | Premier Ethanol<br>Corning, Iowa | 3/9/06 | Sch. 12/06 | HP= | (2) 120,000 PPH | 250 psig | Sat. |

LA Expiry 1/17/06 [handwritten annotation next to Indiantown Cogeneration row]

MECS-I-0558

| Units | Customer/Project | Sold Date | Delivery Date | Steam Output | | Steam Conditions | |
|---|---|---|---|---|---|---|---|
| 1 | Yuma Energy, LLC Yuma, Colorado | 4/25/06 | Sch. 11/06 | HP= | (1) 120,000 PPH | 500 psig | 600 Deg. F. Superheat |
| 1 | Conestoga Energy, LLC Garden City, KS | 4/24/06 | Sch. 12/06 | HP= | 150,000 PPH | 250 psig | Sat. |
| 2 | Conestoga Energy, LLC Liberal, KS | 5/31/06 | Sch. 12/06 | HP= | 150,000 PPH | 250 psig | Sat. |
| 2 | White Energy Hereford, Texas | 5/15/06 | Sch. 12/06 | HP= | 150,000 PPH | 250 psig | Sat. |
| 2 | Penford Products Co. Cedar Rapids, Iowa | 4/26/06 | Sch. 10/06 | HP= | 150,000 PPH | 250 psig | Sat. |
| 3 | Great Plains Ethanol Chancellor, South Dakota | 6/14/06 | Sch. 01/07 | HP= | 85,000 PPH | 250 psig | Sat. |
| 3 | REO Technical Levelland, Texas | 7/07/06 | Sch. 01/07 | HP= | 40,000 PPH | 250 psig | Sat. |
| 2 | Hennepin Energy Hennepin, Illinois | 07/07/06 | Sch. 03/07 | HP= | 205,000 PPH | 250 psig | Sat. |
| 1 | Lifeline Foods St. Joe, Missouri | 6/14/06 | Sch. 10/07 | HP= | 75,000 PPH | 250 psig | Sat. |
| 11 | Cilion, Inc. Goshen, California | 07/2006 | Sch. 04/07 | HP= | 79,280 PPH | 450 psig | 490 Deg. F. Superheat |
| 2 | Ultimate Ethanol Indiana | 07/2006 | Sch. 05/07 | HP= | 120,000 PPH | 250 psig | Sat. |
| 2 | Plainview Bio-Energy Plainview, Texas (9 ppm) | 09/2006 | Sch. 04/07 | HP= | 150,000 PPH | 250 psig | Sat. |
| 1 | Kansas Ethanol Lyons, Kansas | 09/2006 | Sch. 06/07 | HP= | 150,000 PPH | 250 psig | Sat. |
| 2 | Northeast Bio Fuels Fulton, New York | 09/2006 | Sch. 04/07 | HP= | 125,000 PPH | 250 psig | Sat. |
| 1 | Kansas Ethanol | 09/2006 | Sch. 06/07 | HP= | 150,000 PPH | 250 psig | Sat. |
| 96 | | | | | | | |

MECS-I-0559