**KOVARIK, CAP F [STL]**

| | |
|---|---|
| **From:** | EUDY, MARY R [STL] |
| **Sent:** | Wednesday, November 01, 2006 11:24 AM |
| **To:** | KOVARIK, CAP F [STL]; SMITH, TONY [STL]; BURK, JOHN C [STL]; STEIBEL, LARRY E [STL] |
| **Subject:** | FW: 10-31-06/Victory |



Vendor Audit
Checklist 10-31-0...

FYI

-----Original Message-----
From: CARLTON, RICK M [STL]
Sent: Wednesday, November 01, 2006 11:16 AM
To: EUDY, MARY R [STL]
Subject: FW: 10-31-06/Victory


Attached is the shop audit report for Victory Energy.

Parrish inspection president, Sonny Parrish, called and gave two names of individuals in the Conoco-Phillips organization who may shed light on he perceived to be some major quality and scheduling issues experienced by Conoco-Phillips with Victory Energy. He asked that his name not be used as he (Sonny Parrish) doesn't want to be called into court by Victory Energy for slandering their company.
The Conoco-Phillips contacts are:

Duane Zurich - buyer for 'Technip', acting purchasing agent for Conoco-Phillips - PH: 281-249-2300
David McNitter - (heavy Scottish accent) - direct employee of Conoco-Phillips  - PH: (same as above)


-----Original Message-----
From: tim freed [mailto:t.freed@cox.net]
Sent: Wednesday, November 01, 2006 11:06 AM
To: CARLTON, RICK M [STL]
Subject: RE: 10-31-06/Victory




Rick,

Please find attached Victory Energy audit.

Thanks,

Tim Freed
Parrish Inspection Co.
6714 Silver Oak Drive
Tulsa, Oklahoma 74107
Phone - 918-398-8367
Cell - 918-855-0041
Fax - 918-445-3759
ictf@cox.net

**EXHIBIT**

**P – 383**

# ENVIRO-CHEM SYSTEMS, INC.
## P.O. BOX 14547, ST. LOUIS, MO 63178
## PH: (314) 275-5964  FX: 314-469-8822

# VENDOR/CONTRACTOR AUDIT CHECKLIST

**FABRICATOR NAME:** Victory Energy         **DATE OF AUDIT** 10-31-06

**ADDRESS:**       10701 E 126th Street North
                   Collinsville, Ok 74021

**CONTACT NAME/TITLE:** John Viskup/President and Victor Stephens /Q.C. Manager

**PHONE NUMBER:** 918-274-0023    **FAX NUMBER:** 918-371-0005

**EMAIL ADDRESS:** vstephens@victory energy.com

**FORTE / SPECIALTY:** Package boilers and HRSG

**AUDITOR(S):** Kevin Phillips

**AUDIT SUMMARY:**
- Shop survey was completed with all comments acceptable but the writer was contacted by several respectable sources that have advised the writer that Victory may look good on the surface, however, they have had numerous problems with the shop and advise not to place work in this shop unless expected to provide full time inspection.

## VENDOR RATING

Rating Key:
1. No commitment, no plan, no system. Functioning poorly.
2. Committed, but not started. Functioning poorly.
3. Minimum programs in place. Functioning moderately well.
4. Basic systems used routinely. Functioning well.
5. Well-planned and executed systems.

| Performance Area | Weight | Rating |
|---|---|---|
| Facilities, Work Flow |  | 4 |
| Engineering, Design, Drafting |  | 4 |
| Scheduling, Expediting, Production Planning |  | 4 |
| Management, Sales Organization, Employee Relationship |  | 4 |
| Inspection, Testing, Quality Control |  | 4 |
| Financials |  | 4 |

Overall Rating (total of ratings times weights)

MECS-I-1070

3. What is fabricators product liability insurance coverage?
   - unknown
4. Has fabricator been audited lately?
   - unknown

### CORPORATE CHAIN OF COMMAND

TITLE: ___PRESIDENT___  NAME: JOHN VISKUP JR

PHONE: 918-382-4803  CELL: 918-269-8373

EMAIL: jviskup@victoryenergy.com

TITLE: ___VICE PRESIDENT___  NAME: N/A

PHONE:_____  FAX:

EMAIL:_____

TITLE: ___CFO___  NAME: MATT CLINTON

PHONE: 918-274-0023  FAX: 918-371-0005

EMAIL: _____ mclinton@victoryenergy.com

TITLE: ENGINEERING MANAGER  NAME: TRENT MILLER

PHONE:_____  FAX:

EMAIL: tmiller@victoryemergy.com

TITLE: PURCHASING MANAGER  NAME: TIM BURKE

PHONE:_____  FAX:_____

EMAIL: tburke@victoryenergy.com

TITLE: Q. C. MANAGER  NAME: VICTOR STEPHENS

PHONE:_____  FAX:_____

EMAIL: vstephens@victoryenrgy.com

TITLE: SHIPPING MANAGER  NAME: BRIGET BOGS

PHONE:_____  FAX:_____

EMAIL: _____

TITLE: <u>CHIEF ESTIMATOR</u>            NAME: <u>DON JACKSON</u>

PHONE: _____            FAX: _____

EMAIL: _____

TITLE: <u>OFFICE MANAGER</u>            NAME: <u>MARK WHITE</u>

PHONE: _____            FAX: _____

EMAIL: _____