**Williams, Robert**

---

| | |
|---|---|
| **From:** | ecf_intake_pawd@pawd.uscourts.gov |
| **Sent:** | Friday, December 15, 2006 11:46 AM |
| **To:** | pawd_ecf@pawd.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-00325-SJM INDECK KEYSTONE v. VICTORY ENERGY "Status Conference" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Western District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from nk, entered on 12/15/2006 at 11:46 AM EST and filed on 12/15/2006

**Case Name:**     INDECK KEYSTONE v. VICTORY ENERGY
**Case Number:**     1:04-cv-325
**Filer:**
**Document Number:**

**Docket Text:**
Text Minute Entry for proceedings held before Judge Sean J. McLaughlin : Status Conference held on 12/15/2006. Defendant shall 60 days from today Respond to the Document Request; 20 days thereafter the Plaintiff shall file a supplemental Pretrial Statement with expert reports; 20 days upon receipt of supplemental Pretrial Statement Defendans shall file their supplemental Pretrial Statements with expert reports. The Pretrial Conference scheduled on 12/27/06 is CANCELLED. The court will notify the parties as to when pretrial conference will be scheduled as we get closer to the May 7, 2007 trial term. This case is scheduled for May 7, 2007. Text-only entry; no PDF document will issue. This text-only entry constitutes the Court's order or notice on the matter.(Court Reporter Janis Ferguson.)(nk)

The following document(s) are associated with this transaction:

**1:04-cv-325 Notice will be electronically mailed to:**

John K. Gisleson     jgisleson@schnader.com

G. Jay Habas     gjhabas@mdwcg.com, efile@mdwcg.com

Christopher T. Sheean     sheean@wildmanharrold.com, bruhnke@wildmanharrold.com

Keith E. Whitson     kwhitson@schnader.com, grodgers@schnader.com; emiller@schnader.com

Robert J. Williams     rwilliams@schnader.com

**1:04-cv-325 Filer will deliver notice by other means to:**

2/28/2007