## Williams, Robert

| | |
|---|---|
| **From:** | Gisleson, John |
| **Sent:** | Tuesday, February 20, 2007 5:47 PM |
| **To:** | 'Sheean, Christopher' |
| **Cc:** | Williams, Robert |
| **Subject:** | IKE v. VEO/VEO Document Production |

Chris --

We need an answer on the issue of supplemental production of the Voyager documents I requested in my 2/1 letter. We will need to file a motion to compel if VEO refuses production.

If there are 5 completed boilers, there should be five complete sets of drawings. As you know, there generally are differences in designs depending on the size of the boiler, while different customers may have different specifications. As a result, we need complete drawings sets for each boiler sold.

As shown during the MECS depositions, VEO used proposals substantially similar to the Keystone proposals (and in certain sections of the proposals the verbatim language). We want to show that this was not an isolated event, as well as determine whether there are other proposals that contain information supporting a finding of copying of the Keystone designs.

The cost information recently produced also is inadequate. There should be (among other things) estimate sheets prepared by VEO in developing costs, which were not there. Those estimates are important in assessing profit margins and comparing final to predicted costs. It defies logic that VEO was guessing when it developed bid prices; it must have created estimating/pricing sheets to develop its final prices offered to customers.

Please advise. Thanks.

                                                                John

John K. Gisleson
Schnader Harrison Segal & Lewis LLP
Fifth Avenue Place, Suite 2700
120 Fifth Avenue
Pittsburgh, PA 15222-3001
Email: JGisleson@Schnader.com
Phone: 412-577-5216
Cell: 412-302-7323
Private Fax: 412-577-5188
General Fax: 412-765-3858

www.schnader.com

THIS EMAIL (INCLUDING ANY ATTACHMENTS) IS INTENDED SOLELY FOR THE ADDRESSEES AND FOR THE PURPOSES DESCRIBED HEREIN. ALL RIGHTS WITH RESPECT TO PRIVILEGED OR CONFIDENTIAL INFORMATION AND IN ALL EVENTS ARE RESERVED. PERSONS RECEIVING THIS EMAIL BY MISTAKE SHOULD RETURN IT TO THE SENDER AND DESTROY ANY COPIES.

2/27/2007