UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | CIVIL ACTION<br><br>NO. 04-CV-325 (ERIE)<br><br>Judge Sean J. McLaughlin |

## DISCOVERY DISPUTE CERTIFICATE

Undersigned Counsel hereby certifies that he and his partner have made good faith efforts to confer with opposing counsel and resolve the outstanding discovery disputes, but has been unable to reach a resolution. The efforts are outlined in detail in the attached Motion, but include numerous communications by phone and email.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/   Robert J. Williams
　　　　　　　　　　　　　　　　　Robert J. Williams (Pa. ID. No. 76139)
　　　　　　　　　　　　　　　　　SCHNADER HARRISON SEGAL & LEWIS LLP
　　　　　　　　　　　　　　　　　Fifth Avenue Place
　　　　　　　　　　　　　　　　　120 Fifth Avenue, Suite 2700
　　　　　　　　　　　　　　　　　Pittsburgh, PA  15222-3001
　　　　　　　　　　　　　　　　　Telephone: 412-577-5200
　　　　　　　　　　　　　　　　　Facsimile: 412-765-3858