| | |
|---|---|
| Date: April 09, 2004<br>To: Victory Energy Operations, LLC<br>P.O. Box 638<br>302 East 5th Ave<br>Owasso, OK  74055<br><br>Attn: Mr. John C. Viskup, Jr.<br>Tel: 918-274-0023/918-274-0059<br>Ship To: Worcester Polytechnic<br>Institute<br>100 Institute Road<br>Worcester, MA 01609-2280<br><br>Tag: WPI Boiler #1, #2, #3 | **Purchase Order**<br> **J.C. Higgins** *An EMCOR Company*<br>70 Hawes Way<br>Stoughton, MA  02072<br>tel: 781-341-1500<br>fax: 781-344-6075<br><br>Purchase Order No: 2220      This is: Original Order ☒<br>Job No: 24013H                        Confirming Order ☐<br>Cost Code: 4205                       *(DO NOT DUPLICATE)*<br><br>NOTE: Carrier is to notify J.C. Higgins Corp 48 hours before delivery.<br>Please call:                                at:<br>Required Delivery Date:  SEE P.O. ATTACHMENT<br><br>*This order is freight allowed to job-site.  All shipments are to be prepaid freight.* |

EACH PURCHASE ORDER MUST HAVE A SEPARATE INVOICE RENDERED IN DUPLICATE. A BILL OF LADING MUST BE SENT TO US THE SAME DAY SHIPMENT IS MADE. OUR PURCHASE ORDER NUMBER MUST APPEAR ON YOUR INVOICE TO US. INVOICES NOT RECEIVED BY US BY THE LAST OF THE MONTH FOLLOWING DATE OF DELIVERY WILL BE TREATED IN ALL RESPECTS AS THE FOLLOWING MONTHS INVOICES. ACKNOWLEDGE RECEIPT AND ACCEPTANCE OF THIS ORDER PROMPTLY. THE TERMS AND CONDITIONS ON THE REVERSE OF THIS PURCHASE ORDER ARE MADE A PART HEREOF.

Furnish boiler/burner package per specifications and drawings dated 8/10/03, Addendum #2, Section 1&2 dated 10/28/03, as prepared by Shooshanian Engineering, Inc., per Section 15510 and related mechanical, plumbing and fire protection sections for the project entitled Worcester Polytechnic Institute Boiler Plant Project and approved shop drawings. See Victory Energy proposal #VE-1766.R3, dated 2/24/04. Included is Exhibit "A-1" as part of this purchase order.

MA Sales Tax Exempt #E-042-121-659 applies on this project. See attached ST-2 and ST-5C.

Job Cost Code #24013H-4205 must appear on all invoices in order to be processed for payment.

*OUR PO # MUST BE ON YOUR INVOICE TO AVOID DELAYING THE PAYMENT*

Submit: 10 copies each of shop drawings. This order is subject to approval by the Engineer and Architect.
NOTE: All drawings are to be marked with the Job Name and Job Address and **Must include dimensions, ratings and recommended wiring diagrams. DO NOT fabricate until Approval has been received.**

Provide: 6 copies of "Installation, Operation and Maintenance Manuals to J.C. Higgins Corp. This order will NOT be considered complete nor will payment be made until these manuals are received by

J.C. Higgins Corp reserves the right to cancel this order if the items specified are not delivered or shipped at the time promised.

Company: J.C. Higgins Corp

By: _____
Charles F. Sullivan, Jr.,
Title: Sr. Project Manager

Acknowledged and Accepted:
Company:

By: _____  5/10/04
        Signature                              Date
        John C. Viskup, Jr.
        Print Name
        PRESIDENT
        Title

☐ Original   ☐ Acknowledgement   ☐ Accounting   ☐ Project   ☐ File          Form: PO-001