```
 1              IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 2

 3
    INDECK KEYSTONE ENERGY,    )
 4  LLC, a Delaware limited    )
    liability company,         )  CONFIDENTIAL
 5                             )
            Plaintiff,         )  CIVIL ACTION
 6                             )
    vs.                        )  No. 04-CV-325E
 7                             )
    VICTORY ENERGY OPERATIONS, )  Judge Sean J. McLaughlin
 8  LLC, a Delaware limited    )
    liability company,         )
 9                             )
            Defendant.         )
10

11

12                    CORRECTIONS TO:

13      The videotape deposition of MARK WHITE taken on

14  behalf of the Plaintiff before Pamela B. Stinchcomb,

15  Certified Shorthand Reporter in and for the State of

16  Oklahoma, on the 1st day of February, 2006, in the

17  City of Tulsa, State of Oklahoma, pursuant to the

18  stipulations of the parties.

19

20

21
              PAMELA B. STINCHCOMB, CSR #1544
22               DAVIDSON REPORTING SERVICE
                 5508 South Lewis Avenue
23               Tulsa, Oklahoma  74105
                      (918) 745-9959
24

25
```

```
 1            CORRECTIONS TO THE DEPOSITION OF
                         MARK WHITE
 2            Deposition taken on February 1, 2006
     Re:  Indeck Keystone Energy, LLC, v. Victory Energy
 3   Operations, LLC
            Case No. 04-CV-325E
 4
     Page    Line     Change Requested      Reason Therefor
 5

 6                    SEE ATTACHED

 7

 ...

18
                          _____/s/ Mark White_____
19
20                              MARK WHITE

21              Subscribed and sworn to before me this
     6th   day of March       , 2006.
22
                          _____Stephanie Franklin_____
23                                 Notary Public

24   My commission expires September 13, 2009

25
     Pamela B. Stinchcomb, CSR
```

[Notary Seal: Stephanie Franklin, Notary Public, Comm. No. 05008542, Exp. Sept. 13, 2009, State of Oklahoma, Tulsa County]

## CORRECTIONS to the DEPOSITION OF MARK WHITE
*Indeck Keystone Energy, LLC v. Victory Energy Operations, LLC*
Case No. 04-CV-325E
Taken: 2/1/06

| **Page** | **Line** | **From** | **To** |
|---|---|---|---|
| 62 | 23 | even | given |
| 82 | 17 | inco | industry |
| 82 | 21 | for example, a victory | for example, **at** a victory |
| 82 | 25 | inco | industry |
| 85 | 20 | filed a amended or request | sent amended request |
| 131 | 18 | watching the – including my son | watching the men --- including my son |
| 132 | 5 | room | drum |
| 151 | 8 | The fine aspect per unit. | Define aspect ratio per unit. |
| 194 | 8 | CL [sic] | seal |
| 197 | 18 | blinds | Heinz |
| 202 | 13 | Hinds | Heinz |
| 210 | 13 | Alburg | Aalborg |