### Witnesses by Live Appearance

| Name | Address | Telephone | Purpose |
|---|---|---|---|
| John Viskup | 10701 E. 126th St. N. Collinsville, OK 74021 | (918) 274-0023 | Liability and Damages |
| Mark White | 10701 E. 126th St. N. Collinsville, OK 74021 | (918) 274-0023 | Liability and Damages |
| Trent Miller | 10701 E. 126th St. N. Collinsville, OK 74021 | (918) 274-0023 | Liability |
| Carl Logan | 10701 E. 126th St. N. Collinsville, OK 74021 | (918) 274-0023 | Liability |
| Shawn Brewer | 1237 Fundi Road Venice, FL 34293 | | Liability |
| Christos Petcos | Indeck Keystone Energy LLC 5451 Merwin Lane Suite 100 Erie, PA 16510 | (814) 464-1201 | Liability and Damages |
| Martin R. Swabb | Indeck Keystone Energy LLC 5451 Merwin Lane Suite 100 Erie, PA 16510 | (814) 464-1213 | Liability |
| Robert Seibel | 5650 Gardner Drive Erie, PA 16509 | (814) 864-0892 | Liability |
| Terry Pawlowski | Indeck Keystone Energy LLC 5451 Merwin Lane Suite 100 Erie, PA 16510 | (814) 464-1200 | Liability |
| Jay McConaughy | 5300 Knowledge Parkway, Suite 200 Erie, PA 16510 | (877) 225-2674 | Liability |
| Robert Gdaniec | 5300 Knowledge Parkway, Suite 200 Erie, PA 16510 | (877) 225-2674 | Liability |
| Steve Bernatowicz | 5875 Lunger Road Erie, PA 16510 | | Liability |
| Theodore C. Fuhrman, Jr. | 5300 Knowledge Parkway, Suite 200 Erie, PA 16510 | (877) 225-2674 | Liability |
| Michael Brecker | 271 Green St. Westminster, MD 21157 | (410) 259-4894 | Liability |

| Name | Address | Telephone | Purpose |
|---|---|---|---|
| Ian Milligan | 895 Don Mills Rd, Suite 210, Tower 2 Toronto Ontario, m3c1w3 | (416) 970-7215 | Liability |
| Paul F. Miller | 12 Gem Drive Ellington, CT 06029 | (860) 614-2897 | Liability Expert Testimony |
| Scott A. Stringer | UHY Advisors 15 Sunnen Drive, Suite 100 St. Louis, MO 63143 | (314) 615-1467 | Damages Expert Testimony |
| Joseph Durante | Indeck Keystone Energy LLC 5451 Merwin Lane Suite 100 Erie, PA 16510 | (814) 464-1200 | Damages |
| Jere Niminski | Indeck Keystone Energy LLC 5451 Merwin Lane Suite 100 Erie, PA 16510 | (814) 464-1200 | Damages |