UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiff<br><br>v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>Defendant. | CIVIL ACTION<br><br>No. 04-CV-325E<br><br>Judge Sean J. McLaughlin |

### DEFENDANT'S DESIGNATIONS OF ALAN CHRISTIAN DEPOSITION

| Page : Lines | Page : Lines |
|---|---|
| 5:13 – 24 | 108:24 – 109:15 |
| 13:14-14:13 | 125:10 – 126:11 |
| 15:23 – 17:12 | 126:17 – 126:24 |
| 20:21 – 21:17 | 127:12 – 128:3 |
| 25:11 – 19 | 129:18 – 20 |
| 29:21 – 31:16 | 129:22 – 130:4 |
| 32:11 – 33:15 | 137:16 – 138:16 |
| 34:8 – 38:12 | 140:21 – 141:3 |
| 39:13 – 40:8 | 141:8 – 143:5 |
| 40:18 – 44:12 | 144:18 – 145:9 |
| 46: 12 – 24 | 162:20 – 163:8 |
| 48:2 – 49:23 | 164:6 – 164:21 |
| 55:20 – 56:04 | 167:6 – 9 |
| 64:23 – 65:9\ | 172:9 – 25 |
| 71:4 – 72:5 | 175:14 – 176:16 |
| 75:2 – 75:13 | 177:24 – 178:6 |
| 76:25 – 79:15 | |
| 84:3 – 86:15 | |
| 92:1 – 94:3 | |

**DEFENDANT'S DESIGNATIONS OF STEPHEN YOUNG KANG DEPOSITION**

| Page : Lines | Page : Lines |
|---|---|
| 15:16 – 17:23 | 54:1 – 9 |
| 18:1 – 6 | 57:19 – 58:24 |
| 18:18 – 20:15 | 59:25 – 60:24 |
| 20:20 – 23:6 | 67:13 – 68:6 |
| 24:1 – 27:3 | 71:24 – 73:16 |
| 28:3 – 30:12 | 73:20 – 74:2 |
| 31:16 – 33:16 | 76:22 – 77:25 |
| 36:4 – 37:4 | 78:15 – 78:19 |
| 38:9 – 16 | 87:4 – 87:10 |
| 39:4 – 9 | 99:7 – 101:2 |
| 42: 15 – 47:3 | 126:25 – 129:24 |
| 50:12 – 53:23 | |

**DEFENDANT'S DESIGNATIONS OF JAMES HUNTER TIGHE, II DEPOSITION**

| Page : Lines | Page : Lines |
|---|---|
| 12:13 – 14:8 | 41: 3 - 11 |
| 15:4 – 17:1 | 42:2 – 44:13 |
| 18:13 – 15 | 45:8 – 46:21 |
| 19:13 – 20:17 | 48:13 – 21 |
| 22:12 – 23:22 | 50:21 – 52:3 |
| 24:20 – 25:15 | 52:9 – 19 |
| 25:23 – 25 | 53:8 – 55:2 |
| 26:3 – 27:12 | 55:11 – 23 |
| 27:18 – 21 | 58:3 – 59:23 |
| 31:7 – 9 | 67:13 – 68:24 |
| 38:5 – 12 | 69:5 - 9 |
| 38:25 – 40:18 | |

**DEFENDANT'S DESIGNATIONS OF DARREN BRENT STEPHENSON DEPOSITION**

| Page : Lines | Page : Lines |
|---|---|
| 10:19 – 11:22<br>12:6 – 14:1<br>14:22 – 15:1<br>15:7<br>15:10<br>15:13 – 16:14 | 17:2 – 6<br>17:19 – 18:13<br>20:19 – 22:17<br>22:23 – 23:6<br>26:22 – 27:22<br>28:7 - 15 |

**DEFENDANT'S DESIGNATIONS OF JEFFREY S. COALE DEPOSITION**

| Page : Lines | Page : Lines |
|---|---|
| 32:6 – 33:7<br>33:11 – 34:6<br>34:9 – 34:19<br>34:22 – 35:6<br>36:6 – 14<br>38:7 – 13<br>41:12 – 42:1 | 71:12 – 76:7<br>77:8 – 80:20<br>81: 84:18<br>86:6 – 87:17<br>107:14 – 111:20 |

**DEFENDANT'S DESIGNATIONS OF PAUL A. KEMPF, P.E. DEPOSITION**

| Page : Lines | Page : Lines |
|---|---|
| 7:11 – 13<br>13:9 – 25<br>16:13 – 18:23<br>19:2 – 20:3<br>21:17 – 29:4<br>31:3 – 6<br>31:24 – 32:14<br>33:4 – 25<br>37:23 – 39:14 | 40:3 – 11<br>46:22 – 47:8<br>48:8 – 49:19<br>51:15 – 52:7<br>54:16 – 55:13<br>56:11 – 58:10<br>61:5 – 67:21<br>71:21 – 73:22<br>97:20 – 98:16 |

**DEFENDANT'S DESIGNATIONS OF CASPAR F. KOVARIK, JR. DEPOSITION**

| Page : Lines | Page : Lines |
|---|---|
| 7:21 – 9:6 | 69:6 – 72:16 |
| 10:11 – 11:15 | 72:20 – 73:8 |
| 16: 3 – 16:24 | 76:5 – 76:19 |
| 17:21 – 18:16 | 78:18 – 79:16 |
| 22:11 – 30:14 | 79:19 – 80:10 |
| 36:14 – 37:3 | 80:18 – 81:10 |
| 51:7 – 51:12 | 87:3 – 87:25 |
| 54:19 – 55:6 | |
| 58:19 – 59:6 | |

**DEFENDANT'S DESIGNATIONS OF JOHN C. BURK, JR. DEPOSITION**

| Page : Lines | Page : Lines |
|---|---|
| 16:4 – 16:22 | 36:12 – 38:19 |
| 18:18 – 19:11 | 40:6 – 45:5 |
| 19:23 – 20:3 | 45:9 – 45:18 |
| 20:13 – 20:19 | 59:10 – 60:23 |
| 22:4 – 22:10 | 64:12 – 66:11 |
| 22:19 – 23:16 | 71:1 – 72:18 |
| 24:17 – 24:25 | 72:23 – 74:2 |
| 26:2 – 34:15 | |

**DEFENDANT'S DESIGNATIONS OF MARY EUDY. DEPOSITION**

| Page : Lines | Page : Lines |
|---|---|
| 11:24 – 12:14 | 34:18 – 35:20 |
| 13:23 – 14:9 | 36:4 – 36:19 |
| 18:14 – 18:20 | 38:9 – 38:21 |
| 19:15 – 21:19 | 39:25 – 40:21 |
| 22:10 – 22:14 | 41:16 – 46:16 |
| 24:7 – 25:4 | 47:7 – 48:19 |
| 25:20 – 26:10 | 62:3 – 62:22 |
| 27:13 – 28:1 | 71:9 – 71:12 |
| 28:12 – 30:8 | 72:9 – 73:4 |
| 30:17 – 31:5 | 93:12 – 95:5 |