# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

The following cases are listed for trial beginning on **May 7, 2007**, before the Honorable Sean J. McLaughlin, in Courtroom C, 2nd Floor, U.S. Federal Building and Courthouse, Erie, Pennsylvania

When cases are called for trial between **May 7, 2007  and June 4, 2007**, counsel are to be prepared to select a jury and proceed to trial.  Counsel will not be required to try cases back to back, however, the order of selection is subject to change based on expected trial length and the availability of jurors.  Counsel are directed to keep the Clerk notified if there is any change in the status of each case.  The order for selection is as follows:

| | | |
|---|---|---|
| **CA 04-325 E** | **Indeck Keystone Energy, LLC v. Victory Energy Operations  LLC.,** | **Gisleson,Sheenan** |
| CA 04-249 E | Tiny Linquist v. Heim L.P., | Hartman, Robinson |
| CA 05-362 E | Lisa McMillen v. Girard School District, et. al., | Filippi, Kuhar |
| CA 06-96 E | ARA Construction Corp. v. Dana Park Irish Pubs, LLC., et. al., | Merchant, Delaney |
| CA 06-45 E | Michael J. Coppella, et. al., v. Nancy Plows | Behling, Bliss |
| CA 06-64 E | Edward P. Vereb v. County of Erie, PA, et. al., | Cordes, Lanzillo |
| CA 06-4 E | Robert Hoover, et. al., v. Rene St. Cyr., et. al., | Kuftic, Clemente |

IMMEDIATELY UPON RECEIPT OF THIS NOTICE, COUNSEL FOR THE GOVERNMENT ARE TO ISSUE APPROPRIATE WRITS OF HABEAS CORPUS TO THE U.S. MARSHAL SERVICE FOR ANY AND ALL OUT OF STATE DEFENDANTS OR WITNESSES

Nicole M. Kierzek
Courtroom Deputy to Judge Sean J. McLaughlin

cc: All counsel