UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-325 Erie |
| | ) |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin |
| | ) |
| Defendant | ) |

## ORDER

AND NOW, this _____ day of April, 2007, the Defendant's Motion for Pretrial Finding that the Uniform Trade Secret Act is Inapplicable or, Alternatively, Striking Plaintiff's Claims for Unfair Competition and Unjust Enrichment is granted and this Court hereby finds that the Pennsylvania Uniform Trade Secret Act is Inapplicable to the case at bar and Count IV of Plaintiff's complaint is hereby denied and stricken.

_____
Sean J. McLaughlin
United States District Judge