UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-325 Erie |
| ) | |
| VICTORY ENERGY OPERATIONS ) | Judge Sean J. McLaughlin |
| LLC, ) | |
| ) | |
| Defendant ) | |

## ORDER

AND NOW, this _____ day of April, 2007, the Defendant's Motion for Pretrial Finding that the Uniform Trade Secret Act is Inapplicable or, Alternatively, Striking Plaintiff's Claims for Unfair Competition and Unjust Enrichment is granted and this Court hereby finds that the Pennsylvania Uniform Trade Secret Act is Applicable to the case at bar and pre-empts Plaintiff's claims of Unfair Competition (Count V) and Unjust Enrichment (Count VI) to the extent that such claim are based on the alleged misappropriation of IKE trade secrets.

_____
Sean J. McLaughlin
United States District Judge