UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-325 Erie |
| | ) |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin |
| | ) |
| Defendant | ) |

## ORDER

AND NOW, this _____ day of April, 2007, the Defendant's Motion for Pre-Trial Finding that the License Agreement Did Not Prohibit the Use of Technical Information After Expiration of the Agreement is granted and this Court hereby finds that the License Agreement did not prohibit VEO's use of Technical Information after expiration of the License Agreement.

_____
Sean J. McLaughlin
United States District Judge