UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-325 Erie |
| | ) |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin |
| | ) |
| Defendant | ) |

## ORDER

AND NOW, this _____ day of April, 2007, the Defendant's Motion for Pretrial Finding that Plaintiff's Misappropriation of Trade Secret Claim Cannot Be Based on Alleged Copying of Language Included in Proposals or Drawings That IKE Placed in the Public Domain is granted and this Court hereby finds that Counts IV (Pennsylvania Uniform Trade Secret Act), V (Unfair Competition), and VI (Unjust Enrichment) of IKE's Complaint cannot be based upon VEO's alleged copying of language included in drawings or proposals that IKE placed in the public domain.

_____
Sean J. McLaughlin
United States District Judge