UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-325 Erie |
| ) | |
| VICTORY ENERGY OPERATIONS ) | Judge Sean J. McLaughlin |
| LLC, ) | |
| ) | |
| Defendant ) | |

## ORDER

AND NOW, this _____ day of April, 2007, the Defendant's Motion for Pre-Trial Finding That IKE Must Establish "Willful Infringement" Upon Its Mark In Order To Recover Damages for Trademark Dilution is granted and this Court hereby finds that IKE must establish "Willful Infringement" upon its mark in order to recover damages for trademark dilution.

_____
Sean J. McLaughlin
United States District Judge