```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
     ERIE Division

# 07000297 - JD 90
   April 24, 2007


Code    Case #     Qty      Amount

PRO HAC  CA-04-325E   1 @   40.00
                            40.00 CC
PRO HAC  CA-04-325E   1 @   40.00
                            40.00 CC


TOTAL→                      80.00



FROM: G. JAY HABAS
      MARSHAL LAW OFFICE
```

PHV
BRIAN LEWIS
MATTHEW GARRETT

80⁰⁰

receipt #
07000297