# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| INDECK KEYSTONE<br>ENERGY, LLC, a Delaware limited liability<br>company,<br><br>      Plaintiff,<br><br>   v.<br><br>VICTORY ENERGY<br>OPERATIONS, LLC, a Delaware limited<br>liability company,<br><br>      Defendant. | CIVIL ACTION<br><br>No. 04-CV-325 (ERIE)<br><br>Judge Sean J. McLaughlin |

## O R D E R

AND NOW, this _____ day of April, 2007, upon consideration of

Defendant's Motion For Ruling That The Court Has The Discretion To Award Damages, And

To Determine The Appropriate Measure Of Damages, Memorandum in Opposition thereto, it is

hereby ORDERED, DECREED and ADJUDGED that Defendant's Motion is DENIED.

BY THE COURT:

_____

McLaughlin, J.