UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, | : CIVIL ACTION<br>: <br>: No. 04-CV-325 (ERIE)<br>: <br>: Judge Sean J. McLaughlin |
| Plaintiff, | : |
| v. | : |
| VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, | : |
| Defendant. | : |

## O R D E R

AND NOW, this _____ day of April, 2007, upon consideration of Defendant's Motion for Ruling Denying and Striking IKE's Reverse Passing Off Claims, and the Memorandum in Opposition thereto, it is hereby ORDERED, DECREED and ADJUDGED that Defendant's Motion is DENIED.

BY THE COURT:

_____
McLaughlin, J.