UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, <br><br> Defendant. | CIVIL ACTION <br><br> No. 04-CV-325 (ERIE) <br><br> Judge Sean J. McLaughlin |

## **O R D E R**

AND NOW, this _____ day of April, 2007, upon consideration of Plaintiff's Motion For Legal Determination that Licensor Had the Right to Revoke Consent to Deviate From Annex I, it is hereby ORDERED, DECREED AND ADJUDGED that Plaintiff's Motion is GRANTED.

BY THE COURT:

_____
McLaughlin, J.