**United States Patent and Trademark Office**
Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help 

**Assignments on the Web > Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments:** 10
**Serial #:** 71607074    **Filing Dt:** 11/29/1950    **Reg #:** 0554723    **Reg. Dt:** 02/12/1952
**Registrant:** ERIE CITY IRON WORKS
**Mark:** KEYSTONE

**Assignment: 1**
**Reel/Frame:** 0214/0891    **Received:**    **Recorded:** 01/25/1972    **Pages:** 1
**Conveyance:** ASSIGNS THE ENTIRE INTEREST, AND THE GOOD WILL, AS OF JAN. 1, 1966.
**Assignor:** ERIE CITY IRON WORKS    **Exec Dt:** 01/20/1972
                                       **Entity Type:** UNKNOWN
                                       **Citizenship:** NONE
**Assignee:** ZURN INDUSTRIES, INC.    **Entity Type:** CORPORATION
            1801 PITTSBURGH AVE.    **Citizenship:** PENNSYLVANIA
            ERIE, PENNSYLVANIA
**Correspondent:** RALPH HAMMAR
                501 G. DANIEL BALDWIN BLDG.
                ERIE, PA 16501

**Assignment: 2**
**Reel/Frame:** 1555/0945    **Received:** 02/20/1997    **Recorded:** 02/12/1997    **Pages:** 8
**Conveyance:** SECURITY AGREEMENT
**Assignor:** ZURN INDUSTRIES, INC.    **Exec Dt:** 01/21/1997
                                       **Entity Type:** CORPORATION
                                       **Citizenship:** PENNSYLVANIA
**Assignee:** BANKERS TRUST COMPANY    **Entity Type:** BANKING
            130 LIBERTY STREET                    CORPORATION
            NEW YORK, NEW YORK 10006    **Citizenship:** NONE
**Correspondent:** WHITE & CASE
                ADAM GAHTAN, ESQ.
                1155 AVENUE OF THE AMERICAS
                NEW YORK, NY 10036-2787

**Assignment: 3**
**Reel/Frame:** 1645/0960    **Received:** 10/27/1997    **Recorded:** 10/14/1997    **Pages:** 3
**Conveyance:** ASSIGNMENT OF AN UNDIVIDED PART OF ASSIGNORS INTEREST
**Assignor:** ZURN INDUSTRIES, INC.    **Exec Dt:** 06/30/1997
                                       **Entity Type:** CORPORATION
                                       **Citizenship:** PENNSYLVANIA
**Assignee:** AALBORG KEYSTONE, INC.    **Entity Type:** CORPORATION
            1422 EAST AVENUE    **Citizenship:** OHIO
            ERIE, PENNSYLVANIA 16503
            LOVERCHECK AND LOVERCHECK

PLAINTIFF'S
EXHIBIT
**P-5**
04-CV-325

4/27/2006

IKE 09642

000068

**Correspondent:** WAYNE L. LOVERCHECK
931 STATE STREET
ERIE, PA 16501

**Assignment: 4**

| | |
|---|---|
| **Reel/Frame:** 1672/0248   **Received:** 01/13/1998 | **Recorded:** 01/05/1998   **Pages:** 3 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | |
| **Assignor:** ZURN INDUSTRIES, INC. | **Exec Dt:** 06/30/1997 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** PENNSYLVANIA |
| **Assignee:** AALBORG KEYSTONE, INC. | **Entity Type:** CORPORATION |
| 1422 EAST AVENUE | **Citizenship:** OHIO |
| ERIE, PENNSYLVANIA 16503 | |

**Correspondent:** CALFEE HALTER & GRISWOLD LLP
TARA A. KASTELIC
800 SUPERIOR AVENUE
SUITE 1400
CLEVELAND, OH 44114-2688

**Assignment: 5**

| | |
|---|---|
| **Reel/Frame:** 1675/0716   **Received:** 01/13/1998 | **Recorded:** 01/05/1998   **Pages:** 6 |
| **Conveyance:** RELEASE BY SECURED PARTY | |
| **Assignor:** BANKERS TRUST COMPANY | **Exec Dt:** 06/30/1997 |
| | **Entity Type:** UNKNOWN |
| | **Citizenship:** NONE |
| **Assignee:** ZURN INDUSTRIES, INC. | **Entity Type:** CORPORATION |
| ONE ZURN PLACE, BOX 2000 | **Citizenship:** PENNSYLVANIA |
| ERIE, PENNSYLVANIA 16514 | |

**Correspondent:** CALFEE HALTER & GRISWOLD LLP
TARA A. KASTELIC
800 SUPERIOR AVENUE, SUITE 1400
CLEVELAND, OH 44114-2688

