

Document Description: **Trademark Application**
Mail / Create Date: 01-Apr-2004

Previous Page     Next Page     You are currently on page 1 of 3

PTO Form 1478 (Rev 4/98)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Trademark/Service Mark Application, Principal Register

## Serial Number: 78394976
## Filing Date: 04/01/2004

### The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **MARK SECTION** | |
| MARK | ERIE CITY IRON WORKS |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | ERIE CITY IRON WORKS |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Victory Energy Operations, L.L.C. |
| STREET | P.O. Box 638, 302 E. 5th Ave., Unit "D" |
| CITY | Owasso |
| STATE | OK |
| ZIP/POSTAL CODE | 74055 |
| COUNTRY | USA |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | LIMITED LIABILITY COMPANY |
| STATE/COUNTRY UNDER WHICH ORGANIZED | Delaware |

PLAINTIFF'S
EXHIBIT
**P-6**
04-CV-325

IKE  09646

000072

| GOODS AND/OR SERVICES SECTION | |
|---|---|
| INTERNATIONAL CLASS | 011 |
| DESCRIPTION | Fuel delivery units for steam boilers; steam generators; water treatment units for filtration, dealkination and demineralization; and parts for the aforesaid goods, namely, fuel inlets and fuel racks, industrial fans, burners, stack economizers, fuel gas recirculation and water treatment units, deaerators and heat pumps |
| FILING BASIS | Section 1(b) |
| **SIGNATURE SECTION** | |
| SIGNATORY FILE | \\ticrs\EXPORT11\IMAGEOUT 11\783\949 \78394976\xml1\ APP0003.JPG |
| SIGNATORY NAME | John C. Viskup, Jr. |
| SIGNATORY POSITION | President |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 335 |
| TOTAL AMOUNT | 335 |
| **ATTORNEY** | |
| NAME | Joseph D. Fincher |
| FIRM NAME | Hall Estill Hardwick Gable Golden & Nelson, P.C. |
| STREET | 320 South Boston Ave., Suite 400 |
| CITY | Tulsa |
| STATE | OK |
| ZIP/POSTAL CODE | 74103-3708 |
| COUNTRY | USA |
| PHONE | (918) 594-0428 |
| FAX | (918) 594-0505 |
| EMAIL | jfincher@hallestill.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

IKE  09647

000073

## CORRESPONDENCE SECTION

| | |
|---|---|
| NAME | Joseph D. Fincher |
| FIRM NAME | Hall Estill Hardwick Gable Golden & Nelson, P.C. |
| STREET | 320 South Boston Ave., Suite 400 |
| CITY | Tulsa |
| STATE | OK |
| ZIP/POSTAL CODE | 74103-3708 |
| COUNTRY | USA |
| PHONE | (918) 594-0428 |
| FAX | (918) 594-0505 |
| EMAIL | jfincher@hallestill.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

## FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Thu Apr 01 17:26:56 EST 2004 |
| TEAS STAMP | USPTO/BAS-20819167253-200 40401172656488478-7839497 6-200b1584a4f3e58a333a151 526d91a9e181-CC-321-20040 401172352521759 |

IKE 09648

000074

PTO Form 1478 (Rev 4/98)
OMB Control #0651-0009 (Exp. 06/30/2005)

## Trademark/Service Mark Application, Principal Register

### Serial Number: 78394976
### Filing Date: 04/01/2004

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of ERIE CITY IRON WORKS.

The applicant, Victory Energy Operations, L.L.C., a limited liability company organized under the laws of Delaware, residing at P.O. Box 638, 302 E. 5th Ave., Unit "D", Owasso, OK, USA, 74055, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 011: Fuel delivery units for steam boilers; steam generators; water treatment units for filtration, dealkination and demineralization; and parts for the aforesaid goods, namely, fuel inlets and fuel racks, industrial fans, burners, stack economizers, fuel gas recirculation and water treatment units, deaerators and heat pumps

The applicant hereby appoints Joseph D. Fincher of Hall Estill Hardwick Gable Golden & Nelson, P.C.320 South Boston Ave., Suite 400, Tulsa, OK, USA, 74103-3708 to submit this application on behalf of the applicant.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: jfincher@hallestill.com.

