**Document Description: Trademark Application**
Mail / Create Date: 01-Apr-2004

| Previous Page | Next Page | You are currently on page 1 of 3 | |
|---|---|---|---|

PTO Form 1478 (Rev 4/98)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 78394985
### Filing Date: 04/01/2004

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | ERIE CITY BOILER WORKS |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | ERIE CITY BOILER WORKS |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Victory Energy Operations, L.L.C. |
| STREET | P.O. Box 638, 302 E. 5th Ave., Unit "D" |
| CITY | Owasso |
| STATE | OK |
| ZIP/POSTAL CODE | 74055 |
| COUNTRY | USA |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | LIMITED LIABILITY COMPANY |
| STATE/COUNTRY UNDER WHICH ORGANIZED | Delaware |

PLAINTIFF'S EXHIBIT
P-7
04-CV-325

IKE 09754

000102

| GOODS AND/OR SERVICES SECTION | |
|---|---|
| INTERNATIONAL CLASS | 011 |
| DESCRIPTION | Fuel delivery units for steam boilers; steam generators; water treatment units for filtration, dealkination and demineralization; and parts for the aforesaid goods, namely, fuel inlets and fuel racks, industrial fans, burners, stack economizers, fuel gas recirculation and water treatment units, deaerators and heat pumps |
| FILING BASIS | Section 1(b) |
| **SIGNATURE SECTION** | |
| SIGNATORY FILE | \\ticrs\EXPORT11\IMAGEOUT 11\783\949 \78394985\xml1\ APP0003.JPG |
| SIGNATORY NAME | John C. Viskup, Jr. |
| SIGNATORY POSITION | President |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 335 |
| TOTAL AMOUNT | 335 |
| **ATTORNEY** | |
| NAME | Joseph D. Fincher |
| FIRM NAME | Hall Estill Hardwick Gable Golden & Nelson, P.C. |
| STREET | 320 South Boston Ave., Suite 400 |
| CITY | Tulsa |
| STATE | OK |
| ZIP/POSTAL CODE | 74103-3708 |
| COUNTRY | USA |
| PHONE | (918) 594-0428 |
| FAX | (918) 594-0505 |
| EMAIL | jfincher@hallestill.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

IKE 09755

000103

## CORRESPONDENCE SECTION

| | |
|---|---|
| NAME | Joseph D. Fincher |
| FIRM NAME | Hall Estill Hardwick Gable Golden & Nelson, P.C. |
| STREET | 320 South Boston Ave., Suite 400 |
| CITY | Tulsa |
| STATE | OK |
| ZIP/POSTAL CODE | 74103-3708 |
| COUNTRY | USA |
| PHONE | (918) 594-0428 |
| FAX | (918) 594-0505 |
| EMAIL | jfincher@hallestill.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

## FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Thu Apr 01 17:33:07 EST 2004 |
| TEAS STAMP | USPTO/BAS-20819167253-200 40401173307978488-7839498 5-200cc7781a52b91a859cfb0 3e82ba89ab-CC-335-2004040 1172837551796 |

IKE 09756

000104

PTO Form 1478 (Rev 4/98)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Trademark/Service Mark Application, Principal Register

## Serial Number: 78394985
## Filing Date: 04/01/2004

### To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of ERIE CITY BOILER WORKS.

The applicant, Victory Energy Operations, L.L.C., a limited liability company organized under the laws of Delaware, residing at P.O. Box 638, 302 E. 5th Ave., Unit "D", Owasso, OK, USA, 74055, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 011: Fuel delivery units for steam boilers; steam generators; water treatment units for filtration, dealkination and demineralization; and parts for the aforesaid goods, namely, fuel inlets and fuel racks, industrial fans, burners, stack economizers, fuel gas recirculation and water treatment units, deaerators and heat pumps

The applicant hereby appoints Joseph D. Fincher of Hall Estill Hardwick Gable Golden & Nelson, P.C.320 South Boston Ave., Suite 400 , Tulsa, OK, USA, 74103-3708 to submit this application on behalf of the applicant.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: jfincher@hallestill.com.

