IN UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

In re: : Case No. 03-12126-WWB
:
ERIE POWER TECHNOLOGIES, INC., : Chapter 11
:
Debtor. :

### ORDER APPROVING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACT PURSUANT TO 11 U.S.C. § 365

This \_\_7\_\_ day of \_\_September\_\_, 2004, upon consideration of Debtor's Motion to Assume and Assign Executory Contract Pursuant to 11 U.S.C. § 365, and any responses thereto, and after notice and hearing, the Court hereby finds that the prerequisites to such assumption have been met and that the assumption and assignment of these contracts is in the best interests of the Estate.

Accordingly, it is hereby ORDERED and DECREED that:

Debtor is authorized to assume and assign the contract known as the VEO Agreement and Finch Pruyn Orders (as more fully described in Debtor's Motion) to CMI America, Inc., CMI EPTI, LLC or another designated affiliate of CMI America, Inc., and that the prerequisites for the assumption of such contract have been met.

BY THE COURT:

*/s/ Warren W. Bentz*
The Honorable Warren W. Bentz
United States Bankruptcy Judge

c: KEITH WHITSON ESQ (FAX)
U.S. TRUSTEE

FILED
SEP 07 2004
U.S. BANKRUPTCY COURT
WEST DIST OF PA - ERIE

PLAINTIFF'S
EXHIBIT
**P-216B**
04-CV-325

002123