UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, | CIVIL ACTION<br><br>NO. 04-CV-325 (ERIE)<br><br>Judge Sean J. McLaughlin |
| Plaintiff, | |
| v. | |
| VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, | |
| Defendant. | |

## PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANT'S EXPERT TESTIMONY THAT THE KEYSTONE® DETAILED DESIGNS ARE IN THE PUBLIC DOMAIN

NOW COMES Plaintiff, Indeck Keystone Energy, LLC. ("IKE"), by and through its counsel, Schnader Harrison Segal & Lewis, LLP, and hereby submits this Motion *in Limine* to preclude Defendant's expert testimony that the Keystone® detailed designs are in the public domain. The basis for said Motion is set forth in detail in the Memorandum of Law in support of said Motion which is being submitted contemporaneously herewith. In addition, as further support for said Motion, IKE attaches hereto Exhibits "A" (6/4/01 Letter from John Viskup, Jr. with attachments) and "B" (List of VEO Documents that are to be excluded).

WHEREFORE, Plaintiff, Indeck Keystone Energy LLC asks the Court to preclude any testimony from Paul Miller that IKE's trade secrets are in the public domain and to exclude the exhibits set forth on Exhibit "B".

Respectfully submitted,

/s/   John K. Gisleson
John K. Gisleson (Pa. ID. No. 62511)
Robert J. Williams (Pa. ID. No. 76139)
SCHNADER HARRISON SEGAL & LEWIS LLP
Fifth Avenue Place
120 Fifth Avenue, Suite 2700
Pittsburgh, PA  15222-3001
Telephone: 412-577-5200
Facsimile: 412-765-3858

Gerald F. DeNotto
600 North Buffalo Grove Road, Suite 300
Buffalo Grove, IL 60089
Telephone: 847-520-3212
Facsimile: 847-520-3235

Dated:  April 27, 2007               Attorneys for Plaintiff and Counterclaim Defendant

## LOCAL RULE 16.1.4(D) CERTIFICATION

Pursuant to Local Rule 16.1.4(D), I hereby certify that counsel for Plaintiff, Indeck Keystone Energy, LLC made a good faith effort to confer with opposing counsel in an effort to reach agreement on the issues raised in the foregoing motion *in limine*, but opposing counsel was unwilling to agree to the issues raised in the motion.

/s/   John K. Gisleson

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Plaintiff's Motion in *Limine* to Preclude Defendant's Expert Testimony That The Keystone® Detailed Designs Are In the Public Domain** was served upon the following counsel of record by the CM/ECF electronic filing system on the 27th day of April, 2007:

    Christopher T. Sheean, Esquire
    Matthew Garrett, Esquire
    Wildman, Harrold, Allen & Dixon LLP
    225 West Wacker Drive
    Suite 2800
    Chicago, IL 60606


                                                                         /s/   John K. Gisleson