# EXHIBT "B"

# DOCUMENTS TO BE EXCLUDE

| VEO'S EXHIBIT NUMBER | SUBJECT | BEGINNING BATES NUMBER | END BATES NUMBER |
|---|---|---|---|
| 262 | Johnston Heat Drawings | VEO16700 | VEO16706 |
| 263 | Tube Layout Drawing - Mobile | VEO15979 | VEO15979 |
| 264 | American Ordinance - Boiler Arrangement Drawings | VEO15980 | VEO15991 |
| 265 | Nebraska Boiler Type A Brochure | VEO8822 | VEO8825 |
| 266 | Cerrey Brochure | VEO8826 | VEO8829 |
| 267 | Zurn Pathways to Steam | VEO8830 | VEO8853 |
| 268 | EPTI Keystone O Brochure | VEO8854 | VEO8854 |
| 269 | EPTI Keystone O Brochure - Gregory TX | VEO8855 | VEO8855 |
| 270 | Hanjung Steam Generator | VEO8856 | VEO8879 |
| 271 | Aalborg Industries Industrial Watertube Brochure | VEO8880 | VEO8883 |
| 272 | Cerry Brochure | VEO8884 | VEO8887 |
| 273 | EPTI Brochure | VEO8888 | VEO8891 |
| 274 | Cerry Brochure | VEO8892 | VEO8895 |
| 275 | Nebraska Boiler Brochure | VEO8896 | VEO8903 |
| 276 | Nebraska Boiler Brochure | VEO8904 | VEO8911 |
| 277 | Nebraska Boiler O Type Brochure | VEO8912 | VEO8913 |
| 278 | ERI Max Fire Brochure | VEO8914 | VEO8915 |
| 279 | Babcock & Wilcox FM Package Boilers Brochure | VEO8916 | VEO8931 |
| 280 | Cleaver Brooks Boiler Brochure | VEO8932 | VEO8932 |
| 281 | Cleaver Brooks Boiler Model 4 Brochure | VEO8933 | VEO8961 |
| 282 | Cleaver Brooks Boiler Model 5 Brochure | VEO8962 | VEO8986 |
| 283 | B & W PFI/PFT Boiler Brochure | VEO8987 | VEO9000 |
| 284 | Foster Wheeler New Series 500 Packaged Generator Brochure | VEO9001 | VEO9012 |
| 285 | Babcock & Wilcox Water Tube Package Boiler Brochure | VEO9013 | VEO9024 |
| 286 | English Boiler Website printout | VEO9025 | VEO9028 |
| 287 | Optimus Waste Heat Boiler website printout | VEO9029 | VEO9030 |
| 288 | Nationwide Boiler SH Mobile Boiler Brochure | VEO9031 | VEO9032 |

| | | | |
|---|---|---|---|
| 289 | Nebraska Boiler Shop assembled Watertube Steam Generators Brochure | VEO9033 | VEO9044 |
| 290 | Babcock & Wilcox Watertube Boiler Brochure | VEO9045 | VEO9056 |
| 291 | Nebraska Boiler Specifications for O-Type Boiler | VEO9057 | VEO9079 |
| 292 | Applied Thermal Systems, Inc. HRSG Brochure | VEO9080 | VEO9091 |
| 293 | 4 Fossil-Fired Package Boiler info from UFL.EDU website | VEO9092 | VEO9127 |
| 294 | Tomlinson "O" Type Watertube Boiler Brochure | VEO9128 | VEO9134 |
| 295 | Deltak Specialty Steam Generator System Brochure | VEO9135 | VEO9146 |
| 296 | Rentech Boiler Systems info from website | VEO9147 | VEO9149 |
| 297 | C. R. McBride Product List from Website | VEO9150 | VEO9153 |
| 298 | FM Package Boilers Brochure | VEO9179 | VEO9192 |
| 299 | Babcock & Wilcox FM Package Boilers Brochure | VEO9193 | VEO9214 |
| 300 | Babcock & Wilcox Brochure | VEO9215 | VEO9244 |
| 301 | Zurn VL Watertube Steam Brochure | VEO9278 | VEO9281 |
| 302 | Murray Iron Works Drawing | VEO9396 | VEO9405 |
| 303 | Photos of O style membrane wall boiler | VEO9406 | VEO9419 |
| 304 | Thermoboil website printout | VEO9420 | VEO9421 |
| 305 | Ganapthy Articles | VEO15139 | VEO15200 |
| 306 | Welding Inspection, Second Edition, prepared by AWS Committee on Methods of Inspection | | |
| 307 | Zurn Keystone Brochure Dated 01/01/1978 | VEO9248 | VEO9268 |
| 308 | Zurn Steam Purity Brochure Dated 01/01/1979 | VEO9277 | VEO9277 |
| 309 | Zurn Drawing for Codelco-Chile for (2) 19M Keystones with Welded Walls Dated 04/14/1993 | VEO9334 | VEO9334 |
| 310 | Zurn Energy Keystone Brochure Dated 11/01/1996 | VEO9269 | VEO9276 |
| 311 | Keystone Engineering Design Guide Dated 05/30/1997 | VEO1574 | VEO1702 |

| 312 | Rentech Boiler Services Brochure on Membrane Water Walls Dated 01/01/1999 | VEO9154 | VEO9178 |
| --- | --- | --- | --- |
| 313 | Aalborg Engineering Webpage showing O boiler 12/21/2006 | VEO15687 | VEO15687 |
| 314 | ITP - Keystone Package Boiler GO 1994 - Welded Front/Rear Dated 00/00/1994 | VEO9298 | VEO9308 |
| 315 | Nebraska Boiler Information Dated 04/00/2003 | VEO14980 | VEO15138 |

**ANY OTHER DOCUMENTS THAT ARE NOT IKE'S DETAILED DESIGN DRAWINGS THAT VEO INTENDS TO ADMIT INTO EVIDENCE FOR THE PURPOSE OF ARGUING THAT IKE'S DETAILED DESIGNS ARE IN THE PUBLIC DOMAIN.**