# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| | : CIVIL ACTION |
| INDECK KEYSTONE | : |
| ENERGY, LLC, a Delaware limited liability | : NO. 04-CV-325 (ERIE) |
| company, | : |
| | :Judge Sean J. McLaughlin |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| VICTORY ENERGY | : |
| OPERATIONS, LLC, a Delaware limited | : |
| liability company, | : |
| | : |
| Defendant. | : |

### ORDER

And Now, this _____ day of May, 2007, upon consideration of the Motion *in Limine* to preclude Defendant's expert testimony that the Keystone® detailed designs are in the public domain filed on behalf of Plaintiff, Indeck Keystone Energy, LLC., and all responses thereto, it is hereby ORDERED, DECREED AND ADJUDGED that Plaintiff's Motion *in Limine* is GRANTED. Any testimony from Paul Miller that IKE's trade secrets are in the public domain is EXCLUDED and VEO's exhibits set forth on Exhibit "B" are EXCLUDED.

BY THE COURT:

_____

McLauglin, J.