UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, | : : : : : CIVIL ACTION : |
| Plaintiff, | : : NO. 04-CV-325 (ERIE) |
| v. | : : Judge Sean J. McLaughlin |
| VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, | : : : : |
| Defendant. | : |

**O R D E R**

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiff's Motion *in limine* to Exclude Michael Brecker as a Witness and any opposition thereto, it is hereby ORDERED, DECREED and ADJUDGED that Plaintiff's Motion in *limine* is GRANTED. Michael Brecker is hereby EXCLUDED as a witness.

BY THE COURT:

_____

McLaughlin, J.