UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-325 Erie |
| | ) |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin |
| | ) |
| Defendant | ) |

**ORDER**

AND NOW, this _____ day of May, 2007, the *Defendant's Motion in Limine to Bar Plaintiff from Referring to Design Features in Public Domain as Trade Secrets* is granted and this Court hereby orders that Plaintiff shall not refer to any of the following categories of information or data as trade secrets:

    a.    Information or data that it provided to VEO prior to or outside of the License Agreement without any requirement of confidentiality;

    b.    Information or data that it provided to customers or other third parties without any requirement that such information or data be kept confidential;

    c.    Information and data, including boiler dimensions, that is capable of being derived by observation or reverse engineering of products sold in the marketplace; and

    d.    Information or data that is otherwise available in the public domain including, but not limited to, information included in ASME, AWS or other industry standards.

_____
Sean J. McLaughlin
United States District Judge