UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-325 Erie |
| | ) | |
| VICTORY ENERGY OPERATIONS LLC, | ) | Judge Sean J. McLaughlin |
| | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

AND NOW, this _____ day of May, 2007, the ***Defendant's Motion to Order Proof*** is granted and this Court hereby orders that IKE must establish that any information or data that is the basis of any misappropriation claim actually qualifies as a bona-fide trade secret before IKE is permitted to offer evidence or argument related to VEO's alleged misappropriation or use of such information or to refer to such information as a trade secret.

_____
Sean J. McLaughlin
United States District Judge