UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-325 Erie |
| | ) |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin |
| | ) |
| | ) |
| Defendant | ) |

## ORDER

AND NOW, this _____ day of May, 2007, the *Defendant's Motion In Limine Barring Evidence That Victory Energy Breached The License Agreement* is granted and this Court hereby orders that IKE is barred from introducing evidence or argument that VEO failed to comply with the terms and conditions of the License Agreement.


_____
Sean J. McLaughlin
United States District Judge