# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-325 Erie |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin |
| Defendant | ) |

## ORDER

AND NOW, this _____ day of May, 2007, the ***Defendant's Motion In Limine To Bar Reference to Damages or Injunctive Relief During Liability Phase of Trial*** is granted and this Court hereby orders that Plaintiff is barred from introducing evidence or argument regarding damages or injunctive relief sought during the liability phase of trial.

_____
Sean J. McLaughlin
United States District Judge