**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-325 Erie |
| | ) | |
| VICTORY ENERGY OPERATIONS LLC, | ) | Judge Sean J. McLaughlin |
| | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

AND NOW, this _____ day of May, 2007, the ***Defendant's Motion In Limine To Bar Reference to Robert Gdaniec's Letter of March 26, 2004, and Mark White's Letter of March 30, 2004*** is granted and this Court hereby orders that Plaintiff is barred from offering evidence, argument, or testimony regarding Robert Gdaniec's Letter of March 26, 2004, and Mark White's Letter of March 30, 2004.


_____
Sean J. McLaughlin
United States District Judge