UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-325 Erie ) |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin ) ) |
| Defendant | ) ) |

## ORDER

AND NOW, this _____ day of May, 2007, the ***Defendant's Motion In Limine To Bar Plaintiff's Expert, Robert Seibel, From Offering Speculative And Irrelevant Testimony Regarding The Cost To Develop A New Boiler Line*** is granted and this Court hereby orders that Plaintiff's expert witness, Robert Seibel is barred from introducing evidence or argument regarding the cost to develop a new boiler line.

_____
Sean J. McLaughlin
United States District Judge