### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-325 Erie |
| | ) |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin |
| | ) |
| Defendant | ) |

### ORDER

AND NOW, this _____ day of May, 2007, the ***Defendant's Motion In Limine Barring Any Reference To Prior Litigation, Including Indeck Power Equipment Co. v. Victory Energy Operations LLC, And Connolly, Roberts & Mcgivney V. Victory Energy Operations LLC v. Victory Energy Operations LLC*** is granted and this Court hereby orders that Plaintiff is barred from introducing evidence or argument regarding prior litigation including *Indeck Power Equipment Co. v. Victory Energy Operations LLC,* and *Connolly, Roberts & Mcgivney V. Victory Energy Operations LLC v. Victory Energy Operations LLC*.

_____
Sean J. McLaughlin
United States District Judge