# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-325 Erie |
| | ) |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin |
| | ) |
| Defendant | ) |

## ORDER

AND NOW, this _____ day of May, 2007, the ***Defendant's Motion In Limine To Bar experts and opinions not disclosed pursuant to Federal Rule of Civil Procedure 26(a)(2)*** is granted and this Court hereby orders that Plaintiff's expert witnesses are barred from introducing any opinions not previously disclosed in their expert reports or depositions.

_____
Sean J. McLaughlin
United States District Judge