## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-325 Erie |
| | ) |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin |
| | ) |
| Defendant | ) |

## ORDER

AND NOW, this _____ day of May, 2007, the ***Defendant's Motion In Limine To Bar Plaintiff From Referring To the Protective Order and the Designation of Documents Protected Thereunder*** is granted and this Court hereby orders that Plaintiff is barred from offering evidence, argument, or testimony regarding the existence of the protective order or the designation of any documents as confidential or highly confidential pursuant to the terms of the protective order.

_____
Sean J. McLaughlin
United States District Judge