UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | CIVIL ACTION<br><br>NO. 04-CV-325 (ERIE)<br><br>Judge Sean J. McLaughlin |

## ORDER

1.　　AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiff's Motion *in Limine* to Preclude Defendant from Arguing for "Reasonable Royalty" Damages On Plaintiff's Trademark, Misappropriation of Trade Secrets, Unjust Enrichment and Unfair Competition Claims, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. Defendant hereby is and shall be precluded from arguing to the jury at trial that it is entitled to "reasonable royalty" damages on Plaintiff's trademark, misappropriation of trade secrets, unjust enrichment, and unfair competition claims.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　McLaughlin, J.