# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-325 Erie |
| ) | |
| VICTORY ENERGY OPERATIONS ) | Judge Sean J. McLaughlin |
| LLC, ) | |
| ) | |
| Defendant ) | |

## ORDER

AND NOW, this _____ day of May, 2007, the ***Defendant's Motion In Limine To Bar Reference to Proposals Issued Prior to September 8, 2004*** is granted and this Court hereby orders that Plaintiff is barred from offering evidence, argument, or testimony regarding proposals issued by VEO prior to September 8, 2004.

_____
Sean J. McLaughlin
United States District Judge