UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-325 Erie |
| | ) |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin |
| | ) |
| | ) |
| Defendant | ) |

**ORDER**

AND NOW, this _____ day of May, 2007, the ***Defendant's Motion In Limine To Bar William Liebel From Testifying at Trial*** is granted, and this Court hereby orders that William Liebel is barred from testifying at trial as an expert witness regarding damages or profits.

_____
Sean J. McLaughlin
United States District Judge