## PENNSYLVANIA Department of State

DOS Homepage

Request
- New Request

Free Search
- General Name Search
- Old Name Search
- Orphan Search

# Entity Details

### Basic Entity Information

| Field | Value |
|---|---|
| Entity Type | FOREIGN LIMITED LIABILITY COMPANY (BUSINESS) |
| Entity Name | INDECK KEYSTONE ENERGY, LLC |
| Entity No. | 3247868 |
| Filing Date | 09/08/2004 |
| Letter of Consent | No |
| Address | % CT CORPORATION SYSTEM - Pennsylvania USA |
| County | Philadelphia |
| Jurisdiction | DE |
| Purpose | POWER EQUIPMENT AND PARTS SALES |
| Limited Authority | No |

### Instrument History

| Doc Type | Microfilm# | Micro# Start | Micro# End | Filing Date | Comments |
|---|---|---|---|---|---|
| LLC-FO | 2004086 | 114 | 115 | 09/08/2004 | - |

Back

Home | Site Map | View as Text Only