UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, | : : : : : CIVIL ACTION : NO. 04-CV-325 (ERIE) : Judge Sean J. McLaughlin : : : : |
| Plaintiff, | |
| v. | |
| VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, | |
| Defendant. | |

## **O R D E R**

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiff's Motion *in Limine* to Preclude Evidence of Alleged Defamatory Statements and Tortious Interference, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. Defendant hereby is and shall be precluded from offering at trial any and all evidence and/or references to alleged defamatory statements and tortious interference with contracts by Plaintiff.

BY THE COURT:

_____
McLaughlin, J.