UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-325 Erie |
| | ) |
| VICTORY ENERGY OPERATIONS LLC, | ) Judge Sean J. McLaughlin |
| | ) |
| Defendant | ) |

## ORDER

AND NOW, this _____ day of May, 2007, the *Defendant's Motion In Limine to Bar Plaintiff From Referring to the Heinz Boiler Drawings as Trade Secrets* is granted and this Court hereby orders that plaintiff, its counsel, and its witnesses are barred from referring to or arguing at trial that the drawings, plans, and other information contained within the Heinz Boiler Drawings are "trade secrets."

_____
Sean J. McLaughlin
United States District Judge