# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

INDECK KEYSTONE
ENERGY, LLC, a Delaware limited liability
company,

        Plaintiff,

     v.

VICTORY ENERGY
OPERATIONS, LLC, a Delaware limited
liability company,

        Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION

NO. 04-CV-325 (ERIE)

Judge Sean J. McLaughlin

---

## PLAINTIFF'S MOTION IN *LIMINE* TO EXCLUDE PORTIONS OF PAUL F. MILLER'S EXPERT REPORT AND ANY TESTIMONY RELATED THERETO

---

Plaintiff, Indeck Keystone Energy, LLC ("IKE"), by and through its counsel, Schnader Harrison Segal & Lewis LLP, hereby submits this Motion in *Limine* to exclude Section A, Section B, Section C and Section E of Paul F. Miller's Expert Report and any testimony relating thereto. The basis for the said Motion is more particularly set forth in the Memorandum of Law in Support of the Motion which is filed contemporaneously herewith.

Accordingly, Plaintiff, Indeck Keystone Energy, LLC requests that this Honorable Court exclude Section A, Section B, Section C and Section E of Paul F. Miller's Expert Report and any testimony relating thereto.

Respectfully submitted,

_____/s/_____John K. Gisleson_____
John K. Gisleson (Pa. ID. No. 62511)
Robert J. Williams (Pa. ID. No. 76139)
Jennifer A. Callery (Pa. ID. No. 91421)
SCHNADER HARRISON SEGAL & LEWIS LLP
Fifth Avenue Place
120 Fifth Avenue, Suite 2700
Pittsburgh, PA  15222-3001
Telephone: 412-577-5200
Facsimile: 412-765-3858

*Attorneys for Plaintiff and Counterclaim Defendant,
Indeck Keystone Energy, LLC*

Dated:  April 27, 2007

## **LOCAL RULE 16.1.4(D) CERTIFICATION**

Pursuant to Local Rule 16.1.4(D), I hereby certify that counsel for Plaintiff, Indeck

Keystone Energy, LLC made a good faith effort to confer with opposing counsel in an effort to

reach agreement on the issues raised in the foregoing motion *in limine*, but opposing counsel was

unwilling to agree to the issues raised in the motion.

/s/  John K. Gisleson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Plaintiff's Motion In**

*Limine* **To Exclude Portions Of Paul F. Miller's Expert Report And Any Testimony**

**Related Thereto** was served upon the following counsel of record by the CM/ECF electronic

filing system on the 27th day of April, 2007:

        Christopher T. Sheean, Esquire
        Matthew Garrett, Esquire
        Wildman, Harrold, Allen & Dixon LLP
        225 West Wacker Drive
        Suite 2800
        Chicago, IL 60606

           /s/   John K. Gisleson