UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, | : : : : : CIVIL ACTION : : NO. 04-CV-325 (ERIE) : : Judge Sean J. McLaughlin : : : : : |
| Plaintiff, | |
| v. | |
| VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, | |
| Defendant. | |

## **O R D E R**

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiff's Motion In *Limine* To Exclude Portions of Paul F. Miller's Expert Report And Any Testimony Related Thereto, and any opposition thereto, it is hereby ORDERED, DECREED and ADJUDGED that Plaintiff's Motion in *Limine* is GRANTED and the opinions contained in Section A, Section B, Section C and Section E of Paul F. Miller's Report and any testimony related thereto are excluded from trial.

BY THE COURT:

_____
McLaughlin, J.