## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, | : : : : : : CIVIL ACTION |
| Plaintiff, | : : NO. 04-CV-325 (ERIE) |
| v. | : : Judge Sean J. McLaughlin |
| VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, | : : : : |
| Defendant. | : |

## **O R D E R**

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiff's Motion *in Limine* to Preclude Evidence That Defendant's Profits Should Be Reduced by Indirect or Allocated Manufacturing Overhead Costs and Losses, it is hereby ORDERED that the Motion is GRANTED.  Defendant hereby is and shall be precluded from offering at trial any and all evidence and/or references to its indirect costs or allocated manufacturing overhead and losses.

BY THE COURT:

_____
McLaughlin, J.