UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, | CIVIL ACTION |
| Plaintiff, | NO. 04-CV-325 (ERIE) |
| v. | Judge Sean J. McLaughlin |
| VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, | |
| Defendant. | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant's Motion *in Limine* No. 9 to Bar Plaintiff from Referring to Protective Order and Designation of Documents Protected Thereunder, and the opposition thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____
McLaughlin, J.