UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, | : : : : : CIVIL ACTION : NO. 04-CV-325 (ERIE) : Judge Sean J. McLaughlin : : : : |
| Plaintiff, | |
| v. | |
| VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, | |
| Defendant. | |

## **O R D E R**

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant's Motion in *Limine* No. 1 to Bar Plaintiff from Referring to Design Features in Public Domain as Trade Secrets, and the opposition thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____
McLaughlin, J.