UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, | CIVIL ACTION |
| Plaintiff, | NO. 04-CV-325 (ERIE) |
| v. | Judge Sean J. McLaughlin |
| VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, | |
| Defendant. | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant's Motion *in Limine* Seeking to Bar Reference to Robert Gdaniec's Letter of March 26, 2004 and Mark White's Letter of March 30, 2004, and the opposition thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____
McLaughlin, J.