## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

INDECK KEYSTONE
ENERGY, LLC, a Delaware limited liability
company,

               Plaintiff,

       v.

VICTORY ENERGY
OPERATIONS, LLC, a Delaware limited
liability company,

               Defendant.

CIVIL ACTION

NO. 04-CV-325 (ERIE)

Judge Sean J. McLaughlin

## O R D E R

AND NOW, this _____ day of May, 2007, upon consideration of

Defendant's Motion *in Limine* to Bar Plaintiff from Referring to the Heinz boiler Drawings as

Trade Secrets, and the opposition thereto, it is hereby ORDERED, DECREED AND

ADJUDGED that Defendant's Motion in limine is DENIED.  The Court finds that Defendant

agreed to a confidentiality provision covering all design drawings and other technical

information provided to Defendant.

BY THE COURT:

_____
McLaughlin, J.