# REPORT OF STUDY OF BOILER FACTORS
## ATTACHMENT I -- CAREER PROFILE -- ROBERT V. SEIBEL

**EDUCATION:**

Bachelor of Science - 1954 Pennsylvania State University, University Park, PA

**PROFESSIONAL EXPERIENCE:**

**Presently Self Employed - RMR Technical Services, Erie, PA**

Work included:

- Consulting with Aalborg Industries (*successor to Zurn Energy Division*) doing special boiler Engineering Projects in the home office and on site, Development of Operator Training Aids and Operating Instructions.

- Development of Steam Separation and Steam Scrubber retrofit application for two process steam systems in a West Coast Refinery.

- Design of an Induced Flue Gas Recirculation System for a Gas Fired Boiler in a Midwest paper mill.

- Design of an increased performance superheater for a Wood Fired Boiler.

- Consulting with US Industries, now Jacuzzi Products, (successor to Zurn Industries) to close outstanding contractual liabilities and in regard to asbestos litigation

- Consulting with the McBurney Corporation for the design of a wood fired boiler for a West Coast lumber mill and a rice hull fired boiler for Thailand. Performed combustion calculations, heat transfer design for the boilers and superheaters. Designed boiler circulation, steam separator and scrubber systems.

REPORT OF STUDY OF BOILER FACTORS
ATTACHMENT I -- CAREER PROFILE -- ROBERT V. SEIBEL

**1967 to 1996 - Zurn Industries Inc., Energy Division, Erie, PA**

*The Zurn Energy Division (which continued as Aalborg Industries and Erie Power Technologies and now CMI and Indeck Keystone Energy) was a well-known designer, fabricator, and constructor of a wide range of fuel burning and steam generating equipment for industry.*

Responsibilities included:

- Boiler and burner performance design and engineering on an individual basis and also group and department management levels.

- Sales and Marketing department management.

- Management of Field Service.

- Management of all technical forces including Engineering, Field Service and Computer resources.

*Directed Engineering and Project Management of current contracts.*

*Participated in and was responsible for new product development and application and selling of existing products.*

*Investigated and resolved product performance issues.*

*Responsible for development of engineering standards and operating instructions.*

*Developed testing and evaluation programs for current and proposed technologies.*

*Oversaw the purchase and integration of new products and technologies.*

*Investigated and reported on incidents of boiler failure.*

*Presented deposition and trial testimony in several legal actions.*

REPORT OF STUDY OF BOILER FACTORS
ATTACHMENT I - - CAREER PROFILE - - ROBERT V. SEIBEL

**1954 to 1967 - Babcock and Wilcox Company, Barberton, OH**

*Babcock and Wilcox is one of the best- known suppliers of steam generating equipment for electric utilities and industry.*

Responsibilities included:

- Field Service Engineering.

- Chemical Engineering for water treatment specific to all steam generating products.

- Design Engineering for pulp and paper industry products.

*Individually responsible for boiler start up, performance testing and problem resolution.*

*Responsible for boiler water treatment issues for utility and industrial boilers.*

*Responsible for design aspects of current and evolving boiler and related products for pulp and paper.*

*Directed the start up and operator training of major utility steam generators and large industrial boilers.*

*Involved with the investigation of incidents of boiler damage.*

*Developed specific procedures for utility boiler water treatment and chemical cleaning.*

*Analyzed product performance problems.*