UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDECK KEYSTONE ENERGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-325 Erie |
| | ) | |
| VICTORY ENERGY OPERATIONS LLC, | ) | Judge Sean J. McLaughlin |
| | ) | |
| | ) | |
| Defendant | ) | |

**VEO'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* REQUESTING THE COURT TO TAKE JUDICIAL NOTICE**

Defendant, Victory Energy Operations, LLC ("VEO"), by and through its undersigned counsel, for its response to Plaintiff's Motion *In Limine* requesting the Court to take judicial notice, states the following:

VEO does not object to the Court taking judicial notice of the documents identified in Plaintiff's motion. VEO reserves the right and specifically objects to the admissibility of the documents identified in IKE's motion on the grounds of relevancy.

WHEREFORE, Victory Energy Operations, LLC respectfully requests:

A. That this Court deny the relief requested in Plaintiff's Motion *In Limine* requesting the Court to take judicial notice of the documents identified in its Motion; and

B. Such other relief as this Court deems equitable and just.


Dated: May 2, 2007

Respectfully submitted,

/s/ Matthew Garrett
One of the Attorneys for Defendant,
VICTORY ENERGY OPERATIONS LLC

Christopher T. Sheean
Brian W. Lewis
Matthew Garrett
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive, 28th Floor
Chicago, IL 60606
(312) 201-2997

LOCAL COUNSEL:
G. Jay Habas
Marshall, Dennehey, Warner
Coleman & Goggin
1001 State Street, Suite 1400
Erie, PA 16506
(814) 461-7800
PA ID No. 55581

Counsel for Victory Energy Operations LLC

**CERTIFICATE OF SERVICE**

      Matthew M. Garrett, an attorney, certifies that on the 2nd day of May, 2007, he caused a copy of the foregoing *VEO'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE REQUESTING THE COURT TO TAKE JUDICIAL NOTICE* to be filed electronically, and that the CM/ECF system for the court will e-mail a copy of the foregoing to the following counsel of record:

      John K. Gisleson
      Robert J. Williams
      Schnader Harrison Segal & Lewis LLP
      Fifth Avenue Place, Suite 2700
      120 Fifth Avenue
      Pittsburgh, PA 15222-3001
      Email: JGisleson@Schnader.com
      ATTORNEYS FOR PLAINTIFF INDECK KEYSTONE ENERGY LLC

  /s/ Matthew M. Garrett
Matthew M. Garrett