UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDECK KEYSTONE ENERGY LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-325 Erie |
| | : | |
| VICTORY ENERGY OPERATIONS LLC, | : | Judge Sean J. McLaughlin |
| | : | |
| Defendant | : | JURY TRIAL DEMANDED |

**DEFENDANT'S MOTION TO WITHDRAW
ITS PREVIOUSLY FILED MOTION FOR PRE-TRIAL FINDING
THAT THE LICENSE AGREEMENT DID NOT PROHIBIT THE USE OF
TECHNICAL INFORMATION AFTER EXPIRATION OF THE AGREEMENT**

Defendant, Victory Energy Operations, LLC, hereby moves to withdraws its previously filed Motion for Pre-Trial Finding that the License Agreement Did Not Prohibit the Use of Technical Information After Expiration of the Agreement.

Dated: May 3, 2007                               Respectfully submitted,

/s/ Matthew M. Garrett
One of the Attorneys for Defendant,
VICTORY ENERGY OPERATIONS
LLC

Christopher T. Sheean
Brian W. Lewis
Matthew Garrett
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive, 28th Floor
Chicago, IL 60606
(312) 201-2997

LOCAL COUNSEL:
G. Jay Habas
Marshall, Dennehey, Warner
Coleman & Goggin
1001 State Street, Suite 1400
Erie, PA 16506
(814) 461-7800
PA ID No. 55581

## CERTIFICATE OF SERVICE

Matthew M. Garrett, an attorney, certifies that on the 3rd day of May, 2007, he caused a copy of the foregoing *Motion to Withdraw its Previously Filed Motion for Pre-Trial Finding that the License Agreement Did Not Prohibit the Use of Technical Information After Expiration of the Agreement* to be filed electronically, and that the CM/ECF system for the court will e-mail a copy of the foregoing to the following counsel of record:

>John K. Gisleson
>Robert J. Williams
>Schnader Harrison Segal & Lewis LLP
>Fifth Avenue Place, Suite 2700
>120 Fifth Avenue
>Pittsburgh, PA 15222-3001
>Email: JGisleson@Schnader.com
>ATTORNEYS FOR PLAINTIFF INDECK
>KEYSTONE ENERGY LLC

>/s/ Matthew M. Garrett
>Matthew M. Garrett