# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

Indeck Keystone Energy LLC

vs

Victory Energy Operations LLC

No. Civil Action 04-325 E   CIVIL

Time for Selection: 9:23am - 12:05pm
5-8-07

Date: _____

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| 1 | ~~Jeremiah L. Copeland~~ Samuel L. Ring D-2 | 8/10 | John T. Healy |
| 86/2 | Jaimee S. Lindvay | 101/11 | ~~Jerome T. Trocki~~ David R. Leuschel |
| 3 | ~~Jennifer A. Emig~~ P-1 | 93/12 | ~~Jarrin Brett Sperry~~ MaryAnn L. Frontino |
| 47/4 | Maria Woodard | 76/13 | ~~Jay A. Biggle~~ Dorothy L. Rood |
| 5 | ~~Tiffanee R. Weaver~~ P-2 | 14 | John K. Brady P-3 |
| 109/6 | William R. Sharrow | 15 | |
| 137/7 | Steven J. Jaskiewicz | 16 | |
| 8 | ~~Randy Devereaux~~ D-3 | 17 | |
| 9 | ~~Rebecca A. Weiss~~ D-1 | 18 | |

## WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| | |