# CLERK'S MEMORANDUM

| | | | |
|---|---|---|---|
| Civil Number | CA04-325 Erie | Case closed | 20___ |
| Before Judge | Sean J. McLaughlin | Judge Charges Jury | 20___ |
| Appears for Pltf. | John Gisleson, Bob Williams & Jennifer Callery | Jury Retires | 20___ |
| | | Verdict | 20___ |
| Appears for Deft. | Christopher Sheean, Brian Lewis, Jay Habas, Matthew Garrett | | |
| Appears for 3rd pty. | | | |
| Pltf. opens | 5-8   20_07_ | Bailiff in charge/Law Clerk | J. Grossett |
| Pltf. rest | 20___ | Court Reporter | R. Bench & S. Fuller |
| Pltf. close | 20___ | Deputy Clerk | N. Kierzek |
| Deft. opens | 20___ | | |
| Deft. rest | 20___ | | |
| Deft. close | 20___ | | |

## JURY

1. John Healy
2. Jamiee Linday
3. David Leuschel
4. Maria Woodard
5. Maryann Frontino
6. William Sharrow
7. Steven Jaskiewicz
8. Dorothy Bond

## TRIAL MOTIONS

Under advisement

## TRIAL MEMORANDUM

**Dates of Trial**

| | | |
|---|---|---|
| Trial Opens | 5-8 (9-4:45) less lunch | 20_07_ |
| Continues | 5-9 (9-4:45) less lunch | 20_07_ |
| Continues | 5-10 (9-4:30) same | 20_07_ |
| Continues | 5-14 (11am-4:45) no lunch | 20_07_ |
| Continues | 5-15 (9am-4:45pm) less lunch | 20_07_ |
| Continues | 5-16 (9-11:30) | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Trial closed | | 20___ |
| Verdict | | 20___ |