AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __PENNSYLVANIA__

Indeck Keystone Energy LLC

V.

Victory Energy Operations LLC

~~EXHIBIT AND~~ WITNESS LIST

Case Number: CA 04-325 E

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Sean J. McLaughlin | John Gisleson | Christopher Sheean |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| May 8, | Ron Bench / S. Fuller | Nicole Kierzek |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/8 | | | Witness - Martin Swabb |
| | | 5/9 | | | Continued - Martin Swabb |
| | | 5/9 | | | Bob Gdaniec - Witness |
| | | 5/10 | | | Continued Bob Gdaniec |
| | | 5/11 | | | John Viskup |
| | | 5/14 | | | John Viskup continued |
| | | 5/15 | | | John Viskup Continued |
| | | 5/15 | | | Steven Kang |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages