IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDECK KEYSTONE ENERGY, LLP., ) | | |
|     Plaintiff, ) | | |
| ) | | |
| Vs. ) | Civil Action No. 04-325 Erie | |
| ) | | |
| VICTORY ENERGY OPERATIONS, LLP.,) | | |
|     Defendant. ) | | |

**O R D E R**

AND NOW, this 16th day of May 2007, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed. The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation. It appears no further action is required by the Court at this time.

                                                   S/Sean J. McLaughlin
                                                 Sean J. McLaughlin
                                                 United States District Judge

cc: all parties of record. nk