1  Q.    What I'd like you to do is kind of walk through what the

2  major components are of the boiler, please?

3  A.    Okay.   You have the steam drum.   That's at the top left.

4  That collects the tubes.   You have the lower drum or the mud

5  drum, that also collects the tubes.   The boiler bank tubes

6  themselves.   The furnace.   Water bank tubes.   Outer wall tubes.

7  This particular unit has a super heater.

8  Q.    What's a super heater?

9  A.    A super heater takes the steam as a vapor, adds more heat

10  to it.   It's in the flame, it's in the furnace.   With the more

11  heat, higher temperature, there's more energy available.

12  That's usually, but not always, usually for driving a steam

13  turbine.   So it's a matter of adding more energy to that.   This

14  particular unit has a super heater.   Then we show the seal

15  casing, as we saw in the previous photographs.

16  Q.    Is that in the right-hand portion of the photograph?

17  A.    No, that's on the left-hand side here.   The stiffeners,

18  that are on top of that.   Then there's insulation.   And the

19  lagging in that case.   Lagging is the outer skin that covers

20  the insulation.

21  Q.    Now, is this the front wall right here in the front?

22  A.    Yes.

23  Q.    What's the purpose of the front wall?

24  A.    The purpose of the front wall is to close the front end

25  of the boiler and also to house the burner, that's the business

1    end.

2    Q.    Now, are there pipes in the front wall?

3    A.    On this particular unit there's no tubes, if that's what

4    you mean.  No, there's no tubes in the front wall.

5    Q.    Are there ever any tubes in the front wall of the boiler?

6    A.    Oh, yes, on a welded front wall.

7    Q.    Now, is there any structural support that is provided by

8    any of the walls?

9    A.    Yes, the front casing and there's a comparable rear

10   casing, the rear casing does not have a burner.  Those are the

11   two ends of the boiler that help hold the drums up, hold the

12   boiler up.  You have to have something to keep these drums

13   separated and something to take a load of the boiler to the

14   foundation.  That's the front and rear casings.

15   Q.    How many tubes are there typically in a Keystone boiler?

16   A.    Oh, probably in one like this 100,000 pounds per hour,

17   there's probably 1,500 tubes.

18   Q.    Are there any other pieces or parts beyond the tubes?

19   A.    That's just the start.  You have two drums, 1,500 tubes,

20   casing panels, stiffeners, insulation, lagging.  That's not

21   even getting to the burner.  The piping, the water columns, the

22   stuff that is required to control the boilers.  So there is

23   literally thousands of parts for each, there's so many systems

24   to the boiler and there's thousands of parts total.

25   Q.    How long does it take on average to assemble a Keystone

1  boiler?

2  A.    Just the assembly you're probably looking at three

3  months, just the assembly.

4  Q.    Then in terms of the person hours to assemble a Keystone

5  boiler?

6  A.    About 3,000 hours.

7  Q.    Is it easy to assemble?

8  A.    Not really, that's why there are boilermakers.  They're

9  very skilled craftsman, they know their trade.  They know the

10  construction of the unit.

11  Q.    What are the challenges in assembling a Keystone boiler?

12  A.    The challenges is to make sure that it's puts together

13  properly, so that it will hold the pressure inside the boiler,

14  you certainly don't want that to get loose.  A boiler can be

15  very dangerous.  You have high temperature, high pressure

16  steam.  If things are not expanded into the drum and welds

17  aren't done properly, that those skills aren't very good, then

18  you'll have leaks.  Those leaks can be fatal or they can cause

19  a major failure, which a boiler can explode.

20  Q.    Leaks of what?

21  A.    Steam and water.

22  Q.    How about the relationship of one part or a series of

23  parts to other parts in the boiler, how does that play into the

24  assembly process?

25  A.    With any boiler and particular the package boiler, each

1  part is integral, each part interacts with the other parts of

2  the boiler and plays a certain role.  You can't -- each part

3  has to integrate with that because it is packaged, you have to

4  make sure they fit together properly.  So that when it gets to

5  the field it will operate.

6  Q.    What are some of the consequences that can happen if the

7  boiler isn't properly assembled, it isn't properly manufactured

8  and assembled?

9  A.    You can have steam leaks.  You can have burns through the

10  casing.  The gas temperatures in the furnace are over 2,500

11  degrees.  If you have the casing leak or something that is

12  improper, you actually have flames coming out of the side of

13  the boiler, and that is extremely dangerous.  It also may not

14  make enough steam, a customer bought the product to make a

15  certain amount of steam to do whatever he needed with his

16  process or his turbine.  If it doesn't make enough steam, he's

17  not going to be successful.

