UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>   Plaintiff,<br><br> v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>   Defendant. | CIVIL ACTION<br><br>NO. 04-CV-325 (ERIE)<br><br>Judge Sean J. McLaughlin |

JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)

  Plaintiff Indeck Keystone Energy, LLC and Defendant Victory Energy Operations LLC, by and through their undersigned counsel, hereby stipulate to a dismissal of this action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as a result of a full and complete settlement between the parties reached on May 16, 2007.

SO AGREED:

/s/ Christopher T. Sheean
Christopher T. Sheean
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Drive
Suite 2800
Chicago, Illinois 60606

*Counsel for Defendant*
*Victory Energy Operations LLC*

Dated: July 10, 2007

/s/ John K. Gisleson
John K. Gisleson
Schnader Harrison Segal & Lewis LLP
Fifth Avenue Place, Suite 2700
120 Fifth Avenue
Pittsburgh, PA 15222-3001

*Counsel for Plaintiff*
*Indeck Keystone Energy, LLC*

Dated: July 10, 2007

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 04-CV-325 (ERIE)<br><br>Judge Sean J. McLaughlin |

## **O R D E R**

AND NOW, this _____ day of July, 2007, upon consideration of the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1), it is hereby ORDERED, DECREED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
McLaughlin, J.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1) was served upon the following counsel of record by the CM/ECF electronic filing system on the 10th day of July, 2007:

>Christopher T. Sheean, Esquire
>Matthew Garrett, Esquire
>Wildman, Harrold, Allen & Dixon LLP
>225 West Wacker Drive
>Suite 2800
>Chicago, IL 60606

>_____/s/   John K. Gisleson_____
>John K. Gisleson