UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 04-CV-325 (ERIE)<br><br>Judge Sean J. McLaughlin |

## JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)

Plaintiff Indeck Keystone Energy, LLC and Defendant Victory Energy Operations LLC, by and through their undersigned counsel, hereby stipulate to a dismissal of this action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as a result of a full and complete settlement between the parties reached on May 16, 2007.

**SO AGREED:**

| | |
|---|---|
| /s/ Christopher T. Sheean<br>Christopher T. Sheean<br>Wildman Harrold Allen & Dixon LLP<br>225 W. Wacker Drive<br>Suite 2800<br>Chicago, Illinois 60606<br><br>*Counsel for Defendant*<br>*Victory Energy Operations LLC*<br><br>Dated: July 10, 2007 | /s/ John K. Gisleson<br>John K. Gisleson<br>Schnader Harrison Segal & Lewis LLP<br>Fifth Avenue Place, Suite 2700<br>120 Fifth Avenue<br>Pittsburgh, PA 15222-3001<br><br>*Counsel for Plaintiff*<br>*Indeck Keystone Energy, LLC*<br><br>Dated: July 10, 2007 |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INDECK KEYSTONE ENERGY, LLC, a Delaware limited liability company, : : : : : Plaintiff, : : v. : : VICTORY ENERGY OPERATIONS, LLC, a Delaware limited liability company, : : : : : : Defendant. : | CIVIL ACTION<br><br>NO. 04-CV-325 (ERIE)<br><br>Judge Sean J. McLaughlin |

## **O R D E R**

AND NOW, this _____ day of July, 2007, upon consideration of the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1), it is hereby ORDERED, DECREED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
McLaughlin, J.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1) was served upon the following counsel of record by the CM/ECF electronic filing system on the 10th day of July, 2007:

>Christopher T. Sheean, Esquire
>Matthew Garrett, Esquire
>Wildman, Harrold, Allen & Dixon LLP
>225 West Wacker Drive
>Suite 2800
>Chicago, IL 60606

>_____/s/   John K. Gisleson_____
>John K. Gisleson