**Assignment: 6**

| | |
|---|---|
| **Reel/Frame:** 1842/0967   **Received:** 01/25/1999 | **Recorded:** 01/13/1999   **Pages:** 3 |
| **Conveyance:** CHANGE OF NAME | |
| **Assignor:** AALBORG KEYSTONE, INC. | **Exec Dt:** 07/15/1998 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** OHIO |
| **Assignee:** AALBORG INDUSTRIES, INC. | **Entity Type:** CORPORATION |
| 5300 KNOWLEDGE PARKWAY | **Citizenship:** OHIO |
| ERIE, PENNSYLVANIA 16510 | |

**Correspondent:** LOVERCHECK AND LOVERCHECK
WAYNE L. LOVERCHECK
931 STATE STREET
ERIE, PA 16501

**Assignment: 7**

| | |
|---|---|
| **Reel/Frame:** 2702/0811   **Received:** 04/01/2003 | **Recorded:** 03/21/2003   **Pages:** 3 |
| **Conveyance:** CHANGE OF NAME | |

IKE  09643

000069

USPTO Assignments on the Web                                                                 Page 3 of 4

    **Assignor:** AALLBORG INDUSTRIES, INC.          **Exec Dt:** 09/27/2002
                                                     **Entity Type:** CORPORATION
                                                     **Citizenship:** PENNSYLVANIA

    **Assignee:** ERIE POWER TECHNOLOGIES, INC.     **Entity Type:** CORPORATION
                 5300 KNOWLEDGE PARKWAY, SUITE 200    **Citizenship:** PENNSYLVANIA
                 ERIE, PENNSYLVANIA 16510-4660
**Correspondent:** MACDONALD, IIIIG, JONES & BRITTON LLP
                 EDWARD W. GOEBEL, JR.
                 100 STATE STREET, SUITE 700
                 ERIE, PA 16507-1459

**Assignment: 8**
   **Reel/Frame:** 3031/0718  **Received:** 08/24/2004   **Recorded:** 08/20/2004    **Pages:** 3
                 U.S. CORRECTIVE CHANGE OF NAME DOCUMENT TO CORRECT ASSIGNMENT NAME &
 **Conveyance:** ENTITY TYPE & ASSIGNMENT TYPE PREVIOUSLY RECORDED IN REEL 2702, FRAME
                 0811.

    **Assignor:** AALLBORG INDUSTRIES, INC.          **Exec Dt:** 08/18/2004
                                                      **Entity Type:** CORPORATION
                                                     **Citizenship:** OHIO

    **Assignee:** ERIE POWER TECHNOLOGIES, INC.     **Entity Type:** CORPORATION
                 5300 KNOWLEDGE PARKWAY, SUITE 200    **Citizenship:** OHIO
                 ERIE, PENNSYLVANIA 16510-4660
**Correspondent:** MACDONALD ILLIG JONES ET AL.
                 EDWARD W. GOEBEL, JR.
                 100 STATE STREET, SUITE 700
                 ERIE, PA 16507-1459

**Assignment: 9**
   **Reel/Frame:** 2968/0863  **Received:** 11/03/2004   **Recorded:** 11/03/2004    **Pages:** 5
  **Conveyance:** NUNC PRO TUNC ASSIGNMENT
    **Assignor:** ERIE POWER TECHNOLOGIES, INC.     **Exec Dt:** 10/25/2004
                                                       **Entity Type:** CORPORATION
                                                     **Citizenship:** PENNSYLVANIA

    **Assignee:** CMI-EPTI, LLC                 **Entity Type:** LTD LIAB JT ST CO
                 5300 KNOWLEDGE PARKWAY            **Citizenship:** DELAWARE
                 SUITE 200
                 ERIE, PENNSYLVANIA 16510-4660
**Correspondent:** ANDREW L. GOLDSTEIN
                 311 S. WACKER DR.
                 SUITE 3000
                 CHICAGO, IL 60606

**Assignment: 10**
   **Reel/Frame:** 2968/0878  **Received:** 11/03/2004   **Recorded:** 11/03/2004    **Pages:** 4
  **Conveyance:** NUNC PRO TUNC ASSIGNMENT
    **Assignor:** CMI-EPTI, LLC                 **Exec Dt:** 11/01/2004
                                                  **Entity Type:** LTD LIAB JT ST CO
                                                 **Citizenship:** DELAWARE

    **Assignee:** INDECK KEYSTONE ENERGY LLC     **Entity Type:** LTD LIAB JT ST CO

IKE 09644

000070

                    5300 KNOWLEDGE PARKWAY          **Citizenship:** DELAWARE
                    SUITE 200
                    ERIE, PENNSYLVANIA 16510-4660
**Correspondent:** ANDREW L. GOLDSTEIN
                    311 S. WACKER DR.
                    SUITE 3000
                    CHICAGO, IL 60606

                                        Search Results as of: 04/27/2006 11:28 AM
            If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350

        | .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

IKE 09645

000071