A fee payment in the amount of $335 will be submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to

IKE  09649

000075

use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature:
Signatory's Name: John C. Viskup, Jr.
Signatory's Position: President

Signatory's Signature: <u>Signature</u>

Mailing Address:
   Joseph D. Fincher
   320 South Boston Ave., Suite 400
   Tulsa, OK 74103-3708

RAM Sale Number: 321
RAM Accounting Date: 04/02/2004

Serial Number: 78394976
Internet Transmission Date: Thu Apr 01 17:26:56 EST 2004
TEAS Stamp: USPTO/BAS-20819167253-200404011726564884
78-78394976-200b1584a4f3e58a333a151526d9
1a9e181-CC-321-20040401172352521759

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

IKE  09650

000076

# ERIE CITY IRON WORKS

IKE 09651

000077

04/01/2004 THU 15:39 FA

**APPLICANT NA**
**MARK:** (standar

The undersigned, l
by fine or imprisor
and the like, may j
he/she is properly :
applicant to be the
being filed under 1
commerce; to the b
has the right to use
resemblance theret
person to cause co

IKE 09652

000078

Drawing Page                                                      Page 1 of 1

**Drawing Page**

**Date/Time Stamp: 04/01/2004**                    **Serial Number:78394976**

                                

**Mark (USPTO-generated image for standard characters):**

# ERIE CITY IRON WORKS

file: 20040401172656488478-78394976                    2004/04/01

IKE 09653

000079

Page 1 of 1

# ERIE CITY IRON WORKS

IKE 09654

000080



Document Description: **XSearch Search Summary**
   Mail / Create Date: 05-Nov-2004

**\*\*\* User:HZAK \*\*\***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:03 | 78394976[SN] |
| 02 | 3 | 0 | 3 | 3 | 0:11 | "victory energy operations"[on] |
| 03 | 10443 | N/A | 0 | 0 | 0:10 | *erie*[bi,ti] |
| 04 | 4868 | N/A | 0 | 0 | 0:08 | 3 not dead[ld] |
| 05 | 106 | 55 | 51 | 29 | 0:03 | "erie"[bi,ti] |
| 06 | 60 | 31 | 28 | 17 | 0:12 | "iron works"[bi,ti] |

Session started 11/5/04 9:25:33 AM
Session finished 11/5/04 9:32:20 AM
Total search duration 0 minutes 47 seconds
Session duration 6 minutes 47 seconds
Defaut NEAR limit=1 ADJ limit=1

Sent to TICRS as Serial Number: 78394976

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

IKE 09655

**000081**

TRADEMARK APPLICATION NO. 78394976 - ERIE CITY IRON WORKS - N/A    Page 1 of 5

Document Description: **Offc Action Outgoing**
Mail / Create Date: **05-Nov-2004**

Previous Page    Next Page    You are currently on page `1` of `10`

| | |
|---|---|
| **To:** | Victory Energy Operations, L.L.C. (jfincher@hallestill.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 78394976 - ERIE CITY IRON WORKS - N/A |
| **Sent:** | 11/5/04 11:01:40 AM |
| **Sent As:** | ECOM108@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 78/394976

**APPLICANT:**    Victory Energy Operations, L.L.C.

**\*78394976\***

**CORRESPONDENT ADDRESS:**
Joseph D. Fincher
Hall Estill Hardwick Gable Golden & Nels
320 South Boston Ave., Suite 400
Tulsa, OK 74103-3708

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK:**    ERIE CITY IRON WORKS

**CORRESPONDENT'S REFERENCE/DOCKET NO:**  N/A

**CORRESPONDENT EMAIL ADDRESS:**
jfincher@hallestill.com

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and e-mail
   address.

## OFFICE ACTION

IKE 09656

000082

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.**

Serial Number 78/394976

Applicant must indicate specifically whether the goods will be manufactured or produced in, or will ha any other connection with, the geographic location named in the mark. 37 C.F.R. §2.61(b); TM §1210.03. If the primary significance of a mark is to indicate a geographic location which is neit obscure nor remote and applicant's goods are manufactured or produced in the location indicated, then public is likely to believe that the geographic term identifies the place from which the goods origina *See In re Nantucket Allserve, Inc.*, 28 USPQ2d 1144 (TTAB 1993).