A fee payment in the amount of $335 will be submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to

IKE 09757

000105

use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature:
Signatory's Name: John C. Viskup, Jr.
Signatory's Position: President

Signatory's Signature: Signature

Mailing Address:
   Joseph D. Fincher
   320 South Boston Ave., Suite 400
   Tulsa, OK 74103-3708

RAM Sale Number: 335
RAM Accounting Date: 04/02/2004

Serial Number: 78394985
Internet Transmission Date: Thu Apr 01 17:33:07 EST 2004
TEAS Stamp: USPTO/BAS-20819167253-200404011733079784
88-78394985-200cc7781a52b91a859cfb03e82b
a89ab-CC-335-20040401172837551796

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

IKE 09758

000106

# ERIE CITY BOILER WORKS

IKE 09759

000107

04/01/2004 THU 15:39 FA

**APPLICANT NA**
**MARK:** (standar

The undersigned, b
by fine or imprison
and the like, may je
he/she is properly a
applicant to be the
being filed under 1:
commerce; to the b
has the right to use
resemblance theret(
person, to cause co

IKE 09760

000108

Drawing Page                                                    Page 1 of 1

**Drawing Page**

Date/Time Stamp: 04/01/2004                    Serial Number:78394985

                           

**Mark (USPTO-generated image for standard characters):**

# ERIE CITY BOILER WORKS

file: 20040401173307978488-78394985                    2004/04/01

Document Description: **drawing**
Mail / Create Date: **01-Apr-2004**

Previous Page    Next Page    You are currently on page 2 of 2



# ERIE CITY BOILER WORKS

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

IKE 09762

000110

**Document Description: XSearch Search Summary**
   Mail / Create Date: **05-Nov-2004**

*** User:HZAK ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:02 | 78394985[SN] |
| 02 | 3 | 0 | 3 | 3 | 0:07 | "victory energy operations"[on] |
| 03 | 106 | 55 | 50 | 28 | 0:02 | "erie"[bi,ti] |
| 04 | 7 | 2 | 5 | 4 | 0:06 | *boil*[bi,ti] and *works*[bi,ti] |

*Session started 11/5/04 11:02:55 AM*
*Session finished 11/5/04 11:08:13 AM*
*Total search duration 0 minutes 17 seconds*
*Session duration 5 minutes 18 seconds*
*Defaut NEAR limit=1ADJ limit=1*

*Sent to TICRS as Serial Number: 78394985*

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

IKE 09763

000111

TRADEMARK APPLICATION NO. 78394985 - ERIE CITY BOILER WORKS - N/A     Page 1 of 5

---

Document Description: **Offc Action Outgoing**
Mail / Create Date: 05-Nov-2004

| Previous Page | Next Page | You are currently on page 1 of 10 | |

| | |
|---|---|
| **To:** | Victory Energy Operations, L.L.C. (jfincher@hallestill.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 78394985 - ERIE CITY BOILER WORKS - N/A |
| **Sent:** | 11/5/04 11:41:18 AM |
| **Sent As:** | ECOM108@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 78/394985

APPLICANT:        Victory Energy Operations, L.L.C.        **\*78394985\***

CORRESPONDENT ADDRESS:                                **RETURN ADDRESS:**
   Joseph D. Fincher                                     Commissioner for Trademarks
   Hall Estil Hardwick Gable Golden & Nels              P.O. Box 1451
   320 South Boston Ave., Suite 400                     Alexandria, VA 22313-1451
   Tulsa, OK 74103-3708


MARK:        ERIE CITY BOILER WORKS

CORRESPONDENT'S REFERENCE/DOCKET NO:  N/A        Please provide in all correspondence:

CORRESPONDENT EMAIL ADDRESS:                     1. Filing date, serial number, mark and
   jfincher@hallestill.com                          applicant's name.
                                                  2. Date of this Office Action.
                                                  3. Examining Attorney's name and
                                                     Law Office number.
                                                  4. Your telephone number and e-mail
                                                     address.


## OFFICE ACTION

IKE 09764

000112

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.**

Serial Number 78/394985

Applicant must indicate specifically whether the goods will be manufactured or produced in, or will have any other connection with, the geographic location named in the mark. 37 C.F.R. §2.61(b); TMEP §1210.03. If the primary significance of a mark is to indicate a geographic location which is neither obscure nor remote and applicant's goods are manufactured or produced in the location indicated, then the public is likely to believe that the geographic term identifies the place from which the goods originate. See In re Nantucket Allserve, Inc., 28 USPQ2d 1144 (TTAB 1993).