18  Q.    Are there any cost considerations that are associated

19  with assembly?

20  A.    Yes.  Each part of the assembly is integral, we work on

21  that to get the cost and get the most efficient way to build a

22  part, so it's built properly and safely.  It also economically,

23  if it's not economical, you can't sell the boiler, there's

24  nothing there to market.

25  Q.    Can you generally describe, hopefully using this diagram,

1   what the flow is of the water through the boiler?

2   A.    It's a unique, it's what they call a natural circulation

3   boiler.  In other words, there's only a pump to get the water

4   into the boiler.  After that it's the way the boiler absorbs

5   heat in various portions of the boiler, that causes the water

6   to circulate.  The front end of the boiler, the furnace tubes

7   are all what we call risers.  They're hot, they're exposed to

8   the flame.  So the water flows from the lower drum up through

9   those tubes into the steam drum.  As the gases flow toward the

10  rear of the boiler, the back end, they're still very hot, they

11  haven't lost a lot of the heat yet because they have the flow

12  through all these tubes.  Each area that they flow through

13  reduces the temperature of the gases.  That heat that's

14  absorbed by the tubes generates the steam.  So steam rises, we

15  call it a riser in the back end of the boiler.  So it takes

16  water from the lower drum, turns to steam as it goes through

17  the tubes and goes into the upper drum where the steam is

18  released.  At the front end of the boiler, by this time the

19  gases have lost a lot of their heat.  It's cooler, the front

20  end of the boiler, the water sinks down into the lower drum.

21  So if you look at this here, it's kind of a counterclockwise

22  rotation of the way the water that flows from the front of the

23  lower drum to the rear of the lower drum, up the risers, across

24  the upper drum, from the rear to the front, and then down the

25  down covers in the front.  It's a complex methodology but

1   that's what keeps the water circulating in the boiler and it

2   releases the steam in the drum and that goes to whatever the

3   use for the steam is.

4   Q.    Does the design of the boiler affect what that flow is

5   through the boiler?

6   A.    Oh, absolutely.  If you don't size the boiler in the

7   surfaces, in the spaces between the tubes properly, not only

8   will you not efficiently generate steam, it could be bad enough

9   that if you don't manufacture it properly, that the circulation

10  stops.  If it stalls, the tube just continues to heat, generate

11  steam, it's not getting the water properly, then you'll have a

12  tube failure, you'll have a leak.

13  Q.    What's the water temperatures for the waters going

14  through the boiler?

15  A.    It depends on the pressure, usually it's anywhere from

16  say 400 to 600 degrees.

17  Q.    And then how much --

18  A.    Fahrenheit.

19  Q.    Then how much heat is the boiler itself generating?

20  A.    What do you mean to the surrounding the outside?

21  Q.    Correct.  Interior and then?

22  A.    Well, the insulation keeps the heat inside the boiler.

23  The boiler itself loses a little bit of heat to the outside.

24  You should be able to walk up and touch the casings of the

25  boiler, that's when you have it properly insulated.  But boiler

1    rooms are hot.

2    Q.    What is heat transfer?

3    A.    Heat transfer is the means of taking a gas at a

4    temperature, transferring that heat to the tube wall, the metal

5    wall, that heat then is transferred to the water inside the

6    tube.  So each one of those, that process is called heat

7    transfer.

8    Q.    Is heat transfer a consideration of the design of the

9    boiler?

10    A.    It's the first consideration.

11    Q.    How so?

12    A.    You design a boiler based on the steam requirements.  You

13    design the heat transfer part of it, that's the number of

14    tubes, the spacing between the tubes, how long the tubes are.

15    Then you take, after the heat transfer, that's how big the

16    boiler is going to be.  Then I say okay, now based on the

17    pressure of the boiler and the steam inside that boiler, how

18    thick do the drums have to be, how thick do the tubes have to

19    be to maintain that pressure inside this containment.  So

20    that's determined by ASME code, as was referenced earlier.

21    ASME code says look, if you have this pressure, you have this

22    diameter of tubes, this is how thick the drum has to be, these

23    are the tube materials and the drum materials that you use.

24    Q.    Now, historically had all those calculations been done

25    for the Keystone so that you know, based on experience, what

1    the proper thicknesses and spacing ought to be in the boiler?

2    A.    Yes.

3    Q.    Now, what about loss of heat, is that a consideration in

4    the design?