Specifically, are the goods manufactured in Erie, Pennsylvania, or the Lake Erie area. Information made of record clearly shows that this geographic area is historically known and continues to be known as a manufacturing center for iron products ( see enclosed material).

If the goods originate from this area, registration is refused on the Principal Register on the following basis:

Registration is refused because the mark is primarily geographically descriptive of the origin of applicant's goods and/or services. Trademark Act Section 2(e)(2), 15 U.S.C. §1052(e)(2); TMEP §§1210.01(a) and 1210.04(b).
A three-part test is applied to determine whether a mark is primarily geographically descriptive of the goods and/or services within the meaning of Trademark Act Section 2(e)(2):

    (1)  the primary significance of the mark must be geographic, i.e., the mark names a particular geographic place or location;

    (2)  purchasers must be likely to make a goods-place or services-place association, i.e., purchasers are likely to think that the goods or services originate in the geographic location identified in the mark; and

    (3)  the mark identifies the geographic origin of the goods and/or services.

TMEP §1210.01(a); *See In re MCO Properties, Inc.*, 38 USPQ2d 1154 (TTAB 1995); *In re California Pizza Kitchen*, 10 USPQ2d 1704 (TTAB 1989).

The attached evidence from various websites and geographic gazetteers shows that the primary significance of the term "ERIE" in the mark is the name of a geographic location. Purchasers are likely to believe the goods and/or services will originate in that geographic location because applicant is located there.Thus there is a presumed goods-place association in this case. *In re JT Tobacconists*, 59 USPQ2d 1080 (TTAB 2001); *In re U.S. Cargo, Inc.*, 49 USPQ2d 1702 (TTAB 1998); *In re Carolina Apparel*, 48 USPQ2d 1542 (TTAB 1998); *In re Chalk's International Airlines Inc.*, 21 USPQ2d 1637 (TTAB 1991); *In re California Pizza Kitchen*, 10 USPQ2d 1704 (TTAB 1989); *In re Handler Fenton Westerns, Inc.*, 214 USPQ 848 (TTAB 1982); TMEP §1210.04(b).

The addition of a generic or merely descriptive term to a geographic term does not obviate a determination of geographic descriptiveness. *See In re JT Tobacconists*, 59 USPQ2d 1080 (TTAB 2001); *In re Carolina Apparel*, 48 USPQ2d 1542 (TTAB 1998); *In re Chalk's International Airlines Inc.*, 21 USPQ2d 1637 (TTAB 1991); *In re Wine Society of America Inc.*, 12 USPQ2d 1139 (TTAB 1989); *In re California Pizza Kitchen Inc.*, 10 USPQ2d 1704 (TTAB 1988); *In re Cambridge Digital Systems*, 1 USPQ2d 1659 (TTAB 1986); *In re BankAmerica Corp.*, 231 USPQ 873 (TTAB 1986); *In*

IKE 09657

000083

re Application of Handler Fenton Westerns, Inc. 214 USPQ 848 (TTAB 1982); TMEP §1210.07(a).

The addition of the generic term IRON WORKS, identifying a manufacturing center for iron based products, does not alter the primary geographic significance of the term.

When the geographic significance of a term is its primary significance and the geographic place is neither obscure nor remote, the goods/place or services/place association will ordinarily be presumed from the fact that the applicant's goods or services originate in the place named in the mark. In re JT Tobacconists, 59 USPQ2d 1080 (TTAB 2001) (MINNESOTA CIGAR COMPANY primarily geographically descriptive of cigars); In re Chalk's International Airlines Inc., 21 USPQ2d 1637 (TTAB 1991) (PARADISE ISLAND AIRLINES held primarily geographically descriptive of the transportation of passengers and goods by air); In re California Pizza Kitchen Inc., 10 USPQ2d 1704 (TTAB 1988) (CALIFORNIA PIZZA KITCHEN held primarily geographically descriptive of restaurant services).

The information made of record clearly indicates that the Erie region is well known, both historically and contemporaneously, for iron manufacturing and such manufacturing facilities. Therefore, the primary significance of the term ERIE CITY IRON WORKS would identify a geographic region noted for iron manufacture.