Specifically, are the goods manufactured in Erie, Pennsylvania, or the Lake Erie area. Information made of record clearly shows that this geographic area is historically known and continues to be known as a manufacturing center for iron products ( see enclosed material).

If the goods originate from this area, registration is refused on the Principal Register on the following basis:

Registration is refused because the mark is primarily geographically descriptive of the origin of applicant's goods and/or services. Trademark Act Section 2(e)(2), 15 U.S.C. §1052(e)(2); TMEP §§1210.01(a) and 1210.04(b).
A three-part test is applied to determine whether a mark is primarily geographically descriptive of the goods and/or services within the meaning of Trademark Act Section 2(e)(2):

(1) the primary significance of the mark must be geographic, i.e., the mark names a particular geographic place or location;
(2) purchasers must be likely to make a goods-place or services-place association, i.e., purchasers are likely to think that the goods or services originate in the geographic location identified in the mark; and
(3) the mark identifies the geographic origin of the goods and/or services.

TMEP §1210.01(a); See In re MCO Properties, Inc., 38 USPQ2d 1154 (TTAB 1995); In re California Pizza Kitchen, 10 USPQ2d 1704 (TTAB 1989).

The attached evidence from various websites and geographic gazetteers shows that the primary significance of the term "ERIE" in the mark is the name of a geographic location. Purchasers are likely to believe the goods and/or services will originate in that geographic location because applicant is located there.Thus there is a presumed goods-place association in this case. In re JT Tobacconists, 59 USPQ2d 1080 (TTAB 2001); In re U.S. Cargo, Inc., 49 USPQ2d 1702 (TTAB 1998); In re Carolina Apparel, 48 USPQ2d 1542 (TTAB 1998); In re Chalk's International Airlines Inc., 21 USPQ2d 1637 (TTAB 1991); In re California Pizza Kitchen, 10 USPQ2d 1704 (TTAB 1989); In re Handler Fenton Westerns, Inc., 214 USPQ 848 (TTAB 1982); TMEP §1210.04(b).

The addition of a generic or merely descriptive term to a geographic term does not obviate a determination of geographic descriptiveness. See In re JT Tobacconists, 59 USPQ2d 1080 (TTAB 2001); In re Carolina Apparel, 48 USPQ2d 1542 (TTAB 1998); In re Chalk's International Airlines Inc., 21 USPQ2d 1637 (TTAB 1991); In re Wine Society of America Inc., 12 USPQ2d 1139 (TTAB 1989); In re California Pizza Kitchen Inc., 10 USPQ2d 1704 (TTAB 1988); In re Cambridge Digital Systems, 1 USPQ2d 1659 (TTAB 1986); In re BankAmerica Corp., 231 USPQ 873 (TTAB 1986); In

IKE 09765

000113

re Application of Handler Fenton Westerns, Inc. 214 USPQ 848 (TTAB 1982); TMEP §1210.07(a).

The addition of the generic term BOILER WORKS, identifying a manufacturing center for iron based products, does not alter the primary geographic significance of the term.

When the geographic significance of a term is its primary significance and the geographic place is neither obscure nor remote, the goods/place or services/place association will ordinarily be presumed from the fact that the applicant's goods or services originate in the place named in the mark. In re JT Tobacconists, 59 USPQ2d 1080 (TTAB 2001) (MINNESOTA CIGAR COMPANY primarily geographically descriptive of cigars); In re Chalk's International Airlines Inc., 21 USPQ2d 1637 (TTAB 1991) (PARADISE ISLAND AIRLINES held primarily geographically descriptive of the transportation of passengers and goods by air); In re California Pizza Kitchen Inc., 10 USPQ2d 1704 (TTAB 1988) (CALIFORNIA PIZZA KITCHEN held primarily geographically descriptive of restaurant services).

The information made of record clearly indicates that the Erie region is well known, both historically and contemporaneously, for iron manufacturing and such manufacturing facilities. Therefore, the primary significance of the term ERIE CITY BOILER WORKS would identify a geographic region noted for iron manufacture.