5    A.    Yes.

6    Q.    How so?

7    A.    If you lose too much heat, it's not being used to

8    generate steam.  Heat going through the casings just makes the

9    boiler room hot.  And also could make the casings dangerously

10   hot that someone could come up and brush against them and get

11   burned.  So you keep the heat inside the unit by water cooling

12   all the surface that you can.  Or the surfaces that are

13   protected by insulation, you have enough thickness of

14   insulation.  That you protect the casings from getting too hot.

15   Q.    You mentioned the term water cooling, what do you mean by

16   that?

17   A.    Water cooling means it has tube surfaces cooling it.

18   Q.    How does a tube surface cool?

19   A.    The water flows through the tubes and absorbs the heat.

20   Q.    Now, what's the consequence to the motor of one of these

21   boilers, if the boiler is experiencing a loss of heat during

22   its operation?

23   A.    He may still be able to make capacity, in other words,

24   make enough steam.  But he's going to have to burn more fuel to

25   get there.  So kind of like getting lousy gas mileage, I think

1    it's the same thing.  It's not efficient, so you're burning a

2    lot more fuel.

3    Q.    Now, does tube spacing have an effect on loss of heat

4    or --

5    A.    As an absorption of the heat, you design the unit for a

6    certain gas temperature leaving the boiler.  And if you don't

7    have the proper spacing between the tubes, number of tubes,

8    length of tubes, all the physical characteristics, you're not

9    going to achieve that temperature, and you're not absorbing the

10   heat from the gas or from the oil that you're burning.  You

11   lose efficiency.

12   Q.    And how is efficiency measured?

13   A.    Percent.

14   Q.    Percent of what?

15   A.    Percent of fuel input.

16   Q.    Now, are there any gases that are generated during

17   operation that are of concern?

18   A.    The combustion of carbon or hydrocarbon fuels mainly

19   generates carbon dioxide and moisture.  Because the hydrogen in

20   the fuel mixes with the oxygen when you burn it to make

21   moisture, steam vapor on the inside.  That's the primary

22   products of combustion, with the hot air and flue gases that go

23   through the unit.  However, if the combustion is not done

24   properly, you end up with carbon monoxide, which is carbon that

25   hasn't been fully burned.  Okay.  And you end up with what they

120

1    call hydrocarbons, which is carbon and hydrogen atoms combined

2    together that hasn't been properly burned.  Those are all

3    pollutants.  So the front end of the boiler, where the burner

4    is, the wind box, all that, that combustion process, how it

5    occurs in the furnace, how big that furnace is, all contributes

6    to completely burning the fuel and doing it with the minimum

7    amount of pollutants.

8    Q.    Is the Keystone designed in such a way that it takes into

9    account the possibility of carbon monoxide or carbon dioxide

10   forming during operation?

11   A.    Yes, it is.  Through the turbulence of the burner

12   primarily, also making sure that the furnace is tightly sealed.

13   Q.    Now, when you're talking about tightly sealing a furnace,

14   what does that mean?

15   A.    Well, it could be either tightly tangent tube or if it

16   has to be absolutely sealed for extremely low emissions, we

17   could actually seal weld the tangent tubes together and put a

18   bead of weld between those tubes, and seal weld it almost drum

19   to drum.  So that means the gases can't escape through any gaps

20   between the tubes.  Or you can also do a membrane wall.

21   Q.    And then how does a steel welded tangent tube, in your

22   view, compare to a membrane wall, in terms of sealing of the

23   furnace to prevent gases from escaping?

24   A.    They're quite comparable.  Even the burner manufacturers

25   say if you seal weld the furnace tubes or go with membrane

1    walls, they'll still guarantee the emissions.

2    Q.    Is guaranteeing emissions important?

3    A.    Very much so.

4    Q.    Why.

5    A.    To operate a boiler today, you have to get an operating

6    permit.  That operating permit says look, here's what I want to

7    do -- you can even see these in the legal section of the paper.

8    And it will say they're applying for a permit for an emissions

9    source.  Any boiler is an emissions source.  The idea here is

10   to minimize the pollutants.  The permit will say you can only

11   have so much carbon monoxide, so many nitrogen oxide.  So many

12   emission of pollutants.  To achieve that, you have to have the

13   right combination of boiler and burner to do that.  And we

14   outsource our burners, so the burner guy says well, I can make

15   that, but you've got to have a real tight furnace, therefore,

16   will seal up the furance or go to a membrane wall to do that.