If the goods do not originate from this locale, registration is refused on the following basis:

Registration is refused because the proposed mark consists of or comprises geographically deceptive and primarily geographically deceptively misdescriptive matter in relation to the identified goods and/or services. 15 U.S.C. §§1052(a) and (e)(3); In re Les Halles De Paris J.V., 334 F.3d 1371, 67 USPQ2d 1539 (Fed. Cir. 2003); In re California Innovations Inc., 329 F.3d 1334, 66 USPQ2d 1853 (Fed. Cir. 2003), ), reh'g denied, 2003 U.S. App. LEXIS 18883 (Fed. Cir. Aug. 20, 2003); See In re Budge Mfg. Co., 857 F.2d 773, 8 USPQ2d 1259 (Fed. Cir. 1988); In re Perry Mfg. Co., 12 USPQ2d 1751 (TTAB 1989).

The primary significance of the term "ERIE CITY" is geographic. The goods and/or services do not originate in this geographic location. The public is likely to believe that applicant's goods and/or services come from this place because such a locale is well known both historically and contemporaneously for iron manufacturing. Furthermore, this belief would materially influence consumers to purchase the goods and/or services because of the quality of the iron work issued from this region . See In re House of Windsor, Inc., 221 USPQ 53 (TTAB 1983), recon. denied, 223 USPQ 191 (TTAB 1984).

A mark is geographically deceptive and primarily geographically deceptively misdescriptive if:

(1) the primary significance of the mark is a generally known geographic location;
(2) the goods or services for which applicant seeks registration do not originate in the place identified in the mark;
(3) purchasers would be likely to believe that the goods or services originate in the geographic place named in the mark; and
(4) the misrepresentation is a material factor in the purchaser's decision to buy the goods or use the services in question.

In re Les Halles De Paris J.V., 334 F.3d 1371, 1373, 67 USPQ2d 1539, 1541 (Fed. Cir. 2003); In re

IKE 09658

000084

*California Innovations Inc.*, 329 F.3d 1334, 1341, 66 USPQ2d 1853, 1859 (Fed. Cir. 2003), *reh'g denied*, 2003 U.S. App. LEXIS 18883 (Fed. Cir. Aug. 20, 2003).

If the applicant chooses to respond to the refusal to register, the applicant must also respond to the following informality.

The applicant must disclaim the descriptive wording "IRON WORKS" apart from the mark as shown. Trademark Act Section 6, 15 U.S.C. §1056; TMEP §§1213 and 1213.03(a). The wording is merely descriptive because it is a generic name for the business of the applicant—manufacture of iron goods

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

To reach the undersigned attorney by telephone after November 2, 2004, please call (571) 272 - 9354. Thank you.

**NOTICE: TRADEMARK OPERATION RELOCATING OCTOBER AND NOVEMBER 2004**

The Trademark Operation is relocating to Alexandria, Virginia, in October and November 2004. Effective October 4, 2004, all Trademark-related paper mail (except documents sent to the Assignment Services Division for recordation, certain documents filed under the Madrid Protocol, and requests for copies of trademark documents) must be sent to:

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Applicants, registration owners, attorneys and other Trademark customers are strongly encouraged to correspond with the USPTO online via the Trademark Electronic Application System (TEAS), at www.uspto.gov.

Henry S. Zak
/Henry S. Zak/
Examining Attorney
Law Office 108
(571) 272-9354

**How to respond to this Office Action:**

You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://eteas.uspto.gov/V2.0/oa242/WIZARD.htm and follow the

IKE 09659

000085

TRADEMARK APPLICATION NO. 78394976 - ERIE CITY IRON WORKS - N/A        Page 5 of 5

instructions therein, but you must wait until at least 72 hours after receipt if the office action issued via e-mail). PLEASE NOTE: Responses to Office Actions on applications filed under the Madrid Protocol (Section 66(a)) **CANNOT** currently be filed via TEAS.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov/

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at **http://www.uspto.gov/main/trademarks.htm**

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

IKE 09660

000086



**Document Description: Offc Action Outgoing**
Mail / Create Date: **05-Nov-2004**

Back

IKE  09661

000087

# Cabin Creek CDs
cabincreekcds.com

## Union Iron Works.
### *Boilers*
*Erie, Pa.*

**JANUARY 1, 1895**





This marvelous vintage work features meticulous line art of turn of the century engines and boilers. Catalog contains Thirty-three(33) pages, including ten(10) pages of drawings. These art works are suitable for printing, framing and display.