If the goods do not originate from this locale, registration is refused on the following basis:

Registration is refused because the proposed mark consists of or comprises geographically deceptive and primarily geographically deceptively misdescriptive matter in relation to the identified goods and/or services. 15 U.S.C. §§1052(a) and (e)(3); In re Les Halles De Paris J.V., 334 F.3d 1371, 67 USPQ2d 1539 (Fed. Cir. 2003); In re California Innovations Inc., 329 F.3d 1334, 66 USPQ2d 1853 (Fed. Cir. 2003), ), reh'g denied, 2003 U.S. App. LEXIS 18883 (Fed. Cir. Aug. 20, 2003); See In re Budge Mfg. Co., 857 F.2d 773, 8 USPQ2d 1259 (Fed. Cir. 1988); In re Perry Mfg. Co., 12 USPQ2d 1751 (TTAB 1989).

The primary significance of the term "ERIE CITY" is geographic. The goods and/or services do not originate in this geographic location. The public is likely to believe that applicant's goods and/or services come from this place because such a locale is well known both historically and contemporaneously for iron manufacturing. Furthermore, this belief would materially influence consumers to purchase the goods and/or services because of the quality of the iron work issued from this region . See In re House of Windsor, Inc., 221 USPQ 53 (TTAB 1983), recon. denied, 223 USPQ 191 (TTAB 1984).

A mark is geographically deceptive and primarily geographically deceptively misdescriptive if:

(1) the primary significance of the mark is a generally known geographic location;
(2) the goods or services for which applicant seeks registration do not originate in the place identified in the mark;
(3) purchasers would be likely to believe that the goods or services originate in the geographic place named in the mark; and
(4) the misrepresentation is a material factor in the purchaser's decision to buy the goods or use the services in question.

In re Les Halles De Paris J.V., 334 F.3d 1371, 1373, 67 USPQ2d 1539, 1541 (Fed. Cir. 2003); In re

IKE 09766

000114

*California Innovations Inc.*, 329 F.3d 1334, 1341, 66 USPQ2d 1853, 1859 (Fed. Cir. 2003), *reh'g denied*, 2003 U.S. App. LEXIS 18883 (Fed. Cir. Aug. 20, 2003).

If the applicant chooses to respond to the refusal to register, the applicant must also respond to the following informality.

The applicant must disclaim the descriptive wording "BOILER WORKS" apart from the mark as shown. Trademark Act Section 6, 15 U.S.C. §1056; TMEP §§1213 and 1213.03(a). The wording is merely descriptive because it is a generic name for the business of the applicant—manufacture of iron goods

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

To reach the undersigned attorney by telephone after November 2, 2004, please call (571) 272 - 9354. Thank you.

**NOTICE:  TRADEMARK OPERATION RELOCATING OCTOBER AND NOVEMBER 2004**

The Trademark Operation is relocating to Alexandria, Virginia, in October and November 2004. Effective October 4, 2004, all Trademark-related paper mail (except documents sent to the Assignment Services Division for recordation, certain documents filed under the Madrid Protocol, and requests for copies of trademark documents) must be sent to:

> Commissioner for Trademarks
> P.O. Box 1451
> Alexandria, VA  22313-1451

Applicants, registration owners, attorneys and other Trademark customers are strongly encouraged to correspond with the USPTO online via the Trademark Electronic Application System (TEAS), at www.uspto.gov.

> Henry S. Zak
> /Henry S. Zak/
> Examining Attorney
> Law Office 108
> (571) 272-9354

**How to respond to this Office Action:**

You may respond formally using the Office's Trademark Electronic Application System (TEAS)

IKE 09767

000115

TRADEMARK APPLICATION NO. 78394985 - ERIE CITY BOILER WORKS - N/A      Page 5 of 5

Response to Office Action form (visit http://eteas.uspto.gov/V2.0/oa242/WIZARD.htm and follow the instructions therein, but you must wait until at least 72 hours after receipt if the office action issued via e-mail). PLEASE NOTE: Responses to Office Actions on applications filed under the Madrid Protocol (Section 66(a)) CANNOT currently be filed via TEAS.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov/

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

IKE  09768

000116

http://www.cabincreekcds.com/UnionIronWorks.htm



# Cabin Creek C

cabincreekcds.com

# Union Iron Worl
## Boilers

*Erie, Pa.*

# JANUARY 1, 1895







http://paironworks.rootsweb.com/erie.html



http://www.keystone-energy.com/company_history.htm#erie_city_iron



**KEYSTONE** E N E R G Y

*Boilers – HRSGs – Stokers – Burners*
*Service – Parts*

| |
|---|
| Home |
| Company History |
| Spare Parts |
| Engineering |
| Field Service |
| New Equipment |
| Contact Us |

**24 hour Customer
Service Hot Line
1.800.322.5995**

**5300 Knowledge
Parkway
Erie, PA 16510**

**Fax Number
814.897.1089**

## Company History

Keystone Energy brings together a focused group of experienced engine maintaining a high level of customer support for the steam generation i can trace its roots to 1840 to where it began production of high quality, designs.