17   Q.    Well, is there any design information that's given to the

18   burner manufacturer to assist in the selection of an

19   appropriate burner for the Keystone?

20   A.    That burner manufacturer says I want to see what your

21   furnace looks like, I want to see how big it is, is it sealed.

22   All those are required information by that burner manufacturer,

23   including the fuel and capacities and so forth that he has to

24   meet, before he will offer even a bid or offer you a quote for

25   a burner.

122

1    Q.    Any confidentiality agreement?

2    A.    Yes.  Each of the burner manufacturers --

3          MR. SHEEAN:  Objection, your Honor, this is

4    speculation.  He can't speak to this, he hasn't laid the

5    foundation.

6          THE COURT:  Are you asking him whether his company

7    has confidentiality agreements?

8          MR. GISLESON:  Correct.

9          THE COURT:  Overruled.

10   BY MR. GISLESON:

11   Q.    Does Indeck Keystone enter into confidentiality

12   agreements with burner manufacturers?

13   A.    Yes, they do.

14   Q.    Do the predecessors of Indeck Keystone enter into

15   confidentiality agreements with burner manufactuers?

16   A.    I'm told they did.

17         MR. SHEEAN:  Objection, hearsay, your Honor.

18         THE COURT:  Sustained.

19   BY MR. GISLESON:

20   Q.    In terms of --

21         MR. SHEEAN:  Move to strike, your Honor.

22         THE COURT:  Struck.

23   BY MR. GISLESON:

24   Q.    In terms of computer software, is there any software that

25   is associated with the operation of a Keystone boiler?

123

1    A.    Yes, we have computer software that we rate the boilers.

2    We take the physical parameters of the boilers, put it into the

3    program, put in the fuels and say okay at different loads what

4    do the temperatures look like, what are the draft losses

5    through the boiler, in other words, how much energy is lost by

6    the flue gases flowing through the boiler.  This information is

7    given to the client, as well as the burner manufacturer, to

8    size other parts of the boiler.

9    Q.    Now, when you're talking about rating a boiler, what does

10   that mean?

11   A.    It gives you another set of calculations at different

12   steam flows, other than the design flow.

13   Q.    What's the information that is being generated, what does

14   it tell you?

15   A.    It tells you flows, temperatures -- draft losses.

16   Q.    Can you desribe generally what the design considerations

17   are when it relates to boiler safety?

18   A.    Boiler safety, the boiler safety system, as we describe

19   it, is called the burner management system.  The burner

20   management system is like a control on your furnace that tells

21   the sequence of operation and makes sure that the pilot is lit

22   before it lights the main burner.  It's a similar system but

23   much more complex on a boiler.  That goes through a sequence of

24   lighting it off and making sure at each one of those points

25   that the burner is lit properly, the flame is stable, that it's

1    not going to flame out on you or allow an accumulation of

2    combustible gases to collect in the furnace that could become

3    explosive.  So the safety, the safety feature is called the

4    flame safeguard system or burner management system.  That makes

5    sure that the boiler operates safely.  Then there's other

6    safety systems that are part of that that makes sure it has

7    water in it.  You can't run a boiler without water.  You can,

8    but you'll melt it down, then you got a real problem.

9    Q.    Was safety taken into consideration with respect to the

10   development of the Keystone design?

11   A.    Throughout.

12   Q.    Approximately, how many Keystones have been sold over the

13   course of its history?

14   A.    I believe over 2,000.

15   Q.    What's your estimate as to the number, in terms of

16   percent, that are still in operation?

17   A.    Probably 60 percent.

18   Q.    Now, in materials of the different boiler types, A, O and

19   D, which of those does the O compete against?

20   A.    The O competes against the A and the D.

21   Q.    Are there any other O boiler manufacturers in the

22   marketplace?

23   A.    Yes, there are.

24   Q.    Can you identify any of them?

25   A.    Victory Energy is one.  Nebraska makes an O boiler.  I

1    think Holman makes an O boiler.  Some of those were already

2    shown.

3    Q.    Did any of your competitors for an O boiler ever provide,

4    to your knowledge, to Indeck Keystone the detailed designs for

5    its boilers?

6    A.    I'm sorry.

7    Q.    To your knowledge, has any of the other manufacturers,

8    the Holman, the Nebraska, for example, ever provide to Indeck

9    Keystone it's detailed designs for its O-type boilers?

10   A.    Never.

11   Q.    Did Indeck Keystone, setting aside the existence of the

12   License Agreement, ever provide any of the detailed Keystone

13   designs to any of its competitors?