Catalog includes full front stationary tubular, high pressure return tubular, cast front portable, high pressure, locomotive, vertical, and Columbia boilers. Lists officers and directors of the firm, much more.

Pages were scanned as bit map files and then imported into Adobe Acrobat for viewing or printing from Windows or Macintosh systems. A Copy of Adobe Acrobat Reader is included on every CD.

Unlike inexpensive "Reprints", this Compact disk contains high resolution scanned images which faithfully depict the pages of the Original.



IKE  09662

000088

Page 3 of 3

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

http://paironworks.rootsweb.com/erie.html



IKE  09664

000090

http://www.keystone-energy.com/company_history.htm#erie_city_iron

 **KEYSTONE E N E R G Y**

*Boilers - HRSGs - Stokers - Burners*
*Service - Parts*

| Home |
| Company History |
| Spare Parts |
| Engineering |
| Field Service |
| New Equipment |
| Contact Us |

**24 hour Customer Service Hot Line 1.800.322.5995**

**5300 Knowledge Parkway Erie, PA 16510**

**Fax Number 814.897.1089**

## Company History

Keystone Energy brings together a focused group of experienced engine maintaining a high level of customer support for the steam generation in can trace its roots to 1840 to where it began production of high quality, designs.

Keystone Energy is the supplier of OEM parts and services for the following steam generator technologies:

- Erie City Iron Works
- Zurn Energy Division
- Aalborg Industries, Inc.
- Erie Power Technologies, Inc







*1859 Erie City provided the steam generator and engine to drill the world's first oil well in Titusville, Pa. In 1985 a new boiler was duplicated for the Engine House at the Drake Well National Historical Museum.*

*Horse Drawn Boiler*

*Oldest S : Stamp :*

**Corporate Timeline:**


Erie City Iron Works


ZURN

AALBORG KEYSTONE

**1840-1887**
Original Business: An iron foundry c Foundry

**1887-1966**
When Erie became a city, company Erie City Iron Works

**1966-1997**
Business was bought by Zurn Indus Zurn Energy Division

**1997-1998**
Zurn Energy Division was bought by Inc. and renamed Aalborg Keystone

IKE 09665

000091

http://www.metalworld.com/trade/aa008637.html

# MetalWorld

| Main Menu | Industry Directory | Add Your Company

## Industry Directory

### Erie Forge & Steel, Inc.

Erie Forge and Steel became the number one supplier of propulsion shafting for the Navy's vessels. Along with these forged components, EFS maintained a foundry which supplied propellers and shaft struts for these same ships. This facility, however, closed in 1976. Along with naval shafting, EFS has made many large forgings for the steel, mining, plastic and paper industry. Products and Services: ALLOY-Oil Country Goods, including Alloy Pipe ALLOY-Tool Steel, including Drill Rod CARBON-Hot-Rolled & Forged, Plain or Galvanized Bar CARBON-Semi-Finished, Billets, Skelp.

**Erie Forge & Steel, Inc.**
Erie Pennsylvania
USA

For Further Information,
ENTER YOUR EMAIL ADDRESS AND CLICK GO
[                    ] GO

*The on-line directories are provided as a service to our subscribing me*

FREE Buy / Sell / Trade Exchange : Go to :

Inter-Continental
Metal Exchange
*buy *sell *trade

## Remember! Say you saw it in MetalW

Email FeedBack

BEIJING EVER SUNSHINE

IKE 09666

000092

http://www.metalworld.com/trade/aa008285.html

# MetalWorld

[ Main Menu | Industry Directory | Add Your Company

## Industry Directory

### Erie Concrete & Steel Supply

Products and Services: ALLOY-Hot Rolled Bar and Light Shapes CARBON-Cold Finished Bars CARBON-Expanded Steel CARBON-Grating CARBON-Hollow Structurals & Structural Pipe & Tubing CARBON-Hot Rolled & Forged, Plain or Galvanized Bar CARBON-Hot Rolled Sheets, Strip, & Coil CARBON-Mechanical Tubing CARBON-Plates-U.M. & Sheared, Floor Plates & Sheets CARBON-Reinforcing Bar (Non-Fabricated) CARBON-Structurals or Welded Section CARBON-Tool Steel, including Drill Rod ANNEALING BEAM SPLITTING BEVELING BURNING FLAME CUTTER GRINDING HEAT TREAT PLATE BURNING SAW SHEAR.