Keystone Energy is the supplier of OEM parts and services for the following steam generator technologies:

- Erie City Iron Works
- Zurn Energy Division
- Aalborg Industries, Inc.
- Erie Power Technologies, Inc



*1859 Erie City provided the steam generator and engine to drill the world's first oil well in Titusville, Pa. In 1985 a new boiler was duplicated for the Engine House at the Drake Well National Historical Museum.*



*Horse Drawn Boiler*



Oldest S
Stamp

### Corporate Timeline:



**Erie City Iron Works**

**ZURN**

AALBORG KEYSTONE

**1840-1887**
Original Business: An iron foundry c Foundry

**1887-1966**
When Erie became a city, company Erie City Iron Works

**1966-1997**
Business was bought by Zurn Indus Zurn Energy Division

**1997-1998**
Zurn Energy Division was bought by Inc. and renamed Aalborg Keystone

http://www.metalworld.com/trade/aa008637.html

# MetalWorld

[ Main Menu | Industry Directory | Add Your Company ]

## Industry Directory

### Erie Forge & Steel, Inc.

Erie Forge and Steel became the number one supplier of propulsion shafting for the Navy's vessels. Along with these forged components, EFS maintained a foundry which supplied propellers and shaft struts for these same ships. This facility, however, closed in 1976. Along with naval shafting, EFS has made many large forgings for the steel, mining, plastic and paper industry. Products and Services: ALLOY-Oil Country Goods including Alloy Pipe ALLOY-Tool Steel, including Drill Rod CARBON-Hot Rolled & Forged, Plain or Galvanized Bar CARBON-Semi-Finished, Billets, Skelp.

### Erie Forge & Steel, Inc.
Erie Pennsylvania
USA

For Further Information,
ENTER YOUR EMAIL ADDRESS AND CLICK GO :  [Go]

*The on-line directories are provided as a service to our subscribing me*

FREE Buy / Sell / Trade Exchange : Go to



Remember! Say you saw it in MetalW

Email FeedBack

 

IKE 09772

000120

Page 1 of 1

http://www.metalworld.com/trade/aa008285.html

# MetalWorld

[ Main Menu | Industry Directory | Add Your Company

## Industry Directory

### Erie Concrete & Steel Supply

Products and Services: ALLOY-Hot Rolled Bar and Light Shapes CARBON-Cold Finished Bars CARBON-Expanded Steel CARBON-Grating CARBON-Hollow Structurals & Structural Pipe & Tubing CARBON-Hot Rolled & Forged, Plain or Galvanized Bar CARBON-Hot Rolled Sheets, Strip, & Coil CARBON-Mechanical Tubing CARBON-Plates-U.M. & Sheared, Floor Plates & Sheets CARBON-Reinforcing Bar (Non-Fabricated) CARBON-Structurals or Welded Section CARBON-Tool Steel, including Drill Rod-ANNEALING BEAM SPLITTING BEVELING BURNING FLAME CUTTER GRINDING-HEAT TREAT PLATE BURNING SAW SHEAR.

### Erie Concrete & Steel Supply

Erie Pennsylvania
USA

For Further Information,
ENTER YOUR EMAIL ADDRESS AND CLICK GO : [        ] [Go]

*The on-line directories are provided as a service to our subscribing me*

FREE Buy / Sell / Trade Exchange : Go to :


Inter-Continental Metal Exchange
*buy *sell *trade

## Remember! Say you saw it in MetalW

### Email FeedBack

IKE 09773

000121



Document Description: **Offc Action Outgoing**
   Mail / Create Date: **05-Nov-2004**

IKE 09774

000122

**U.S. Census Bureau**

## U.S. Gazetteer

Select one of the following methods to your query to look up the place in the Tiger Map Browser or current 1990 Census index.