14            MR. SHEEAN:  Objection, foundation.

15            THE COURT:  Overruled.

16            THE WITNESS:  Not that I know of.

17   BY MR. GISLESON:

18   Q.    Why not?

19   A.    Why do we want to give away our designs, our

20   methodologies, that make our boiler better than theirs.

21   Q.    Wait a minute, aren't all boilers the same, whether it's

22   an O boiler, an A boiler or a D boiler?

23   A.    Not at all.

24   Q.    Why not and how not?

25   A.    We compete against the other two boilers with the

1    O boiler, we elected to stay with the O boiler because of its

2    capability of responding to load change.  The fact that --

3    meaning it's a hot rod.  Instead of starting slow and bringing

4    it up slowly and bringing it back down, the O boiler you can

5    start and run it quickly.  You can bring the O boiler up to

6    full load in five minutes.  There's not other boilers that can

7    do that.  That doesn't sound like much, but five minutes is

8    fast when you're talking 200,000 or 300,000 pounds of steam an

9    hour, and you're hot rodding a boiler that's bigger than your

10   house.  However, not the other designs, the As and the Ds can't

11   quite respond that quickly.  So we have an advantage there.  We

12   also have an advantage with the O boiler in that it's

13   symmetrical, so that the load is split on vertical center

14   lines.  So when you ship it, when you put it on a foundation,

15   it stays dead center.  You don't have to counterbalance it,

16   because like a D boiler, the furnace is on one side, which is

17   light, and the boiler bank is in the middle between the drums,

18   so it's lopsided.  The Keystone, there's no real right hand or

19   left land, as far as the boiler proper itself is concerned.

20   Whereas, with a D boiler, you do have a right and a left hand

21   boiler.  Also, any stack or heat transfer equipment above the

22   boiler, like an economizer, which is another water filled set

23   of tubes with fins on it that preheats the water, so it takes

24   more heat and recovers more heat from the flue gases to

25   minimize your fuel expenditure.  With the Keystone, you just go

1    straight up, it's very easy to arrange.  It doesn't have to be

2    off to the side, as you would with a D boiler.  So it takes up

3    less room in the boiler room.  So that type of thing we decided

4    back in 1950 and continued that on through today, that the O

5    boiler has a competitive advantage because of that.

6    Q.    Now, have you had occasion over the course of your career

7    to discuss the reputation that the Keystone has with third

8    parties not employed by one of your employers?

9    A.    Yes, with my clients, exactly.  A lot of them, they love

10   their boilers, that's why I'm servicing --

11              MR. SHEEAN:  Objection, hearsay, judge.

12              THE COURT:  Let me see you at side bar.

13              (At side bar on the record.)

14              MR. GISLESON:  I'm going to the reputation of

15   Keystone in the marketplace.  In order to get reputation, it's

16   necessary to go into what feedback there has been, his

17   understanding of what the marketplace says about the Keystone.

18              THE COURT:  Are you asking what his customers have

19   told him --

20              MR. SHEEAN:  That is for the truth of the matter

21   asserted.

22              MR. GISLESON:  No, because I think it's important to

23   establish the Keystone reputation in the industry and what the

24   reputation is.  I can just ask him if he has an understanding

25   of what the reputation is in the industry.  But the concern is

1    there wouldn't be a foundation for it.  So I'm trying to lay a

2    foundation for reputation.

3            THE COURT:  Do you have anyone else that is going to

4    come in and say, anyone else, any customers or otherwise, not

5    employed by Indeck, that will express an opinion?

6            MR. GISLESON:  I was going to do it through Mr.

7    Swabb or Mr. Seibel, given their long history, they'll talk

8    about the feedback and what the general reputation in the

9    marketplace is.

10           THE COURT:  What's wrong with that?

11           MR. SHEEAN:  What's wrong with it is it goes to the

12   truth of the matter asserted, judge.  The fact that he thinks

13   it's important to his case doesn't make it less hearsay.

14           THE COURT:  First of all, I don't want to slice this

15   too finely, it is for the truth of the matter asserted.  And,

16   furthermore, this doesn't address the hearsay objection, as a

17   practical matter, what difference does it make what the

18   reputation of your boiler is?

19           MR. GISLESON:  It goes to the Keystone trademark.

20           THE COURT:  Then prove it up, sustained.

21           (End of discussion at side bar.)