### Erie Concrete & Steel Supply

Erie Pennsylvania
USA

For Further Information,
ENTER YOUR EMAIL ADDRESS AND CLICK GO :

[                              ] Go

The on-line directories are provided as a service to our subscribing me

FREE Buy / Sell / Trade Exchange : Go to :


Inter-Continental Metal Exchange *buy *sell *trade

## Remember! Say you saw it in MetalWo

### Email FeedBack

Document Description: **Offc Action Outgoing**
Mail / Create Date: **05-Nov-2004**



IKE 09668

000094

IKE 09669

000095

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

http://portal.uspto.gov/external/PA_1_0_1ET/OpenServletWindow                5/18/2005

IKE 09670

000096

http://www.crowniron.com/



# Crown Iron Works (

*Welcome to Crown Iron Works Company, Provid
Solutions for your Extraction, Drying, Oleochem
Needs.*

*Now incorporating the* **Renewal Part:**

## New Information

In addition to a new search bar, Crown Iron Works has added two nev
website including Supercritical Fluid Extraction and Biodiesel Technolog
published a few of our resources the website. Expect many more to co
for now you can check them out on our publications database. Remem
questions or comments about anything to Crown Iron Works.



### Our Products
Preparation, Extraction, Drying,
Specialty Extraction, Refining,
and Oleochemical/Biodiesel
Solutions.

### Our Company
Find out who we are.

### Our Pilot Plant
Run Testing at our plant.

### Our Parts Division
Find parts for you equipment.

### Crown News
Find out the latest news.

### Contact Crown
Crown's contact info.

email us sales@crowniron.com

Visit our European Headquarters, go to www.europacrowr

Home | Our Products | Our Pilot Plant | Our Company | Crown News

**Website last updated August 19, 2003**

©Crown Iron Works 2003

IKE 09671

000097

http://www.brillioninonworks.com/



| | Home | Foundry Division | Farm Equipment Division | Contact U |

One of the Family of Companies











## Brillion Iron Works. Inc.

**200 Park Ave.**
**Brillion, WI 54110**

The company was first organized in 1890. It originated as a small ma shop manufacturing farm tools. In 1900 the plant was relocated and buildings were constructed. The foundry was then added. In 1933 th former company ceased operation.

On January 1, 1934 the company was reorganized and started busin with R.D. Peters as General Manager. From 1934 and its payroll of 20 people, current employment has grown to approximately 1,000 peopl

BIW produces approximately 145,000 net tons of gray and ductile iro castings annually. BIW ranks among the top ten independent foundr the United States. Constant plant improvements have made BIW gro considerably over the past years.

Brillion Iron Works, Inc. consists of two divisions – Foundry and Farm Equipment. Farm Equipment designs, manufactures and markets "bel tractor" farm implements such as primary and secondary tillage equip agricultural seeders and turf management equipment.

| | |
|---|---|
| 1890 | First organized in Brillion, WI as a small machine shop manufactu farm tools |
| 1900 | Brillion begins foundry operations |
| 1934 | Company reorganized with R.D. Peters as General Manager |
| 1966 | Switch to Induction Melting with gas fired preheaters |
| 1968 | Ductile Iron production |
| 1969 | Company became a Division of Beatrice Foods Company |
| 1973 | Start up of Plant 2, Ductile Facility, in Brillion |
| 1977 | Building a new Farm Equipment factory |
| 1985 | Company became part of the Robins Group |
| 1988 | Company became Subsidiary of Truck Components Inc. |
| 1994 | Truck Components Inc. acquired by Castle Harlan Partners II anc public |
| 1995 | Truck Components Inc. stock acquired by Johnstown America Ind Inc. |
| 1999 | Johnstown America Industries, Inc. sells Freight Car Operations a changes name to Transportation Technologies Industries, Inc. |
| 2000 | Company taken private by TTI management |
| 2003 | Plant 1 Foundry renovation/installation of Disamatic 2070B integr mold line |