You can search the entire Type a or keywords if you want to search for

Page 3 of 3

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

IKE 09776

000124

Page 1 of 1

http://www.superiorboiler.com/

 **SUPERIOR** BOILER WORKS, Inc.

*"Demand Superior Performance"*



Boiler Systems

Specifications
Dimensional Data
References
Distributors
Training Seminars
Seminar Details
Parts Dept.
Reps Only
Service Capabilities
Superior Advantage
Advantage Brochure
Testimonials
Showcase
Boiler Animation
Email Form
Home

November 5, 2004

**Welcome to Superior Boiler W**

Superior Boiler Works has been manufacturing Scotch Marine firetube boilers for
Hutchinson, Kansas since

We offer 2, 3 and 4-pass
through 2200 HP (gas,

The superior performance
who have expanded their
by architects, engineers
well designed and trouble

Superior Boiler Works is
systems that achieve 12

With over 87,000 square
design engineering for spe
organizations form an unb

**Associations & Certifications:**

IKE 09777

000125

http://www.hbw-inc.com/





"the Boiler Superma

**Holman Boiler Works, Inc. offers Boiler S:**

**Parts, Rental Boilers, Remanufactured Boi**

| **Dallas** | **Houston** | **Corpt** |
|---|---|---|
| 1-800-331-1956 | 1-800-421-2516 | 1-800- |
| dal-sales@holmanboiler.com | hou-sales@holmanboiler.com | cor-sales@h |

**Check out our** Equipment **section for newly**

Other Links



ARMA



IKE 09778

000126

http://www.mckennaboiler.com/

[ Home ] [ Contents ] [ Search ] [ Feedback ]

## McKenna Boiler Works

 

# McKenna Boile

McKenna Boiler Works has been located at 1510 North Spring Street ir
Our 15,000 sq. ft. building employees over 20 workers that help manu
cleaning and laundry industry.

McKenna manufactures Scotch Marine boilers from 5 to 65 HP and ver
also repair, re-tube and sell new and used boilers. More than 18 mode
in stock.

In addition to the popular boilers, the company takes special orders f
specifications. As Richard Smith says, "We've got lots of boilers out tl
designs for years... a good boiler that's efficient ... and that is what

. . . . . . . . .

## Our Mission

We strive to provide the best products and service for our customers

. . . . . . . . .

## Company Profile

. . . . . . . . .

## Contact Information

IKE 09779

000127



Document Description: **Response to Office Action**
  Mail / Create Date: **05-May-2005**

PTO Form 1966 (Rev 9/2002)
OMB Control #0651-0050 (Exp. 04/30/2006)

# Response to Office Action

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78394985 |
| **MARK SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION (no change)** | |
| **ADDITIONAL STATEMENTS SECTION** | |
| MISCELLANEOUS STATEMENT | In response to the Office Action dated November 5, 2004, Applicant requests that this application be withdrawn pursuant to 37 C.F.R. § 2.68. It is respectfully submitted that said withdrawal is not to be construed as an agreement with the Trademark Attorney?s grounds for refusal. |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Joseph D. Fincher/ |
| SIGNATORY NAME | Joseph D. Fincher |
| SIGNATORY POSITION | Attorney for Applicant |
| SIGNATORY DATE | 05/05/2005 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu May 05 17:52:07 EDT 2005 |
| TEAS STAMP | USPTO/OA-20819167253-2005 0505175207234294-78394985 -200f9df3bc6c462a9d3da77f 730488db7c2-N-N-200505051 75002747711 |

IKE 09780

000128

PTO Form 1966 (Rev 9/2002)
OMB Control #0651-0050 (Exp. 04/30/2006)

## Response to Office Action

### To the Commissioner for Trademarks:

Application serial no. 78394985 is amended as follows:

### Additional Statements

In response to the Office Action dated November 5, 2004, Applicant requests that this application be withdrawn pursuant to 37 C.F.R. § 2.68. It is respectfully submitted that said withdrawal is not to be construed as an agreement with the Trademark Attorney?s grounds for refusal.

### Response Signature

Signature: /Joseph D. Fincher/    Date: 05/05/2005
Signatory's Name: Joseph D. Fincher
Signatory's Position: Attorney for Applicant

Serial Number: 78394985
Internet Transmission Date: Thu May 05 17:52:07 EDT 2005
TEAS Stamp: USPTO/OA-20819167253-2005050517520723429
4-78394985-200f9df3bc6c462a9d3da77f73048
8db7c2-N-N-20050505175002747711

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

IKE 09781

000129