22   BY MR. GISLESON:

23   Q.   How long has the boiler been known as a Keystone?

24   A.   Since its inception in 1950.

25   Q.   From 1950 to the present, has the Keystone name been

1    continuously in use?

2    A.    Yes.

3    Q.    Do you have an understanding as to why the boiler's named

4    the Keystone?

5    A.    Well, we're the Keystone state, Pennsylvania.  Keystone

6    is the keystone in an arch, that's why we're the Keystone

7    state, from the Colonial days.  We did that in honor in 1950 of

8    Pennsylvania being the Keystone state, we also include that in

9    our current company name.  We're very proud of that name.

10   Q.    I was going say, how did the company view the Keystone

11   name and its role in the company's operations?

12   A.    Because of the Keystone being the cornerstone of our

13   state, the keystone, if you will, of our product line for many

14   years and the fact that it's probably, we can consider it the

15   premiere industrial boiler, obviously we're kind of partial.

16   But we've kept the name, its name recognition, when we say a

17   Keystone, it's associated with an old boiler.

18   Q.    In what sort of written materials does Indeck Keystone

19   use to the Keystone name?

20   A.    All of the sales brochures, all of the written materials.

21   Q.    Does the name ever get placed on the boiler itself?

22   A.    Yes.

23   Q.    How about historically, was the Keystone name ever placed

24   on the boilers that were sold?

25   A.    Yes.  As a matter of fact, one of the pictures that you

130

1    had showed the Keystone nameplate.  It has the keystone shape

2    on the nameplate as well.  So it's very easily recognizable.

3    Q.    And where on the boiler is that located?

4    A.    Right up front, it's usually right on top of the wind

5    box.

6    Q.    Would you please pull up photograph PH13.  Can you

7    describe what this photograph shows?

8    A.    That is the front end of an older Keystone.  The burners,

9    the round piece in the front, right above the burner is the

10   Keystone nameplate.

11   Q.    Why is the Keystone nameplate on the front of the boiler?

12   A.    We want everybody to see it, remember it.

13   Q.    I want to ask you about the Keystone standard M-Series,

14   which is what the jury heard about during opening statement.

15   What is the standard M-Series?

16   A.    Keystone standard M-Series is series of boiler

17   cross-sections that will take you from roughly 20,000 pounds

18   per hour of steam all the way up to 165,000 pounds per hour.

19   Q.    When you talk about a cross-section, what do you mean?

20   A.    When you look at the end of the boiler, that's the shape

21   of the furnace, the boiler bank tubes and the outer wall tubes.

22   Q.    When you're talking about the characteristics of the

23   Keystone standard M-Series, what do you view as the defining

24   characteristics?

25   A.    The standard M-Series is a tangent furnace wall.  Tangent

1  outer wall.  The front and rear walls are made with refractory

2  and insulation materials.  They are not welded walls.

3  Q.    When you're talking about refractory, what is refractory?

4  A.    Refractory is like a high temperature in concrete.

5  Q.    What's the purpose of the refractory?

6  A.    To actually refract or reflect the heat back into the

7  furnace.  It's not an insulator, it reflects the heat back into

8  the furnace.  The layers between that and the steel casings are

9  meant to insulate between the furnace temperatures and the

10  outer wall.

11  Q.    Anything else?

12  A.    That's all that's there.

13  Q.    Now, in terms of the word standard in the name standard

14  M-Series, to what does that refer?

15  A.    Those various cross-sections, lengths, and that

16  construction.  There's a series of data sheets, what we call

17  our KD data sheets, show what that standard series is.

18  Q.    Are there drawings pertaining to that standard series?

19  A.    Yes, there are.

20  Q.    What's the purpose of the drawings?

21  A.    They're standard drawings for customer's use, for sales,

22  as well as a full set of standard fabrication drawings,

23  something to make the boiler in the shop from.

24  Q.    Why are there standard drawings?

25  A.    We don't have to make them each time.

132

1    Q.    Now, were changes ever made to the standard M-Series?

2    A.    Over the years, yes.

3    Q.    What were the reasons for the changes being made over the

4    years?

5    A.    Most of the changes reflected if we did find a problem,

6    we upgraded to correct that problem.

7    Q.    So the changes were based on actual experience?

8    A.    Yes, and manufacturability, sometimes we found it was

9    easier to do something a little different in the shop.