IKE 09672

000098

http://www.hernironworks.com/

# HERN IRON WO[RKS]
### GREY IRON    PATTERN SHOP    MACHI[NE]

| Main Index | Production Capabilities |
Contact: Jack Wiegman

*This page was last updated on December 12, 2003*



Hunting Tooth

## NEW PRODUCTS :
**1700's REVOLUTIONARY HOWITZER**
**SWIVEL GUN 1750-1815**
**8" SIEGE MORTAR**
**BLACKSMITH TOOLS**
**CONIFER SAWDUST BURNER**

**Our line our products:**
**Sprockets**
**Bearings and Miscellaneous**
**Municipal**
**Boiler Parts and Sawmill Castings**
**Treadles for Antique Printing Presses**

**Special Products**
**Cannon Price List**
**Cannon Pictures/Statistics**

Looking for sprockets, manhole covers, boiler parts, sawmill castings, other cast iron pr[oducts]
iron foundry for you.

HERN IRON WORKS is located in Coeur d'Alene, Idaho; about 30 miles east of Spokane,
heart of the lumber and mining district, we are the successors to the respected Washington
Iron Works, established in 1884. HERN IRON WORKS was constructed in the 1970s on a who[...]
ground served by all the major freight lines; and consists of several purpose built metal buil[ding]
machine shop operations.

HERN IRON WORKS has facilities available to meet many of your iron castings needs. Ou[r]
pattern and machine shop capabilities, is equipped and staffed to produce cost effective, q[uality]
pattern and machine shops enable us to **custom make** based on your drawings or sample p[...]

Serviced by several truck lines operating from West Coast terminals, HERN IRON WORK[S]
**weeks (10 working days)** through the foundry is typical. We also offer bulk sales discount[s]
you are not satisfied with any of our castings, return it for a refund or replacement.

We want your business and we appreciate your comments an[d]
Thank you for visiting our site.

## HERN IRON WORKS
### 710 S Millview Lane,

IKE 09673

000099

Document Description: **Response to Office Action**
Mail / Create Date: **05-May-2005**

PTO Form 1966 (Rev 9/2002)
OMB Control #0651-0050 (Exp. 04/30/2006)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78394976 |
| **MARK SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION (no change)** | |
| **ADDITIONAL STATEMENTS SECTION** | |
| MISCELLANEOUS STATEMENT | In response to the Office Action dated November 5, 2004, Applicant requests that this application be withdrawn pursuant to 37 C.F.R. § 2.68. It is respectfully submitted that said withdrawal is not to be construed as an agreement with the Trademark Attorney?s grounds for refusal. |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Joseph D. Fincher/ |
| SIGNATORY NAME | Joseph D. Fincher |
| SIGNATORY POSITION | Attorney for Applicant |
| SIGNATORY DATE | 05/05/2005 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu May 05 17:43:20 EDT 2005 |
| TEAS STAMP | USPTO/OA-20819167253-2005 0505174320290292-78394976 -2002cd7d73e66bcb55cbe3a1 c1bcbdd69b7-N-N-200505051 73003947666 |

IKE  09674

000100

PTO Form 1966 (Rev 9/2002)
OMB Control #0651-0050 (Exp. 04/30/2006)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **78394976** is amended as follows:

### Additional Statements

In response to the Office Action dated November 5, 2004, Applicant requests that this application be withdrawn pursuant to 37 C.F.R. § 2.68. It is respectfully submitted that said withdrawal is not to be construed as an agreement with the Trademark Attorney?s grounds for refusal.

### Response Signature

Signature: /Joseph D. Fincher/    Date: 05/05/2005
Signatory's Name: Joseph D. Fincher
Signatory's Position: Attorney for Applicant

Serial Number: 78394976
Internet Transmission Date: Thu May 05 17:43:20 EDT 2005
TEAS Stamp: USPTO/OA-20819167253-2005050517432029029
2-78394976-2002cd7d73e66bcb55cbe3a1c1bcb
dd69b7-N-N-20050505173003947666

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

http://portal.uspto.gov/external/PA_1_0_1ET/OpenServletWindow?serialNumber=783949...   5/18/2005

IKE 09675

000101