10   Q.    Now, was there an engineering design guide for the

11   Keystone?

12   A.    Yes.

13   Q.    What was the purpose of the engineering design guide?

14   A.    The purpose of any design guide and for the Keystone, for

15   this product line, this is how you do it.  You size the furnace

16   this way.  You do your boiler bank this way.  This is how you

17   set the design pressure, so forth.  The idea is to get some

18   uniformity to it.  Even though it's a custom boiler, this is

19   how you do each segment of the boiler.  This way you assure

20   what you have learned over the years, the experience, that

21   that's rolled in, the manufacturability has been rolled into

22   that.  The safety has been rolled into that.  All the codes,

23   the standards that we have to abide by.  That's all rolled into

24   the standards so that when we do it, everybody does it the same

25   way.

133

1    Q.    I'd like to show you Exhibit P23, please.  It's a Precise

2    699.  It's in your binder in case you want to look.  Who was

3    involved with developing the Keystone engineering design guide?

4    A.    That was primarily authored, I should say compiled by Ted

5    Fuhrman.

6    Q.    What position did he have?

7    A.    He was like the head of combustion engineering, head

8    combustion engineer at that time, I believe.  He changed

9    positions enough times that I can't remember what title he was

10   at that point.

11   Q.    And over what period of time was the engineering design

12   guide for the Keystone created?

13   A.    I believe he was doing that, the design guide in the '02,

14   '03 era, I'm not sure of the exact date.

15   Q.    In the 2002 --

16   A.    I'm sorry, in the 2002, 2003, somewhere in that area, I

17   believe.

18   Q.    Did the Keystone engineering  design guide change over

19   time?

20   A.    I don't know, I wasn't part of it.

21   Q.    Now, was the Keystone engineering design guide something

22   that Indeck Keystone Energy or, to your knowledge, any of its

23   predecessors ever published it on its Web site?

24   A.    No, never.

25   Q.    Was that ever put out in a book?

1  A.    No.

2  Q.    Why not?

3  A.    There's a lot of, we'd kind of give away the entire

4  recipe for the Keystone if we do.  And variations of the

5  Keystone.

6  Q.    What do you mean by variations of the Keystone?

7  A.    In other words, it will describe refractory wall, it will

8  describe what we do for welded wall.  Describes what we do for

9  super heated units.  It describes what we do for all the

10  variations that we could think of, that you can do to a

11  Keystone boiler.  And if we gave that away why we'd have

12  nothing to market, everybody knows exactly what we were doing

13  with prices and such.

14  Q.    In your view, are there any competitive advantages

15  associated with the engineering design guide?

16  A.    Yes, making sure that we do things the same way, we don't

17  make mistakes.  And to make sure that hopefully everything that

18  is shown in the design guide is the most efficient way of doing

19  it.  Therefore, the most cost effective.

20  Q.    The most cost effective from what perspective?

21  A.    Manufacturing.

22  Q.    How about from a performance perspective?

23  A.    Oh, sorry as well, that's true.  You can make a boiler

24  too big.  Then you wouldn't be cost competitive.

25  Q.    Is there a section in the engineering design guide on the

1    standard M-Series?

2    A.    I believe so.

3    Q.    If we could look at the table of contents, please.

4    Section 16?

5    A.    There it is.

6    Q.    And if you could please go to Precise 777.  Can you see

7    the tab for Section 16?

8    A.    Yes.

9    Q.    If you could go to this page.  Now, do you see in the

10   lower right-hand corner, the reference to KEB, you referenced

11   this series of letters before, what does KEB mean?

12   A.    KEB is a KB data sheet, Keystone data sheet.  That's the

13   revision at that time.

14   Q.    And what's the information that's contained in the

15   Keystone data sheets or KEB sheets?

16   A.    Most of the data sheets show general dimensions so that

17   if we do select a boiler for a particular client, we can say

18   okay, this is a 7M Keystone.  These are what the dimensions of

19   the 7M Keystone is so we can put it into this plan.  It's kind

20   of catalog information.

21   Q.    And on this page, it refers to general arrangement,

22   what's a general arrangement drawing?

23   A.    That's the outside dimensions.  When you stand outside

24   and look at the boiler, here's what it looks like and here are

25   the dimensions of the boiler.

1    Q.    If you can go please to page 780.  Now, this refers to

2    14M through 23M.  Whereas, the prior one was 3M through 13M, so

3    what's the significance between the two?

4    A.    The 3M through 13M, they're small enough units that you

5    can actually mount the combustion air fan, that's the fan that

6    takes the outside air, pressurizes it and shoves it into the

7    burner for the combustion.  That you can mount right on the

8    wind box.  So that the fan, the wind box, the whole thing just

9    sits on one foundation.  Just one block, there it is.  If you

10   look at this page here, the combustion air fan is off to the

11   left.  It's too big to mount on the boiler.  So we mount it off

12   to the left, and we connect it to the boiler with a duct.  So

13   we made the division there on those drawings to say look, this

14   looks different than the other one, there's another foundation

15   you have to be concerned with that takes up more room.

16   Therefore, here's what it looks like.

17   Q.    If you can go to page 781, please.  Can you describe

18   what's shown on this page?  And I will point out that you've

19   got a pen on the monitor that you could use to write on the

20   screen, your monitor on the left.

21   A.    Okay.

22   Q.    Can you describe what's shown on this page, please?

23   A.    This particular page is, if you took the arrangement

24   drawings that we showed on the previous page and actually

25   sliced through the boiler, so you say well that's what it looks

1    like from the outside, what does it look like on the inside.

2    If you take a vertical slice through the boiler, it will look

3    like this view here.  That shows that it's an old boiler, shows

4    what the tubes look like, the furnace tubes, the boiler bank

5    tubes, the outer wall tubes.

6    Q.    Now, what's the information that's shown in this lower

7    portion of the drawing; if you can circle that, please?

8    A.    That portion right there?

9    Q.    That one, along with the other two, what is shown in

10   those sections?

11   A.    These are large views of areas of interest for the -- if

12   you look up above, that's a section as if you sliced

13   horizontally through the boiler and you look down on it.  These

14   views down below show certain sections that are enlarged

15   because it's too hard to see on the other view.

16   Q.    What's the tube configuration?

17   A.    The configuration, the first one on the left shows where

18   the soot blower would be.  A soot blower is if you're burning

19   oil and it leaves some soot behind, you want to be able to

20   clean it while the boiler is on line.  You can't always shut

21   the boiler off to clean, you got to keep operating the boiler.

22   So this blows steam to clean the soot off the tubes.  This

23   shows what the tubes look like around where the soot blower is.

24   The next section is if you don't have a soot blower, it says

25   look, you don't have one there, it's just a gap, a hole in the

1    boiler bank.

2    Q.    Are those membrane wall tubes, tangent tubes --

3    A.    Those are tangent tube furnace and tangent outer wall

4    because that's what the M-Series is.

5    Q.    Now, how can you tell from looking at this drawing that

6    the tubes are tangent?

7    A.    They're right up against each other, there is no gap.

8    Q.    And then looking in the upper right-hand corner, there's

9    some information there, can you describe what's shown in that

10   corner?

11   A.    Right above that it shows that as an engineering

12   standard, gives the date that it was issued, and that Bob

13   Seibel in the back row signed off on it.

14   Q.    That's the RVS?

15   A.    Yes, sir.

16   Q.    Going to the next page, is this a tube arrangement for

17   the 7M through 9M?

18   A.    Yes.

19   Q.    And is this tangent tube or membrane wall, according to

20   the drawing, the KEB sheet?

21   A.    Tangent tube.

22          THE COURT:  Mr. Gisleson, we're going to take our

23   break here.

24          MR. GISLESON:  Yes, your Honor.

25          THE COURT:  Members of the jury, remember what I had

1  told you earlier, that you're not to talk about the case.

2  Don't talk to anybody about the case.  The only time you're

3  really going to start talking about the case is when you go

4  back and start deliberating.  We're going to start probably

5  most days at 9 o'clock sharp.

6          Now, I can't remember if I told you this, but if I

7  didn't, I'm telling you now.  We are not going to hold court on

8  Friday because I have another commitment that requires me to be

9  elsewhere.  So for your planning purposes, fare warning we will

10  not be here.  But I wanted you to know that.

11          Does counsel have anything they need to bring up

12  with me before the end of the day, before we leave?

13          MR. GISLESON:  No, your Honor.

14          MR. SHEEAN:  No, your Honor.

15          THE COURT:  All right, we're in recess until

16  9 o'clock tomorrow.

17

18          (Whereupon, at 4:48 p.m., the Jury Trial proceedings

19  adjourned for the day.)

20

21                              - - -

22

23

24

25

140

1                          C E R T I F I C A T E

2

3

4          I, Ronald J. Bench, certify that the foregoing is a

5     correct transcript from the record of proceedings in the

6     above-entitled matter.

7

8

9

10

11     _____

12     Ronald J. Bench

13

14

15

16

17

18

19

20

21

22

23

24

25